UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GESCHEIDT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, et al.,<br><br>Defendants. | Case No. 21-cv-04734-HSG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court **SETS** a telephonic case management conference on Monday, June 28, 2021, at 10:00 a.m. The parties should be prepared to discuss whether they have met and conferred as to the requested interim relief in Plaintiffs' motion for a temporary restraining order. Dkt. No. 8. The Court strongly urges the parties to meet and confer before the case management conference, or as soon as practicable. Plaintiffs are further **DIRECTED** to serve the complaint, motion for temporary restraining order, and this order on Defendants by no later than 5:00 p.m. PDT on Friday, June 25, 2021.

All counsel shall use the following dial-in information to access the call:

**Dial-In:** 888-808-6929;

**Passcode:** 6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). *See* General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. Violation of these

prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

**IT IS SO ORDERED.**

Dated: 6/24/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge