STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
david.devito@usdoj.gov

TODD KIM
Assistant Attorney General
Environmental and Natural Resources Division
United States Department of Justice

MATTHEW P. RAND (NYBN 4937157)
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
150 M St. NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 305-0874
Facsimile: (202) 305-0506
matthew.rand@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK GESCHEIDT, et al., | Case No. 4:21-cv-04734-HSG |
| Plaintiffs, | |
| v. | **DECLARATION OF CRAIG KENKEL** |
| DEB HAALAND, Secretary of the Interior, et al., | |
| Defendants. | |

I, Craig Kenkel, declare as follows:

DECLARATION OF CRAIG KENKEL
No. 4:21-cv-04734-HSG

1

1. I am the Superintendent of Point Reyes National Seashore (Point Reyes or Park), Marin County, California. I was appointed as Superintendent on January 17, 2021. Prior to assuming the superintendency at Point Reyes, I was superintendent of Cuyahoga Valley National Park in Ohio from 2014 through 2020 and superintendent of San Francisco Maritime National Historical Park from 2010 into 2014. I have been an employee of the National Park Service for more than 38 years, starting as an architectural intern at the Denver Service Center (DSC) in 1983 and progressing to working as a historical architect at DSC from 1985 to 1988 and the former Western Regional Office in San Francisco from 1988 to 1992. I worked in several program management positions from 1992 to 2005 at the Midwest Regional Office, including Regional Historical Architect and Regional Chief of Cultural Resources, before transferring to Golden Gate National Recreation Area to serve as Park Chief of Cultural Resources from late 2005 to early 2009 and Deputy Superintendent from 2009 to 2010. I have supervised the collecting and assembling of the documents that comprised the Administrative Record relevant to the claim in Plaintiffs' First Amended Complaint dated August 13, 2021.

2. I hereby certify that the documents listed in the attached Index (Attachment 1 to this Declaration) are, to the best of my knowledge, a true and complete set of documents that comprise the Administrative Record relevant to the cause of action asserted in Plaintiffs' First Amended Complaint and which were filed with the Court concurrently with this Declaration.

3. Pursuant to the provision of 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

This declaration is executed this 12th day of October, 2021, in Point Reyes National Seashore, California.

Craig Kenkel

# Attachment 1

Case 4:21-cv-04734-HSG Document 39-1 Filed 10/12/21 Page 4 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| **I. GENERAL MANAGEMENT PLAN POINT REYES NATIONAL SEASHORE** | | | | | |
| **A. 1980 General Management Plan** | | | | | |
| 000001-000292 | Golden Gate - Point Reyes General Management Plan EA | | Point Reyes National Seashore | 1980-09-18 | 100_GOGA-PORE-EA-FONSI |
| 000293-000347 | Point Reyes National Seashore General Managment Plan | | Point Reyes National Seashore | 1980-09-18 | 101_PORE-GMP |
| **B. 2021 General Management Plan Amendment** | | | | | |
| 000348-000466 | Point Reyes National Seashore and North District of Golden Gate National Recreation Area General Management Plan Amendment Environmental Impact Statement - Record of Decision | | Point Reyes National Seashore | 2021-09-13 | 102_PORE_GMPA_EIS_Record_of_Decision_20210913 |
| 000467-000471 | Attachment A - Point Reyes National Seashore and North District of Golden Gate National Recreation Area General Management Plan Amendment Environmental Impact Statement - Record of Decision - Revised Figures | | Point Reyes National Seashore | 2021-09-13 | 103_PORE_GMPA_EIS_Record_of_Decision_20210913-Attachment A_ Revised Figures 20210913 |
| 000473-000721 | Point Reyes National Seashore and North District of Golden Gate National Recreation Area General Management Plan Amendment - Final Environmental Impact Statement - September 2020 | | Point Reyes National Seashore | 2020-09 | 104_Point Reyes_North District Golden Gate NRA GMP and EIS |
| 000722-001367 | Point Reyes National Seashore and North District of Golden Gate National Recreation Area General Management Plan Amendment - Final Environmental Impact Statement Appendices- September 2020 | | Point Reyes National Seashore | 2020-09 | 105_Point Reyes_North District Golden Gate NRA GMP and EIS Appendices |
| **C. 1998 - 2018 Public Records Regarding to Uncompleted GMP** | | | | | |
| 001368-001371 | GMP Initial Scoping Announcement with Enclosures -Notice of Intent and Process and Schedule | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 1997-10-08 | 106_1997-10-08-Initial-Scoping-Public-Notice-with-19970930-NOI |
| 001372-001374 | PORE GMP Scoping NOI to replace NOI of October 14, 1997 | John Reynolds, Pacific West Regional Director | Federal Register Coordinator | 1999-05-10 | 107_1999-05-10-NOI-GMP-Scoping |
| 001375-001505 | Initial Scoping and Public Meeting announcement and all comment letters | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 1999-09-02 | 108_1999-09-02-Initial-Scoping-Announcement-and-all-responses |

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 001506-001633 | Marin Horse Council Petition regarding GMP | Barbara Mancia, President Marin Horse Council | Don Neubacher, Superintendent, Point Reyes National Seashore | 1999-10-08 | 109_1999-10-08-Barbara-Mancia-NPS-Marin-Horse-Council-Correspondence-and-Petition |
| 001634-001637 | Submittal of GMP process to State Clearinghouse NOI - Schedule # 99104001 | Reviewing Agencies | State Clearinghouse | 1999-10-13 | 110_1999-10-13-State-Clearinghouse-NOI-SCH99104001 |
| 001638-001648 | Supplemental scoping letter and transmittal of GMP newsletter | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 1999-10-22 | 111_1999-10-22-Initial-Scoping-supplement and newsletter |
| 001649-001664 | Citizens Advisory Commission Meeting Minutes and Subsequent GMP Correspondence |  |  | 1999-10-23 | 112_1999-10-23-Citizens-Advisory-Commission-Minutes-subsequent-GMP-Correspondence |
| 001655-001673 | Meeting Facilitator notes from Public Scoping Meetings in Point Reyes Station (10-9-99), Santa Rosa (10-12-99) and San Rafael (10-14-99) | Don Neubacher, Superintendent, Point Reyes National Seashore | Steve Christiano, Christiano Consulting | 1999-10-24 | 113_1999-10-24-Christiano-Contractor-Notes-from-Public-Scoping-Meetings-October-1999 |
| 001674-001677 | Transmittal of GMP Scoping NOI | John Reynolds, Pacific West Regional Director | Federal Register Coordinator | 2000-01-21 | 114_2000-01-21-NOI-GMP-Scoping |
| 001678-001791 | Scoping Letter with Jan 21, 2000 NOI adding GOGA North District for comments due March 14, 2000 | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 2000-01-24 | 115_2000-01-24-GMP-Scoping-GOGA-ND-with-comment-letters |
| 001792-001802 | NPS repsonse letter - re: GMP | Cela O'Connor | John Reynolds, Pacific West Regional Director | 2000-01-27 | 116_2000-01-27-NPS-to-O'Connor-GMP-with-incoming |
| 001803-002008 | GMP comment Letters August 1997 - March 2000 | Barbara Ravizza-Osterweis | Don Neubacher, Superintendent, Point Reyes National Seashore | 2000-08-02 | 117_2000-08-02-NPS-to-Ravizza-Osterweis-GMP-Comment-Letters-Aug1997-Mar2000 |
| 002009-002018 | Initial Consultation for GMP | Maria Boroja, USFWS | Don Neubacher, Superintendent, Point Reyes National Seashore | 2000-11-01 | 118_2000-11-01-NPS-to-USFWS-GMP-Initial-Consultation |
| 002019-002024 | Initiate Consultation for GMP | Dick Butler, National Marine Fisheries Service | Don Neubacher, Superintendent, Point Reyes National Seashore | 2000-12-06 | 119_2000-12-06-NMFS-Initial-Consultation-GMP |
| 002025-002026 | Correspondence with USFWS | Maria Boroja, USFWS | Don Neubacher, Superintendent, Point Reyes National Seashore | 2001-01-31 | 120_2001-01-31-NPS -to-USFWS-GMP-Correspondence |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 6 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 002027-002051 | Species List for Point Reyes National Seashore General Management Plan | Superintendent, Point Reyes National Seashore | Chief, Endangered Species Division, Sacramento Office, USFWS | 2001-02-27 | 121_2001-02-27-USFWS-Species-List-for-GMP |
| 002052-002059 | GMP-Concept Alternatives Newsletter | | Point Reyes National Seashore | 2003-11-24 | 122_2003-11-24-GMP-Concept-Alternative-Newsletter |
| 002060-002061 | Scoping Announcement for GMP Concept Alternatives Newsletter and Comment Period to Jan 20, 2004 | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 2003-11-24 | 123_2003-11-24-Scoping-announcment-for-GMP-Concept-Newsletter |
| 002062-002070 | Summary of Comments - Concept Alternatives Public Workshop January 14, 2004 | | Point Reyes National Seashore | 2004-01-14 | 124_2004-01-14-Summary-Notes-Concept-Alternative-Public-Workshop-final |
| 002071-002072 | Extension of Comment Period on Concepts Newsletter to February 20, 2004 | Interested Party | Don Neubacher, Superintendent, Point Reyes National Seashore | 2004-01-20 | 125_2004-01-20-Concept-Newsletter-Comment-extend-to-Feb20 |
| 002073 | GGNRA Public Meeting Notice GMP Update | | | 2004-01-20 | 126_2004-01-20-GGNRA-Public-Meeting-Notice-GMP-Update |
| 002074 | BCPUD Board of Directors Meeting | | Bolinas Community Public Utilities District | 2004-01-21 | 127_2004-01-21-BCPUD-Agenda-GMP-Update |
| 002075-002077 | Point Reyes Village Association Meeting | | Point Reyes Village Association | 2004-02-12 | 128_2004-02-12-Point-Reyes-Village-Association-Agenda-GMP-Update |
| 002078 | BCPUD Board of Directors Meeting | | Bolinas Community Public Utilities District | 2004-02-18 | 129_2004-02-18-BCPUD-Agenda-GMP-Update |
| 002079-003590 | 2004 CONSOLIDATED Comment letters on Concept Alternatives Newsletter and Workshop | Point Reyes National Seashore | | 2004-04- | 130_2004-04-00-CONSOLIDATED Comment letters on Concept Alternatives Newsletter and Workshop |
| 003591-003596 | Summary of Public Comment Concept Alternatives | | Point Reyes National Seashore | 2004-04-01 | 131_2004-04-01-Summary-of-Public-Comment-Concept-Alternatives |
| 003597-003598 | USFWS Correspondence | Ryan Olah, USFWS | Don Neubacher, Superintendent, Point Reyes National Seashore | 2005-11-21 | 132_2005-11-21-NPS-to-USFWS-GMP-Update |
| 003599-003616 | USFWS Species List for GMP Update | Memo to file | Chief of Interpretation and Resource Education | 2005-12-06 | 133_2005-12-06-USFWS-Species-List-GMP |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 7 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 003617 | CONGRESSIONAL CORR-Woolsey to Neubacher_GMP | Don Neubacher, Superintendent, Point Reyes National Seashore | Congresswoman Lynn Woolsey, US Representative | 2008-02-04 | 134_2008-02-04-CONGRESSIONAL CORR-Woolsey to Neubacher_GMP |
| 003618 | CONGRESSIONAL CORR-NPS-to-Woolsey_GMP | Congresswoman Lynn Woolsey, US Representative | Don Neubacher, Superintendent, Point Reyes National Seashore | 2008-03-04 | 135_2008-03-04-CONGRESSIONAL CORR-Neubacher to Woolsey_GMP |
| 003619-003620 | SHPO Determination of Eligibility for Shafter/Howard Tenant Ranches on the Point Reyes Penninsula - commonly referred to as the Point Reyes Dairy District. | Don Neubacher, Superintendent, Point Reyes National Seashore | Milford Wayne Donaldson, California State Historic Preservation Officer | 2008-05-20 | 136_2008-05-20-SPHO Determination of Eligibility for Point Reyes District |
| 003621-003624 | GMP Newsletter Summer 2008 | | Point Reyes National Seashore | 2008-07-0 | 137_2008-07-0-GMP-Newsletter |
| 003625-003627 | FR Notice terminating GMP process beginning in 1998 and initiating 2021 GMPA | | | 2018-10-31 | 138_2018_10_31-FR-Termination of Previous GMP - Notice of Intent |
| II. IMPLEMENTATION PLANS | | | | | |
| A.  Tule Elk Management Plan | | | | | |
| 1.  EA and FONSI | | | | | |
| 003628-003631 | Tule Elk Management Plan FONSI | | John Reynolds, Pacific West Regional Director | 1998-07-17 | 200_Tule Elk Management Plan FONSI- July 17 1998 |
| 003632-003730 | Tule Elk Management Plan Environmental Assessment | | Point Reyes National Seashore | 1998-06 | 201_Tule Elk Management Plan EA - June 1998 |
| 2. Post 1998 EA- NPS Actions Related to Elk Management | | | | | |
| 003731-003744 | 2002-Elk Calf survivorship monitoring - Project Review 02-11-Superintendent Approval April 2002 | | | 2002-04-12 | 202_2002-Elk Calf survivorship monitoring - Project Review 02-11 |
| 003745-003760 | 2003 - Relocation of Elk from Cache Creek to Tomales Point - Project Review March 2003 - Superintendent Approval January 2003 - note this authorized action was not implemented | | | 2003-01-23 | 203_2003 - Relocation_Elk-CacheCreek-to-TomalesPoint-Project Review 03-03 |
| 003761-003812 | 2004 Understanding Tule Elk Population Dynamics - Project Review April 2007 - Superintendent Approval April 2004 | | | 2004-04-20 | 204_2004 Understanding Tule Elk Population Dynamics - Project Review 04-07 |
| 003813-003827 | 2005 Tule Elk Fence Repair - CE Form - Superintendent Approval December 2005 | | | 2005-12-21 | 205_2005 Tule Elk Fence Repair - PEPC 13539 |
| 003828-003834 | 2012 Elk Fence Repair Implementation Plan | | | 2012 | 206_2012 Elk-Fence-Repair-Implementation-Plan |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 8 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 003835-003847 | 2015 Multi Year Tule Elk Capture Plan - CE Form - Superintendent Approval March 2015 | | | 2015-03-18 | 207_2015 - Multi-Year-Tule-Elk-Capture-PEPC57047 |
| 003848-003866 | 2015 Water Supplementation Plan For Tomales Point Tule Elk - CE Form - Superintendent Approval August 2015 | | | 2015-08-16 | 208_2015 Water-Supplementation-For-Tomales-Point-Tule-Elk-PEPC 58879-not implemented |
| 003867-003882 | 2016 Tule Elk Fence Reroute - CE Form - Superintendent Approval June 2018 | | | 2018-06-19 | 209_2016 Tule Elk Fence Reroute - PEPC 65584 |
| 003883-003894 | 2021 Emergency Water to Southern Elk Reserve Plan - CE Form - Superintendent Approval June 2021 | | | 2021-06-02 | 210_2021- June 2-Emergency Water to Southern Elk Reserve PEPC102297 |
| | 3. Plans Informing Elk Planning | | | | |
| 003895-003913 | Interagency Task Force Report on Survey of Potential Transplant Sites for Tule Elk | | California Tule Elk Task Force 1971 | 1971-02-19 | 211_1971-02 CDFG-Interagency Task Force Report-Tule Elk |
| 003914-003918 | Proposal for Tule Elk introduction at Tomales Point 1973 | Regional Director, Pacific West Region | Superintendent, Point Reyes National Seashore | 1973-03-30 | 212_1973-03 PORE-Tule Elk Proposal |
| 003919-003925 | First Supplemental Memorandum of Understanding Between The California Fish and Game and the National Park Service Relating to the Re-establishment and Mangment of Tule Elk Within Point Reyes National Seashore | | | 1974-04-27 | 213_1974-05-08-CDFG-NPS-Signed-Agreement |
| 003926-003929 | Reaffirmation Memorandum - Coooperative Agreement Between National Park Service and California Department of Fish and Game | | | 1978-04-14 | 214_1978-04-13-CDFG-NPS-Reaffirmation-Memorandum |
| 003930-003973 | 1979 Management Plan for the Conservation of Tule Elk | | Tule Elk Interagency Task Force | 1979-06 | 215_1979-06 Tule-Elk-Interagency-Task-Force |
| 003974-003990 | 1982 Point Reyes National Seashore Interim Tule Elk Management Plan - Superintendent Approval September 1982 | | | 1982-09-09 | 216_1982-05 Interim-Elk-Management-Plan |
| 003991-004004 | 1992 Enviromental Assessment - Control of Tule Elk Population at Point Reyes National Seashore - Note - This 1992 planning process was discontinued and No FONSI issued | | | 1992-08-07 | 217_1992-08 ElkControl-EA-released to public-never completed |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 9 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 004005-004048 | Report of the Scientific Advisory Panel on Control of Tule Elk on Point Reyes National Seashore | Point Reyes National Seashore | Dale McCullough, Chair of Panel | 1993-10-18 | 218_1993-10 Scientific Advisory Panel Report-Tule Elk |
| 004049-004084 | 1995 Environmental Assessment Live Capture and Population Dynamics Study of Tule Elk | | Point Reyes National Seashore | 1995-10-18 | 219_1995-10 Live Capture and Population Dynamics Study-EA |
| 004085-004087 | 1995 FONSI - Live Capture and Population Dynamics Study of Tule Elk | | Point Reyes National Seashore | 1995-11 | 220_1995-11 Live Capture and Population Dynamics Study-FONSI |
| 004088-004105 | 1997 Environmental Assessement - Construction of Temporary Elk Enclosures within Tomales Point Phillip Burton Wilderness to determine Ecological Impact Threshold | | Point Reyes National Seashore | 1997-06-02 | 221_1997-05 Construction-of-Temporary-Elk-Exclosures-EA |
| 004106 | 1997 FONSI - Construction of Grazing Impact Structures within Tomales Point, Phillip Burton Wilderness | | Point Reyes National Seashore | 1997-07-08 | 222_1997-07 Construction-of-Temporary-Elk-Exclosures-FONSI |
| 004107-004587 | 2018 California Fish and Wildlife Elk Conservation and Managment Plan | | California Department of Fish and Wildlife | 2018-12 | 223_2018-12 CDFW-Elk-Conservation-and-Management-Plan |
| | **4. Other Studies and Papers Informing Elk Management** | | | | |
| 004588-004603 | 1993 Range Analysis of the Tomales Point Tule Elk Range | UC Berkeley Report for Contract 1443 PX8530-93-206 | Bartolome, James W. | 1993-12-15 | 224_Bartolome-1993-TP-Range-Analysis |
| 004604-004611 | 2012 Effects of Hikers and Boats on Tule Elk Behavior in a National Park Wilderness Area | Published in Human-Wildlife Interactions Spring 2012 Vol 6, No 1, p 147-154. | Becker, Benajmin H., et al. | 2012 | 225_Becker et al 2012-Effects-of-Hikers-and-Boats-on-Tule-Elk-Behavior-in-a-National-Park-2012 |
| 004612-004614 | CDFG Memorandum-Health Problems - Point Reyes Elk | Brian Hunter, John Aho - CDFG | David Jessup, DVM, CDFG | 1979-07-16 | 226_CDFG 1979-07-16_ memo-Health Problems Pt Reyes Elk |
| 004615-004661 | 2020 Evaluating density dependence and climate effects on the dynamic of reintroduced Tule elk herds using integrated population models | | Cobb, McCrea A. et al. U.S. Fish and Wildlife Service | 2020-01-08 | 227_Cobb et al 2020 Tule-Elk-Population-Dynamics |
| 004662-004667 | 1985 Dietary Overlap Among Axis, Fallow, and Black-tailed Deer and Cattle | | Elliott, Henry W. III et al. | 1985-11 | 228_Elliot_Barrett_1993_Elk_Deer_Dietary_Overlap |
| 004668-004694 | Tule Elk at Point Reyes National Seashore - | Proceedings of the 1986 Conference on Science in the National Parks | Peter Gogan and Reginald Barrett | 1986-07-0 | 229_Gogan and Barrett-1986-Tule Elk at Point Reyes National Seashore |

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 004695-004702 | Antler Anomalies in Tule Elk | Published in Journal of Wildlife Diseases October 1988, Vol 24, No 4 p 656-662. | Peter Gogan, David Jessup, and Reginald Barrett | 1988-10-0 | 230_Gogan et al 1988 Antler Anomolies in Tule Elk |
| 004703-004708 | Copper Deficiency in tule elk at Point Reyes, California | Published in Journal of Range Management May 1989, Vol 42, No 3 p 233-238. | Peter Gogan, David Jessup, and Mark Akeson | 1989-05-0 | 231_Gogan et al 1989-Copper Deficiency in tule elk |
| 004709-004716 | Re-introduction of Tule Elk to Point Reyes National Seashore, California USA | Global Re-introduction Perspectives: 2013 | Gogan, Peter J.P. et al. | 2013 | 232_Gogan et al 2013 Reintroduction-of-Tule-Elk-to-PORE |
| 004717-004725 | Comparative Dynamics of Introduced Tule Elk Populations | Wiley Wildlife Society | Gogan, Peter J.P. and Barrett, Reginald | 1987-01 | 233_Gogan_Barrett_1987_Comparative_Dynamics_Tule_Elk |
| 004726-005199 | Ecology of the Tule Elk Range, Point Reyes National Seashore - Dissertation | | Gogan, Peter J.P. | 1986-04-25 | 234_Gogan-1986-Ecology-of-Tule-Elk-Dissertaion |
| 005200-005213 | Population Dynamics of Tule Elk at Point Reyes National Seashore, California | Wiley Wildlife Society | Howell, Judd A. et al. | 2002-04 | 235_Howell et al 2002 Population-Dynamics-of-Tule-Elk-at-PORE |
| 005214-005231 | Effects of Human-altered Landscapes on a Retintroduced Ungulate: Patterns of Habitat Selection at the Rangeland-Wildlife Interface | Biological Conservation | Hughey, Lacy F. et al. | 2021-04-10 | 236_Hughey-etal-2021-Effects-of-human-altered-landscapes-on-a-reintroduced-ungulate |
| 005232-005234 | Paratuberculosis in Tule Elk in California | Journal of the American Veterinary Medical Association | Jessup, David A. et al. | 1981-12-01 | 237_Jessup-1981-Paratuberculosis-Tule-Elk-California |
| 005235-005246 | Influence of a Large Herbivore Reintroduction on Plant Invasions and Community Composition in a California Grassland | Conservation Biology Volume 21 | Johnson, Brent E. and Cushman, Hall J. | 2007-04 | 238_Johnson and Cushman 2007-Influence-of-a-Large -Herbivore-Reintroduction |
| 005247-005333 | Managing a Land in Motion - An Administrative History of Point Reyes National Seashore | | Paul Sadin | 2007-10-01 | 239_Moi-2009-Thesis-Recreation-Wildlife-Conflict |
| 005334-005759 | An Approach for Park Managers to Idenfity Areas of Recreation-Wildlife Conflict - Masters Thesis | | Moi, Christopher Michael | 2009 | 240_NPS 2007 Sadin-PORE Administrative History |
| 005760-005843 | A comprehensive Review of National Park Service Ungulate Management | | National Park Service | 2014-12 | 241_NPS 2014 Review of NPS Ungulate Management |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 11 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
| --- | --- | --- | --- | --- | --- |
| 005844-005953 | Review of Ungulate Fertility Control in the National Park Service | | National Park Service | 2015-09 | 242_NPS 2015 NPS Ungulate Fertility Report |
| 005954-005959 | Tule Elk Program Point Reyes National Seashore 1999 Annual Report | | National Park Service | 1999 | 243_NPS Point Reyes 1999 Tule-Elk-Program-Annual-Report |
| 005960-006023 | Determining effects of elk on vegetation at Point Reyes National Seashore | | National Park Service | 2002-05-02 | 244_NPS Point Reyes 2002 Elk Vegetation Enclosure Monitoring-2001 Report |
| 006024-006029 | Elk Relocation from Concord Naval Weapons Station to Tomales Point, 2001 Summary Report | | National Park Service | 2002-06-11 | 245_NPS Point Reyes 2002 Report - 2001 Relocation-from-Concord |
| 006030-006111 | Tule Elk Monitoring and Managment at Point Reyes National Seashore 2013-2014 Report | | National Park Service | 2016-10 | 246_NPS Point Reyes 2013-14-Tule-Elk-Report-FINAL |
| 006112-006156 | Tule Elk Monitoring and Managment at Point Reyes National Seashore 2015-2016 Report | | National Park Service | 2018-06 | 247_NPS Point Reyes 2015-2016-Elk-Report-FINAL-NRPM |
| 006157-006160 | Point Reyes National Seashore 2002 Contraception Natality Monitoring | | National Park Service | 2004-01-09 | 248_NPS Point Reyes Contraception Natality 2002 Report |
| 006161 | 2019 Foot Census Data - Tomales Point | | National Park Service | 2019 | 249_NPS Point Reyes Foot Census 2019-Data |
| 006162 | 2020 Foot Census Data - Tomales Point | | National Park Service | 2020 | 250_NPS Point Reyes Foot-Census-2020-Data |
| 006163 | 1999 Horseback Census Tomales Point | | National Park Service | 1999-11-12 | 251_NPS Point Reyes Horseback-Census-1999-Report |
| 006164-006168 | 2000 Horseback Census Tomales Point | | National Park Service | 2000 | 252_NPS Point Reyes Horseback-Census-2000-Report |
| 006169-006176 | 2001 Horseback Census Tomales Point | | National Park Service | 2001 | 253_NPS Point Reyes Horseback-Census-2001-Report |
| 006177-006183 | 2002 Horseback Census Tomales Point | | National Park Service | 2002 | 254_NPS Point Reyes Horseback-Census-2002-Report |
| 006184-006193 | 2003 Horseback Census Tomales Point | | National Park Service | 2003 | 255_NPS Point Reyes Horseback-Census-2003-Report |
| 006194-006201 | 2004 Horseback Census Tomales Point | | National Park Service | 2005-05-02 | 256_NPS Point Reyes Horseback-Census-2004-Report |
| 006202-006210 | 2005 Horseback Census Tomales Point | | National Park Service | 2006-08-28 | 257_NPS Point Reyes Horseback-Census-2005-Report |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 12 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 006211-006220 | 2006 Horseback Census Tomales Point | | National Park Service | 2006 | 258_NPS Point Reyes Horseback-Census-2006-Report |
| 006221-006230 | 2007 Horseback Census Tomales Point | | National Park Service | 2007 | 259_NPS Point Reyes Horseback-Census-2007-Report |
| 006231-006238 | 2008 Horseback Census Tomales Point | | National Park Service | 2008 | 260_NPS Point Reyes Horseback-Census-2008-Report |
| 006239-006246 | 2009 Horseback Census Tomales Point | | National Park Service | 2009 | 261_NPS Point Reyes Horseback-Census-2009-Report |
| 006247-006255 | 2011-2012 Horseback Census Tomales Point | | National Park Service | 2012 | 262_NPS Point Reyes Horseback-Census-2011-2012-Report |
| 006256 | 2017 Horseback Census Data Tomales Point | | National Park Service | 2017 | 263_NPS Point Reyes Horseback-Census-2017-Data |
| 006257 | 2018 Horseback Census Data Tomales Point | | National Park Service | 2018 | 264_NPS Point Reyes Horseback-Census-2018-Data |
| 006258-006320 | The Interface of Nutrition and Disease in a Coastal Ungulate Population | | National Park Service | 2020-12-02 | 265_NPS-Press-et-al-Dec-2020-Elk-nutrition-and-disease-talk |
| 006321-006504 | Foraging Ecology of Tule Elk at Tomales Point, Point Reyes National Seashore, California - Master's Thesis | | Roberts, Susan | 2000-12 | 266_Roberts 2000 Foraging-Ecology-of-Tule-Elk-Tomales-Point-PORE |
| 006505-006510 | Monitoring Reproduction and Contraception in Free Ranging Wildlife: Tule Elk (Cervus elaphus nannodes) at Point Reyes National Seashore | | Schideler, Susan E. | 2000 | 267_Shideler 2000-Monitoring-Reproduction-and-Contraception-in-Free-Ranging-Wildlife |
| 006511-006519 | Use of Porcine Zona Pellucida (PZP) Vaccine as a Contraceptive Agent in Free-ranging Tule Elk (Cervus elaphus nannodes) | Society for Reproduction and Fertility | Schideler, Susan E., et al. | 2002 | 268_Shideler et al 2002 - Use of Porcine Zona Pellucida-PZP as a Contraceptive |
| | 5. Correspondence With State and Federal Agencies | | | | |
| 006520-006527 | California Department of Fish and Game to Point Reyes National Seashore - EA Review | Superintendent Point Reyes National Seashore | California Fish and Game | 1992-09-05 | 269_1992-09-25-CDFG-to-NPS-1992EA |
| 006528-006529 | Senator Cranston to Point Reyes National Seashore regarding 1992 Tule Elk Management Plan EA. | Superintendent Point Reyes National Seashore | Senator Alan Cranston | 1992-10-05 | 270_1992-10-05-Cranston-to-NPS-1992EA |
| 006530-006532 | California Coastal Commission to Point Reyes National Seashore - Negative determination Concurrence | Superintendent Point Reyes National Seashore | California Coastal Commission | 1997-11-26 | 271_1997-11-26-CCC-to-NPS-1998ElkPlan-NegDecConcur |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 13 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 006533-006534 | California Department of Fish and Game to Point Reyes National Seashore - Elk Managememt | Superintendent Point Reyes National Seashore | California Fish and Game | 1999-05-28 | 272_1999-05-28-CDFG-to-NPS-ElkManagement |
| 006535-006537 | California Department of Fish and Game to Point Reyes National Seashore - Relocation of Concord Elk | Superintendent Point Reyes National Seashore | California Fish and Game | 1999-12-14 | 273_1999-12-14-CDFG-to-NPS-ConcordElk |
| 006538-006539 | Superintendent Point Reyes National Seashore to California Deparment of Fish and Game - Relocation of Cache Creek Elk | California Fish and Game | Superintendent Point Reyes National Seashore | 2002-11-21 | 274_2002-11-21-NPS-to-CDFG-CacheCreekElk |
| 006540-006577 | 2004 Waiver Request for Relocation of Tule Elk | Superintendent Point Reyes National Seashore | Regional Director, Pacific West Region | 2004-05-21 | 275_2004-05-21-NPS-PORE-CWD-Waiver-Request |
| 006578-006579 | Assemblymember Marc Levine to California Department of Fish and Wildlife regarding Tule Elk - Point Reyes National Seashore | Assemblymember Levine | California Fish and Game | 2014-01-22 | 276_2014-01-22-Levine-CDFW-TULE-ELK |
| 006580-006583 | California Department of Fish and Wildlife to Assemblymember Marc Levine regarding Tule Elk - Point Reyes National Seashore | California Fish and Game | Assemblymember Levine | 2014-02-26 | 277_2014-02-26-CDFW-Levine-Tule-Elk-Response |
| 006584-006585 | Congressman Huffman and Senator Feinstein to California Deparment of Fish and Wildlife regarding Tule Elk - Point Reyes National Seashore | Congressman Huffman and Senator Feinstein | California Fish and Game | 2015-11-30 | 278_2015-12-09-Feinstein-Huffman-CDFW-Tule-Elk-Relocation-Ltr |
| 006586-006589 | California Deparment of Fish and Wildlife to Congressman Huffman and Senator Feinstein to California regardnig Tule Elk - Point Reyes National Seashore | California Fish and Game | Congressman Huffman and Senator Feinstein | 2016-03-15 | 279_2016-03-15-CDFW-Feinstein-Huffman-Letter-Pt-Reyes-Tule-Elk |
| 006590-006592 | California Deparment of Fish and Wildlife to Point Reyes National Seashore - Comments on Point Reyes National Seashore General Managment Plan Amendement, Draft Environmental Impact Statement | Superintendent, Point Reyes National Seashore | California Fish and Game | 2019-09-23 | 280_2019-09-23-CDFW-PRNS-Comment-Letter |
| 006593-006599 | Western Watersheds Project -representing multiple organizations-Petition under APA regarding Tomales Point Elk Reserve April 9 2021 | Craig Kenkel, Superintendent, Point Reyes National Seashore | Western Watersheds Project, Resource Renewal Institute, ForElk, Center for Biological Diversity, Save Point Reyes National Seashore, Vital Actions, The Coexistence Initiative, WildCare | 2021-04-09 | 281_2021-04-09-WWP-APA-petition regarding Tomales Point Elk Reserve |

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 006600-006601 | NPS response to Western Watershed Project APA petition April 16, 2021 | Eric Molvar, Western Watersheds Project | Craig Kenkel, Superintendent, Point Reyes National Seashore | 2021-04-16 | 282_2021-04-16 NPS to WWP-Response to APA Petition |
| 006602-006604 | Correspondence to Congressman Huffman regarding GMPA April 2021 | Congressman Huffman | Craig Kenkel, Superintendent, Point Reyes National Seashore | 2021-04-16 | 283_2021-04-16-NPS-to-Huffman regarding GMPA |
| 006605-006607 | 2021-05-25-NPS to FIGR_Tomales Point June Emergency Water Consultation | | | 2021-05-25 | 284_2021-05-25-NPS to FIGR_Tomales Point June Emergency Water Consultation |
| 006608 | 2021-06-02 FIGR to NPS-Tomales Point June Emergency Water Response | | | 2021-06-02 | 285_2021-06-02 FIGR to NPS-Tomales Point June Emergency Water Response |
| **6. Public Announcements Regarding Elk at Tomales Point** | | | | | |
| 006609-006610 | Press Release - August 2020 - National Park Service Continues Caring for Tomales Point Reserve Tule Elk | | National Park Service | 2020-08-26 | 286_PRESS-RELEASE-2020-08-26-Tule-Elk-Reserve |
| 006611-006612 | Press Release - March 2021 - Point Reyes National Seashore Releases 2020 Population Numbers of Tule Elk Across the Park | | National Park Service | 2021-03-31 | 287_Press-Release-2021-03-31-2020-Tule-Elk-Count |
| 006613-006614 | Press Release - June 2021 - Unprecedented Drought Prompts Point Reyes National Seashore to Provide Supplemental Water for Tule Elk at Tomales Point | | National Park Service | 2021-06-11 | 288_Press-Release-2021-06-11-Tomales-Point-Emergency-Water |
| 006615 | Tomales Point Water Source Map - September 2020 | | National Park Service | 2020-09 | 289_Tomales Point Reserve water source map Sept 2020 |
| 006616 | Tomales Point Annual Tule Elk Population Chart 1978-2020 | | National Park Service | 2020-09 | 290_Tomales-Point-Reserve-Tule-Elk-pop-1978-2020 |
| **B. Fire Management Plan** | | | | | |
| 006617-007194 | Fire Management Plan EIS | | Point Reyes National Seashore | 2004-07-01 | 300_2004-07-01-PORE-Fire-Management-Plan |
| 007195-007215 | PORE Fire Management Plan Record of Decision (ROD) | | Point Reyes National Seashore | 2004-10-29 | 301_2004-10-29-PORE Fire Management Plan ROD |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 15 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| **C. Pierce Point Ranch National Historic District** | | | | | |
| 007216-007246 | 1981 Pierce Ranch Interim Management Plan Point Reyes National Seashore | | National Park Service | 1981-08-04 | 302_1981 Pierce-Ranch-Interim-Management-Plan |
| 007247-007314 | 1985 Pierce Ranch - National Register of Historic Places Inventory - Nomination Form | | National Park Service | 1985-02-24 | 303_1985 Pierce Ranch Nomination Complete |
| 007315-007586 | 1986 History and Architecture of the Upper Pierce Ranch 1856 - 1986 [Portions Redacted pursuant to Archaeological Resources Protection Act (16 USC 470hh)] | | National Park Service | 1986 | 304_1986 Historic Structures Report Upper-pierce-ranch [Portions Redacted pursuant to Archaeological Resources Protection Act (16 USC 470hh)] |
| 007587-007650 | 2004 Pierce Ranch - National Park Serivce Cultural Landscapes Inventory | | National Park Service | 2004-09-15 | 305_2004 PORE Pierce Ranch Cultural Landscape Inventory |
| **D. Other Park Plans** | | | | | |
| 007651-007751 | PORE Statement for Management | | Point Reyes National Seashore | 1993-06-08 | 306_1993-06-08-PORE-Statement-for-Management |
| 007752-007815 | Point Reyes National Seashore Visitor Use Survey Spring 1997 | | Ferry, Dana and LaFayette, Coby | 1997-05 | 307_1997-05-0-Visitor Use Survey-Point Reyes |
| 007816-007886 | Point Reyes National Seashore Resource Management Plan | | Point Reyes National Seashore | 1999-12 | 308_1999 PORE-Resource-Management-Plan |
| 007887-008066 | USFWS California Red-Legged frog Recovery Plan | | USFWS Region 1 | 2002-05-28 | 309_2002-05-28-USFWS California Red-Legged frog Recovery Plan |
| 008067-008148 | PORE-GOGA Plant Community Mapping Final Report | | Point Reyes National Seashore | 2003-07-30 | 310_2003-07-30-PORE-GOGA Plant Community Mapping Final Report |
| 008149-008238 | Regional Resident's Opinions on Management Issues at Point Reyes National Seashore | | Responsive Management | 2003 | 311_2003-09-0-PORE Comprehensive Interpretive Plan |
| 008239-008364 | 2003 Point Reyes National Seashore Comprehensive Interpretive Plan | | National Park Service | 2003-09 | 312_2003-0-Responsive-Management-regional-resident-survey |
| 008365-008748 | Archaeology Overview of Point Reyes National Seashore and Golden Gate National Recreation Area | | Sonoma State University - Anthropological Studies Center | 2003-11 | 313_2003-11-0-Archaeological Overview for PORE-GOGA by SSU-ASC |
| 008749-008808 | PORE Trail Inventory and Condition Assessment | | Point Reyes National Seashore | 2003-11 | 314_2003-11-0-PORE Trail Inventory and Condition Assessment |

Case 4:21-cv-04734-HSG   Document 39-1   Filed 10/12/21   Page 16 of 16

Index to Administrative Record for Case 4:21-cv-04734-HSG
Attachment 1 to Declaration of Craig Kenkel, dated October 12, 2021

| BATES NUMBER | Title | TO/Recipient | FROM/Author | DATE | FILE NAME |
|---|---|---|---|---|---|
| 008809-009266 | Non-Native Deer Management Plan Final EIS | | Point Reyes National Seashore | 2006-07 | 315_2006-07-0-PORE Non-Native Deer Management Plan Final EIS |
| 009267-009281 | Non-Native Deer Management Plan ROD | | Point Reyes National Seashore | 2006-10-17 | 316_2006-10-17-NonNative Deer Management Plan ROD |
| 009282-009401 | 2016-01-11-PORE Accessibility Self-Evaluation and Transition Plan Overview | | National Park Service | 2016-01-11 | 317_2016-01-11-PORE Accessibility Self-Evaluation and Transition Plan Overview |
| 009402-009455 | 2020 Foundation Document Point Reyes National Seashore | | National Park Service | 2020-04 | 318_2020-04 Foundation-Document-Point-Reyes-National-Seashore |
| III.  NPS POLICIES AND DIRECTORS ORDERS | | | | | |
| 009456-009635 | National Park Service Management Policies - 2006 | | National Park Service | 2006-0-0- | 400_2006 National Park Service Management Policies |
| 009636-009638 | Revised Framework for National Planning Program | NLC Executive Committee | Associate Director, Park Planning, Facilities, and Lands | 2012-04-24 | 401_2012-04-24-NLC Decision Memo for National Planning Program |
| 009639-009652 | NPS Planning Framework Revision Guidance - May 30, 2012 | | Park Planning and Special Studies | 2012-05-30 | 402_2012-05-30-NPS Planning Revision Guidance |
| 009653-009654 | New Framework for Park Planning - Memo | National Leadership Council | Associate Director, Park Planning, Facilities, and Lands | 2012-06-04 | 403_2012-06-04-AD PPFL to NLC-New Framework for Park Planning_Memo |
| 009655-009758 | National Park Service NEPA Handbook-2015 | | National Park Service | 2015-09-0 | 404_2015 NPS NEPA Handbook |
| 009759-009767 | Director's Order #2 - Park Planning_Issued January 11 2021 | | National Park Service | 2021-01-11 | 405_2021 Directors Order-2_ Issued January 11 2021 |