Ecology of the Tule Elk Range, Point Reyes National Seashore

By

Peter John Patrick Gogan

A.B. (University of California) 1968
M.S. (Texas A&M University) 1973

DISSERTATION

Submitted in partial satisfaction of the requirements for the degree of

DOCTOR OF PHILOSOPHY

in

Wildland Resource Science

in the

GRADUATE DIVISION

OF THE

UNIVERSITY OF CALIFORNIA, BERKELEY

Approved: . . . . . . . . . . . . . . . . . . . . . . . . . . .   4-25-86
Chairman                                        Date

PROPERTY OF
POINT REYES LIBRARY

ECOLOGY OF THE TULE ELK RANGE,

POINT REYES NATIONAL SEASHORE

Peter John Patrick Gogan

## ABSTRACT

Tule elk (Cervus elaphus nannodes) were extirpated from the coastal prairie-coastal scrub mosaic of the Point Reyes Peninsula, Marin Co., California sometime after the 1860's as the area was developed for livestock production.  The reintroduction of tule elk to the Tomales Point portion of the Peninsula in March 1978 precipitated a study of ecological interactions of native mammalian herbivores and vegetation as livestock use was halted (November, 1979).

Vegetation of Tomales Point was categorized to three grassland types and one scrub type.  Grasses constituted most of the plant cover in all grassland types in 1980 and 1981.  In the scrub type, shrubs were dominant in 1980 but forbs predominated in 1981.  Peak herbaceous standing crop was recorded in June, ranging between 310 $gm/m^2$ and 810 $gm/m^2$ among the grassland types.  Estimates of annual productivity of herbaceous vegetation ranged between 207 and 370 $gm/m^2$, with the greatest production occurring

between February and June.

Population growth of tule elk reintroduced to Tomales Point was compared to that growth of tule elk reintroduced to Grizzly Island, Solano Co.  Elk at Grizzly Island grew at the maximum potential rate while those at Tomales Point grew at half the theoretical potential.  The lower rate of growth was attributed to an initial pulse of adult mortality, low calving rates and high subadult mortality. Analysis of serum and hair samples showed adult mortality and low calving rates were due in part to copper deficiency.  Subadult mortality was caused by paratuberculosis.  Radiographs of elk antlers suggested that nutritional stress was not restricted to copper deficiency alone.  Prior to cattle removal there was very little available forage for elk.

Elk translocated to Tomales Point exhibited strong social cohesiveness.  The home range of the single cow-calf group consisted of 360 to 420 ha, centered in the southern portion of Tomales Point.

Black-tailed deer (Odocoileus hemionus columbianus) density was determined by nine monthly line-transect censuses and four bimonthly pellet-group samples between

November 1980 and September 1981. Line transect density estimates ranged between 0.07 and 0.29 deer/ha. Pellet-group sample estimates ranged between 0.16 and 0.33 deer/ha. Both methods produced an estimate of 0.21 deer/ha with a standard error of 0.07 in February 1981. Composition counts suggested a deer population with a high adult buck:doe ratio and a relatively low reproductive rate and low fawn survival, as would be expected for an unharvested population at ecological carrying capacity.

Estimates of density of California voles (Microtus californicus) determined by mark-recapture and runway count methods suggest a fluctuating population with densities ranging between 1.9 and 20.9 voles/ha. Other rodents were much less abundant and included: deer mouse (Peromyscus maniculatus) and western harvest mouse (Reithrodontomys megalotis).

Elk and deer on Tomales Point may be classified as forb-grass and forb-shrub feeders, respectively, with both species utilizing forbs extensively in the spring and summer months when herbaceous standing crop is high. The greatest dietary overlap occurs in the summer months. Both ungulates exhibited a pattern of optimizing nutrient intake.

4

Habitat suitability index (HSI) models were developed for elk and deer.  The HSI model for deer was tested using pellet-group count data.  The results were inconclusive.

Three estimates of carrying capacity for elk on Tomales Point range from 90 at optimum density (ICC) to 350 at subsistence density with 140 identified as the best estimate of KCC presently available.  Carrying capacity may be expected to decline if coyote bush (<u>Baccharis pilularis</u>) continues to invade areas of open grassland or if the important forage plant English plantain (<u>Plantago lanceolata</u>) becomes less abundant through successional changes.  Prescribed fire may be used to reverse these processes.

---

Approved:  Dr. Reginald H. Barrett

Chairman, Dissertation Committee

Department of Forestry and Resource

Management

University of California, Berkeley

004730

TABLE OF CONTENTS

Page

LIST OF TABLES . . . . . . . . . . . . . . . . . . . viii

LIST OF FIGURES . . . . . . . . . . . . . . . . . . . xvii

ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . xxvii

CHAPTER I: INTRODUCTION . . . . . . . . . . . . . . . 1

CHAPTER II: STUDY AREA . . . . . . . . . . . . . . . 10

    Location . . . . . . . . . . . . . . . . . . . . . 10

    Geology and Soils . . . . . . . . . . . . . . . . 10

    Climate . . . . . . . . . . . . . . . . . . . . . 14

    Past and Present Land Use . . . . . . . . . . . . 21

CHAPTER III: BOTANICAL COMPOSITION AND PRODUCTIVITY . . 34

  METHODS . . . . . . . . . . . . . . . . . . . . . . 34

    Vegetation Change: Photographic Stations . . . . . 37

    Canopy Cover and Botanical Composition . . . . . . 38

    Herbaceous Productivity and Utilization . . . . . . 39

    Shrub Productivity and Utilization . . . . . . . . 42

  RESULTS . . . . . . . . . . . . . . . . . . . . . . 43

    Vegetative Types . . . . . . . . . . . . . . . . 43

    Vegetation Change: Photographic Stations . . . . . 45

    Canopy Cover and Botanical Composition . . . . . . 45

    Herbaceous Productivity and Utilization . . . . . . 64

    Shrub Productivity and Utilization . . . . . . . . 78

DISCUSSION . . . . . . . . . . . . . . . . . . . . . 90

004731

Page

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . .   99

CHAPTER IV: COMPARATIVE DYNAMICS OF TWO REINTRODUCED
TULE ELK POPULATIONS  . . . . . . . . . . . . . . . . . .   101

METHODS . . . . . . . . . . . . . . . . . . . . . . . . .   101

RESULTS . . . . . . . . . . . . . . . . . . . . . . . . .   103

    History of Reintroductions . . . . . . . . . . . . .   103

    Population Growth Rate . . . . . . . . . . . . . . .   105

    Mortality  . . . . . . . . . . . . . . . . . . . . .   108

    Reproductive Success . . . . . . . . . . . . . . . .   111

    Population Stability . . . . . . . . . . . . . . . .   119

    Time Lags  . . . . . . . . . . . . . . . . . . . . .   122

DISCUSSION  . . . . . . . . . . . . . . . . . . . . . . .   123

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . .   128

CHAPTER V:  COPPER DEFICIENCY IN TULE ELK  . . . . . .   130

METHODS . . . . . . . . . . . . . . . . . . . . . . . . .   133

    Animal Samples . . . . . . . . . . . . . . . . . . .   133

    Plant and Soil Samples . . . . . . . . . . . . . . .   137

RESULTS  . . . . . . . . . . . . . . . . . . . . . . . .   138

    Liver Trace Element Levels . . . . . . . . . . . . .   140

    Serum Trace Element Levels . . . . . . . . . . . . .   141

    Hair Trace Element Levels  . . . . . . . . . . . . .   147

    Individual Variation Over Time . . . . . . . . . . .   149

DISCUSSION  . . . . . . . . . . . . . . . . . . . . . . .   157

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . .   157

Page

CHAPTER VI:  PARATUBERCULOSIS IN TULE ELK . . . . . .  158

METHODS . . . . . . . . . . . . . . . . . . . . . . .  159

RESULTS . . . . . . . . . . . . . . . . . . . . . . .  160

DISCUSSION . . . . . . . . . . . . . . . . . . . . .  161

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . .  165

CHAPTER VII:  CLEFT PALATE IN A TULE ELK CALF . . . .  166

METHODS . . . . . . . . . . . . . . . . . . . . . . .  166

RESULTS . . . . . . . . . . . . . . . . . . . . . . .  167

DISCUSSION . . . . . . . . . . . . . . . . . . . . .  169

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . .  172

CHAPTER VIII:  ANTLER ANOMALIES IN TULE ELK . . . . .  173

METHODS . . . . . . . . . . . . . . . . . . . . . . .  173

RESULTS . . . . . . . . . . . . . . . . . . . . . . .  174

DISCUSSION . . . . . . . . . . . . . . . . . . . . .  177

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . .  181

CHAPTER IX: TULE ELK SOCIAL ORGANIZATION
AND HOME RANGE . . . . . . . . . . . . . . . . . . .  182

METHODS . . . . . . . . . . . . . . . . . . . . . . .  182

RESULTS . . . . . . . . . . . . . . . . . . . . . . .  183

    Male-Female Association . . . . . . . . . . . . .  183

    Female-Female Association . . . . . . . . . . . .  185

    Home Range . . . . . . . . . . . . . . . . . . .  188

DISCUSSION . . . . . . . . . . . . . . . . . . . . .  191

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . .  196

004733

iv

Page

CHAPTER X:  DENSITY AND POPULATION COMPOSITION OF
BLACK-TAILED DEER BY DIRECT OBSERVATION . . . . . . . 197

METHODS . . . . . . . . . . . . . . . . . . . . . . . 197

  Numbers by Direct Observation . . . . . . . . . . 197

  Population Composition . . . . . . . . . . . . . . 206

RESULTS . . . . . . . . . . . . . . . . . . . . . . . 206

  Numbers by Direct Observation . . . . . . . . . . 206

  Population Composition . . . . . . . . . . . . . . 211

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . 217

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . 222

CHAPTER XI:  DENSITY OF BLACK-TAILED DEER FROM
PELLET GROUP COUNTS . . . . . . . . . . . . . . . . . 224

METHODS . . . . . . . . . . . . . . . . . . . . . . . 224

RESULTS . . . . . . . . . . . . . . . . . . . . . . . 226

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . 229

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . 233

CHAPTER XII: DENSITIES OF GRASSLAND RODENTS . . . . . 235

METHODS . . . . . . . . . . . . . . . . . . . . . . . 235

  Mark-Recapture . . . . . . . . . . . . . . . . . . 235

  Runway Counts . . . . . . . . . . . . . . . . . . 236

RESULTS . . . . . . . . . . . . . . . . . . . . . . . 237

  Mark-Recapture . . . . . . . . . . . . . . . . . . 237

  Runway Counts . . . . . . . . . . . . . . . . . . 239

DISCUSSION . . . . . . . . . . . . . . . . . . . . . . 242

004734

v

Page

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . 243

CHAPTER XIII:  ELK AND DEER DIETS . . . . . . . . . . 244

METHODS  . . . . . . . . . . . . . . . . . . . . . . 244

Food Habits . . . . . . . . . . . . . . . . . . . 244

Dietary Overlap . . . . . . . . . . . . . . . . . 246

Dietary Preference  . . . . . . . . . . . . . . . 247

RESULTS  . . . . . . . . . . . . . . . . . . . . . . 249

Elk Diet  . . . . . . . . . . . . . . . . . . . . 249

Deer Diet . . . . . . . . . . . . . . . . . . . . 254

Dietary Overlap . . . . . . . . . . . . . . . . . 259

Diet Selection  . . . . . . . . . . . . . . . . . 261

DISCUSSION . . . . . . . . . . . . . . . . . . . . . 261

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . 269

CHAPTER XIV:  HABITAT SUITABILITY INDICES FOR TULE ELK
AND BLACK-TAILED DEER  . . . . . . . . . . . . . . . 270

METHODS . . . . . . . . . . . . . . . . . . . . . . 270

RESULTS . . . . . . . . . . . . . . . . . . . . . . 272

Tule Elk . . . . . . . . . . . . . . . . . . . . 272

Black-tailed Deer  . . . . . . . . . . . . . . . 278

DISCUSSION . . . . . . . . . . . . . . . . . . . . 287

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . 295

CHAPTER XV:  PREDICTED CARRYING CAPACITY . . . . . . 296

METHODS . . . . . . . . . . . . . . . . . . . . . . 297

Livestock Equivalency Estimate . . . . . . . . . 297

004735

Page

    Vegetative Productivity Estimate . . . . . . . . . 297

RESULTS . . . . . . . . . . . . . . . . . . . . . . . 299

    Livestock Equivalency Estimate . . . . . . . . . . 299

    Vegetative Productivity Estimate . . . . . . . . . 299

DISCUSSION . . . . . . . . . . . . . . . . . . . . . 302

CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . 305

CHAPTER XVI: MANAGEMENT . . . . . . . . . . . . . . . 306

MANAGEMENT OBJECTIVES AND POLICIES . . . . . . . . . 306

    State Management Objectives . . . . . . . . . . . 306

    Federal-State Agency Cooperation . . . . . . . . . 306

    National Park Service Management Policy . . . . . 307

MANAGEMENT AND BIOLOGY . . . . . . . . . . . . . . . 311

    Vegetation-Herbivore Dynamics . . . . . . . . . . 311

    Minimal Viable Population . . . . . . . . . . . . 313

    Level of Protection . . . . . . . . . . . . . . . 317

MANAGEMENT OPTIONS . . . . . . . . . . . . . . . . . 318

    Option I: No Action . . . . . . . . . . . . . . . 319

    Option II: Manage Only the Elk Population . . . . 320

    Option III: Manage at the System Level . . . . . . 322

MANAGEMENT PERSPECTIVE . . . . . . . . . . . . . . . 323

LITERATURE CITED . . . . . . . . . . . . . . . . . . 326

APPENDIX I. Plant taxa recorded at each vegetation

sample location in 1980 and 1981. . . . . . . . . . 353

vii

<u>Page</u>

APPENDIX II.  Plant taxa recorded in the diet of elk
and deer in each sample period. . . . . . . . . . .  403

# LIST OF TABLES

Table                                                     Page

1. Characteristics of soil types of Tomales Point (after Soil Conservation Service 1967) . . . . .   13

2. Categories and descriptions of vegetative types on Tomales Point . . . . . . . . . . . . . . . . .   36

3. Number of grass and forb taxa categorized to growth form for each vegetative type and year . . . . .   62

4. Mean occurrence and standard error of plant species classified as dominant in any vegetative type for 1980 (N = 11,083) . . . . . . . . . . .   65

5. Mean occurrence and standard error of plant species classified as dominant in any vegetative type for 1981 (N = 17,916) . . . . . . . . . . .   66

6. Mean occurrence and standard error of dominant plant species in 1980 (N = 11,083) and 1981 (N = 17,916).  Differences (Duncan's multiple range test) in means connected by a common line are non-significant ($P \geq 0.05$) . . . . . . . . . . .   67

004738

Table                                                              Page

7.  Summary of analysis of variance for differences
    between vegetative types in herbaceous standing
    crop within exclosures for each sample period  . .   72

8.  Summary of analysis of variance for difference
    between vegetative types in herbaceous standing
    crop outside exclosures for each sample period . .   73

9.  Mean herbaceous standing crop ($g/m^2$) inside
    exclosures in each of three grassland types.
    Differences (Duncan's multiple range test) in
    means connected by a common line are
    non-significant ($P \geq 0.05$). . . . . . . . . . .   74

10. Mean herbaceous standing crop ($g/m^2$) inside
    exclosures in each of three grassland types.
    Differences (Duncan's multiple range test) in
    means connected by a common line are
    non-significant ($P \geq 0.05$). . . . . . . . . . .   75

11. Mean herbaceous production ($g/m^2$) for each
    sample period in each of three grassland types.
    Differences (Duncan's multiple range test) in
    means connected by a common line are
    non-significant ($P \geq 0.05$). . . . . . . . . . .   76

004739

x

Table                                                              Page

12. Summary and analysis of variance for differences
    between grassland types in production of
    herbaceous plant material for each sample
    period. . . . . . . . . . . . . . . . . . . .    77

13. Mean herbaceous utilization ($g/m^2$) for each
    sample period in each of three grassland types.
    Differences (Duncan's multiple range test)
    connected by a common line are nonsignificant
    ($P \geq 0.05$). . . . . . . . . . . . . . . . . .    79

14. Summary and analysis of variance for differences
    between grassland types in utilization of
    herbaceous plant material for each sample
    period. . . . . . . . . . . . . . . . . . . . .    80

15. Annual productivity ($g/m^2$) for herbaceous
    vegetation calculated as cumulative productivity
    from seasonal samples and measured as total
    productivity from exclosures not clipped from
    October 1980 until June 1981. Differences (Duncan's
    multiple range test) in means connected by a common
    line are non-significant ($P \geq 0.05$). . . . . . . .    81

004740

Table                                                          Page

16. Mean crown volume ($m^3$) of coyote bush and
    bush lupine in each of four vegetative types
    on Tomales Point.  Differences (Duncan's multiple
    range test) in means connected by a common line
    are non-significant ($P \geq 0.05$). . . . .          82

17. Summary of analysis of variance for difference
    in crown volume in bush lupine and coyote bush
    between vegetative types for 1980 and 1981. . . .     83

18. Mean annual productivity (gms/x shrub) inside
    exclosures for coyote bush in three vegetative
    types and for bush lupine in the lupine
    grassland type and results of Duncan's multiple
    range test for differences between vegetative
    types for coyote bush.  Means connected by a
    common line do not differ significantly
    ($P \geq 0.05$). . . . . . . . . . . . . . . . . .    85

19. Summary of analysis of variance for differences
    between vegetative types in annual production
    per coyote bush for both inside and outside
    exclosures. . . . . . . . . . . . . . . . . . .       86

Table                                                        Page

20. Mean annual productivity (gms/x shrub) outside
    exclosures for coyote bush in three vegetative
    types and for bush lupine in the lupine
    grassland types and results of Duncan's multiple
    range test for differences between vegetative
    types for coyote bush.  Means connected by
    a common line do not differ significantly
    $(P \geq 0.05)$. . . . . . . . . . . . . . . . . . . .     87

21. Mean utilization (gms/x shrub) of coyote bush in
    each of three vegetative types and of bush lupine
    in lupine grassland in 1980 and 1981. . . . . . .     89

22. Numbers of tule elk by age and sex at Point Reyes
    National Seashore, California, on August 1 of
    each year, 1978-84. . . . . . . . . . . . . . . .    104

23. Numbers of tule elk by age and sex at Grizzly Island
    State Wildlife Management Area, California, on
    August 1 of each year, 1977-84. . . . . . . . . .    106

24. Size of original introduction, numbers of elk in
    following years, and calculated rm for select
    locations.  . . . . . . . . . . . . . . . . . . .    109

004742

Table                                                    Page

25. Copper and molybdenum values for liver samples
    (ppm, DWB) of tule elk from Point Reyes and
    Concord.  . . . . . . . . . . . . . . . . . . . .    139

26. Serum copper levels (ppm) for tule elk at
    locations other than Point Reyes in the fall of
    1978 and 1979 combined. . . . . . . . . . . . . .    143

27. Hair copper and molybdenum levels (ppm, DWB) for
    tule elk at locations other than Point Reyes
    and deer species at Point Reyes. . . . . . . . . .   146

28. Copper and molybdenum levels (ppm) in multiple serum
    and hair samples from an adult male elk transferred
    from Point Reyes to Grizzly Island. . . . . . . .    148

29. Cohesiveness of the cow-calf group of tule elk
    on Tomales Point from July 1979 through
    September 1981. . . . . . . . . . . . . . . . . . 187

30. Mean group size of black-tailed deer by month for
    incidental observations and observations on
    transect lines. . . . . . . . . . . . . . . . . . 204

31. Results of line transect censuses of black-tailed
    deer on Tomales Point as derived from the Fourier
    Series estimator. . . . . . . . . . . . . . . . . 208

Table                                                            Page

32. Chi-squared goodness of fit test of the perpendicular
    detection function of the Fourier Series (FSER),
    exponential polynomial (EXPL) and exponential
    power series (EXPS) to observations of
    black-tailed deer by sample period. . . . . . . . . 209

33. Weighted average and pooled estimates of group and
    individual density and total population size of
    black-tailed deer on Tomales Point derived from
    Fourier Series estimates for subsets of monthly
    samples with non-significant differences in mean
    group size. . . . . . . . . . . . . . . . . . . . . 212

34. Population composition of black-tailed deer on
    Tomales Point determined by line transect sampling.
    Percentages are given in parentheses. . . . . . . 213

35. Numbers and proportion of flagged pellet-groups
    judged to be visible in each sample period for all
    vegetative types combined. . . . . . . . . . . . 227

36. Pellet-group density per plot in 300 m$^2$ plots
    in each of four vegetative types and pooled for
    all vegetative types for each of four sampling
    periods. . . . . . . . . . . . . . . . . . . . . 228

Table                                                            Page

37. Number of individuals of three rodent species
    caught and released in two vegetative types on
    Tomales Point.  Each sample period consisted of
    400 p nights on a 4-ha plot.  . . . . . . . . .    238

38. Estimates of California vole density in two
    vegetative types by mark-recapture samples
    analyzed with program CAPTURE. . . . . . . . .    240

39. Percent composition of taxa making up more than
    five percent of the elk diet in any two sample
    period.  The elk diet was sampled monthly from
    October 1979 through March 1980 and bimonthly from
    April 1980 through September 1981.  . . . .    250

40. Percent composition of taxa making up more than
    five percent of the deer diet in the north and
    south sections of Tomales Point in two sample
    periods.  The deer diet was sampled monthly from
    December 1979 through September 1981.  . . . . .    255

41. Strauss index values for diet selection of elk and
    deer for plant species making up five percent or
    more of any vegetative type or of either herbivore
    diet for June 1980 and 1981. . . . . . . . . . .    262

## LIST OF FIGURES

Figure                                                              Page

1.  Location of Tomales Point on the Point Reyes
    Peninsula, central California. . . . . . . . . . .   11

2.  Annual precipitation pattern for Inverness,
    Marin Co., California 1926-1959; 1965-1983
    (after D. Harney, pers. comm.). . . . . . . . . .   17

3.  Annual precipitation pattern for San Rafael,
    Marin Co., California 1876-1984 (after Crocker
    National Bank 1984). . . . . . . . . . . . . . . .   19

4.  Monthly precipitation, evapotranspiration, and
    soil moisture regimes for Tomales Point, Marin
    Co., California calculated by the method of
    Thornthwaite (1948). . . . . . . . . . . . . . .   20

5.  Monthly precipitation records for Inverness,
    Marin Co., California for January 1977 through
    December 1981 (after D. Harney, pers. comm.). . .   22

6.  Land management designations on Tomales Point,
    Point Reyes National Seashore, Marin Co. (after
    National Park Service 1978b, 1981). . . . . . . .   33

004746

Figure                                                        Page

7.  Subdivision of Universal Transverse Mercator (UTM)
    grid of Tomales Point into 4-ha units. . . . . . .   35

8.  Diagram of establishment of hogwire exclosures
    within the randomly selected quadrant of a 4-ha
    sample unit. . . . . . . . . . . . . . . . . . . .   40

9.  The distribution of four main vegetative types on
    Tomales Point. . . . . . . . . . . . . . . . . . .   44

10. The percent of vegetative types available and
    sampled on Tomales Point.  Number of 4-ha cells
    given in parentheses. . . . . . . . . . . . . . .    46

11. Location and direction of photographic stations
    used to illustrate vegetative trends. . . . . . .    47

12. View from center of cell 38 west toward the Pacific
    Ocean.  The foreground shows no change.  The middle
    and background show slight increase in bush lupine
    and sedge.  Large sedge in middle ground of the 1983
    picture is due to slightly different orientation
    of camera.  Dominant species in the foreground
    include fescue, Italian ryegrass and soft chess. .   48

004747

Figure                                                        Page

13. View from center of cell 134 east toward Bolinas
    Ridge.  Middle ground shows increase in robustness
    of existing coyote bushes but no establishment
    of new plants.  Foreground shows no establishment
    of coyote bush.  Dominant species in foreground
    are silver hairgrass, soft chess, perennial
    ryegrass and English plantain. . . . . . . . . . .    51

14. View from center of cell 195 east toward Bolinas
    Ridge across Tomales Bay at White Gulch.  Hog and
    Duck Islands visible in the middle of Tomales Bay.
    The extent of mud flats visible in White Gulch in
    middleground varies with tidal conditions. The
    foreground shows an extensive stand of bush lupine
    in 1979 was considerably thinned by 1982 and gone
    by 1984.  The middle ground shows no change in a stand
    of thick scrub divided by an old ranching road.
    Dominant species in the foreground include soft chess,
    perennial ryegrass and ripgut grass. . . . . . . .    54

004748

Figure                                                          Page

15. View from center of cell 205 east toward Bolinas
    Ridge across Tomales Bay.  Introduced Monterey
    Cypress in the middle ground are at the northeast
    corner of Upper Pierce Ranch.  Fore- and middle ground
    show an invasion of coyote bush into open
    grassland.  Dominant species in the foreground include
    soft chess, perennial ryegrass and English
    plantain. . . . . . . . . . . . . . . . . . . . .   57
16. Percent relative ground cover by plant types for
    the four vegetative types on Tomales Point in
    1980 and 1981. . . . . . . . . . . . . . . . . .   61
17. Number of plant taxa in each vegetative type
    classified as uncommon (< 1%); moderately common
    (> 1%, < 5%); and dominant (> 5%) for 1980 and
    1981. . . . . . . . . . . . . . . . . . . . . . .   63
18. Mean and standard error (vertical bar) of
    herbaceous standing crop inside and outside
    exclosures for the three grassland types for each
    sample period. . . . . . . . . . . . . . . . . .   68
19. Growth rates of tule elk reintroduced to Point
    Reyes and Grizzly Island. . . . . . . . . . . . . 107

004749

Figure                                                          Page

20. Calves as percent of cows in tule elk reintroduced
    to Point Reyes and Grizzly Island.  . . . . . . . . 114

21. Relationship of cow:calf ratio to herd size
    in tule elk reintroduced to Grizzly Island. . . . . 116

22. Regression and 95% confidence bond of decline
    in the rate of population growth with increasing
    herd size in tule elk reintroduced to Grizzly
    Island (1978-1983). . . . . . . . . . . . . . . . . 121

23. Serum copper and molybdenum levels (ppm) in tule
    elk at Point Reyes.  Vertical bars are standard
    error.  Sample sizes given in parentheses.        142

24. Hair copper and molybdenum levels (ppm, DWB)
    in tule elk at Point Reyes.  Vertical bars are
    standard error.  Sample sizes given in parentheses. 144

25. Photograph of skull of premature tule elk fetus
    showing cleft palate.  Photo by Jerald Morse. . . . 168

26. Photograph of skull of adult male tule elk
    showing bilateral deformed antlers.  Photo by
    Jerald Morse. . . . . . . . . . . . . . . . . . . . 175

004750

Figure                                                            Page

27. Photograph of left antlers of adult male tule elk
    showing deformed antler in 1979 (upper), normal
    antler in 1980 (center) and smaller but normal
    antler for 1981 (lower).  Antlers were bilateral
    in all years.  Photo by Jerald Morse. . . . . . .   176

28. Photograph of skull of yearling male tule elk
    showing bilateral corkscrew antlers.  Photo by
    Jerald Morse. . . . . . . . . . . . . . . . . . .   178

29. Activity loci and three isolines for the cow-calf
    elk herd on Tomales Point from 1979 through 1981.
    Isolines enclose 90, 60 and 30 percent of loci
    (N = 102). . . . . . . . . . . . . . . . . . . . .  189

30. Activity loci and three isolines for cow elk with
    newborn calves during May and June 1981.
    Isolines enclosed 90, 60 and 30 percent of loci
    (N = 34).  . . . . . . . . . . . . . . . . . . . .  190

31. Location of transect lines for censuses of
    black-tailed deer on Tomales Point. . . . . . . .   198

004751

Figure                                                      Page

32. Results of Kruskall-Wallis tests for significant
    differences ($P \leq 0.10$) in group size of black-tailed
    deer between sampler periods.  Means connected by
    common line are non-significant.  . . . . . . . .   205

33. Comparison of black-tailed deer density estimates
    for Tomales Point and Hopland, California.  Tomales
    Point data include bars representing plus or minus
    one standard error.  Hopland data are estimates
    from a population model (Anderson et al.
    1974:29). . . . . . . . . . . . . . . . . . . . .   221

34. Comparison of black-tailed deer density estimates
    for Tomales Point and Hopland, California.  Tomales
    Point data are derived from pellet-group counts and
    include bars representing plus or minus one standard
    error.  Hopland data are estimates calculated from a
    population model (Anderson et al. 1974:29). . . .   230

35. Densities of California voles in three vegetative
    types on Tomales Point determined from runway
    counts.  . . . . . . . . . . . . . . . . . . . . .   241

Figure                                                          Page

36. Elk use of forage classes determined by monthly
    samples from October 1979 through March 1980 and
    bimonthly samples from April 1980 through
    September 1981. . . . . . . . . . . . . . . . .  252

37. Deer use of forage classes determined by mid-monthly
    samples from December 1979 through September 1981 in
    the southern section of Tomales Point and from May
    1980 through September 1981 in the northern
    section. . . . . . . . . . . . . . . . . . . . .  257

38. Two indices of monthly dietary overlap of elk
    and deer utilizing the south section of Tomales .
    Point between December 1979 and September
    1981. . . . . . . . . . . . . . . . . . . . . .  260

39. Tree diagram of HSI variables for tule elk and
    black-tailed deer. . . . . . . . . . . . . . .  274

40. Habitat classes and associated suitability indices
    used in rating habitat variables in the tule elk
    and black-tailed deer models. . . . . . . . . .  275

41. Suitability index values for variables in the tule
    elk habitat suitability model. . . . . . . . . 276

Figure                                                                Page

42. Suitability index scores for variables in the tule

    elk habitat suitability model for Tomales Point.    279

43. Smoothed habitat suitability index scores for tule

    elk on Tomales Point. . . . . . . . . . . . . . .    283

44. Suitability index values for variables in the

    black-tailed deer habitat suitability model for

    Tomales Point. . . . . . . . . . . . . . . . . .    285

45. Suitability index scores for variables in the

    black-tailed deer habitat suitability model for

    Tomales Point. . . . . . . . . . . . . . . . . .    288

46. Smoothed habitat suitability index scores for the

    black-tailed deer habitat suitability model for

    Tomales Point. . . . . . . . . . . . . . . . . .    292

47. Predicted trends in vegetation and ungulate biomass

    during and subsequent to an ungulate population

    eruption (after Caughley 1976:208). . . . . . . .    312

48. Predicted trends in vegetation and ungulate biomass

    in the presence of predators (after Caughley

    1977:131). . . . . . . . . . . . . . . . . . . .    314

xxvi

Figure                                                          Page

49. Predicted response of an ungulate population to
    vegetation biomass when vegetation utilization
    declines with increasing vegetation density
    (after Caughley 1981:366). . . . . . . . . . . .  315

004755

## ACKNOWLEDGEMENTS

It is appropriate to pause at the completion of a dissertation to recognize the contributions of the many people who provided training, advice and assistance along the way. Dr. A. Starker Leopold's introductory wildlife biology course, taken as an undergraduate, sparked my initial interest in wildlife biology and it is fitting that much of my graduate training at Berkeley was completed under his tutelage. Dr. Ronald O. Skoog provided a rare opportunity to learn the fundamentals of field studies of large mammal populations in the Serengeti-Mara region of East Africa. The skills learned at his side were invaluable in completing field work for this study. Dr. Reginald H. Barrett participated in the planning and definition of the scope of this research project and provided editorial assistance in preparation of the dissertation.

A great deal of assistance was provided by Ronilee C. Fowler and Kimberly T. Lathop in sampling vegetation and by Carol F. Truman in determining food habits. Their hard work, dedication and sense of responsibility contributed to

004756

the quality of this study.  Steven C. Thompson assisted
with a multitude of tasks and deserves special thanks for
his assistance in cutting transect lines through thick
scrub.

I wish to thank Dr. Dennis B. Fenn of the National Park
Service's Western Regional Office and the resource
management team at the Point Reyes National Seashore --
initially John Aho and Tom Biller and subsequently Bill
Pierce and Russ Lesko -- for providing a great deal of
support and encouragement throughout the life of this
project.  John Aho deserves special recognition for the
long hours of planning that led to the relocation of tule
elk to Tomales Point.

I enjoyed working with Dr. David A. Jessup of the
California Department of Fish and Game in investigating the
pathological conditions in tule elk and with Mark Akeson of
the University of California, Davis, in investigating trace
element levels in soils and vegetation on Tomales Point.

Most of the costs of the project were paid by the
National Park Service.  Dr. James G. Teer kindly provided

me with a Rob and Bessie Welder Wildlife Foundation
Fellowship during the field investigation period of this
study.  Partial support during the write-up phase was
provided by the Wildlife-Fisheries Graduate Student Fund,
and computer time was provided by Project 3501-MS of the
California Agricultural Experiment Station.

Lori Merkle kindly typed the final and numerous earlier
drafts of this manuscript while keeping up with the
multitude of tasks thrust upon her as secretary of the
Wildlife-Fisheries group.  Sam Scalise of the College of
Natural Resources Computer Center deserves credit for his
cheerful assistance with computer programs.

Finally, I would like to thank my wife, Dana, for her
unflagging support, encouragement and faith throughout this
study and in the years of graduate school preceding it.
Dana has shared in each and every frustration and triumph
of this dissertation.

004758

CHAPTER I

INTRODUCTION

In pristine times tule elk (Cervus elaphus nannodes) occurred in great herds throughout California's central valley and in smaller bands along the coastal ranges from Sonoma County, to Santa Barbara County (McCullough 1969). This endemic subspecies is now classified as rare by the U.S. Department of Interior (Tule Elk Interagency Task Force 1979) and state legislation requires number of the subspecies be increased to 2,000, if suitable habitat is available, before it may be classified as a game species (Tule Elk Interagency Task Force 1979). Ultimate responsibility for management of tule elk lies with the California Department of Fish and Game and Fish and Game Commission (Tule Elk Interagency Task Force 1979). The Department has been relocating tule elk since 1974. In 1978, federal agencies with responsibility for federal lands within the tule elk's original range were instructed by Congress to make suitable lands available for re-establishment of viable populations (Tule Elk Interagency Task Force 1979). Tule elk were reintroduced to a 1030 ha portion of Tomales Point the same year.

The California Department of Fish and Game wishes to

comply with the legislated mandate as quickly as possible
in order to return the tule elk to the status of a game
species (B. E. Curtis, pers. comm.).  The economic
incentive to private landowners in permitting
reintroductions of tule elk under the State's Private Lands
Act hinges on the subspecies' reclassification as a game
species.  The Department recognizes the need to eliminate
concerns about inbreeding depression by actively moving of
tule elk between isolated populations (D. A. Jessup, pers.
comm.).

The National Park Service is responsible for management
of the Tule Elk Range on Tomales Point within the context
of: 1) Service-wide management policies; 2) Point Reyes
National Seashore's enabling legislation; and 3) subsequent
designation of most of Tomales Point as a wilderness zone.
The wilderness designation stresses the National Park
Service's intent to re-establish a natural ecosystem on
Tomales Point.  Yet, some of the natural ecosystem's
original components have been eliminated and many of the
feedback mechanisms may operate only partially or not at
all.  A variety of taxa have been extirpated and others
have been introduced.  Artificial barriers and the small
size of the ecosystem may affect many natural processes.

3

Removal of livestock from and reintroduction of tule elk to the coastal prairie-coastal scrub mosaic of Tomales Point represents a major perturbation to the range-herbivore system.  This system may go through a number of perturbations before a new equilibrium is achieved with elk and deer as dominant vertebrate herbivores.  The response of natural processes to such factors is difficult to predict.  The National Park Service is charged with managing most of Tomales Point as a natural area and wilderness zone (National Park Service 1978a,b).  "Evolved policies for these natural areas restrict management to protecting against, removing or compensating for human influence that cause departures from natural conditions." (Cole 1971:417).  Thus, the Park Service may find it necessary to intervene with management practices to maintain natural conditions (Leopold et al. 1963, Cole 1971).

Successful management requires a thorough understanding of the past history and present trends in the dynamics of the inorganic and organic components of the system to the extent that future outcomes may be predicted.  A long-term ecological monitoring program provides the ideal framework in which to obtain the required information.  Grimsdell (1978:2-3) points out that monitoring programs: 1) measure

the ecosystem's stability; 2) test the reliability of predictive models; 3) give warning of trends judged undesirable in a nature reserve; 4) provide information for development of management plans; and 6) evaluate the success of management programs.  Monitoring also provides a means of re-evaluating management goals.

Reintroduction of ungulates has become popular throughout the world, with varied levels of success.  The paucity of information on the population ecology of ungulate species in the early years of introductions has caused researchers to go so far as simulating introductions (McCullough 1979).  Generally, introduced ungulate populations have shown a remarkable ability to multiply. Such growth is traditionally described by some form of the logistic curve, which may be represented mathematically (May 1981a,b) by:

$$dN/dt = r_m N(1-N/k) \qquad (1)$$

that is, the rate of change in numbers (dN/dt) is the product of the intrinsic rate of increase of the population ($r_m$), the number (N) of animals alive at the beginning of time t, and a factor (N/k) which measures the ratio between the total number of animals an area can support (K), and

004762

the number present.  As this ratio approaches unity, dN/dt
approaches zero.

Caughley (1976) suggested that a delayed logistic
growth curve describes an increasing ungulate population
more realistically than the simple logistic curve.  The
former incorporates a factor (t) to account for a time lag
in the population's response to changes in animal numbers
relative to resources (N/k).  The mathematical expression
for this curve is:

$$dN(t)/dt = r_m N(1-(N(t-T))/K) \qquad (2)$$

or, the " ... rate of increase per head at time t is the
intrinsic rate of increase multiplied by the component of
the proportion of the carrying capacity size K the
population has reached by time (t-T) ..." (Caughley
1976:204).

The potential impact of reintroduced tule elk upon
black-tailed deer (Odocoileus hemionus columbianus) is an
issue.  The equations for logistic growth of two species'
populations utilizing the same resources require an
additional component to express the inhibitory effect of
each species on one another.  Thus, the formula presented

004763

initially may be expanded for each population as:

$$dN_1/dt = r_{m1} \ (1-N_1 X N_2/K_1) \qquad (3)$$

and

$$dN_2/dt = r_{m2} \ (1-N_2 B N_1/K_2) \qquad (4)$$

where the component $B/K_2$ represents the inhibitory effect of population one on the growth of the second population, and $X/K_1$ is the inhibitory effect of the second population on the first (May 1981b).

Previous field studies have examined the impact of elk on deer populations. A study of the effects of increasing Rocky Mountain elk (C. e. nelsoni) numbers on mule deer (O. h. hemionus) showed the elk population increasing at a rate some ten percent greater than deer although deer have a higher potential rate of increase (Cliff 1939). Elk inhibition of deer population growth was attributed to the larger species ability to gain access to more forage on the winter range because of their greater height and strength (Cliff 1939). Rocky Mountain elk at Banff and Jasper National Parks, Alberta, are in direct competition with mule deer on winter range and have adversely affected deer numbers (Flook 1964). Studies of range utilization in

004764

Montana (Mackie 1970) suggest direct competition for forage in the summer months between Rocky Mountain elk and mule deer.  In contrast, Houston (1982) found little relationship between changes in elk population sizes and mule deer numbers in the northern Yellowstone region.

This report presents the findings of a study of elk-deer-range interactions on Tomales Point within the context of a pilot ecological monitoring program.  The study was initiated by the National Park Service to achieve the following general objectives as set forth by the Tule Elk Interagency Task Force (Tule Elk Interagency Task Force 1979:22-23):

1) "Describe herd boundaries, herd migration patterns, and other factors which might affect local tule elk distribution.

2. Identify calving grounds, holding areas, and other critical areas.

3. Describe tule elk habitat requirements on a seasonal basis, including range production and use.

4. Identify the effects of natural mortality factors, conflicts with other wildlife, and existing land use patterns.

5. Evaluate recruitment potential based on habitat evaluation and present elk population composition."

These general objectives were expanded and refined for

004765

the range-ungulate system on Tomales Point as modified by
past and present land use to develop the following specific
research tasks:

1. To identify general vegetative types and
   their distribution on Tomales Point.

2. To determine the biomass production of each
   vegetative type and incorporate appropriate
   methods into a monitoring program.

3. To establish permanent photographic stations
   covering the full spectrum of vegetative
   types on Tomales Point.

4. To evaluate seasonal utilization of
   vegetative types by each ungulate species
   and to compare the efficiency of direct and
   indirect sampling methods for future
   monitoring programs.

5. To determine seasonal forage utilization by
   elk and deer on Tomales Point.

6. To determine tule elk numbers, age and sex
   composition, reproductive rates, recruitment
   rates and mortality factors.

7. To determine black-tailed deer numbers, age
   and sex composition, reproductive rates,
   recruitment rates and mortality factors.

8. To estimate the total ungulate carrying
   capacity of Tomales Point and to investigate
   various combinations of elk and deer numbers
   that might occur at equilibrium and to
   predict when equilibrium could be expected
   under specified management programs.

Immediate concerns for the well-being of the
reintroduced elk caused additional objectives to be added

9

to this study, including assessment of: 1) trace element deficiency; and 2) paratuberculosis in the tule elk. The impact of these diseases on elk population processes was highlighted by comparison to elk reintroduced to Grizzly Island Wildlife Management Area, Solano Co. A detailed assessment of plant communities (Lathrop and Gogan 1985) was prepared as an addendum to this report.

004767

CHAPTER II

STUDY AREA

## Location

The Point Reyes Peninsula, Marin County, is located along the central coast of California (Fig. 1). The tule elk range extends from the Peninsula's northernmost tip at Tomales Point to approximately 8 km south, the southern boundary being demarcated by a 2.5 m high drift fence, and embraces approximately 1030 ha referred to geographically as Tomales Point. The area was formerly the Pierce Dairy Ranch and is known locally as Pierce Point.

## Geology and Soils

The backbone of the Point Reyes Peninsula consists of an isolated segment of Cretaceous plutonic granitic rock (Weaver 1949, Curtis et al. 1958, Galloway 1977). The San Andreas Fault Zone separates this formation from the Jurassic Franciscan rocks of the mainland (Bailey et al. 1964). The plutonic rock underlying Tomales Point, " ... ranges in composition from quartz diorite through granodiorite to adameilite." (Galloway 1977:15). Granitic rocky outcrops are present throughout the area. At Tomales

004768



Figure 1.   Location of Tomales Point on the Point Reyes
Peninsula, central California.

004769

12

Point, granodiorite occurs as wave-cut bluffs up to 45 m above sea level (Crawford et al. 1983).

Approximately 90% of the area is covered by a single soil type classified as the Kehoe Variant of the Sheridan Baywood Association (Soil Conservation Service 1967). Four other soil types cover the remaining 10% of the land mass (Table 1). Kehoe Variant soil is a coarse-loamy, mixed isomesic Pachic Haplustoll derived from the underlying granitic rocks (Soil Conservation Service 1967). The second most common soil is the Sirdak Variant of the Terrace Escarpment Association (Soil Conservation Service 1967). It is a sandy, mixed isomesic Ustic Dystropedt derived from wind-deposited beach sand or from uplifted beach deposits originating from weathered Franciscan rocks of the adjacent mainland (Galloway 1977). It is prevalent along the Point's western edge. Both soils' low water capacity, high susceptibility to wind erosion and steepness of slopes limit the area's suitability for livestock grazing (Table 1).

Mixed alluvial soils form freshwater aquepts, particularly along the Point's eastern slope adjacent to seeps. These Rodeo clay loam soils typically have an 8-16 cm horizon consisting of greater than 50% organic matter,

004770

13

Table 1.  Characteristics of soil types of Tomales Point
(after Soil Conservation Service 1967).

| Soil Type | Subsoil Permeability | Available Water Capacity | Effective Root Depth (m) | Water Erosion Hazard | Wind Erosion Hazard | Limitations for Livestock Grazing |
|---|---|---|---|---|---|---|
| Sirdak Sand | Rapid | Low | 1.5+ | Low | High | Steepness of slope; low water capacity; wind erosion |
| Kehoe Variant Coarse Sandy Loam | Moderately rapid | Low to moderate | 1.0 - 1.5 | High | Moderate | Low water capacity; wind erosion; steepness of slope |
| Sheridan Variant Coarse Sandy Loam | Moderately rapid | Very low to low | 0.5 - 1.0 | Moderate | Moderate | Woody plants; low water capacity |
| Kehoe Loam | Moderately rapid | Low to moderate | 0.5 - 1.0 | Moderate | Moderate | Low to moderate water capacity |
| Rodeo Clay Loam | Slow | High | 1.5+ | Slight | Slight | Slow permeability; seasonal water table |

004771

underlain by loam or clay loam (Akeson et al. 1982).
Saline aquepts are common in embayments along Tomales Bay,
but occupy only a small part of the total area.  The saline
aquept at White Gulch is typical (Akeson et al. 1982).  It
consists of, " ... stratified layers of silt, clay and
organic matter and is ... continually waterlogged and very
saline." (Akeson et al. 1982:12).

Kehoe Loam occupies two small knolls immediately east
of the Upper Pierce Ranch (Soil Conservation Service
1967).  It is a fine-loamy, mixed isomesic Pachic
Haplustoll derived from Laird Sandstone (Soil Conservation
Service 1967).  The Sheridan Variant occurs on the
south-facing slope overlooking White Gulch.  It is a
coarse-loamy, mixed isomesic Ustic Dystropedt derived from
granite (Soil Conservation Service 1967).

Climate

The climate of the central California coast is
characterized by: 1) year-round moderate temperatures; 2)
summer fog and northwesterly winds; and 3) winter rains.
The difference in mean monthly temperatures is only 6.5 C
(Barbour et al. 1973) with September-October being the
warmest months and January-February the coldest.

Temperatures in east-facing canyons on Tomales Point may be 7-8 C warmer than on exposed ocean bluffs at all months of the year.  Winter storm patterns are often interspersed with periods of one to two weeks of temperatures above 15 C and calm winds.

Seasonal changes in the central California annual weather pattern are linked to development and movement of the North Pacific High (Weber 1981).  During the summer, the North Pacific High dissipates, or deflects to the north, storms moving east from the western Pacific. Weakening or southerly movement of the high pressure system in the winter permits storms to move into central California.  A seasonal low pressure area, the Great Valley Low, lies over California's Central Valley from late spring to early fall (Weber 1981).  The gradient between the North Pacific High and Great Valley Low pressure systems is the "driving force for the movement of maritime air masses, fogs, and onshore winds to the continent," during the summer months (Weber 1981:66).  Weakening of the gradient between the two highs in the fall coincides with the warmest months of the year along the central California coast.

Weather records for the Point Reyes area are limited.

Long term monthly precipitation records (since 1876) are available for the city of San Rafael (Crocker National Bank 1984); the U.S. Weather Bureau maintained a weather station at the Point Reyes Lighthouse between 1901 and 1942 (Weather Bureau 1942); residents have compiled monthly precipitation records (since 1926) for the community of Inverness on the Point Reyes Peninsula (D. Harney, pers. comm.). Weather records are available for Dillon Beach, across Tomales Bay from Tomales Point, between 1967 and 1970 (Smith and Obreski 1971). Mean annual precipitation at the Point Reyes Lighthouse was 45.7 cm (Weather Bureau 1942), while the mean for Inverness is 95.2 cm (D. Harney, pers. comm.). The mean annual precipitation at Dillon Beach for 1967-1970 was 63.2, 85.6, 69.8, and 69.6 cm, respectively (Smith and Obreski 1971). Annual precipitation at Dillon Beach is lower than Inverness for 1967-1970. Annual precipitation in Inverness for those four years (Fig. 2) is close to the long-term mean.

Thus, direct precipitation on the study area is likely lower than for Inverness. However, Tomales Point is often bathed in advective fogs from May through August. No measurements of precipitation from fog drip in non-forested areas of the central California coast were found. However, funnel gauges equipped with fog intercept screens 800 cm$^2$



Figure 2.  Annual precipitation pattern for Inverness,
Marin Co., California 1926-1959; 1965-1983 (after D.
Harney, pers. comm.).

004775

in open grassland 22 km from the coast in Humboldt Co.
measured an average fog drop of 30.4 cm between 19 June and
2 September 1971 (Azevedo and Morgan 1974). Many shrubs on
Tomales Point are capable of collecting comparable amounts
of advective fogs. Hence, total precipitation on Tomales
Point, and other portions of the Point Reyes Peninsula, may
be considerably higher than indicated by rainfall records.
Also, there may be a considerable spatial variation in
total precipitation determined by the distribution of
vegetation intercepting advective fogs.

Monthly precipitation in San Rafael is highly
correlated with monthly precipitation in Inverness (Y = 0.3
+ 0.99X; $R^2$ = 0.89; N = 642). Annual precipitation
records for San Rafael (Fig. 3) provide insight into
long-term patterns. Annual precipitation has dropped below
one-half the long-term mean on nine occasions between 1876
and 1983, including 1976 (Fig. 3). Hence, this degree of
drought occurs approximately once every 12 years.

Climatic records from Dillon Beach for 1967-1970 (Smith
and Obreski 1971) were used to develop a Thornthwaite
diagram (Thornthwaite 1948) (Fig. 4). The calculations
assume 125 mm of water available from soil storage based
upon the mid-range of the effective root depth of Kehoe



Figure 3.   Annual precipitation pattern for San Rafael, Marin Co., California, 1876-1984 (after Crocker National Bank 1984).

004777



Figure 4. Monthly precipitation, evapotranspiration, and soil moisture regime for Tomales Point, Marin Co., California calculated by the method of Thornthwaite (1948).

004778

Variant soil (Table 1).  Monthly rainfall records for
Inverness from January 1977 through December 1981 (Fig. 5)
provide a reference for this study.

Past and Present Land Use

The pristine setting--The Point Reyes Peninsula
supports a mosaic of coastal prairie and scrub common to
much of the coastline of northern California (Kuchler
1977).  The presence of sandy clay-loam surface soils with
clay-loam to clay subsoil is typical of grasslands (Zumwalt
1972).  The occurrence of endemic plant species suggests
the type has existed for hundreds of years (Heady et al.
1977).  Likely, the type developed under light grazing
pressure with frequent fires (Heady et al. 1977).  The
earliest records of man in the central California region
date back approximately 8,000 years (Fredrickson 1973).
Indian burning practices certainly modified the
distribution of vegetative types (Aschman 1959).  Analyses
of sediment samples suggest shifts in the proportion of
grassland and scrub in pre-European times (Russell 1983).

In general, coastal prairie is characterized by the
perennial California oatgrass (Danthonia californica), and
the annual fescue (Festuca dertonensis), and (F. rubra),

22



Figure 5.  Monthly precipitation records for Inverness, Marin Co., California for January 1977 through December 1981 (after D. Harney, pers. comm.).

and the dicotyledons Douglas iris (<u>Iris douglasiana</u>),
California buttercup (<u>Ranunculus californicus</u>), and
blue-eyed grass (<u>Sysyrinchum bellum</u>) (Heady et al. 1977).
The coastal prairie of Point Reyes Peninsula is somewhat
atypical in that it is dominated by California brome
(<u>Bromus californicus</u>), tufted hairgrass (<u>Deschampsia
caespitosa</u> spp <u>holciformis</u>) and sheep sorrell (<u>Rumex
Acetosella</u>) (Elliott and Wehausen 1974).  Coastal scrub
dominated by coyote bush (<u>Bacharris pilularis</u>) is more
common on north-facing slopes (Heady et al. 1977).  On
those south-facing slopes where scrub occurs, its species
composition is more diverse and includes California
coffeeberry (<u>Rhamnus californica</u>), coast sagebrush
(<u>Artemisia californica</u>), and poison oak (<u>Rhus diversiloba</u>)
(Grams et al. 1977).  A type of coastal scrub dominated by
lupine (<u>Lupinus</u> spp.) forms a mosaic with the coastal
prairie (Heady et al. 1977).  Within this type, varied
lupine (<u>L</u>. <u>variicolor</u>) is characteristic of more exposed
sites along ocean bluffs, but is replaced by bush lupine
(<u>L</u>. <u>arboreus</u>) away from the bluffs (Heady et al. 1977).

On Tomales Point, willow (<u>Salix Hindsiana</u>) occurs
adjacent to springs and seeps, particularly at the mouths
of streams flowing into Tomales Bay (Lathrop and Gogan
1985).  Alder (<u>Alnus</u> sp.) forms the dominant species in a

24

riparian woodland along the stream flowing into Tomales Bay just north of Pelican Point. This stream was the only source of drinking water for domestic stock on Tomales Point during the 1976-1977 drought (M. McDonald, pers. comm.).

The region supported tule elk (Cervus elaphus nannodes) (McCullough 1969), Columbian black-tailed deer (Odocoileus hemionus columbianus) (Longhurst et al. 1952), grizzly bear (Ursus arctos) (Van Atta 1946), mountain lion (Felis concolor), and coyote (Canis latrans). Large avian predators included golden eagles (Aquila chrysaetos) and bald eagles (Haliaeetus leucoceahalus).

The earliest account of the central California coast comes from the crew of the Golden Hinde in June 1579. However, the precise site of their landing is too obscure to suggest the area they describe is the Point Reyes Peninsula. The first description of the Peninsula came from the Spanish crew of the San Augustin which sank in Drakes Bay in December 1595. Accounts from crew members confirm the presence of elk in the area as they relate they, " ... saw deer walking about, the largest ever found, as could be seen by their antlers ..." (Wagner 1924:14) and "there were a great quantity of deer horns, one of which

... showed sixteen palms from point to point." (Wagner 1924:23).

There is a gap of almost 200 years before another explorer described the Point Reyes Peninsula.  In August 1793, a Spanish lieutenant named De Goyoechea led a contingent of soldiers onto the Peninsula and to the tip of Tomales Point (Wagner 1931).  On his return, they climbed Mount Vision.  In describing the Peninsula De Goyoechea wrote, " ... I found a peninsula where there is a very fine site but a distance from firewood and timber.  There are many deer there, some very good pasture and springs in all parts, very appropriate for raising cattle of all kinds and very extensive." (Wagner 1931:343).  Unfortunately, it is not possible to know whether De Goyochea referred to black-tailed deer, elk, or both.

A second party put ashore on Tomales Point in October 1793.  Menzies' account suggests a coastal prairie-scrub mosaic and confirms the occurrence of fire.  "The grass and brush wood had been lately burned down so that I had little opportunity to augment my collection ..." (Eastwood 1924:302).

Hide and Tallow Industry--The Mexican administration of

Alta California ceded the lands of the Point Reyes
Peninsula to private ownership between 1836 and 1843, most
of the Indian population having been removed to Mission San
Rafael by 1820 (Mason 1970).  Longhorn cattle, sheep and
horses were introduced to the Peninsula.  Cattle stocking
rates were high.  Simpson (1847:274) described the
Peninsula from Drakes Bay in December 1841, as a " ...
level sward of about a mile in depth, backed by a high
ridge of grassy slopes -- the whole pastured by numerous
herds of cattle and horses ...".

   The most complete description of range conditions at
Point Reyes and elk prior to their extirpation comes from
Revere's (1947) description of an elk hunt in August 1846.
Revere noted that proximity to the ocean and advective fogs
favored a luxuriant growth of grasses.  The Mexicans were
aware that August was the best time to take elk as it is
when they are at their fattest (presumably referring to
males just prior to the rut).  A herd of over 400 elk was
sighted.  Revere's observations suggest the slaughter of
elk was extensive, "The Punta Reyes is a favorite hunting
ground, the elk being attracted by the superior quality of
the pasture -- the land lying so near the sea, that the
dews are heavy and constant, adding great luxuriance to the
wild oats and other grains and grasses.  The elk are very

abundant at this season, and more easily killed than
cattle.  We passed many places, on our way back, where
mouldering horns and bones attested to the wholesale
slaughter which had been made in previous years by the
rancheros of the neighborhood." (Revere 1947:68).

A Mr. P. J. Shafter related an account of a later elk
hunt near Limantour Estero, " ... in about 1850 a Spanish
priest with a band of Indians went over to Point Reyes and
drove a herd of about seventy-five elk on to a peninsula in
Limantour Bay.  The priest had them nearly all killed for
their hides and tallow -- bulls, cows and calves, the last
elk of Marin County." (Evermann 1915:90).  Shafter also
related that he was, " ... told by Frank Miller, an old
hunter and trapper, that in 1852 he ... had seen over a
hundred elk swim across Tomales Bay and go north toward
Mendocino County." (Evermann 1915:90).  Shafter came to
Marin County in 1862 and believed all elk were gone from
the Point Reyes Peninsula at that time (Evermann 1915).  An
independent account suggests the few survivors may have
been taken as late as 1862.  Between 1857 and 1862, the
Steele brothers supplied dairy products from Point Reyes
Peninsula to San Francisco and, "If the steamer at Point
Reyes did not have a full load, the 'boys' went out and got
enough elk to fill the boat." (Steele 1941:264).

A Mr. C. Allen came to Marin County in 1872.  He noted,
"In his earlier years he found elk antlers very plentiful
about Point Reyes from Bolinas north to the mouth of
Tomales Bay." (Evermann 1915:90).  Thus, elk were once
common in herds of 100+ on the Point Reyes Peninsula.
Likely, such large herds were not resident in any area
year-round, but undertook seasonal shifts in distribution.
Grizzly bear numbers were also reduced in this period.
They too were eliminated completely sometime after the
1860's (Van Atta 1946).

Extensive year-round grazing by domestic stock modified
the rangeland's botanical composition and in particular
reduced the abundance of native perennial grasses (Zumwalt
1972).  The first annual species to expand into overgrazed
areas were probably the native annual hairgrass (Aira
danthoides) and foxtail fescue (Festuca megalura).  Several
exotic plant species became established in this period.

The hide and tallow industry came to a close in the
early 1850's as a result of the flood of immigrants to
California following the discovery of gold.  Livestock
products were in high demand for consumption in San
Francisco and elsewhere (Toogood 1980).  By 1854, the two
Mexican land grants on the Point Reyes Peninsula had been

004786

combined under the ownership of a single American, O. L.
Shafter (Mason 1970).  Tax records for that year give some
idea of the rapid growth of livestock numbers and stocking
rates at the close of this period.  The 14,380 ha Rancho
Punta de los Reyes supported 400 wild horses, 400 "tame"
cattle, 3,500 "wild" cattle, and 1,000 sheep and goats
(Toogood 1980:71).

The Dairy and Beef Industry--An area approximating the
present tule elk range was purchased as a dairy ranch by S.
Pierce in December 1858, while much of the remainder of the
Peninsula was leased to tenant ranchers (Mason 1970).  A
year later, 160 ha of Tomales Point had been cleared and
the ranch stocked with 37 milk cows, 40 other cattle and 24
hogs (Toogood 1980:169).

By 1870, the ranch was stocked with 250 dairy cows, 220
other cattle (0.5 cows/ha) and 100 hogs, and cleared fields
produced 68,000 kg of hay and 1,000 bushels of potatoes
(Toogood 1980:171).  Likely, it was during this period that
the earthen dams on many streams and creeks were built to
make stock ponds.  Plowing was done in a downhill direction
(Zumwalt 1972).  Failure to harvest potatoes, smooth the
furrows and plant wheat before the first heavy rains turned
the furrows into gullys (Zumwalt 1972).  Large amounts of

topsoil washed into Tomales Bay from potato fields on both sides of the Tomales Bay (Zumwalt 1972).

In November 1862, H. Brewer crossed Tomales Bay and landed on Tomales Point, probably near White Gulch, and proceeded south (Farquhar 1966). Brewer described the area, "The point is a long ridge which rises to the south, where it forms mountains, cut by deep canyons, and covered with an almost impenetrable chaparral ... the chaparral peaks are only a small part of the whole, the rest is mostly fine pasturage." (Farquhar 1966:349).

The Pierce Point Ranch's high level of productivity continued. In 1878-1879, the ranch was stocked with 300 dairy cows, 150 replacement stock, and 200 hogs. However, by the 1890's the high quality native perennial grasses were all but eliminated by trampling and year-round grazing. The ranch's productivity declined and supplemental feeding became a necessity (Sugnet and Bartolome 1983).

Predator control was practiced extensively in this period. Mountain lion were greatly reduced in numbers and were possibly absent from the early 1930's through the early 1970's. Coyote were eliminated in the 1940's (Clark

004788

1982) leaving only bobcats (<u>Lynx</u> <u>rufus</u>) and gray fox
(<u>Urcyon</u> <u>cinereoargenteus</u>) as the largest mammalian
predators.

Exotic ungulate species were also introduced to Point
Reyes.  In the 1940's, populations of axis deer (<u>Axis</u> <u>axis</u>)
and fallow deer (<u>Dama</u> <u>dama</u>) were established (Wehausen and
Elliott 1982).  Rocky Mountain elk (<u>C</u>. <u>e</u>. <u>nelsoni</u>) were
introduced at this time but destroyed before they had an
opportunity to reproduce (Mason 1976).

The dairying era continued until after 1945, when
dairying and hay raising operations were phased out at the
Pierce Point ranch in favor of a beef cattle operation
(National Park Service 1981).  Livestock stocking rates on
the Point Reyes Peninsula doubled between 1960 and 1980 (L.
Britten, pers. comm.).

A number of exotic plant species became dominant in the
vegetation in this era (Zumwalt 1972).  Introduced grasses
include slender oat (<u>Avena</u> <u>barbata</u>), soft chess (<u>Bromus</u>
<u>mollis</u>), Australian chess (<u>B</u>. <u>arenarius</u>), and ripgut (<u>B</u>.
<u>rigidus</u>).  Prominent forbs introduced include red-stemmed
filaree (<u>Erodium</u> <u>cicutarium</u>) and English plantain (<u>Plantago</u>
<u>lanceolata</u>).

004789

The Conservation Era--A National Seashore embracing much of the Point Reyes Peninsula was authorized in 1962 and officially established in 1972 (National Park Service 1978b). The Pierce Point dairy on Tomales Point was purchased by the National Park Service in 1973 (National Park Service 1981). Livestock operations continued through October 1979. All but a limited area of Tomales Point was designated as wilderness in 1976, the exception being a corridor providing access by automobile to the upper Pierce Ranch and McClure's Beach parking lot (Fig. 6) (National Park Service 1978b). A historical zone including portions of the corridor and wilderness zone was established in 1981 (Fig. 6) (National Park Service 1981).

In 1976, the United States Congress declared restoration and conservation of a tule elk population in California of at least 2,000 an appropriate national goal and instructed the Secretary of the Interior to make land under the Department's jurisdiction available to tule elk reintroduction. Point Reyes National Seashore was identified as a potential site for translocation in the joint resolution. In response to this mandate, the Tomales Point portion of the Seashore was identified as a potential release site for tule elk the same year (National Park Service 1976). Tule elk were translocated to the area in 1978.



Figure 6. Land management designation on Tomales Point, Point Reyes National Seashore, Marin Co. (after National Park Service 1978b, 1981).

CHAPTER III

BOTANICAL COMPOSITION AND PRODUCTIVITY

Estimates of botanical composition of habitats at Tomales Point were obtained to assess the degree of dietary selection by tule elk and deer.  Productivity of herbaceous plants and shrubs was determined to calculate the range's carrying capacity for ungulates.  Composition and productivity provide baseline data against which to measure future vegetational changes triggered by the elimination of livestock grazing by changes in deer and elk numbers or by prescribed burning.

METHODS

A one kilometer square Universal Transmercator (UTM) grid of Tomales Point was further subdivided into 4-ha cells and each numbered consecutively (Fig. 7).  Cells were categorized as to aspect (north, level, south) and vegetative type (Table 2).  The range was stratified into two approximately equal north and south sections representing areas utilized and not utilized by elk at the onset of the study.  Eighteen sample sites were selected in each section for a total of 36 cells.  Permanent photographic stations and plots for sampling botanical

004792

35



Figure 7.   Subdivision of Universal Transverse Mercator
(UTM) grid of Tomales Point into 4-ha cells.

36

Table 2.   Categories and descriptions of vegetative types on Tomales Point.

| Vegetative Type | Description |
|---|---|
| No Vegetation | Beaches and steep cliffs with less than 10% plant cover. |
| Open Grassland | Areas with extensive herbaceous plant cover and with shrub cover of less than 30%. |
| Lupine Grassland | Areas with moderate herbaceous cover and with a shrub cover of between 30 and 60% predominantly of _Lupinus arboreus_. |
| Baccharis Grassland | Areas with moderate herbaceous cover and with shrub cover of between 30 and 60% consisting predominantly of _Baccharis pilularis_. |
| Thick Scrub | Areas with little herbaceous cover and shrub cover greater than 60% consisting predominantly of _B. pilularis_. |

composition were established in each sample cell.
Herbaceous and shrub productivity measurements were made in
half the sample cells in each stratum.  Cells were selected
using a table of random numbers.  Three herbaceous and
shrub productivity plots were assigned to each aspect.
Cells were selected without regard to vegetative type
except that herbaceous productivity samples were not
located in the thick scrub type and shrub productivity
exclosures were not placed in open grassland.  The center
of each cell was marked with a brass survey marker to
facilitate relocating for long-term monitoring.

Vegetation Change: Photographic Stations

Permanent photographic stations were established over
each of the 36 survey markers.  A tripod mounted camera was
set at a standard height of 1.4 m above the ground and the
horizontal angle of the camera set to include fore-, middle
and background in each image when possible.  Photos (35 mm
slides) were taken at each station in the four cardinal
directions (true azimuths 0, 90, 180, 270).  Photographs
were taken in October 1979, February, June and October 1980
and February and June 1981 as part of this study.  Photos
have been taken annually during September and October from
1982 onward by National Park Service personnel.  All photos

are on file at Point Reyes National Seashore.

Canopy Cover and Botanical Composition

Canopy cover and botanical composition were determined
in June-July 1980 and May-June 1981 with most sampling done
in June of both years.  Two transects each oriented
east-west and north-south, were centered on each of the 36
survey markers.  Intercept sampling points along each
transect were determined using the step-point method (Evans
and Love 1956); points were located a pace apart and
totaled 100 per transect.  All contacts were recorded for
each pin.  Variables recorded included bare ground, plant
litter, or plant taxa.  the total number of hits on plant
material was taken as a measure of canopy cover.  All
shrubs encountered on line transects were measured for
height, maximum crown width and a second measure of crown
width taken perpendicular through the shrub center.  The
product of these values and pi provides an estimate of
crown volume.  The shrub was then quartered and the total
number of live twigs in a randomly selected quarter
tallied.

004796

Plants not identified in the field were collected and keyed. If necessary, identification was confirmed by comparison with herbarium specimens at Point Reyes National Seashore or the Jepson Herbarium, University of California, Berkeley. Species were characterized to plant type as: 1) lower plants; 2) forbs; 3) grasses/sedges; 4) shrubs; 5) trees; or 6) unknown. In the case of all plant types except shrubs and trees species were also characterized to growth form as: 1) perennial; 2) annual/biennial; or 3) unknown.

Herbaceous Productivity and Utilization

Eighteen 6.25 ha cells selected for herbaceous productivity sampling were subdivided into quadrants through the center marker. A quadrant within each cell was selected with a random numbers table. Three pyramid shaped, hog-wire exclosures of 2.25 m² (Frischknecht and Conrad 1965) were set in the selected quadrant at an angle of 22.5° from each other as measured from the center marker. The middle exclosure was placed 75 paces, and the two lateral exclosures were placed 45 paces, from the center marker (Fig. 8). The aerial portion of all herbaceous vegetation was clipped outside each newly established exclosure within a 0.093 m² (1 ft²) wire

40



Figure 8.  Diagram of establishment of hogwire exclosures within the randomly selected quadrant of a 4-ha sample unit.

004798

frame using hand clippers with the blades held flush to the ground. Nine sets of exclosures were established in December 1979 and the remaining nine in February and March 1980. Herbaceous vegetation was clipped inside and outside each exclosure from the plot establishment through June 1981. Sample periods approximated: 1) the end of the wet season (February 1980, 1981); 2) early dry season (June 1980, 1981); and 3) late dry season (October 1980). In each sampling interval, the exclosures were relocated 2 m further away from the center survey marker. The sampling regime was modified somewhat in October 1980. One of each trio of exclosures was randomly selected and a fine meshed wire secured to the exclosure perimeter 0.3 m below and above the soil surface to exclude grassland rodents. Herbaceous vegetation within these exclosures was not clipped until June 1981.

Productivity of herbaceous cover was calculated as the difference between standing crop outside the exclosure at one time interval ($t_i$) and inside the exclosure at a later time interval ($t_{i+1}$) (National Research Council 1962). Herbaceous cover utilization was calculated as the difference in standing crop inside and outside each exclosure at the same time interval (National Research Council 1962).

Shrub Productivity and Utilization

Eighteen paired plots, nine in the north section and nine in the south, were established in randomly selected cells as described above.  Plots were selected without regard to vegetative types except that none were located in the open grassland type.  Stands of shrubs judged representative of the cell were selected for paired sampling plots to represent sites unutilized and utilized by large herbivores.  Unutilized plots were protected by exclosures (3m x 3m) manufactured from hog-wire (3m high) and supported in each corner with pieter poles.  Utilized plots (3m x 3m) were marked in each corner with sections of angle iron.

In each plot, 20 twigs were tagged 10cm below the growing tip.  Exclosures were constructed and twigs tagged in February 1980.  They were sampled and new twigs tagged in June 1980 and sampled again in June 1981.  To determine plant growth twigs were clipped 10 cm above each tag.  The clipped material was packed loosely in a paper bag and dried in a drying oven at 18.3 C 6-7 days before weighing. The number of lateral twigs on twigs from each plot were tallied and productivity was expressed as the weight of dry matter per lateral twig.  Productivity per shrub was

004800

calculated as the product of dry matter per twig and mean
number of lateral twigs per shrub for each shrub species
and each vegetative type as determined from line
transects.  Shrub productivity was calculated as the
additional biomass present on shrubs inside exclosures at
sample period $t_{i+1}$.  Utilization was calculated as the
difference in biomass between inside and outside each set
of paired plots in the same time period (National Research
Council 1962).

RESULTS

Vegetative Types

Examination of the distribution of vegetative types
reveals more lupine grassland and open grassland to the
western side of the study area and more thick scrub to the
eastern side, particularly the southeast (Fig. 9).
Vegetative types probably reflect a variety of
environmental parameters including, but not limited to,
slope, aspect, distance from the ocean, soil type and
previous land-use practice.  These types appear to
adequately describe vegetation and provide a suitable
stratification for inventory of composition and
productivity.  Comparison on the proportion of vegetative

004801



Figure 9.   The distribution of four main vegetative types on Tomales Point.

types available and sampled (Fig. 10) shows the three grassland types are over-represented in samples while the scrub type is correspondingly under-represented. As a result of unequal sample sizes, all analyses of species composition are based upon percent relative abundance rather than absolute abundance.

Vegetation Change: Photographic Stations

A sample of photos of four locations (Fig. 11) on Tomales Point was selected from the series of slides as representing vegetative trends described in this report and by Lathrop and Gogan (1985). Conditions illustrated include an open grassland site with little evident change (Fig. 12), a baccharis grassland unchanged (Fig. 13), the demise of a stand of bush lupine (Fig. 14), and invasion of grassland by coyote bush (Fig. 15). Vegetation, particularly lupine cover, appears to have changed considerably on Tomales Point between 1979 and 1984.

Canopy Cover and Botanical Composition

A total of 11,083 and 17,916 intercept points were recorded in 1980 and 1981, respectively. Grasses were the predominant plant cover in the three grassland types for

004803



Figure 10.   The percent of vegetative types available and sampled on Tomales Point.   Number of 4-ha cells given in parentheses.

004804

47



Figure 11.   Location and direction of photographic stations used to illustrate vegetative trends.

004805

48



Feb. '80



Sep. '80

Figure 12.  View from center of cell 38 west toward the
Pacific Ocean.  The foreground shows no change.  The middle
and background show slight increase in bush lupine and
sedge.  Large sedge in middle ground of the 1983 picture is
due to slightly different orientation of camera.  Dominant
species in the foreground include fescue, Italian ryegrass,
and soft chess.

49



Sep.'82



Nov.'83

Figure 12.   Continued.

50



Sep. '84



Sep. '85

Figure 12.   Continued.

004808

51



Feb.'80



Oct.'80

Figure 13.  View from center of cell 134 east toward
Bolinas Ridge.  The middle ground shows growth of existing
coyote bushes but no establishment of new plants.  The
foreground shows no establishment of coyote bush.  Dominant
species in the foreground are silver hairgrass, soft
chess, perennial ryegrass and English plantain.

004809

52





Figure 13.   Continued.

004810





Figure 13.   Continued.

54





Figure 14.  View from center of cell 195 east toward
Bolinas Ridge across Tomales Bay at White Gulch.  Hog and
Duck Islands are visible in the middle of Tomales Bay.  The
extent of mud flats visible in White Gulch in middle ground
varies with tidal conditions.  The foreground shows an
extensive stand of bush lupine in 1979 was considerably
thinned by 1982 and gone by 1984.  The middle ground shows
no change in a stand of thick scrub divided by an old
ranching road.  Dominant species in the foreground include
soft chess, perennial ryegrass and ripgut grass.

004812

55



Sep.'82



Nov.'83

Figure 14.   Continued.

004813

56





Figure 14.   Continued.

57



Feb.'80

Figure 15.  View from center of cell 205 east toward
Bolinas Ridge across Tomales Bay.  Introduced Monterey
cypress in the middle ground are at the northeast corner of
Upper Pierce Ranch.  Fore- and middle ground show an
invasion of coyote bush into open grassland.  Dominant
species in the foreground include soft chess, perennial
ryegrass and English plantain.

004815

58



May '81



Sep. '82

Figure 15.   Continued.

004816

59





Figure 15.   Continued.

60

both years (Fig. 16).  Forbs formed a greater portion of
the plant cover in 1981 than 1980 with the most striking
difference in thick scrub.  Shrubs are more abundant in the
thick scrub type than in any other vegetative type.
Transect data indicated little measurable difference in the
percent cover of shrubs between the lupine grassland and
open grassland types although these types were
differentiated initially in vegetative mapping on the
proportion of shrub cover present.

More species of perennial than annual/biennial forbs
and grasses occurred in all vegetative types in both years
(Table 3).  An overall increase in the number of species
recorded in 1981 compared to 1980 is most pronounced in
annual/biennial and perennial forbs.

The abundance of plant species was categorized on the
basis of relative cover (total number of canopy hits in
each vegetative type) as:  1) uncommon -- less than one
percent; 2) moderately common -- greater than one but less
than five percent; and 3) dominant -- five percent or
more.  The increase in total number of plant species
encountered from 1980 to 1981 is largely attributable to an
increase in species in the "uncommon" class (Fig. 17).
However, there was a concurrent increase in the number of

004818

61



Figure 16.   Percent relative ground cover by plant types for the four vegetative types on Tomales Point in 1980 and 1981.

Table 3.  Number of grass and forb taxa categorized to growth form for each vegetative type and year.

| Vegetative Type | Plant Type | Growth Form | | | | | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| | | Annual | | Perennial | | Unknown | | | |
| | | 1980 | 1981 | 1980 | 1981 | 1980 | 1981 | 1980 | 1981 |
| Baccharis Grassland | forbs | 9 | 28 | 21 | 41 | 5 | 5 | 35 | 74 |
| | grasses | 7 | 10 | 13 | 15 | 2 | 2 | 22 | 27 |
| Lupine Grassland | forbs | 11 | 38 | 22 | 32 | 7 | 12 | 40 | 82 |
| | grasses | 8 | 9 | 8 | 12 | 3 | 1 | 19 | 22 |
| Open Grassland | forbs | 3 | 29 | 18 | 31 | 2 | 3 | 23 | 63 |
| | grasses | 7 | 8 | 10 | 13 | 1 | 1 | 18 | 22 |
| Thick Scrub | forbs | 4 | 16 | 13 | 20 | 3 | 4 | 20 | 40 |
| | grasses | 4 | 6 | 2 | 6 | 1 | 2 | 7 | 14 |

004820



Figure 17. Number of plant taxa encountered in each vegetative type classified as: uncommon (< 1%); moderately common (> 1%, < 5%); and dominant (> 5%) for 1980 and 1981.

004821

vegetative types with species in the "dominant" category.

Selection of species contributing five percent or more of the total canopy hits in any vegetative type, and hence classified as dominants, show ten species made up 47 to 65 percent of the plant cover in 1980 (Table 4) and 11 species made up 40 to 63 percent of the plant cover in 1981 (Table 5). The composition of species shifted between years: perennial ryegrass (<u>Lolium perenne</u>), bracken fern (<u>Pteridium aquilinum</u>) and willow (<u>Salix Hindsiana</u>) were dominant in at least one vegetative type in 1980 but not 1981. Cow-parsnip (<u>Heracleum lanatum</u>), meadow barley (<u>Hordeum brachyantherum</u>) and needlegrass (<u>Stipa pulchra</u>) contributed more than five percent of the relative cover in 1981 but not 1980. Comparisons between years reveals significantly greater mean occurrence of bracken fern, meadow barley and sheep sorrel (<u>Rumex Acetosella</u>) in 1981 than 1980 (Table 6).

Herbaceous Productivity and Utilization

The seasonal abundance of herbaceous plant standing crop within and outside exclosures shows the same pattern in all three grassland types (Fig. 18): there is a marked increase in biomass from February to June 1980 and a

004822

Table 4.  Mean occurrence (and standard error) of plant
species classified as dominant in any vegetative type for
1980 (N = 11,083).

| Taxon | Vegetative Type | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Thick Scrub | | Baccharis Grassland | | Open Grassland | | Lupine Grassland | |
| | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| LOWER PLANTS | | | | | | | | |
| Pteridium aquilinum | 9.9 | 2.3 | 3.8 | 2.4 | 3.9 | 2.1 | 3.3 | 1.1 |
| FORBS | | | | | | | | |
| Myrica californica | 12.3 | 8.6 | 0.2 | 0.2 | 0.3 | 0.3 | 0.0 | 0.0 |
| Plantago lanceolata | 1.7 | 1.7 | 17.9 | 3.4 | 9.9 | 4.1 | 14.1 | 3.9 |
| GRASSES | | | | | | | | |
| Aira caryophyllea | 4.3 | 3.0 | 26.7 | 3.8 | 11.4 | 4.5 | 21.9 | 4.8 |
| Bromus mollis | 3.0 | 2.1 | 27.7 | 7.5 | 42.7 | 9.8 | 35.5 | 4.6 |
| Bromus rigidus | 0.0 | 0.0 | 3.6 | 3.6 | 16.1 | 7.8 | 20.9 | 3.1 |
| Festuca dertonensis | 3.3 | 2.8 | 35.1 | 8.5 | 44.0 | 10.1 | 41.5 | 8.9 |
| Lolium multiflorum | 0.0 | 0.0 | 0.4 | 0.4 | 19.3 | 10.8 | 13.5 | 5.8 |
| Lolium perenne | 0.3 | 0.3 | 35.7 | 8.4 | 31.4 | 8.1 | 52.0 | 8.2 |
| SHRUBS | | | | | | | | |
| Baccharis pilularis | 24.3 | 6.2 | 16.4 | 3.9 | 4.6 | 4.4 | 2.1 | 1.0 |
| Rhus diversiloba | 18.7 | 3.2 | 8.8 | 2.8 | 2.0 | 1.8 | 0.4 | 0.3 |
| Rumex Acetosella | 1.0 | 1.0 | 8.4 | 2.1 | 17.9 | 2.6 | 18.3 | 2.2 |
| TREES | | | | | | | | |
| Salix Hindsiana | 14.7 | 14.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

004823

Table 5.  Mean occurrence (and standard error) of plant species classified as dominant in any vegetative type for 1981 (N = 17,916).

| Taxon | Thick Scrub $\bar{x}$ | SE | Baccharis Grassland $\bar{x}$ | SE | Open Grassland $\bar{x}$ | SE | Lupine Grassland $\bar{x}$ | SE |
|---|---|---|---|---|---|---|---|---|
| FORBS | | | | | | | | |
| Heracleum lanatum | 36.0 | 12.8 | 9.8 | 5.4 | 7.3 | 4.9 | 1.2 | 0.7 |
| Plantago lanceolata | 9.3 | 8.4 | 37.5 | 9.9 | 22.4 | 12.8 | 21.6 | 5.6 |
| GRASSES | | | | | | | | |
| Aira caryophyllea | 30.7 | 15.3 | 38.8 | 9.3 | 14.3 | 5.5 | 20.8 | 5.1 |
| Bromus mollis | 8.7 | 5.5 | 43.4 | 10.9 | 28.3 | 8.1 | 42.5 | 9.5 |
| Bromus rigidus | 0.7 | 0.7 | 6.8 | 2.0 | 26.9 | 11.9 | 36.6 | 7.5 |
| Festuca dertonensis | 20.0 | 10.8 | 38.4 | 12.1 | 44.3 | 7.8 | 46.5 | 6.6 |
| Hordeum brachyantherum | 0.3 | 0.3 | 12.0 | 4.0 | 36.6 | 8.3 | 27.2 | 5.8 |
| Lolium perenne | 0.3 | 0.3 | 32.2 | 8.5 | 24.1 | 10.1 | 35.2 | 7.4 |
| Stipa pulchra | 1.0 | 1.0 | 23.7 | 9.4 | 0.4 | 0.3 | 0.0 | 0.0 |
| SHRUBS | | | | | | | | |
| Baccharis pilularis | 52.0 | 10.6 | 25.5 | 6.0 | 5.0 | 4.5 | 3.6 | 1.6 |
| Rhus diversiloba | 31.0 | 6.2 | 12.3 | 5.6 | 2.6 | 2.0 | 0.7 | 0.3 |
| Rumex Acetosella | 4.7 | 4.6 | 13.7 | 3.9 | 39.5 | 6.3 | 29.9 | 4.3 |

004824

Table 6.  Mean and standard error of occurrence of dominant plant species in 1980 (N = 11,083) and 1981 (N = 17,916). Means not significantly different from each other (P$\geq$ 0.05) (Duncan's multiple range test), are connected by a common line.

| Taxon | Year | | | |
| | 1980 | | 1981 | |
| | $\bar{x}$ | SE | $\bar{x}$ | SE |
| --- | --- | --- | --- | --- |
| LOWER PLANTS | | | | |
| Pteridium aquilinum | 4.0 | 0.9 | 7.6 | 1.5 |
| FORBS | | | | |
| Heracleum lanatum | 1.8 | 0.6 | 7.4 | 2.4 |
| Myrica californica | 1.1 | 0.8 | 1.1 | 1.1 |
| Plantago lanceolata | 13.1 | 2.3 | 24.7 | 4.5 |
| GRASSES | | | | |
| Aira caryophyllea | 19.6 | 2.8 | 24.8 | 3.9 |
| Bromus mollis | 32.2 | 3.7 | 37.1 | 5.2 |
| Bromus rigidus | 15.6 | 3.1 | 24.3 | 4.7 |
| Festuca dertonensis | 41.8 | 4.7 | 41.8 | 4.7 |
| Hordeum brachyantherum | 0.2 | 0.2 | 23.0 | 3.7 |
| Lolium multiflorum | 10.1 | 3.5 | 9.8 | 3.6 |
| Lolium perenne | 30.8 | 4.9 | 29.3 | 4.7 |
| Stipa pulchra | 2.1 | 1.3 | 6.5 | 2.9 |
| SHRUBS | | | | |
| Baccharis pilularis | 8.2 | 1.9 | 13.7 | 3.2 |
| Rhus diversiloba | 4.3 | 1.2 | 6.5 | 2.1 |
| Rumex Acetosella | 13.3 | 1.5 | 25.6 | 3.3 |
| TREES | | | | |
| Salix Hindsiana | 1.2 | 1.2 | 2.0 | 2.0 |



Figure 18.   Mean and standard error (vertical bar) of herbaceous standing crop inside and outside exclosures for the three grassland types for each sample period.

004826

69



Figure 18.  Continued.

70



Figure 18.   Continued.

004828

moderate decline in October continuing through February
1981 followed by another upswing in June.  Analysis of
variance revealed highly significant differences between
the grassland types in herbaceous standing crop inside
exclosures in all sample periods except February 1981
(Table 7), and highly significant differences in herbaceous
standing crop outside exclosures in three of the five
sample periods (Table 8).  Duncan's multiple range tests
showed significant differences in mean herbaceous standing
crop inside exclosures between at least two grassland types
in all sample periods except February 1981 and between all
grassland types in June and October 1980 (Table 9).
Significant differences between grassland types in
herbaceous standing crop outside exclosures were less
common (Table 10).

Most annual herbaceous plant growth occurred between
February and June of each year (Table 11).  Analysis of
variance showed highly significant differences between
grassland types in herbaceous production for the June 1980
sample period only (Table 12).  In that one instance,
production in the lupine grassland type was higher than in
the other two grassland types (Table 11).  Production in
June 1981 was lower than in June 1980 for all grassland
types.

004829

Table 7.  Summary of analysis of variance for differences between vegetative types in herbaceous standing crop within exclosures for each sample period.

| Sample period | N | F value | Prb >F |
|---|---|---|---|
| February 1980 | 27 | 9.42 | 0.0010** |
| June 1980 | 54 | 12.56 | 0.0001** |
| October 1980 | 53 | 8.42 | 0.0007** |
| February 1981 | 34 | 1.98 | 0.1549 |
| June 1981 | 34 | 7.88 | 0.0010** |

**Highly significant

004830

Table 8.   Summary of analysis of variance for differences
between vegetative types in herbaceous standing crop
outside exclosures for each sample period.

| Sample period | N | F value | Prb >F |
|---|---|---|---|
| February 1980 | 27 | 1.32 | 0.2850 |
| June 1980 | 54 | 8.18 | 0.0080** |
| October 1980 | 53 | 13.36 | 0.0001** |
| February 1981 | 34 | 2.53 | 0.0950 |
| June 1981 | 34 | 6.44 | 0.0030** |

**Highly significant.

004831

Table 9.  Mean herbaceous standing crop (g/m$^2$) inside
exclosures in each of three grassland types.  Differences
(Duncan's multiple range test) in means connected by a
common line are non-significant (P $\geq$ 0.05).

| Sample period | Grassland Type | | |
|---|---|---|---|
| | Lupine Grassland | Open Grassland | Baccharis Grassland |
| February 1980 | 162 | 91 | 52 |
| June 1980 | 730 | 586 | 371 |
| October 1980 | 546 | 415 | 295 |
| February 1981 | 381 | 344 | 275 |
| June 1981 | 808 | 738 | 433 |

004832

Table 10.  Mean herbaceous standing crop (g/m$^2$) outside
exclosures in each of three grassland types.  Differences
(Duncab's multiple range test) in means connected by a
common line are non-significant (P $\geq$ 0.05).

| Sample period | Grassland Type | | |
| --- | --- | --- | --- |
| | Lupine Grassland | Open Grassland | Baccharis Grassland |
| February 1980 | 89 | 59 | 46 |
| June 1980 | 669 | 649 | 353 |
| October 1980 | 524 | 439 | 234 |
| February 1981 | 395 | 323 | 254 |
| June 1981 | 688 | 747 | 423 |

Table 11.  Mean herbaceous production (g/m$^2$) for each
sample period in each of three grassland types.
Differences (Duncan's multiple range test) in means
connected by a common line are non-significant (P $\geq$ 0.05).

| Sample period | Grassland Type | | | | | |
| | Lupine Grassland | | Open Grassland | | Baccharis Grassland | |
| | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| --- | --- | --- | --- | --- | --- | --- |
| February 1980 | -89.9 | 93.3 | -114.1 | 39.1 | -111.9 | 28.5 |
| June 1980 | 643.5 | 55.1 | 480.2 | 53.6 | 326.4 | 42.7 |
| October 1980 | -125.1 | 58.2 | -234.4 | 36.5 | -58.1 | 58.6 |
| February 1981 | -107.6 | 77.7 | 7.5 | 45.6 | 65.9 | 39.4 |
| June 1981 | 411.5 | 110.6 | 346.3 | 85.3 | 161.7 | 61.3 |

004834

Table 12.  Summary of analysis of variance for differences between grassland types in production of herbaceous plant material for each sample period.

| Sample period | N | F value | Prb > F |
|---|---|---|---|
| February 1980 | 27 | 0.05 | 0.949 |
| June 1980 | 54 | 7.55 | 0.001** |
| October 1980 | 53 | 2.86 | 0.067 |
| February 1981 | 34 | 1.85 | 0.173 |
| June 1981 | 30 | 1.36 | 0.274 |

**Highly significant.

78

Estimates of herbaceous plant material utilization have large standard errors associated with them (Table 13), and analysis of variance tests failed to detect differences in utilization between any grassland type (Table 14). Five estimates of negative utilization are the result of higher standing crop outside exclosures. Mean estimates of herbaceous productivity obtained from exclosures not clipped from October 1980 through June 1981 and from the sum of seasonal estimates of productivity are remarkably similar; Duncan's multiple range tests reveal no significant differences in productivity between grassland types for either estimator (Table 15).

Shrub Productivity and Utilization

Coyote bush was found in all vegetative types, whereas bush lupine was recorded in only the open grassland and lupine grassland types with the exception of a single plant in 1980 (Table 16). Analyses of variance showed differences in the average elliptical crown volume of coyote bush between vegetative types in 1980 and 1981 (Table 17). Duncan's multiple range tests revealed mean size of coyote bush in thick scrub differed from all other vegetative types in 1980 and from all but the baccharis grassland type in 1981, while there was no difference

004836

Table 13.  Mean herbaceous utilization (g/m$^2$) for each
sample period in each of three grassland types.
Differences (Duncan's multiple range test) in means
connected by a common line are non-significant (P $\geq$ 0.05).

| Sample period | Grassland Type | | | | | |
| | Lupine Grassland | | Open Grassland | | Baccharis Grassland | |
| | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
|---|---|---|---|---|---|---|
| February 1980 | 73.6 | 32.1 | 66.6 | 39.3 | 5.5 | 12.5 |
| June 1980 | 86.3 | 64.7 | 16.3 | 60.0 | 17.8 | 54.3 |
| October 1980 | 17.9 | 32.8 | -24.0 | 28.2 | 60.7 | 39.7 |
| February 1981 | -16.7 | 36.9 | -10.9 | 41.0 | 17.9 | 49.5 |
| June 1981 | 133.4 | 102.0 | -97.9 | 62.4 | -30.2 | 97.0 |

004837

Table 14.  Summary of analysis of variance for differences
between grassland types in utilization of herbaceous plant
material for each sample period.

| Sample period | N | F value | Prb > F |
|---|---|---|---|
| February 1980 | 27 | 0.62 | 0.5438 |
| June 1980 | 54 | 0.43 | 0.6522 |
| October 1980 | 53 | 1.48 | 0.2375 |
| February 1981 | 34 | 0.17 | 0.8486 |
| June 1981 | 30 | 1.98 | 0.1580 |

004838

Table 15.  Annual productivity ($g/m^2$) of herbaceous vegetation calculated as cumulative productivity from seasonal samples and measured as total productivity from exclosures not clipped from October 1980 to June 1981. Differences (Duncan's multiple range test) in means connected by a common line are non-significant ($P \geq 0.05$).

| Sample type | Grassland Type | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Lupine Grassland | | | Open Grassland | | | Baccharis Grassland | | |
| | N | $\bar{x}$ | SE | N | $\bar{x}$ | SE | N | $\bar{x}$ | SE |
| Cumulative productivity | 12 | 275.2 | 97.1 | 10 | 287.6 | 76.3 | 8 | 207.2 | 58.9 |
| Total productivity | 6 | 218.0 | 97.0 | 8 | 369.3 | 57.2 | 4 | 220.6 | 89.7 |

Table 16.  Mean crown volume (m$^3$) of coyote bush and bush lupine in each of four vegetative types on Tomales Point. Differences (Duncan's multiple range test) in means connected by a common line are non-significant (P $\geq$ 0.05).

| Year | Species | Vegetative Type | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Thick Scrub | | Baccharis Grassland | | Open Grassland | | Lupine Grassland | |
| | | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| 1980 | Baccharis pilularis | 0.21 | 0.06 | 0.09 | 0.01 | 0.12 | 0.02 | 0.04 | 0.01 |
| | Lupinus arboreus | 0.13 | – | – | – | 0.05 | 0.02 | 0.09 | 0.05 |
| 1981 | Baccharis pilularis | 0.15 | 0.04 | 0.07 | 0.01 | 0.05 | 0.01 | 0.04 | 0.01 |
| | Lupinus arboreus | – | – | – | – | 0.03 | 0.01 | 0.08 | 0.01 |

Table 17.   Summary of analysis of variance for difference
in crown volume of bush lupine and coyote bush between
vegetative types for 1980 and 1981.

| Year | Species | N | F value | Prb > F |
|------|---------|---|---------|---------|
| 1980 | B. pilularis | 305 | 5.15 | 0.002** |
|      | L. arboreus  | 288 | 1.16 | 0.32 |
| 1981 | B. pilularis | 399 | 3.16 | 0.02* |
|      | L. arboreus  | 148 | 2.85 | 0.09 |

*Significant.    **Highly significant.

between the three other vegetative types in either year
(Table 16). Analyses of variance showed no significant
differences in the size of bush lupine in any vegetative
type in either year (Table 17). The number of coyote
bushes encountered increased from 1980 to 1981 and the
number of bush lupine shrubs declined (Table 17).

Coyote bush within enclosures in lupine grassland was
approximately three times more productive than in the thick
scrub or Baccharis grassland types in 1980 and
approximately twice as high in 1981 (Table 18). Inside
exclosures, significant differences occurred in production
per bush in both years (Table 19). Although the magnitude
of the differences between lupine grassland and other
vegetative types in productivity per coyote bush outside
exclosures in 1980 (Table 20) was similar to that within
exclosures, standard errors were much larger.

The estimate of coyote bush production outside
exclosures in 1981 is not consistent with the value
obtained in 1980 or for estimates from inside exclosures in
both years. There were no significant differences in
coyote bush production outside exclosures between any
vegetative types (Table 19).


PROPERTY OF
POINT REYES LIBRARY
004842

Table 18. Mean annual productivity (gms/$\bar{x}$ shrub) inside exclosures for coyote bush in three vegetative types and for bush lupine in the lupine grassland type. Means connected by a common line do not differ significantly (P $\geq$ 0.05) (Duncan's multiple range test).

| Year | Species | N | Vegetative Type | | | | | |
|------|---------|---|-----------------|-----|-----|-----|-----|-----|
| | | | Thick scrub | | Baccharis Grassland | | Lupine Grassland | |
| | | | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| 1980 | Baccharis pilularis | 8 | 225 | 24.8 | 261 | 28.6 | 836 | 110.9 |
| | Lupinus arboreus | 8 | – | – | – | – | 321 | 93.0 |
| 1981 | Baccharis pilularis | 8 | 207 | 27.6 | 215 | 21.5 | 531 | – |
| | Lupinus arboreus | 8 | – | – | – | – | 176 | 70.7 |

36

Table 19.   Summary of analysis of variance for differences between vegetative types in annual production per coyote bush for both inside and outside exclosures.

| Sample period | Site | N | F value | Prb > F |
|---|---|---|---|---|
| June 1980 | Inside exclosure | 10 | 43.59 | 0.0001** |
| | Outside exclosure | 10 | 2.56 | 0.1460 |
| June 1981 | Inside exclosure | 11 | 19.58 | 0.0020** |
| | Outside exclosure | 11 | 1.40 | 0.3070 |

**Highly significant.

004844

Table 20.  Mean annual productivity (gms/$\bar{x}$ shrub) outside exclosures for coyote bush in three vegetative types and for bush lupine in the lupine grassland type.  Means connected by a common line do not differ significantly (P $\geq$ 0.05) (Duncan's multiple range test).

| Year | Species | N | Vegetative Type | | | | | |
| | | | Thick Scrub | | Baccharis Grassland | | Lupine Grassland | |
| | | | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| 1980 | Baccharis pilularis | 8 | 237 | 15.1 | 289 | 45.9 | 834 | 574.0 |
| | Lupinus arboreus | 8 | – | – | – | – | 238 | 70.6 |
| 1981 | Baccharis pilularis | 8 | 213 | 34.0 | 245 | 23.8 | 126.1 | 126.1 |
| | Lupinus arboreus | 8 | – | – | – | – | 337 | 168 |

004845

Estimates of utilization suggest negative use of coyote bush in all vegetation types in both years with the exception of lupine grassland in 1981 (Table 21).  The utilization estimate for bush lupine in 1981 was negative. However, the estimates of production leading to this estimate are questionable for the reasons discussed above. Negative growth suggests sampling methods may have modified production or permitted greater consumption of browse within exclosures.  Exclusion of large herbivores from around shrubs may have permitted an increase in herbaceous standing crop which either directly interfered with shrub production, or provided cover for smaller herbivores, including invertebrates, that consumed a greater proportion of the shrub production inside than outside exclosures. The high mortality of mature bush lupine throughout the study area (Lathrop and Gogan 1985) may have confounded estimates of production and utilization of this species. Many of the twigs tagged in June 1980 were dead in June 1981.  However, all estimates of production and utilization in this study are highly variable, and the estimates of negative utilization may simply be the result of a low sampling intensity.

89

Table 21.  Mean utilization (gms/$\bar{x}$ shrub) of coyote bush in
each of three vegetative types and of bush lupine in lupine
grassland in 1980 and 1981.

| Year | Species | N | Vegetative Type | | | | | |
| | | | Thick Scrub | | Baccharis Grassland | | Lupine Grassland | |
| | | | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| 1980 | Baccharis pilularis | 8 | -12.5 | 39.1 | -28 | 24.5 | 2.0 | 463.1 |
| | Lupinus arboreus | 8 | - | - | - | - | 82.3 | 40.8 |
| 1981 | Baccharis pilularis | 8 | -5.0 | 59.2 | -29 | 40.8 | 405 | - |
| | Lupinus arboreus | 8 | - | - | - | - | -169 | 123.0 |

004847

DISCUSSION

Environmental factors and past land use practices
likely affected the distribution of vegetative types on
Tomales Point.  The prevalence of lupine grassland just
inland from ocean bluffs has been noted previously (Hektner
and Foin 1977a, Heady et al. 1977, Lathrop and Gogan
1985).  Laboratory experiments have shown the viability of
bush lupine seedlings is depressed by the levels of
salinity occurring along the bluffs (Barbour et al. 1973).
Investigations on Tomales Point have shown the importance
of soil type in the distribution of bush lupine (Crawford
et al. 1983).  Abrupt boundaries between the open grassland
type and other vegetative types suggest the open grassland
may represent formerly cultivated fields.  The thick scrub
type generally occurs in east-facing gullies along the
eastern side of Tomales Point, well protected from the
prevailing northwesterly winds.

The 293 species (201 native, 92 exotic) identified on
Tomales Point (Lathrop and Gogan 1985) exceeds by 50 the
number recorded at Bodega Head, Sonoma Co. (Barbour 1970,
1972), although the proportion of native to exotic species
is similar.  Dominant plant species on Tomales Point have
been recognized as characteristic of the coastal

prairie-coastal scrub mosaic in Mendocino and Sonoma
Counties. (Heady et al. 1977). Determining species
composition in June is likely to result in identification
of a high proportion of the species present since the total
number of species flowering is greatest in June (Barbour et
al. 1973).

Shifts in botanical composition and species diversity
recorded between 1980 and 1981 may be predicted following
cessation of livestock grazing. However, the pattern of
precipitation and temperature affect grassland species
composition (Heady 1958, Pitt and Heady 1978) as does
timing of sampling (Pitt and Heady 1978). Studies in the
California annual grassland type show annual changes in
botanical composition are primarily a response to shifting
weather patterns with factors such as grazing intensity
modifying the magnitude rather than the direction of shifts
in botanical composition resulting from changing weather
patterns (Pitt 1975). The history of such factors (e.g.,
fire regime, grazing pressure, cultivation) are more likely
reflected in cover of perennial plant species. The
increase of purple needlegrass (S. pulchra) on Tomales
Point from 1980 to 1981 is consistent with an initial
increase in this species' abundance on other California
ranges released from the grazing pressure of domestic

livestock (Bartolome and Gemmil 1981).

Similarly, differences in weather patterns and in
timing of sampling make comparisons of botanical
composition of the coastal prairie-coastal scrub mosaic
difficult to interpret. Comparison of plant species
identified as dominant in the grassland types of Tomales
Point in 1980 and 1981 and in the Seashore's pastoral zone
in "summer" 1978 (Elliott 1982) is undoubtedly affected by
weather patterns. Sampling on Tomales Point in this study
was done in years of "good" rainfall, while the pastoral
zone was sampled following a drought (Chapter II). Species
identified as dominant (more than 5 percent cover) in the
grassland types of Tomales Point and in the pastoral zone
include perennial ryegrass (L. perenne), fescue (F.
dertonensis), and English plantain (P. lanceolata) (Elliott
1982). All other species dominant on Tomales Point
constituted less than five percent of the cover in the
pastoral zone. Only foxtail (H. leporinum) was recorded as
dominant in the pastoral zone but not on Tomales Point.
Comparison of sites within the pastoral zone sampled during
July 1972 (Elliott and Wehausen 1974) a year with a more
typical rainfall pattern (Chapter II), and sites sampled by
this study shows five of ten species dominant in any of
three plots in the pastoral zone were also dominant on

Tomales Point in either 1980 or 1981. Two perennial grass
species recorded as dominant in the pastoral zone, tufted
hairgrass (<u>Deschampsia</u> <u>caespitosa</u> <u>holciformis</u>) and
California oatgrass (<u>Danthonia</u> <u>californica</u>) were not
dominants on Tomales Point although both species occur
there (Appendix I, Lathrop and Gogan 1985). Soft chess (<u>B.</u>
<u>mollis</u>) and purple needlegrass (<u>S.</u> <u>pulchra</u>) were dominant
in the grassland areas of Tomales Point, but not in the
pastoral zone plots (Elliott and Wehausen 1974).

Only one species, silver hairgrass (<u>A.</u> <u>caryophyllea</u>),
is dominant at both Bodega Head, Sonoma Co., (Barbour 1970)
and Tomales Point. Four other species dominant in the
grassland areas of Bodega Head (Barbour 1970) were present
but not dominant in the plant cover of Tomales Point.

Comparison of the species composition of Tomales Point
to the coastal prairie-coastal scrub of Sea Ranch, Sonoma
Co., (Hektner and Foin 1977b) highlights the confounding
factor of seasonal differences. Sampling at Sea Ranch in
August and September showed no more than three species
making up more than 60 percent of the relative cover in
five vegetative types (Hektner and Foin 1977b) whereas 10
or 11 species made up between 40 and 65 percent of the
relative cover in the four vegetative types on Tomales

004851

94

Point.  Only one species, English plantain, is dominant at
both locales.  Coyote bush was not present on the plots
sampled at Sea Ranch (Hektner and Foin 1977b).

The identification of vegetative types in this study is
in accord with earlier classifications of the coastal
prairie-coastal scrub mosaic (Barbour 1970, Hektner and
Foin 1977a, Heady et al. 1977).  However, the four
vegetative types are variable and integrade with each
other.  Seventeen plant communities were identified in
detailed vegetative mapping of Tomales Point (Lathrop and
Gogan 1985).  The Calamagrostis nutkaensis type of Hektner
and Foin (1976a) is included in the baccharis grassland
type of this study.  The thick-scrub of this study
represents particularly dense stands of baccharis scrub and
northern coastal scrub as classified by Grams et al. (1977)
or baccharis brushland (McBride 1974).  The lupine
grassland is comparable to the lupine scrub of Heady et al.
(1977).

Successional relationships between the four vegetative
types are unclear.  Open grasslands may be seral to
baccharis grassland and lupine grassland.  A comparison of
aerial photographs of Bodega Head between 1954 and 1970
revealed a three-fold increase in the bush lupine areas

95

(Barbour 1972).  Examination of aerial photographs of
Tomales Point between 1952 and 1974 and vegetation mapping
in 1981 reveal shifts in the distribution of lupine
grassland, with some open grassland areas being invaded by
bush lupine.  Elsewhere lupine disappeared and in other
stands lupine density has remained stable (Lathrop and
Gogan 1985).  In the absence of livestock grazing, grass
cover may become too dense to permit establishment of bush
lupine (Davidson and Barbour 1977).  Such conditions may
produce bush lupine stands with stable boundaries (Davidson
and Barbour 1977).

Succession between open grassland and baccharis
grassland is not clear.  Coyote bush did not invade open
grasslands on Tomales Point between 1952 and 1981 (Lathrop
and Gogan 1985).  However, the process has become evident
on some sites between 1981 and 1985 (Fig. 15).  Coyote bush
invasion into grassland following release from grazing by
domestic stock has been documented in the Berkeley Hills,
Alameda Co. (McBride and Heady 1968, McBride 1974).
Controlled experiments show establishment of coyote bush
seedlings may be favored by "wet" years and a high
incidence of summer fog (daSilva and Bartolome 1984).
Precipitation levels between 1980 and 1983 were especially
high (Chapter II) and Tomales Point is often bathed in

004853

summer fog.

No evidence to date indicates that baccharis grassland is seral to the thick scrub type. Although both types are characterized by coyote bush, individual bushes are far more robust in the thick scrub type. The importance of site characteristics in the establishment of the thick scrub is studied. However, no stands of thick scrub currently occur away from steep ravines protected from the prevailing winds. Thick scrub on the Point Reyes Peninsula may be seral to woodland or forest (Grams et al. 1979); comparable areas of thick scrub in the Berkeley Hills show such a pattern (McBride 1974).

The general pattern of herbaceous standing crop, varying from greatest biomass in June to lowest in February has been reported repeatedly for northern California annual grasslands (Ratliff and Heady 1962, Pitt and Heady 1978, Bartolome et al. 1980). High annual variation in peak herbaceous standing crop is greatly influenced by the previous fall and winter weather patterns (Pitt and Heady 1978) and mulch levels (Bartolome et al. 1980). Herbaceous standing crop measured in June in lupine grassland and open grassland (Table 10) exceeds the range of values for 18 years at Hopland, Mendocino Co. (Pitt and Heady 1978), but

97

herbaceous standing crop measured in June in baccharis
grassland falls within that range.  Similarly, peak
herbaceous standing crop measured at 645 g/m² for
ungrazed grasslands in the Berkeley Hills (Ratliff and
Heady 1962) approximates values on Tomales Point for lupine
grassland and open grasslands but exceed estimates for
baccharis grassland.  Generally, peak herbaceous standing
crop in the lupine grassland and open grassland sites
exceeded peak herbaceous standing crop at six sites
throughout California (Bartolome et al. 1980) while peak
herbaceous standing crop in the baccharis grassland did
not.  Herbaceous standing crop in lupine grassland on
Tomales Point in October 1980 is greater than at four sites
on the Point Reyes Peninsula south of Tomales Point
measured in the same month (Elliott 1982:113).  Herbaceous
standing crop in open grassland and baccharis grassland
approximates and is below these four other sites,
respectively.

Annual herbaceous production in the three grassland
types on Tomales Point in the 1980-1981 growing season
compare favorably with estimates of productivity at three
of four sites on the Point Reyes Peninsula south of Tomales
Point for the 1978-1979 and 1979-1980 growing seasons
although one of the three sites was heavily fertilized

004855

(Elliott 1982:111).  Annual herbaceous productivity on the
three grassland types of Tomales Point was approximately
ten times higher than on a grassland type considered
representative of pristine coastal prairie by Elliott
(1982:111).

Differences in the volume of coyote bush between
vegetation types possibly reflect age and degree of shelter
from the prevailing northwesterly winds.  Bushes achieve
their greatest size in the more protected east-facing
canyons.  Differences in size may also reflect differences
in the distribution of two subspecies of coyote bush: the
more robust, erect B. pilularis consanguinea is most common
in the thick scrub and baccharis grassland types while the
smaller, prostrate B. pilularis pilularis is most common in
the exposed lupine grassland type.  The small size of
coyote bush may be due to either the prevalent subspecies
or represent young individual bushes resulting from recent
invasion of the open grassland type by coyote bush.

The increase in number of individual bushes of this
species encountered corresponding with an increase in the
cover of coyote bush from 1980 to 1981.  Possible
encroachment of grasslands by coyote bush has been
discussed above.  The decline in the number of individual

bush lupine encountered from 1980 to 1981 reflects the
demise of entire stands of this species (Lathrop and Gogan
1985).

The similarity in estimates of shrub production for
1980 and 1981 (Table 20) suggest considerable annual shrub
growth in winter and spring. Samples were tagged in
February and clipped in June 1980, and were retagged
immediately but not clipped until June 1981. Hence, the
1980 sample only measured growth between February and June
1980 while the 1981 sample measured growth between June
1980 and June 1981. No estimates of production or
utilization of coyote bush or bush lupine were found in the
literature.

CONCLUSIONS

The four vegetative types identified on Tomales Point
at the onset of this study differ in their distribution
over the area and in the species making up more than five
percent cover. Use of permanent photographic stations is a
practical means of monitoring vegetative changes. Only 12
(1981) or 13 (1980) of the 293 plant species identified on
Tomales Point are dominants (make up more than five percent
of the cover) in any of the four vegetative types. These

100

dominant species are characteristic of the coastal
prairie-coastal scrub mosaic.  Recorded differences in
botanical composition between years are likely attributable
to differences in weather patterns although elimination of
cattle grazing will undoubtedly have a long-term effect.

The period of greatest herbage production occurs in the
spring (between February and June), with peak standing crop
in June.  Standing crop declines from June through the
following February.  Estimates of peak herbaceous standing
crop in open grassland and lupine grassland on Tomales
Point exceed measurements for other sites in California but
peak herbaceous standing crop in the baccharis grassland
does not.

To date, the seral relationships among the four
vegetative types are unclear.  However, areas of open
grassland representing old fields may be seral to baccharis
grassland.  Invasion of open grassland by baccharis is
already underway.

101

CHAPTER IV

COMPARATIVE DYNAMICS

OF TWO REINTRODUCED TULE ELK POPULATIONS


An introduced ungulate population can provide useful
information on population processes because the "potential
and limits of its reaction to the environment" are evident
at the point of greatest displacement from equilibrium with
environmental forces (Caughley 1976:196).  However, few
studies of ungulate populations immediately following
introduction have been reported.  The paucity of such
information has led to experimental manipulation of
populations to duplicate growth from low numbers
(McCullough 1979, 1982).  I report here on growth rates for
two reintroduced populations of tule elk: Point Reyes and
Grizzly Island.  Both areas supported tule elk, at least
seasonally, in pristine times (McCullough 1969).  The
numbers of elk introduced were similar, with both
populations numbering 17 in 1979.
[handwritten correction: 1978]

METHODS


Individual elk at Point Reyes usually were located
twice each week between July 1979 and September 1981, and

004859

102

monthly from October 1981 through August 1984.  The herd
composition was recorded by sex and age class as calf,
yearling or adult.  Ear-tags permitted identification to
age class.  In 1980 and 1982 sex of calves was determined
at approximately 6 months of age.  In 1981, four of five
live-born calves were captured within the first week of
life and their sex determined.

Information on numbers and composition of elk at
Grizzly Island was obtained from refuge records and my
tallies of the herd composition each July from 1979 through
1984 as at Point Reyes, except that yearling and adult
females were not distinguished.  However, the number in
each age class could be determined from numbers of female
calves the previous year and female mortality.  Lack of
dispersal and complete absence of mortality between three
and 15 months of life permitted calculation of secondary
sex ratio for each cohort at three months of age through
1982.  Calving rates are expressed as calves per 100
females two years of age and over.  Only numbers of calves
and total numbers were recorded in 1984.  All tallies are
repeated total counts with no animals missed.

Rates of population growth ($\hat{r}_m$) for the Point Reyes
and Grizzly Island elk were calculated with Caughley's

(1977:109) formula and compared to similar calculations for introduced elk populations described in the literature. The observed $r_m$ is taken as an approximation of $r_m$, the intrinsic rate of increase (Caughley and Birch 1971, Caughley 1977). "The rate $r_m$ is the appropriate statistic ... for comparing the favourability of two environments occupied by one species." (Caughley 1977:55). All estimates of rate of population increase ($\hat{r}_m$) were obtained from regression of $\log_e$ numbers on time with the slope of the regression line equal to $\hat{r}_m$ (Caughley and Birch 1971, Caughley 1977).

RESULTS

History of Reintroductions

Point Reyes--Ten adult elk (2 males, 8 females) were transported in March 1978, from San Luis National Wildlife Refuge, Merced Co., to a holding pen on the 1030 ha fenced portion of Tomales Point. Nine calves (1978 cohort) were born while the animals were confined within the pen (Ray 1981). Ten adults and seven surviving calves (4 males, 3 females) were released to the entire range in September 1978 (Table 22). Three adult males from the Owens Valley, Inyo Co., were reintroduced in December 1981. They were

104

Table 22.  Numbers of tule elk by age and sex at Point Reyes National Seashore, California, on August 1 of each year, 1978-84.

| Year | Calves Unsexed | M | F | Yearlings M | F | 2-Yr.-Olds M | F | Adults M | F | Total |
|------|------|---|---|---|---|---|---|---|---|-------|
| 1978 | 2a | 4 | 3b | 0 | 0 | 0 | 0 | 2b | 8b | 17 |
| 1979 |    | 1 | 2 | 4b | 2 | 0 | 0 | 0 | 6 | 15 |
| 1980 |    | 1 | 0 | 1 | 2b | 3b | 2b | 0 | 6 | 15 |
| 1981 |    | 2 | 4b, c | ← 1 | | 0 | 1 | 1 | 2 | 7 17 |
| 1982 |    | 4 | 4 | 2 | 2 | 1 | 0 | 3 | 8 | 24 |
| 1983 | 8 | – | – | 4 | 4 | 2 | 2 | 4 | 8 | 32 |
| 1984 | 9 | – | – | – | – | – | – | – | – | 41 |
| 1985 | 15 | – | – | – | – | – | – | – | – | 55 |

a Unsexed calves found dead.

b Mortality occurred in following year.

c Includes stillborn premature calf.

86   70

sighted occasionally in January and February 1982, but
subsequently disappeared and are not considered further.

Grizzly Island--Seven adult elk (4 males, 3 females)
were relocated to Grizzly Island from the Tule Elk State
Reserve [Tupman], Kern Co., in February 1977.  The animals
were restricted to a holding pen until released on-site in
May.   A yearling female, originally from Owens Valley, was
released at Grizzly Island later that year.  In May 1978,
an adult female from Owens Valley joined the herd (Table
23).  One of the original four adult males was moved to
another release site.  An adult male was poached in
November 1979, and a male seriously injured in the rut was
sacrificed in September 1982.

Population Growth Rate

The $\hat{r}_m$ for the Grizzly Island reintroduction was
approximately twice that of the overall $\hat{r}_m$ for the Point
Reyes herd (Fig. 19).  The slopes of the regression lines
are significantly different (t = 1.9 df = 11; P $\leq$ 0.05).
However, $\hat{r}_m$ for the Point Reyes herd for 1981-1984, with
an initial size of 17 but greatly improved calving rates,
closely approximates $\hat{r}_m$ for the Grizzly Island herd, and
the slopes of the regression lines do not differ

Table 23.  Numbers of tule elk by age and sex at Grizzly
Island State Wildlife Management Area, California, on
August 1 of each year, 1977-84.

| Year | Unsexed | Calves | | Yearlings | | 2-Yr.-Olds | | Adults | | Total |
|------|---------|--------|---|-----------|---|------------|---|--------|----|-------|
| | | M | F | M | F | M | F | M | F | |
| 1977 | | 0 | 3 | 0 | 1 | 0 | 0 | 4 | 3 | 11 |
| 1978 | | 2 | 3 | 0 | 3 | 0 | 1 | 4a | 4 | 17 |
| 1979 | | 3 | 5 | 2 | 3 | 0 | 3 | 3a | 5 | 24 |
| 1980 | | 6 | 5 | 3 | 5 | 2 | 3 | 2 | 8 | 34 |
| 1981 | 3b | 5 | 8 | 6 | 5 | 3 | 5 | 4 | 11 | 47 |
| 1982 | | 4 | 10 | 5 | 8 | 6 | 5 | 7a | 16a | 61 |
| 1983 | 17a | – | – | 4 | 10 | 5a | 8 | 11 | 20 | 75 |
| 1984 | 24 | – | – | – | – | – | – | – | – | 96 |

a Mortality occurred in following year.

b 3 unsexed calves found dead.

004864



Figure 19.   Growth rates of tule elk reintroduced to Point Reyes and Grizzly Island.

004865

significantly (t = 1.68; df = 8; P $\geq$ 0.05).  Estimates of
$\hat{r}_m$ of other recently reintroduced and unhunted
populations of elk are presented for comparison (Table
24).  With the exception of Yosemite Valley, growth rates
for these populations are calculated from censuses or
back-calculation of population size.  Both methods likely
underestimated population size, and hence calculated rates
of growth may be low.  Comparison of growth rates for
populations 6-8 years from the time of introduction (7
years is the limit of observation on Point Reyes and 8
years the limit of information on Grizzly Island) (Table
24) shows the rate of growth of the Point Reyes population
was the lowest in the comparison.  The $\hat{r}_m$ for the Grizzly
Island population was exceeded only by the rate of growth
of elk introduced to Afognak Island, Alaska.

Mortality

Numbers declined at Point Reyes as three adults (1
male, 2 females) died of natural causes between May and
August 1979.  The other adult male was so sick he was
removed from the range in July 1979 and is considered a
mortality.  This pulse of adult mortality is attributed to
copper deficiency and general malnutrition once the elk
were free-ranging (Chapter V).  There has been no

109

Table 24.  Size of original introduction, numbers of elk in following years, and calculated $\hat{r}_m$ for select locations.

| Location | Number of Years Following Introduction | Number of Elk | Calculated $\hat{r}_m$ | Reference |
|---|---|---|---|---|
| Afognak Island, Alaska | 1 | 8 | | Burris and McNight 1973 |
| | 2 | 13 | | Burris and McNight 1973 |
| | 6 | 50-60 | 0.37 | Burris and McNight 1973 |
| | 9 | 100 | | Burris and McNight 1973 |
| | 13 | 147 | | Troyer 1960 |
| | 20 | 212 | 0.17 | Batchelor 1965 |
| Wichita Mts., Oklahoma | 1 | 21 | | Halloran 1962 |
| | 2 | 24 | | Halloran 1962 |
| | 11 | 125 | | Halloran 1962 |
| | 14 | 300 | 0.22 | Halloran 1962 |
| Yosemite Valley, California | 1 | 6 | | Moffitt 1934 |
| | 2 | 8 | | Moffitt 1934 |
| | 3 | 11 | | Moffitt 1934 |
| | 4 | 13 | | Moffitt 1934 |
| | 5 | 15 | | Moffitt 1934 |
| | 6 | 16 | 0.18 | Moffitt 1934 |
| | 7 | 19 | | Moffitt 1934 |
| | 8 | 22 | | Moffitt 1934 |
| | 9 | 23 | | Moffitt 1934 |
| | 10 | 23 | | Moffitt 1934 |
| | 11 | 22 | 0.13 | Moffitt 1934 |
| Tyson Park, Missouri | 1 | 10 | | Murphy 1963 |
| | 8 | 103 | 0.29 | Murphy 1963 |

004867

additional mortality among the original animals.  Natural
mortality in elk 3 months and older at Grizzly Island has
been limited to an adult male in November 1982, a female
from the original introduction in July 1983, and a
2-year-old male in September 1983.

There are markedly different patterns of mortality from
3 months through 2 years of life for tule elk born at each
site through August 1983 (Tables 22 and 23).  There has
been no mortality in animals born to the Grizzly Island
population through the end of the second year of life.  In
contrast, there have been a number of losses at Point
Reyes.  A 1978-cohort female at Point Reyes died of
undetermined natural causes in August 1979.  A 1978-cohort
male succumbed to paratuberculosis in November 1980, and a
female of the same cohort was destroyed the following March
after having been diagnosed positive for the disease
(Jessup et al. 1981).  One of two females of the 1979
cohort was diagnosed positive for paratuberculosis and
destroyed in July 1981.  Her calf at heel (1981 cohort) was
not taken, but was observed exhibiting symptoms of the
disease in April 1982.  It was never relocated.  Four of
nine of the females entering the yearling and 2-year-old
age classes died before the end of the year, with all but
one of these losses attributable to paratuberculosis.  Only

004868

111

two of 13 males in the same age classes died, and only one
was lost to paratuberculosis.  Thus, paratuberculosis
disproportionately affected the female segment of the
population.  A similar ratio has been reported in cattle
(Bruner and Gillespie 1973), but there was no significant
difference between sexes in the incidence of
paratuberculosis in two exotic deer species on the Point
Reyes Peninsula (Riemann et al. 1979).

Reproductive Success

    Criteria used in assessing reproductive success include
age of sexual maturity, pregnancy rate, twinning rate,
stillborn-perinatal loss, sex ratio of calves, and birth
weight.  Studies of wild ungulate populations show that the
nutritional plane of females -- commonly inferred from
density estimates -- affects reproductive success,
particularly in younger females (Skoog 1968, Verme 1969,
1983, Caughley 1970, Klein 1970, Houston 1982).
Nutritionally stressed females tend to conceive and carry a
pregnancy to term, but give birth to weakened young that
succumb soon after birth, i.e., perinatal loss increases.
Hence, cow:calf ratios are generally a better indicator of
reproductive success than pregnancy rates.  However,
studies of populations of large ungulates typically utilize

pregnancy rates to assess reproductive success of select
age classes, owing to the difficulty of obtaining
age-specific cow:calf ratios.  In addition, pregnancy rates
for necropsied females are frequently reported relative to
the females's last birthday, i.e., yearling pregnancy rates
refer to 1.5-year-old animals, whereas in this study,
calving rates of animals are reported relative to their
most recent birthday, i.e., yearling pregnancy rates are
expressed as calving rates for 2-year-olds.

Sexual Maturity--The ability to ovulate and conceive in
female red deer (C. e. elaphus) is dependent upon achieving
a critical carcass weight and body condition (Hamilton and
Blaxter 1980, Mitchell et al. 1981).  A similar pattern has
been reported for free-ranging reindeer (Rangifer tarandus)
(Leader-Williams and Ricketts 1982).  Female elk at Point
Reyes calved at their second birthday in 1981 and 1982.
All calves born at Grizzly Island could be explained by
monoparous births by 2+-year-old females, suggesting no
calving by yearlings.

The single calf born to the Point Reyes population in
1980 must have been sired by a yearling male as four
yearling bulls were the only males present during the rut.
More than 90 percent of male yearling elk have been found

113

to be "physiologically capable of effective breeding"
(Conoway 1952, Harper 1971).  Another instance of female
tule elk being successfully bred by yearling males was
reported by Moffitt (1934).

McCullough (1969) reported three of four yearling tule
elk females were pregnant.  Houston (1982) reported a low
pregnancy rate for yearling elk, ranging from 0-34 percent,
that was negatively correlated with the severity of the
previous winter and population density.  A range of
pregnancy rates from 0-40 percent for yearlings was
reported for North American elk by Taber et al. (1982).
Pregnancy rates reported for yearling red deer range from
zero (Mutch et al. 1976, Caughley 1971b, Clutton-Brock et
al. 1982) to 64 percent (Staines 1978).

Calving rate--Cow:calf ratios in the Point Reyes
population declined precipitously from 1978 through 1980
and reached a peak in 1982 (Fig. 20).  The low rates may be
attributed to copper deficiency exacerbated by competition
for forage with cattle (Chapter V).  The 100 percent
calving rate in 1982 indicates all adult females bore live
calves (assuming no twinning), there being no females in
the 2-year-old cohort.  The cow:calf ratio in the Grizzly

114



Figure 20.  Calves as percent of cows in tule elk
reintroduced to Point Reyes and Grizzly Island.

004872

Island population was at 100 percent for the first 4 years following introduction, but declined in 1981 and thereafter. The ratio is negatively and significantly correlated with total population size (Fig. 21).

Pregnancy rates in red deer in Scotland are higher in females which did not have a calf at heel the previous fall (Mitchell et al. 1976, Mutch et al. 1976, Lowe 1969, Clutton-Brock et al. 1982). However, in the Point Reyes herd, two of seven adult cows failed to conceive or carry a calf to term in 1981 in spite of not being pregnant the previous year. The single adult cow calving in 1980 apparently aborted in April 1981. Calving rates increased in 1982 and remained high in 1983 (Fig. 20), suggesting females did not fully recover from copper deficiency and other nutritional stresses until the 1981 rut, or that sexual immaturity of 2-year-old males in the 1980 rut prevented impregnation of all females.

Twinning Rate--The production of nine calves by eight female elk at Point Reyes in 1978 (Ray 1981) is evidence of at least one set of twins. No information on twinning is available for the Grizzly Island herd. The incidence of twinning in $C.$ elaphus is quite low. McCullough (1969) reported one case of twinning among 63 tule elk cows in the

116



Figure 21.   Relationship of cow:calf ratio to herd size in tule elk reintroduced to Grizzly Island.

004874

Owens Valley.  Twins were evident in less than one percent
of more than 3,000 elk from the Yellowstone area, and this
frequency did not vary with population size (Houston
1982:36).  Rates of twinning in red deer have been reported
as one in 600 (Mitchell 1973) and one in 140 (Mitchell et
al. 1981).

Stillborn-Perinatal Loss--Measurement of cow:calf
ratios in this study was completed by August 1 of each
year, some 3 months after the beginning of the calving
season.  Observations prior to August 1 of the Point Reyes
herd indicated some perinatal loss.  Carcasses of two
calves (unsexed) were recovered in 1978 (Ray 1981), and a
stillborn calf (female) was dropped prematurely in 1981
(Gogan and Jessup 1985).  In addition, an adult female
possibly aborted 2 January 1981.  A second adult female was
suckling her 1980 calf on 1 April 1981, behavior indicative
of having lost a calf.  Thus, records for 1979, 1980, and
1981 suggest a rate of stillborn-perinatal loss of three
(stillborns and perinatal losses) of 18 known conceptions
(stillborn and perinatal losses plus surviving calves).
Similar data are incomplete for the Grizzly Island
population.  Any perinatal loss between 1977 and 1980 could
have been masked by twinning.  Three calves (unsexed) were
found dead in 1981 (Sohrweide, pers. comm.), suggesting

stillborn-perinatal loss of three of 16 calves for that
year.

Some 64 percent of the tule elk calves born in the
Owens Valley died within the first month of life
(McCullough 1969). Eight of 13 calves born to a small herd
of Roosevelt elk (C. e. roosevelti) died within the first
week of life, and the following year nine of 14 calves born
succumbed in their first month of life (Harn 1960, Harper
et al. 1967). Nine of 56 red deer calves were stillborn or
died soon after birth (Arman et al. 1978). Twenty percent
of all calves born to red deer on Rhum died before the
September of their year of birth, and nearly 80 percent of
this mortality occurred within the first week of life
(Clutton-Brock et al. 1982).

Sex ratio of calves--Female calves predominated in the
Grizzly Island population while the sex ratio was equal in
the Point Reyes population through 1982 (Tables 22 and
23). Only ratios of calves conceived and born at each
location, i.e., not calves born in the year of
introduction, were subjected to statistical tests. The sex
ratio of calves did not differ significantly from a 50:50
ratio at Point Reyes ($X^2$ = 1.81, df = 1, $P \geq 0.05$) or
Grizzly Island ($X^2$ = 3.62, df = 1, $P \geq 0.05$). Nor did

the sex ratios differ betwen populations ($X^2$ = 0.32, df =
1, $P \geq 0.05$).  Houston (1982:46) reported a significant
difference between the in utero sex ratio of fetuses (103
males:100 females; 1962) for the northern Yellowstone elk
herd for a single year at high population density compared
to a pooled sample for the following years (89 males:100
females; 1963-1968), during which the population declined.
Clutton-Brock et al. (1982) found a preponderance of male
offspring born to all red deer female age classes and no
shift in the calf sex ratio as population density increased
over time.

Studies of other species of cervids suggest offspring
sex ratios are related directly to female nutritional
level.  Verme (1983) reviewed the literature for the genus
Odocoileus and concluded does undernourished at conception
produce a surplus of males.  McCullough (1979) noted a
shift in production toward female offspring in white-tailed
deer (O. virginianus) following a reduction in density (and
presumably an improved nutritional plane).

Population Stability

The tendency of a population to track or overshoot
ecological carrying capacity (K) may be inferred from a

120

regression of rate of population change on population
size.  Only data for the Grizzly Island population were
suitable for such an analysis (Fig. 22).  A negative slope
indicates a density dependent response.  The point at which
the regression line intercepts the zero rate of population
change may be interpolated to obtain an estimate of average
population size at K (McCullough 1978).  The tendency of a
population to track carrying capacity may be expressed by
the formula (Maynard-Smith 1968):

$$L = bN_K \qquad\qquad (5)$$

where L is a measure of equilibrium tendency, b is the
slope of the calculated regression, and $N_K$ is the average
population size at carrying capacity (the x intercept).  L
is equivalent to the y intercept of the linear regression
slope (McCullough 1979).  Values of L indicate the
population's response to a varying carrying capacity:
values of between zero and one suggest a tendency to
overshoot, but oscillations dampen out to K, and values of
greater than two suggest oscillations become greater in
amplitude and lead to extinction.  The value of 0.52 (Fig.
22) suggests the elk population at Grizzly Island will tend
to track carrying capacity.  McCullough (1978:312)
calculated a value of 0.37 for tule elk introduced to the

004878



Figure 22.   Regression and 95% confidence band of decline in the rate of population growth with increasing herd size in tule elk reintroduced to Grizzly Island (1978-1983).

004879



Figure 22.   Regression and 95% confidence band of decline
in the rate of population growth with increasing herd size
in tule elk reintroduced to Grizzly Island (1978-1983).

004880

122

Owens Valley based upon data for the first 34 years.   The
higher value for the Grizzly Island population may be
considered a reflection of the population growing at
virtually maximum rate, whereas the Owens Valley population
grew at the far lower rate of $\hat{r}_m$ = 0.14 for the nine
years following introduction (McCullough 1978:313).
Presumably, values of less than one for the Grizzly Island
and Owens Valley populations suggest a similar value may be
expected for the Point Reyes herd.   Extrapolation of the
linear regression to a rate of change of zero gives an
estimate of carrying capacity of approximately 125 for the
Grizzly Island herd (Fig. 22).

Time Lags

While elk populations show a tendency to track carrying
capacity, there is little indication of how rapidly the
tendency may be followed, i.e., the extent of a time lag
before the population responds to a shift in carrying
capacity.   The 2 year delay in the increase in calving
rates in the Point Reyes herd following the nutritional
stress of copper deficiency and general malnutrition
suggests time lags could be up to 2 years.

004881

DISCUSSION

Caughley's (1970) review of ungulate introductions to previously unoccupied areas revealed a pattern of increase to high density and subsequent "crash" to a lower level. High numbers typically modify the vegetative cover to the extent it is no longer able to support numbers at the original level.  While this outcome is common, it is by no means exclusive.  Instances of introductions failing to expand have been documented.  Two of 12 introductions of elk in Colorado failed (Swift 1945).  Parasites of deer have caused the failure of introductions of elk (Severinghaus and Darrow 1976) and limited the growth rate of other elk populations (Hibler et al. 1969, Eveland et al. 1979).

The $\hat{r}_m$ of the tule elk population introduced to Point Reyes is the lowest recorded for a successfully introduced elk population over a comparable time period.  In contrast, the $\hat{r}_m$ of the Grizzly Island population is exceeded only by Roosevelt elk introduced to Afognak Island.  Tule elk introduced to Grizzly Island have grown in a pattern suggestive of the initial phase of the eruptive pattern described by Caughley (1976).  However, it appears growth in tule elk at Point Reyes has been blocked by

004882

124

density-independent environmental pressures attributable to high densities of cattle and black-tailed deer competing for forage and serving as a reservoir of disease.

Rapid population expansion might be expected when an ungulate population has available a standing crop of plant biomass in excess of needs for maintenance. The continued heavy grazing of domestic stock and high density of black-tailed deer at Point Reyes during California's 1976-77 drought and a year beyond the release of elk probably removed any surplus of forage likely to favor rapid expansion of elk numbers. Indeed, the animals were clearly nutritionally stressed by diet quality if not quantity (Chapter V).

Livestock at Point Reyes served as a reservoir of paratuberculosis leading to losses in elk born there (Jessup et al. 1981). The disease has had no reported effect on population growth of two exotic deer species on the Point Reyes Peninsula (Wehausen and Elliott 1982). There has been no direct contact yet between either exotic deer species and tule elk. Parasitism may affect the success of introduced populations of elk (Hibler et al. 1969, Severinghaus and Darrow 1976, Eveland et al. 1979). Elaephorosis is endemic in the black-tailed deer on the

004883

Point Reyes Peninsula, and the black-fly vector is also
common (R. Lane, pers. comm.).  No incidence of this
disease has been detected in Point Reyes elk to date.
Although mountain lion are sighted occasionally at Point
Reyes, no deaths among elk were due to predation.

The recent history of no ungulate grazing at Grizzly
Island presumably resulted in the reintroduced elk there
benefiting from an abundant standing crop of suitable
forage.  The absence of reservoirs of contagious disease
and parasites protected this introduction from such
factors.

The similarity of the $\hat{r}_m$ value for the Grizzly Island
population and all other introductions except the overall
$\hat{r}_m$ for Point Reyes (Table 24) suggests the pattern of
growth at Grizzly Island is the maximal $\hat{r}_m$ possible.
Rapid growth was achieved by advanced sexual maturity, high
calving rates (up to 100 percent in 2-year-olds), low calf
mortality, no juvenile mortality, low adult mortality, and
possibly a calf sex ratio favoring females.  A curvilinear
pattern in cow:calf ratios (Fig. 21) suggests the influence
of density-dependent factors will accelerate as the
population approaches carrying capacity.  Such a pattern is
common in large mammal populations (Fowler et al. 1980),

although linear relationships also occur (McCullough 1979).

The initial $\hat{r}_m$ for Point Reyes elk was exceptionally low, reflecting density-independent environmental pressures. Slow growth was characterized by low calving rates, high subadult mortality, moderate adult mortality, and a 50:50 sex ratio among calves. However, the $\hat{r}_m$ at Point Reyes from 1981 to 1983 approximates the overall $\hat{r}_m$ of Grizzly Island suggesting these factors may have changed. Calving rates increased while subadult and adult mortality decreased after 1981.

Earlier attempts to model growth patterns of the Afgonak Island, Wichita Mountains, and Tyson Park introductions (Gross 1969) have assumed density-independent natality and mortality rates. Observations for the Grizzly Island population suggest such assumptions are not realistic. Eberhardt (1977) proposed the sequence of population processes effecting a response to density are: 1) juvenile morality rate; 2) age of sexual maturity; 3) natality rate; and 4) adult mortality rate. This appears to be the sequence at Grizzly Island. The presence of three perinatal losses and 13 live calves in 1981 indicates all 16 2+-year-old females calved that year. The decline in the number of live-born calves in 1982 and 1983 may

represent a combination of the first three factors.
Natural mortality of adults in the Grizzly Island
population was not observed until after August 1982.  This
variable is influenced by the age structure of the initial
introduction.

The pattern of mortality in the Point Reyes population
is atypical of nutritionally stressed populations.  The
initial pulse of mortality was among the introduced adults
rather than the first cohort of calves.  With the exception
of a single female, calves in the first three cohorts
surviving the first 3 months of life survived beyond their
first birthday.  The pattern of subadult mortality observed
is due in part to the etiology of paratuberculosis, the
chief cause of mortality.  Although infected as calves, it
requires a year or more before individuals become
debilitated and succumb (Jessup et al. 1981).  The decline
in cow:calf ratios in 1979 and 1980 is consistent with a
nutritionally stressed population.  A low calving rate in
two consecutive years suggests the elk did not recover from
the nutritional stress causing adult mortality in 1978 for
at least 2 years.  The moderate calving rate for 1981 is
due to a deformed, stillborn calf and possibly two
abortions.  The role of nutritional stress in these losses
is unknown although inbreeding and teratogenic plants are

implicated in the case of the stillborn individual (Chapter VII, Gogan and Jessup 1985).  High calving rates in 1982 suggest the Point Reyes population has begun a growth trajectory comparable to the Grizzly Island herd.  The lack of adult mortality from August 1979 through 1983 in the Point Reyes population is indicative of the relaxation of density-dependent forces.

This analysis suggests the Grizzly Island population has an inherent tendency to track ecological carrying capacity, and one can assume the Point Reyes herd will also exhibit this trait.  However, the existence of a time-lag in the response of elk to reaching carrying capacity, suggests both populations will exceed carrying capacity before stabilizing.

CONCLUSIONS

Differences in population parameters between tule elk reintroduced to Point Reyes and Grizzly Island reflect different environmental pressures on the two populations. Elk introduced to Grizzly Island were not restricted by environmental conditions.  Elk introduced to Point Reyes suffered initial adult mortality and low reproductive success attributable to copper deficiency and subsequent

129

subadult mortality due to paratuberculosis.   These factors
greatly reduced the rate of population growth in elk at
Point Reyes between 1978 and 1981.

004888

130

CHAPTER V

COPPER DEFICIENCY IN TULE ELK

Tule elk reintroduced to the Point Reyes Peninsula in
March 1978 received dietary supplements regularly for 6
months while being acclimatized in a 1.2 ha holding pen.
They were released to the northernmost 1030 ha section of
Tomales Point.  The elk seemingly flourished while in the
holding pen and for the first 3 months while free-ranging
(Ray 1981), although the release site continued to be
heavily grazed by beef cattle (0.4/ha) and black-tailed
deer (0.3/ha).  However, by the spring of 1979, the elk
exhibited reduced reproductive success, deformed antlers,
adult mortality, light-colored pelage and general lack of
thriftiness.  Discussions with local ranchers and a local
veterinarian revealed cattle on Tomales Point regularly
received dietary copper supplements to prevent potentially
severe reproductive and calf survival problems, including
birth of hairless calves with deformed spinal columns as
was observed in the 1950's.

Supplementary feed, including copper and copper sulfate
supplement, was provided daily to the surviving elk from
mid-September 1979 until they ceased taking it in April

004889

131

1980.  Ranching operations were halted in November 1979, and all livestock and cross fencing removed.

Copper has been recognized as an essential trace element (Hart et al. 1928).  It is absorbed in the duodenum and jejenum of monogastric and ruminant herbivores, binds to albumen in the plasma and is transported to the liver, where it is synthesized into ceruloplasmin, a single chain protein (Frieden 1979, Owen 1982).  The liver stores ceruloplasmin and releases it into the blood as needed. Ceruloplasmin, which carries 88 percent of circulating copper in cattle (National Research Council 1977), is an enzyme essential in the oxidation of iron.  It also delivers copper to various tissues to become components of specialized proteins (Frieden 1979).

Inadequate metabolic copper in herbivores may result from inadequate dietary copper (simple copper deficiency) or interactions of normally adequate copper levels with molybdenum and sulfide, resulting in reduced absorption of copper or interference with metabolic processes such as the role of copper in iron metabolism (complex copper deficiency) (Mills 1980).

Recognized clinical symptoms of the two forms in

004890

domestic stock differ somewhat in their severity.  Simple

copper deficiency is characterized by loss of hair color

(achromotrichia), anemia, ataxia, demyelination of the

central nervous system, stiffness in the joints and

abnormal gait, osteoporosis, spontaneous bone fracture,

reduced reproductive capacity in adults, and poor growth

rate of calves (Allcroft and Parker 1949, Cunningham 1950,

Davis 1950, Owen 1981).  Complex copper deficiency is

marked by more severe symptoms as above, plus delayed and

incomplete calcification of cartilaginous plates, and

severe scouring (Allcroft and Parker 1949, Cunningham 1950,

Irwin et al. 1974).  Copper deficiency in wild ungulates

has been reported as ataxia in adult red deer (C. e.

elaphus) (Barlow et al. 1964, Terlecki et al. 1964),

osteoporosis in adult reindeer (Rangifer tarandus)

(Hyvarinen et al. 1977), and irregular hoof keratinization

and reduced reproductive rates in adult moose (Alces alces)

(Flynn et al. 1977).  Copper deficiency may occur in a

subclinical form characterized by low liver, blood and hair

copper levels, but with individuals appearing normal and

showing only marginal signs of poor health (Bingley and

Anderson 1972, Thornton et al. 1972b).

Evidence of copper deficiency in livestock includes the

symptoms described, but Hartmans (1973) considered analysis

of liver samples as most diagnostic of copper deficiency.
He also noted that the average value for any element may be
misleading with one or two values below the mean being more
indicative of copper deficiency than the mean.  Similarly,
the high variation in copper levels in hair from cattle on
the same diet makes it difficult to attribute low hair
copper solely to low dietary levels (Hidiroglou and Spurr
1974).  Furthermore, the proportion of a population
exhibiting symptoms of copper deficiency may vary (Thornton
et al. 1972a).

The purpose of this report is to relate levels of
copper and molybdenum in tule elk at Point Reyes to levels
in tule elk at four other locations in California and to
three other cervid species at Point Reyes.

METHODS

Animal Samples

Four elk found dead were necropsied in the field, the
second two carcasses being located within 24 hours of
death.  A fifth animal found dead and two destroyed after
testing positive for paratuberculosis were transferred to
the Wildlife Investigations Laboratory, Sacramento, or

School of Veterinary Medicine, University of California, Davis, for necropsy.  Samples of liver, blood, and hair were obtained when possible.

Blood samples were obtained from elk transferred from San Luis Island to Point Reyes in the spring 1978. Surviving elk and those born at Point Reyes were immobilized with etorphine (4 mg) and xylazine (35 mg) (Jessup et al. 1981), and blood and hair samples taken at irregular intervals between August 1979 and April 1981. Sample sizes for tule elk at Point Reyes are relatively small in absolute terms -- three to seven -- for any sample period.  However, the samples represent 30 to 38 percent of the total population, respectively.  Samples of liver, blood and hair were obtained from four other tule elk populations (Concord Naval Weapons Station, Contra Costa Co.; Owens Valley, Inyo Co.; San Luis National Wildlife Refuge, Merced Co.; and Tule Elk State Reserve [Tupman], Kern Co.) and from animals restrained in the course of translocations or individuals presented to the Wildlife Investigations Laboratory for necropsy.

An extremely emaciated (10+ year) tule elk male was immobilized at Point Reyes in July 1979 and examined for evidence of microfilaria, eleophorosis and thelaziasis.

This individual was transferred to Grizzly Island State Wildlife Area, Solano Co., for nutritional therapy and observation.  It was immobilized and sampled for blood and hair at irregular intervals between 1979 and 1981.

Hair samples were taken from exotic axis and fallow deer culled by National Park Service personnel within Point Reyes National Seashore.  Black-tailed deer hair samples were taken from animals collected within the Seashore and from deer found dead on Tomales Point.

Copper levels in liver and serum were determined by atomic absorption spectrometry (Varian 475, Varian Co.). Molybdenum levels were determined by standard volumetric techniques at 470 Nm (Spec. 20, BNL Co.).  These analyses were conducted by a commercial laboratory (California Analytical Labs, Inc.).

Hair samples from the first two elk to die on the range were submitted to the National Park Service's Materials and Ecological Testing Laboratory, Western Archeological Center, Tucson.  All other hair samples were analyzed at the Department of Forestry and Resource Management, University of California, Berkeley.  The samples were washed with ethyl ether and digested with tetramethyl

136

ammonium hydroxide (Flynn et al. 1977, Gross and Parkinson
1974). These digests were analyzed for copper by atomic
absorption spectrophotometry.

A random subset of hair samples for the Point Reyes and
Owens Valley elk populations were submitted to the
Cooperative National Park Resources Studies Unit,
University of California, Davis. Samples were ashed (dry)
at 600° C. Molybdenum content was determined by the
thiocyanate-stannous chloride method (Johnson and Arkley
1954).

Analysis of whole hair samples for all species rather
than the two cm immediately above the hair follicle
introduces variability associated with seasonal patterns of
mineral deposition and increased variability in the
pigmented portion of the hair (Flynn et al. 1975). This
was compensated for somewhat by grouping samples only
within, and not across, moult periods (summer vs winter
coat), with one exception. In black-tailed deer, only two
to three  samples were collected each month between August
1979 and October 1980. These samples were simply pooled.

137

Plant and Soil Samples

A preliminary survey of trace element contents of soils
and vegetation was done by National Park Service personnel
in August 1979.  A small number of samples of common soil
types and plant species were collected throughout Tomales
Point.  Materials were submitted to the Materials and
Ecological Testing Laboratory, Western Archeological
Center, Tucson.  Vegetation samples were digested by the
nitric acid-hydrogen peroxide method (Gross and Parkinson
1974), slightly modified (Bennett, pers. comm.).  Soil
samples were extracted by shaking with diethylenetriamine-
penta-acetic acid (DTPA) for 24 hours (Lindsay and Norvell
1978). Both the vegetative digest and soil extract were
analyzed for copper and molybdenum by atomic absorption
spectrophotometry (Yasuda et al. 1979).

More intensive sampling of soils and vegetation was
undertaken in May 1981.  Field sampling and laboratory
methods have been described elsewhere (Akeson et al. 1982).

RESULTS

General symptoms of copper deficiency described for
sheep and cattle were observed in the tule elk at Point

Reyes including: achromotrichia; rough and brittle pelage; stilted gait; spontaneous bone fracture; osteoporosis; scouring; reduced reproductive rates; and osteophagia.  Two individuals had overgrown hooves similar to symptoms described for copper deficient moose (Franzmann et al. 1974).

Liver Trace Element Levels

The liver copper content of four tule elk dying at Point Reyes ranged from 1.9 to 10.0 ppm (DWB) (Table 25). Values for four, 6-month old tule elk calves from Concord exceeded 16 ppm (DWB), and the level for a single adult at Concord was almost nine times greater than the highest value from Point Reyes.

Normal levels in domestic ruminants range from 100-400 ppm (DWB) (Underwood 1977).  Values for domestic stock experimentally maintained on copper deficient diets or diagnosed as copper deficient range between 5 and 25 ppm (DWB) (Allcroft and Parker 1949, Cunningham 1950, Hennings et al. 1973, Stoszek et al. 1979).

Liver copper values between 84 and 135 ppm (DWB) were recorded for tule elk at three locations (McCullough

139

Table 25.  Copper and molybdenum values for liver samples
(ppm, DWB) from tule elk from Point Reyes and Concord.

| Location | Date | Age/Sex | Cu | Mo | Comments |
|---|---|---|---|---|---|
| Pt. Reyes | Nov. '80 | 2.5 yrs/male | 1.9 | <0.2 | Natural death; succumbed to paratuberculosis. |
| Pt. Reyes | Aug. '79 | Adult/female | 3.1 | 5.4 | Accidental death; osteoporosis; spontaneous fracture and osteophagy evident. |
| Pt. Reyes | Jul. '79 | 1 yr/female | 4.7 | 5.0 | Natural death; cause unknown. |
| Pt. Reyes | Nov. '79 | 1.5 yr/male | 10.0 | 2.2 | Accidental death. |
| Concord | Nov. '80 | 6 mo/female | 16.0 | <0.2 | Accidental death. |
| Concord | Nov. '80 | 6 mo/male | 16.0 | <0.2 | Accidental death. |
| Concord | Nov. '80 | 6 mo/female | 17.0 | <0.2 | Accidental death. |
| Concord | Nov. '80 | 6 mo/male | 21.0 | <0.2 | Accidental death. |
| Concord | Sept. '79 | Adult/female | 88.2 | 1.6 | Accidental death. |

140

1969:123).  Values for elk (Cervus elaphus spp.) in
Fiordland National Park, New Zealand, averaged 69 ppm
(DWB), while free ranging red deer (C. e. spp.) outside the
park averaged 132 ppm (DWB) (Reid et al. 1980).  The
average value for red deer from captive herds in the same
region, with some evidence of ataxia, was 11 ppm (DWB)
(Reid et al. 1980).  Female red deer (C. e. elaphus) in
Scotland had an average level of 24 ppm with a range of
3-108 ppm (DWB) (Cowie 1976).  Ataxia has been reported in
red deer populations in the British Isles (Barlow et al.
1964, Terlecki et al. 1964), and liver copper values for
one such population were 7-17 ppm (DWB) (Terlecki et al.
1964:317).

Liver molybdenum values for tule elk at Point Reyes
were highest in July and August 1977, (Table 25), and
slightly lower in November 1979.  A November 1980 sample
from Point Reyes and four samples from Concord were below
the value of 0.2 ppm (DWB) detectable by the analysis.
Liver molybdenum levels of 3.4 to 4.5 ppm (DWB) were
recorded for tule elk at three other sites (McCullough
1969:123).

Serum Trace Element Levels

Comparison of serum copper levels in tule elk sampled

141

at San Luis Island in March 1978, at the time of transfer
to Point Reyes, and six subsequent sampling periods at
Point Reyes show serum copper levels in tule elk at Point
Reyes were below 1 ppm in the summer 1979, and fall and
winter 1981, prior and subsequent to the period of copper
diet supplementation (Fig. 23).  Small sample sizes
preclude statistical comparison.  Samples from other tule
elk populations for the fall of 1978 and 1979 (Table 26)
are generally comparable to the fall of 1979 through summer
1980 samples from Point Reyes and the spring 1978 sample
from San Luis Island.  Serum copper values for reindeer
exhibiting no signs of nutritional stress were 1.2 ppm in
contrast to levels of 0.4 ppm in a herd diagnosed as copper
deficient (Hyvarinen et al. 1977:651).

Serum molybdenum values are available only for tule elk
at Point Reyes (Fig. 23).  Sample sizes are too small to
warrant statistical comparison.  Molybdenum levels were at
a low in fall 1979 and rose markedly by summer 1980.

Hair Trace Element Levels

Hair samples from the two mortalities at Point Reyes in
May and June 1979 had the lowest copper values recorded for
any sample (Fig. 24).  Hair copper in Point Reyes elk

004900

142



Figure 23.  Serum copper and molybdenum levels (ppm) in tule elk at Point Reyes.  Vertical bars are standard error.  Sample sizes given in parentheses.

004901

Table 26.   Serum copper levels (ppm) for tule elk at locations other than Point Reyes in the fall of 1978 and 1979 combined.

| Location | N | $\bar{x}$ | SE |
|----------|---|-----------|------|
| Concord | 3 | 1.73 | 0.25 |
| Tupman | 2 | 1.40 | – |
| Owens Valley | 8 | 1.47 | 0.09 |

144



Figure 24.  Hair copper and molybdenum levels (ppm, DWB) in
tule elk at Point Reyes.  Vertical bars are standard
error.  Sample sizes given in parentheses.

004903

145

reached a high in summer 1979 and declined through winter
1980.

Comparison of levels in Point Reyes elk to other tule
elk populations at approximately the same time (fall
1979-1981) shows the values for the Point Reyes population
were consistently lower than those for three other
populations (Table 27).  Moreover, the values for each tule
elk sample were consistently lower than those for three
other cervid species on the Point Reyes Peninsula.

Monthly copper values for moose on the Kenai Peninsula,
Alaska, range from a high of 14.7 ppm in October to a low
of 1.4 ppm in December (Franzmann et al. 1975, 1977).  A
value of 7.9 ppm in April was considered indicative of
copper deficiency, especially in comparison to a comparable
value of 14.6 ppm for moose from Saskatchewan (Franzmann et
al. 1977).  Moose of the Kenai Peninsula exhibiting
deformed hooves as a symptom of acute copper deficiency had
mean hair copper levels of 5.7 ppm while those without
deformed hooves had mean values of 12.0 ppm (Franzmann et
al. 1974).

Hair molybdenum samples for tule elk from Point Reyes
were below 2 ppm (Fig. 24) in the spring of 1979 and 1980.

Table 27.  Hair copper and molybdenum levels (ppm, DWB) for tule elk at locations other than Point Reyes and for deer species at Point Reyes.

| Species | Location | Copper | | | Molybdenum | | |
|---|---|---|---|---|---|---|---|
| | | N | $\bar{x}$ | SE | N | $\bar{x}$ | SE |
| Tule elk | Concord | 7 | 10.8 | 0.96 | - | - | - |
| | San Luis | 19 | 8.3 | 0.50 | - | - | - |
| | Owens Valley | 50 | 12.9 | 0.93 | 8 | 4.9 | 0.85 |
| Fallow deer | Point Reyes | 14 | 8.4 | 0.83 | - | - | - |
| Axis deer | Point Reyes | 16 | 11.2 | 0.56 | - | - | - |
| Black-tailed deer | Point Reyes | 18 | 8.8 | 0.56 | - | - | - |

004905

A sample from Point Reyes in the fall of 1979 approximates values from the Owens Valley in the fall of 1980 (Table 27).

Individual Variation Over Time

The tule elk male transferred to Grizzly Island was isolated in a holding pen and provided copper supplemented feed for approximately 6 months prior to release at Grizzly Island.  Tests for microfilaria, eleophorosis and thelaziasis at the time of relocation were all negative. The hair copper value for July 1979 (Table 28) exceeds the minimal guideline for hair samples of 8 ppm (Franzmann et al. 1977), in spite of the emaciated appearance and overgrown hooves of this individual.  The increase in hair copper levels in November 1979 suggests a rapid response to nutritional therapy.  Subsequent declines in hair copper levels likely reflect cessation of copper supplementation. The serum copper level at Point Reyes in July 1979 is probably more indicative of the nutritional stress of this individual than the hair copper level.  Serum copper reached a high for this animal in May 1980.  By July 1980 copper deficiency resumed.

148

Table 28.  Copper and molybdenum levels (ppm) in multiple
serum and hair samples from an adult male elk transferred
from Point Reyes to Grizzly Island.

| Date | Location | Serum | | Hair | |
|------|----------|-------|---|------|---|
| | | Cu | Mo | Cu | Mo |
| Jul. '79 | Point Reyes | 0.3 | – | 9.5 | – |
| Nov. '79 | Grizzly Island | – | – | 11.8 | – |
| May '80 | Grizzly Island | 1.0 | 4.0 | 3.6 | – |
| Jul. '80 | Grizzly Island | 0.3 | 3.0 | 8.2 | – |

004907

DISCUSSION

Copper levels in liver, serum and hair samples suggest
tule elk at Point Reyes were deficient in this trace
element during the summer of 1979.  Liver copper levels for
the three animals sampled in 1979 are well below the normal
range reported elsewhere for elk (McCullough 1969, Reid et
al. 1980) and approximate values for red deer populations
considered deficient (Reid et al. 1980, Terlecki et al.
1964).

The low levels of liver copper for the four 6-month-old
calves from Concord, in comparison to the adult from that
site and adults from the Owens Valley (McCullough 1969),
suggest liver copper levels increase with age.  Such a
pattern has been reported in sheep with adult liver copper
values considerably higher than those for lambs (Cunningham
1950).  However, work with red deer (Reid et al. 1980) and
cattle (Cunningham 1950) shows liver copper levels were
higher in the fetus/neonate than in adult.

Serum copper levels in Point Reyes tule elk were lower
in the summer 1979 than at any other time.  Values for the
fall 1980 and winter 1981 are only slightly above the
summer 1979 samples.  The higher values for the fall 1979

150

through summer 1980 correspond approximately with the
period of dietary copper supplementation.  A level of less
than 1 ppm is comparable to values for copper deficient
moose (Flynn et al. 1977), reindeer (Hyvarinen et al.
1977), and cattle (Hennings et al. 1973).

Similarly, hair copper levels were far lower in spring
1979 than in later sampling periods.  Mean values for elk
at Point Reyes were below the critical value of 8 ppm
(Franzmann et al. 1977) in all periods except the summer
1979.  Mean values for other tule elk populations and for
other cervid species on the Point Reyes Peninsula were
consistently higher than this critical value.

Higher hair copper levels in the three other cervid
species on the Point Reyes Peninsula may be attributable
simply to intergeneric differences in copper deposition.
Ataxia was not recorded in fallow deer sharing the range
with copper deficient red deer (Terlecki et al. 1964).
However, environmental factors may also play a role.
Fallow and axis deer, both grazers, range over portions of
the Point Reyes Peninsula south of Tomales Point where most
soils are derived from marine sediments, rather than from
the granitic bedrock providing the parent material on most
of Tomales Point (Galloway 1977).  Grasses at Tomales Point

tended to be lower in copper content than forbs or browse.
Elk take forbs and grasses (Chapter XIII). The preference
of black-tailed deer for forbs and browse may have
contributed to the higher hair copper levels in this
species.

There is no evidence of an annual cycle of serum or
hair copper levels in tule elk at Point Reyes. The
sampling frequency may not have been great enough to detect
any such pattern, or the copper balance in tule elk at
Point Reyes may have been so severely disrupted through
1979-1981 that no annual cycle occurred. Copper-rich diet
supplements may have masked any annual cycle in serum
copper levels. Seasonal changes in serum copper content
have been reported in reindeer (Hyvarinen et al. 1977) and
sheep (Howell et al. 1968), and for plasma copper levels in
cattle (Gomm et al. 1982). Peak levels in female reindeer
(Hyvarinen et al. 1977) and sheep (Howell et al. 1968) are
reached at the time of parturition. Calving in tule elk at
Point Reyes occurs in April and May. None of the serum
samples coincide with that time. Also, only three
live-born calves were observed in 1979, and only one in
1980 (Chapter IV). Any increase in serum copper levels in
post-partum females may not have been detected by failing
to sample these few animals.

004910

152

Diagnosis of copper deficiency in tule elk at Point
Reyes was confounded somewhat by a concurrent outbreak of
paratuberculosis (Jessup et al. 1981).  All cases of
scouring were in individuals ultimately diagnosed as
positive for paratuberculosis.  The complexity of
interaction between paratuberculosis and copper deficiency
is not known.  Cattle with paratuberculosis have been shown
to be deficient in magnesium, not likely caused by the
disease (Stewart et al. 1945).  Samples from animals
ultimately diagnosed as positive for paratuberculosis were
excluded from the calculations of copper serum and hair
levels.

The method of analyzing hair samples utilized the
entire hair shaft rather than the proximal 2 cm as in other
studies (Flynn et al. 1975).  The latter have demonstrated
two to three-fold differences in seasonal hair copper
levels in moose (Franzmann et al. 1975, 1977).  No such
pattern was evident in tule elk at Point Reyes.

Pregnant female elk are entering their third trimester
of pregnancy and males begin to grow new antlers in the
spring.  Presumably, both activities require high levels of
copper.  The absence of evidence of annual cycles in serum
and hair copper levels from mid-1979 through early 1981 may

004911

153

be indicative of a chronic copper deficiency in this
population.

In cattle, the daily requirement for copper increases
by approximately 70 percent of the maintenance requirement
during the third trimester of pregnancy (Agricultural
Research Council 1980), and the liver copper content of
pregnant cattle declines once the fetus is older than
approximately 190 days (Pryor 1964). Such high demands for
copper during pregnancy may explain the drop in
reproductive rates characterizing domestic stock suffering
copper deficiency and tule elk at Point Reyes in 1979 and
1980. A peak demand for copper in the spring may have been
a contributing cause of death in the two adult elk dying at
Point Reyes in May and June 1979.

Serum copper levels in the Point Reyes tule elk were
low for more than a year beyond the time severe copper
deficiency was noticed, although none of the external
symptoms observed in 1979 were evident in 1980-1981. These
chronically low levels suggest tule elk at Point Reyes may
have a subclinical copper deficiency (Bingley and Anderson
1972, Thornton et al. 1972b). Any relationship between
copper and molybdenum levels is unclear. Serum molybdenum
content is higher than serum copper content for one of the

154

two sample periods (Fig. 23).  The high level in July may
be caused by ingestion of large quantities of miner's
lettuce (<u>Montia</u> <u>perfoliata</u>).  This succulent species is
rich in molybdenum (Akeson et al. 1982) and constituted
more than 20 percent of the elk diet in May 1980 and up to
75 percent of the diet in April 1981 (Chapter XIII).

The potential of molybdenum to interfere with copper
uptake has been recognized for some time, and molybdenum is
frequently administered as a preventative to stock
suffering from hypercuprosis.  A number of workers have
proposed an absolute amount of molybdenum or a
molybdenum:copper ratio above which copper deficiency is to
be expected in livestock.  Such values are subject to
constant revision as studies are conducted in different
areas.

The role of sulfur in interfering with copper uptake
has been recognized more recently.  Work with sheep
presented diets differing in molybdenum and sulfur contents
within the ranges 0.5-15 ppm molybdenum and 0.8-4.0 g/kg
sulfur showed the true availability of copper (A) to be
highly correlated ($r = 0.93$) with dietary concentrations of
sulfur (S) (g/kg DM) and molybdenum (Mo) (mg/kg DM).  The
relationships may be expressed by the equation (Suttle and

McLaughlan 1976:22A):

$$\log(A) = -1.153 - 0.076(S) - 0.013(S \quad x \quad Mo). \qquad (6)$$

Thus, sulfur exerts an effect upon the availability of
copper independent of and greater than molybdenum.  The
validity of the equation in predicting copper availability
has been confirmed (Agricultural Research Council 1980).  A
similar relationship for cattle is:

$$y = 1.03(\pm 0.17) + 2.86(\pm 0.59)X \qquad (R = 0.86), \qquad (7)$$

where X = dietary copper (mg/kg dm) x (A) and y = daily
change in hepatic copper content (mg) (Agricultural
Research Council 1980:228).  The equation is likely to
break down at levels of dietary molybdenum between 40-50
mg/kg (Agricultural Research Council 1980).

Such equations explain average liver copper levels of
23 ppm (DWB) in cattle fed fescue (Festuca arundinacea)
with mean copper, molybdenum and sulfur values of 6.6 ppm,
2.3 ppm and 0.34 percent, respectively, in contrast to
average liver copper values of 102 ppm in cattle on a diet
of quackgrass (Agropiron repens) with comparable values of
4.6 ppm, 1.2 ppm, and 0.16 percent, respectively (Stoszek

156

et al. 1979).  Similarly, copper deficiency in moose has
been explained more fully by the product of the levels of
sulfur and molybdenum in hair samples than by either value
separately (Flynn et al. 1976).

However, total molybdenum content of a plant is not
indicative of its impact on ruminant nutrition.  The high
levels of molybdenum relative to copper in cured plant
material in the fall may not be indicative of molybdenum
induced copper deficiency in tule elk at Point Reyes.  The
level of molybdenum in succulent miner's lettuce in the
spring may have more of an impact on copper levels.
Studies have shown the expression of copper deficiency in
domestic stock is less severe when the diet is changed from
wet to dry or cured vegetation of the same species
composition.  This change was associated with a reduction
in molybdenum in the water soluble component of the forage
despite little change in total molybdenum (Ferguson et al.
1943).

Copper may be directly available to the ruminant from
ingested soil (Healy et al. 1970, Thornton 1973).  Both
domestic and wild ungulates have been observed ingesting
soil voluntarily, and involuntarily with forage.  Ingested
soil may constitute up to 10 percent of the dry matter

157

intake of sheep and cattle (Field and Purves 1964, Thornton 1973). However, addition of three types of soil at a level of 10 percent of the dry matter in the diet of sheep reduced copper uptake by a minimum of 50 percent (Suttle et al. 1975).

CONCLUSIONS

Tule elk at Point Reyes are susceptible to simple copper deficiency resulting from inherently low levels of copper in parent materials, soils and forage. Copper deficiency probably occurred in a subclinical form in the fall 1980 and winter 1981 and was possibly exacerbated in the spring by high levels of sulfur and water soluble molybdenum in the vegetation. Likely, spring is a time of peak metabolic demand for copper in both sexes of adult tule elk. The symptoms of severe copper deficiency were first evident in the spring 1979.

004916

158

CHAPTER VI

PARATUBERCULOSIS IN TULE ELK

Two elk born at Point Reyes in 1978 began to exhibit
emaciation, severe diarrhea and fecal pasting of the hocks
in March 1980.  Such symptoms characterize
paratuberculosis.  The disease has been identified in
livestock and free-ranging exotic fallow and axis deer on
the Point Reyes Peninsula (Riemann et al. 1979a).  Most
information on the disease comes from domestic stock.
However, it has been identified in a variety of wild
ungulate species under captive conditions (Jessup et al.
1981), as well as free-ranging bighorn sheep (Ovis
canadensis) and mountain goat (Oreamnus americanus)
(Williams et al. 1979).

Paratuberculosis is caused by Mycobacterium
paratuberculosis, a small rod-shaped, acid-fast bacillus
that is a primary pathogen of the digestive tract (Larsen
1972).  Passage of bacteria in feces is the most common
source of infection, and the bacteria may remain alive in
the soil up to 1 year (Larsen 1972).  The organism may also
be transmitted in utero and in cattle has been isolated
from the uterus, fetus, mammary glands and testes (Thoen
and Muscoplat 1979).

Symptoms of the disease include brittle pelage, emaciation and severe scouring (Bruner and Gillespie 1973).  In some instances, death resulted.  The symptoms resemble those associated with copper deficiency identified in the tule elk herd in 1979.  The bacteria centers in the lower end of the small intestine and associated lymph nodes of the mesentery and causes lesions of the intestinal wall characterized by a proliferation of masses of epitheloid cells and in the lower layers of the mucosa and submucosa (Bruner and Gillespie 1973).

METHODS

All elk on Tomales Point were located and observed at least twice each week from July 1979 through August 1981 and monthly through July 1984.  Color-coded and numbered ear tags permitted individual identification.  Observations were less frequent since that time.

Twelve elk were immobilized with dart-syringe administered etorphine (4 mg) and xylazine (35 mg) (Jessup et al. 1981) and blood and fecal samples obtained between April 1980 and January 1981.  Freshly deposited fecal material was obtained from elk showing severe scouring between March 1980 and January 1985.  Laboratory procedures

160

have been described by Jessup et al. 1981.

RESULTS

A male and female of the 1978 cohort born to adult
females pregnant at the time of relocation began to lose
weight and scour in March 1980, at approximately 22 months
of age.  The condition of both deteriorated steadily, until
by May 1980 they were no longer able to keep up with the
main herd and were frequently sighted as solitary
individuals.  The male died in November 1980.  The female
rejoined the main group upon occasion through March 1981,
when she was destroyed.  Both animals tested positive for
paratuberculosis.

A female born in 1979 to a cow introduced to Point
Reyes as an adult in 1978 began to lose weight while
suckling her first calf in June 1979, at approximately 2
years of age.  A fecal sample tested positive for
paratuberculosis.  She rejoined the herd before being
destroyed in July 1981.  The calf at heel (1981 cohort)
survived the sudden and early weaning and was observed with
the cow:calf herd until April 1982.  At this time she was
solitary and exhibiting the clinical symptoms of
paratuberculosis.  She was never relocated and probably

161

died of paratuberculosis.

A male of the 1981 cohort, born to an adult female of
the original introduction, was observed exhibiting symptoms
of paratuberculosis in December 1984, at 2.5 years of age,
while in association with apparently healthy males.  It
tested positive for paratuberculosis and was destroyed in
January 1985.

M. paratuberculosis was recovered from the feces of all
clinically affected elk as well as from an elk which
appeared normal.  The internal pathology of the disease in
tule elk (Jessup et al. 1981) closely resembles that for
domestic stock (Bruner and Gillespie 1973).

Five of seven instances of mortality recorded in Point
Reyes tule elk between 3 months and 3 years in age are
attributable to paratuberculosis.  There have been no
clinical cases of paratuberculosis in adult tule elk
reintroduced to Point Reyes.

DISCUSSION

Paratuberculosis was most likely transmitted to tule
elk from livestock while both shared the range in 1978 and

004920

1979.  Bacteria-laden feces are the primary source of
infection, and the bacillus may remain viable in the soil
up to 1 year (Larsen 1972).  Intrauterine infection may
also occur (Thoen and Moscuplat 1979).  Cases of
paratuberculosis in elk born at Point Reyes some 19 months
after removal of livestock suggest three possible means of
transmission: 1) cattle-elk transmission through viable
bacilli in the soil; 2) elk-elk transmission via bacilli
shed in feces or _in utero_ transmission; or 3) black-tailed
deer-elk transmission through bacilli shed in feces.  The
disease is present in two species of exotic deer on the
Point Reyes Peninsula, but their ranges do not overlap that
of the tule elk.  There are no records of paratuberculosis
in black-tailed deer at Point Reyes, but there is little
reason to believe it has not been transmitted to them given
the wide range of ungulates for which it has been recorded
(Jessup et al. 1981), including other cervids at Point
Reyes.

Cattle do not normally show symptoms of the disease
until two- or three-years old.  Symptoms in tule elk were
diagnosed from 11 through 30 months.  Four responses to
exposure are possible (Larsen 1973): 1) clinical illness
and shedding of bacteria; 2) no external symptoms but
shedding (subclinical); 3) infection without clinical

symptoms or shedding detectable quantities of bacteria; and
4) no infection.

The disease has been detected in slightly less than 10
percent of the cattle (clinical and subclinical) and both
exotic deer species (subclinical only) on the Point Reyes
Peninsula (Riemann et al. 1979b).  It has occurred in five
of the 16 tule elk born at Point Reyes between 1978 and
1981.  However, two of the 16 died of other causes prior to
an age paratuberculosis is likely to become evident.  These
two elk may have been infected with paratuberculosis.
Thus, the frequency of the disease may be better expressed
as five of 14 or 16 individuals.

The impact of nutritional stress on the epidemiology of
paratuberculosis is not clear.  In cattle, most cases
appear in two- or three-year-old females and often become
evident while the cows are under the nutritional stress of
lactation (Bruner and Gillespie 1973).  There was no
significant difference between sexes in the incidence of
paratuberculosis in either exotic deer species on the Point
Reyes Peninsula (Riemann et al. 1979b).  Three of the five
cases in tule elk were in females.  Four of the five cases
were initially observed in late winter, while the fifth
occurred in early winter.  Only one of the three females

164

was lactating at the time clinical symptoms became evident.  One of the other females was barren.  The status of the 11-month female is unknown.  The late winter and early spring may be a period of nutritional stress in both elk sexes; females are in the last trimester of pregnancy and males are growing their new antlers.

There is some suggestion that the incidence of paratuberculosis may be affected by edaphic factors.  In the Netherlands a higher incidence of the disease has been observed in cattle on lower pH soils than high (Jansen 1948), suggesting the bacillus has differential survival relative to soil pH.  Also, cattle with paratuberculosis have been shown to be deficient in magnesium, not likely caused by the disease (Stewart et al. 1945).  Both soil pH and trace element levels may influence the incidence of paratuberculosis in tule elk at Point Reyes.  Soils of the tule elk range are acidic (Soil Conservation Service 1967), and the elk are copper deficient.  Copper levels were not examined in the previous study (Stewart et al. 1945), and magnesium levels were not investigated in this study.

165

CONCLUSIONS

Transmission of paratuberculosis to tule elk on Tomales Point was likely from beef cattle sharing the range for 1.5 years after the elk were relocated. Establishment of the disease may have been facilitated by edaphic factors and consequent trace element deficiency in the elk. Losses among subadult elk due to paratuberculosis during low population numbers have slowed population growth. Paratuberculosis is a highly infectious disease with the potential to cause losses in both domestic and wild ungulates. Its presence in tule elk on Tomales Point precludes any opportunity to relocate elk from Point Reyes to other locations.

004924

166

## CHAPTER VII

## CLEFT PALATE IN A TULE ELK CALF

Reduced reproduction and recruitment in tule elk
reintroduced to Point Reyes National Seashore severely
limited growth in the population (Chapter IV).  Causes of
mortality in fetuses or neonates are frequently difficult
to determine because of the secretive nature of females
near parturition and the rapid disappearance of carcasses
of young in the wild.

METHODS

A 3-year-old female born at Point Reyes in 1978 was
sighted alone at 1810 hours on 8 May 1981 and observed
until 2030 hours, at which time observations were
discontinued.  The female spent the entire period in
sternal recumbancy and frequently licked her perineum and
immediately behind her rear legs.  The bedding site was
examined at 0700 hours on 9 May.  The female had left the
area.  The carcass of a calf, but no placenta, was found at
the site.  The carcass was immediately transported to the
Wildlife Investigations Laboratory, California Department
of Fish and Game, for necropsy.  The skull was deposited at

the Museum of Vertebrate Zoology, University of California, Berkeley (MVZ 169021).

RESULTS

The 9.5 kg carcass was that of a female, approximately 20 days premature as determined by size.  Four live-born calves captured within a week of birth in 1981 weighed an average of 15.3 kg (S.E. = 0.95).  McCullough (1969) reported a mean weight of 13.0 kg for six tule elk calves. The umbilicus had been chewed off at the abdomen with no evidence of hemorrhage.  The foot pads were unworn.  There were no external lesions.  The ductus arteriosus was patent.  Fetal circulation to the umbilicus and hepatic portal vein were intact.  The lungs were atelectatic and did not float in fluid.  All other tissues and organs appeared normal.  There were small reserves of subcutaneous, perirenal, mesenteric and cardiac fat.

Examination of the skull showed that the first and second incisors were symmetrical but had not migrated into full-term position.  The incisive bones deviate to the right as a result of a failure of the right maxillary and right palatine bones to form and fuse at the midline with those same bones on the left side (Fig. 25).  As a result,

168



Figure 25. Photograph of a skull of a premature tule elk
fetus showing cleft palate. Photo by Jerald Morse.

169

the hard palate was absent on the right side of the skull,
the nasal cavity being open to the oral cavity.

DISCUSSION

Congenital deformities in cattle occur in 1-3 percent
of all births (Leipold 1978).  Cleft palate is common in
domestic stock (Runnells et al. 1965).  The few documented
accounts of cleft palate in free-ranging cervids are
undoubtedly due in part to the nearly always fatal outcome
of the affliction and the rapid disappearance of the
remains of neonates under field conditions.  No published
accounts of cleft palate in elk were found.  Non-fatal
brachygnathia inferior has been observed in tule elk at the
Tule Elk State Reserve, Kern Co., California.  Tule elk at
Point Reyes are descended directly from those at the state
reserve.

A case of cleft palate in an adult male white-tailed
deer (Odocoileus virginianus) has been reported (Dahlberg
and Guettinger 1956).  Similarly, cleft palate was among a
number of congenital abnormalities reported in black-tailed
deer in Tillamook Co., Oregon; five of 16 does dropped or
carried deformed fetuses over a 6-year period (Hines
1975).  Although 19 percent of 64 pregnant black-tailed

004928

deer from Camp Pendleton, San Diego Co., California carried abnormal fetuses, none of the deformities included cleft palate (Bischoff 1958).

The causes of this case of cleft palate remain unclear, and the following discussion is of necessity speculative. Tule elk at Point Reyes have been affected by paratuberculosis (Jessup et al. 1981) and copper deficiency (Chapter V), as well as a prior population bottleneck (McCullough 1969). The teratogenic effects of certain range plants must also be considered (Keeler 1978).

No suggestion that paratuberculosis produces congenital birth defects could be found in published literature. Inbreeding in populations of a species that normally outcross may lead to a reduction of viability of young (Templeton and Read 1983). Arthrogryposis and cleft palate are inherited as autosomal recessive traits in some breeds of cattle (Shupe et al. 1967a, Greene et al. 1973, Leipold 1978). Presumably, cleft palate in the tule elk calf could also be the result of a recessive trait. All tule elk are descendent from a remnant population of approximately twelve individuals in 1873 (McCullough 1969). The affected calf's dam and the two largest male elk at Point Reyes during the 1980 rut were descended from a small tule elk

herd at San Luis Island National Wildlife Refuge, Merced
Co.  The affected calf was likely sired by one of these two
males.  Consequently, it may be even more inbred.

Copper deficiency in domestic stock has resulted in
congenital ataxia and gross cavitation of the cerebral
hemispheres in severe cases (Kavanagh et al. 1972).
Complicated copper deficiency can cause incomplete
calcification of cartilaginous plates (Allcroft and Parker
1949).  Neither of these lesions was evident in the tule
elk fetus.  Copper deficiency in tule elk at Point Reyes
was most pronounced in the summer of 1979 and winter 1981,
the latter being the gestation period associated with this
abnormality.

The maternal ingestion of certain range plants
containing alkaloid teratogens produces a syndrome known as
"crooked calf disease" in domestic stock (Keeler et al.
1977, Keeler 1978).  Normally, less than 10 percent of the
stock in a herd are affected (Shupe et al. 1967b).  The
syndrome is characterized by arthrogryposis, scoliosis,
torticollis, and cleft palate.  Cleft palate may occur with
other abnormalities, but occasionally it is the only
detectable deformity (Shupe et al. 1967b).  The disease is
the result of pregnant animals ingesting plants containing

172

teratogenic alkaloids between the 40th and 70th days of pregnancy. One genus noted for its teratogenic alkaloids is Lupinus (Keeler et al. 1977, Keeler 1978). The gestation period in tule elk is approximately 250 days with the rut in August and September and most calving in May or early June. Thus, the period of insult in tule elk would be in October and November. Dietary records for September 1980 through May 1981 (Chapter XIV) show that Lupinus spp. (mainly L. arboreus) constituted between two and 31 percent of the diet in bimonthly samples between early September and late November 1980 and less than one percent in bimonthly samples between early December 1980, and May 1981. Thus, the diet of tule elk included a plant species with the potential to contain high levels of teratogenic alkaloids during a critical period of fetal development.

CONCLUSIONS

The causes of the cleft palate in this calf remain speculative. Closer inspection of fetuses from cervid species with varying levels of inbreeding and use of teratogenic plants may provide insight into the frequency and cause of this deformity.

173

## CHAPTER VIII

## ANTLER ANOMALIES IN TULE ELK

The two mature male and eight mature female tule elk reintroduced to Point Reyes National Seashore in July 1978 showed severe nutritional stress related to copper deficiency by May 1979 (Chapter V). One of the two males died, possibly of peritonitis associated with osteophagia (R. Fisher, pers. comm.). The second was so severely emaciated that it was transferred to Grizzly Island State Wildlife Management Area, Solano Co., for nutritional therapy (Chapter V). Antler abnormalities were evident in both of the mature males and in four yearling males born at Point Reyes in 1978.

METHODS

The skull of the mature male dying at Point Reyes was preserved in the natural history collection at Point Reyes National Seashore (PORE 312) as was that of a yearling male dying at Point Reyes in 1979 (PORE 319). The left antlers of the surviving mature male grown in the spring 1979 and 1980 cast in March 1980 and 1981, respectively, were also preserved (PORE 481, 482). This male's antlered skull cap was mounted after its death in 1981 and is presently in the

004932

Department of Fish and Game administrative building at
Grizzly Island.  The antlered skull (PORE 480) of a male
tule elk born at Point Reyes in May 1981, and destroyed in
January 1985, was used as a control.

All antlers were radiographed at a private veterinary
laboratory (West Marin Veterinary Clinic).  Select
radiographs were examined by Dr. A. B. Bubenik.

RESULTS

Both mature males exhibited a similar pattern of antler
anomaly.  Antlers of the male dying in 1979 appear normal
in development of the proximal portion of main beam and
brow and bez tines, but are then bilaterally malformed with
an anterior shift of  the beam ending in a vertically
oriented club (Fig. 26).  This elk died in July, prior to
the normal shedding of velvet.  The more massive, cast,
1979-1980 antler (PORE 481) of the surviving male
transferred to Grizzly Island exhibits a similar pattern
with a sharp downward bend in the main beam beyond the bez
tine and the distal portion of beam palmate with four small
tines protruding from it (Fig. 27).  The 1980-1981 antlers
are normal in appearance (Fig. 27).  Antlers for 1981-1982
are considerably smaller than the previous year's, but



Figure 26.   Photograph of skull of adult male tule elk showing bilateral deformed antlers.   Photo by Jerald Morse.

176



Figure 27.  Photograph of left antlers of adult male tule
elk showing deformed antler in 1979 (upper), normal antler
in 1980 (center) and smaller but normal antler for 1981
(lower).  Antlers were bilateral in all years.  Photo by
Jerald Morse.

otherwise normal for an old male (Fig. 27). Spike antlers of the yearling male dying at Point Reyes in 1979 exhibit a bilateral corkscrew anomaly (Fig. 28).

A radiograph of the cast antler formed by a mature male at Point Reyes in 1979 (PORE 481) shows a poorly developed cortex in comparison to the antler grown by the same male at Grizzly Island the following year (PORE 482) and the control from Point Reyes in 1985 (PORE 480) (A. B. Bubenik, pers. comm.).

DISCUSSION

Antler anomalies of the type recorded here have been noted previously in C. elaphus (Bubenik 1966). The bilateral nature of these deformities suggests they were not caused by physical injury, and the fact the deformity is not evident in consecutive years suggests nongenetic cause (Goss 1983). Anomalies of the type reported here have been associated with retarded mineralization (Bubenik 1982). Rotation and bending down of the beam in the two mature males in 1979 suggests the beams bent under their own weight and were subsequently mineralized in that position (Bubenik 1982). The yearling males' corkscrew antlers also suggest deep osteomalacy (Bubenik 1966).

178



Figure 28.   Photograph of skull of yearling male tule elk showing bilateral corkscrew antlers.   Photo by Jerald Morse.

004937

Previous studies have shown such anomalies to be associated with calcium and phosphorus imbalances (Bubenik 1966) and protein deficiency (French et al. 1956). Normal appearing but brittle antlers in tule elk in the Owens Valley have been attributed to calcium deficiency (McCullough 1969). Huber (1938) suggested an association between antler anomalies of this type and lung worm infestations. Mechanisms for any such relationship remains obscure. Hair calcium and phosphorus levels were comparable in tule elk at Point Reyes and other locations in California (Gogan, unpubl. data). However, investigations of copper levels in tule elk at Point Reyes from 1978-1981 show the herd suffered from copper deficiency in 1979 and 1981 (Chapter V). Only normally developed antlers have been recorded from 1980 through 1985. Serum copper levels in the male transferred to Grizzly Island were equal in July 1979 and July 1980, following dietary supplementation (Chapter V). The diminutive but normally shaped antlers of 1981-1982 (Fig. 2) are not thought to reflect trace element deficiency, but rather the extreme age of this animal (10+ years when introduced to Point Reyes in 1978).

Osteomalacy associated with copper deficiency has been recorded in both domestic and wild ungulates. Bone

disorders associated with copper deficiency in cattle
include osteoporosis, spontaneous bone fracture, and
delayed and incomplete calcification of cartilaginous
plates (Irwin et al. 1974, Owen 1981).  Copper deficiency
in wild cervids has been reported as ataxia in adult red
deer (C. e. elaphus) (Barlow et al. 1964, Terlecki et al.
1964), osteoporosis in adult reindeer (Rangifer tarandus)
(Hyvarinen et al,. 1977), and irregular hoof keratinization
and reduced reproductive rates in adult moose (Alces alces)
(Flynn et al. 1977).  It would seem, therefore, that copper
deficiency has the potential to cause antler deformities of
the type reported here.

However, the radiographs are not consistent with the
possibility of delayed mineralization attributable to trace
element deficiency (A. B. Bubenik, pers. comm.).  Delayed
mineralization of the type evident is characteristic of
inadequate testosterone levels (A. B. Bubenik, pers.
comm.).  Yet, antlers grown under low testosterone levels
do not shed their velvet (Bubenik 1982).  All 6+ month male
elk at Point Reyes surviving to the fall have shed the
velvet from their antlers.  Thus, the deformities are not
consistent with inadequate mineralization due to low
testosterone levels.

181

The nature of the antler deformities suggests inadequate mineralization not attributable directly to either low levels of copper or testosterone.  This suggests a low general nutritional level in tule elk at Point Reyes in 1979, rather than low levels of a single element of hormone.

CONCLUSIONS

The deformed antler growth observed in tule elk at Point Reyes in 1979 is attributable to inadequate mineralization.  Neither copper deficiency nor possible low testosterone levels provide adequate explanations for the nature of deformity observed.  This suggests a rather general nutritional inadequacy resulting in malformed antlers.

CHAPTER IX

TULE ELK SOCIAL ORGANIZATION AND HOME RANGE

Social organization in North American elk has been
recorded as variable in response to different environmental
conditions, traditional associations, and human
disturbances.  Social organization may play a critical role
in determining the outcome of reintroductions of elk.  A
model of elk social organization for sedentary elk proposes
that long-term group cohesiveness is favored by stable
habitat and forage (Franklin and Lieb 1979).  The social
organization of tule elk recently reintroduced to Point
Reyes is compared to this model and other accounts of elk
social structure.  A measure of home range size is made for
tule elk at Point Reyes.

METHODS

Individual elk at Point Reyes usually were located at
least twice each week and frequently daily between July
1979 and September 1981.  Monthly observations were made
from October 1981 through August 1984.  Group size and
composition was recorded by sex and age class.
Combinations of ear tags permitted identification to age
class and in many cases to individual.

183

The location of elk groups was recorded to the nearest
200 x 200 m cell representing a subdivision of the
Universal Transverse Mercator (UTM) grid system.  To avoid
bias, only sightings recorded while observers were away
from the road or hiking trails were used in calculating
home range.  Home range size was determined by the harmonic
mean measure (Dixon and Chapman 1980) for two social units,
the cow-calf herd and cows with neonatal calves.

RESULTS

Herd size of the tule elk on Tomales Point ranged
between 13 and 17 from July 1979 through September 1981 and
increased to 41 by August 1984 (Chapter IX).

Male-Female Association

The herd contained only males less than 2 years old
from July 1979 through May 1980.  The adult cows and 1978
and 1979 cohorts remained together as a single unit from
July 1979 through March 1980, with the exception of a
yearling female and a yearling male which were each
solitary for approximately a week before dying.  The 1979
rut was virtually nonexistent; the three yearling males
exhibited little agonistic behavior, and none was driven

away from the cow-calf group.  Yearling males left the
cow-calf group in March 1980, but rejoined them within a
week.  They shed their spike antlers in March after
rejoining the cow-calf herd.

In May 1980, two emaciated 2-year-olds (one male, one
female) suffering from paratuberculosis began a long period
of intermittent association with the cow-calf group which
continued until the male died and the female was destroyed
(Chapter VI).  The two healthy, 1978 cohort males
(2-year-olds) were frequently sighted away from  the
cow-calf group between mid-May and mid-September 1980 in
various combinations, including solitary, in association
with each other and in association with the emaciated male
and female suffering from paratuberculosis.  Both healthy
males rejoined the females briefly in mid-June and
mid-August attempting to herd them on both occasions.
These bulls were sighted away from the cow-calf herd until
a single 2-year-old male was seen with the females on
September 20.  By September 27, the second 2-year-old male
had displaced the first from the cow-calf herd.  Both males
were with the cow-calf herd from mid-October until the end
of that month.  The rut was judged ended when both
2-year-old males were sighted in company and away from the
cow-calf herd on October 31.  At no time was the single

185

yearling male displaced from the cow-calf herd.

The 2-year-old males remained away from the cow-calf
herd through the end of 1980, but were seen with it on
January 2, 1981.  All elk remained together as a single
unit through March 2.  The two 2-year-old males were
alternately sighted away from and with the cow-calf herd
throughout March, during which time antlers were shed.
They then maintained a continuous association with the
cow-calf herd through April.

The single 2-year-old male (1979 cohort) was herding a
portion of the cow-calf herd in mid-June 1981.  By late
July, a 3-year-old male had displaced the younger male and
a spike bull which had also been in association with the
females.  One of the two 3-year-old males was with the
cow-calf herd from July 20 through October 4, although the
individuals exchanged places several times.  From 1982
through 1984, only a single mature male was in association
with the cow-calf herd, and yearling males were absent
during the rut.

Female-Female Association

Female-female associations for 1979 to 1981 are

186

summarized following the pattern of social organization
proposed by Franklin and Lieb (1979) (Table 29).  Subgroups
of female elk were uncommon at all times except the 1981
calving period.  The only observation of a cow separating
from the group during the winter-spring period was of one
adult female away from the cow-calf group on two
consecutive days in January 1981 (Table 29).  It is
possible she aborted at that time.  Other sightings of
subgroups of cow elk occurred only during the calving
season (May-June).  The mean of 47 percent of sightings
being of subgroups during spring 1980-1981 calving is
somewhat misleading (Table 29).  Only one adult female left
the cow-calf herd in 1980, and only 8 of 43 observations
(18%) were of subgroups.  In 1981, seven of nine
2+-year-old females became solitary in the calving period,
and the cow-calf group ceased to exist: 24 of 25
observations (96%) were of subgroups.  There was a pattern
of individual pregnant females leaving the cow-calf herd
prior to parturition and then forming groups of two or
three post parturient females.  A primiparous 2-year-old
female left the cow-calf herd on April 27 and was seen with
a new calf on May 1.  Two adult females were sighted in
company on May 6.  The recently calved 2-year-old female
was with three adult females on May 8.  A primiparous
3-year-old gave birth to a stillborn calf approximately 2

004945

187

Table 29.  Cohesiveness of the cow-calf group of tule elk on Tomales Point from July 1979 through September 1981.

| Period | Duration in Months | Number of Days Cow-Calf Group Counted | Days Subgroups Observed[a] | |
|---|---|---|---|---|
| | | | Number | Percent |
| Winter-spring (November-April) | 6 | 108 | 2 | 2 |
| Spring calving (May-June) | 2 | 68 | 32 | 47 |
| Summer-fall rutting (July-October) | 4 | 46 | 0 | 0 |

[a]Excluding sick animals.

188

weeks premature on May 8 (Chapter VII).  An adult cow was
located with a less than 12-hour-old calf on May 12.  Two
adult cows and a second primiparous 2-year-old female were
each sighted with young calves, but otherwise alone,
between May 15 and May 23.  Three pairs of cows with calf
associations developed: two pairs of an adult female with a
2-year-old female and one pair of adult females.  The
cow-calf group remained intact as a social unit during the
summer-fall rutting period of 1979 through 1981 (Table 1).

Observations from the fall of 1981 through 1984 show
the increasingly large cow-calf herd has remained together
as a cohesive social unit at all times except the calving
period.  In no year has the cow-calf herd been split by
rutting males.

Home Range

The home range (90% isoline) (Dixon and Chapman 1980)
for the cow-calf group from July 1979 through September
1981 was calculated as 359 ha.  It was centered in the
southern portion of the elk range (Fig. 29).  Cows with
newborn calves ranged over a slightly larger (420 ha) but
virtually identical area during the 1981 calving season
(Fig. 30).



Figure 29.   Activity loci and three isolines for the
cow-calf elk herd from 1979 through 1981.   Isolines enclose
90, 60 and 30 percent of loci (N = 102).

004948

190



Figure 30.   Activity loci and three isolines for cow elk
with newborn calves during May and June 1981.   Isolines
enclose 90, 60 and 30 percent of loci (N = 34.

004949

191

DISCUSSION

The tule elk reintroduced to Point Reyes exhibited a strong social cohesiveness from the time of their release (Ray 1981) which continued through 1984.   Factors contributing to this social bonding are: 1) all elk were part of a herd of less than 30 animals at San Luis Island National Wildlife Refuge, Merced Co., at the time of relocation to Point Reyes; and 2) the relocated elk were restricted to a small holding pen for 6 months prior to being released on Tomales Point.   Strong social bonding was also exhibited by tule elk at Grizzly Island State Wildlife Management Area, Solano Co., since their introduction in 1977 (H. Sohrweide, pers. comm.).   Elk relocated to Grizzly Island came from a herd of less than 50 at the Tule Elk Reserve, Kern Co. and were restricted to a small holding pen for 3 months prior to release.

Other relocated groups of tule elk have shown little or no social cohesiveness when released (Bureau of Land Management 1980, 1981).   In some instances, individual and small groups of elk have scattered widely (Willison and Hanson 1983), while in other instances released groups have fragmented into discrete subunits even after being

restricted to a holding pen on the release site for 4 weeks (Phillips 1985).

Male-female associations observed in this study closely match those reported in other studies of North American elk (McCullough 1969, Franklin et al. 1975, Bowyer 1981) and agree with the model proposed by Franklin and Lieb (1979). Failure of yearling males to separate from the cow-calf group during the rut of 1979 may be attributed to the complete absence of older bulls.  Older males tolerated a yearling male's presence with the cow-calf herd in 1980, but in subsequent years yearling males have not been sighted with the cow-calf group when the group was accompanied by a rutting bull.  In contrast, yearling males regularly associated with the cow-calf herd throughout the rut at Grizzly Island (H. Sohrweide, pers. comm.).

Female-female associations fit the proposed model in two of the three periods of the annual cycle (Table 29). The winter-spring period of stability is somewhat longer for tule elk at Point Reyes than reported for Roosevelt elk at Prairie Creek (Franklin and Lieb 1979).  There, cow elk leaving their traditional cow-calf herd have been seen associating with other groups of females (Franklin et al. 1975).  The absence of other cow-calf groups at Point Reyes

193

may have reduced the likelihood of females leaving the group.

A distinct difference in social structure of cow-calf groups of tule elk at Point Reyes and the model proposed by Franklin and Lieb (1979) was evident during the summer-fall rutting period. The cow-calf group at Point Reyes did not divide into subgroups in any year, even though it increased to more than 30 animals. In contrast, Roosevelt elk at Prairie Creek were observed in subgroups during the rut more than 75 percent of the time (Franklin and Lieb 1979:188). Failure of cow-calf groups to divide into subgroups is not unique to Point Reyes. The cow-calf group at Grizzly Island formed two subgroups only in the 1980 rut, while still relatively small. It has remained intact, with several mature and yearling males in consort, in all other years (H. Sohrweide, pers. comm.). Similarly, Roosevelt elk introduced to Afognak Island, Alaska remained in aggregations in excess of 100 animals during the rut (Troyer 1960). Possible reasons for such variation in herd size are unclear. While all three populations are the result of relocations, Troyer's (1960) observations were made 30 years after the translocation.

The existence of strong social cohesiveness in cow-calf

004952

194

tule elk at Point Reyes is consistent with observations in
other studies (Franklin et al. 1975, Franklin and Lieb
1979, McCullough 1969, Jenkins and Starkey 1982). However,
other workers have concluded the only consistent social
unit in the populations under study is the cow-calf unit
(Martinka 1969, Knight 1970, Shoesmith 1979), with frequent
interchange between larger cow-calf herds. Franklin and
Lieb (1979) attribute differences in patterns of social
organization to differences in environmental stability,
with more cohesive cow-calf herds developing under stable
environmental conditions. However, Houston (1982) noted
severe depredation of elk populations may affect the
ability to establish stable cow-calf units. In general,
long-term cow-calf social units have been recognized in
unhunted or lightly hunted elk populations (Graf 1954,
McCullough 1969, Franklin et al. 1975, Franklin and Lieb
1979, Jenkins and Starkey 1982), while little social
attachment beyond the cow-calf unit has been noted in
populations subjected to heavy hunting or live-trapping of
both sexes (Martinka 1969, Knight 1970, Shoesmith 1979).

A home range of the cow-calf herd at Point Reyes from
summer 1979 through fall 1981 of 360 ha agrees closely with
the home range estimate of 390 ha for the three months
following release (Ray 1981). A cow-calf herd of 10 to 12

195

tule elk reintroduced to the Diablo Range, Contra Costa Co. showed a reduction in home range size from 2400 ha to 505 ha in 3 years (Phillips 1985). Possibly, the long period of confinement in a holding pen and barbed wire livestock cross fences impeded movement of tule elk at Point Reyes when first released (Ray 1981). Dietary supplements provided at the site of the original holding pen from mid-Septeber 1979 through April 1980 may have discouraged movement. Observations of tule elk at Point Reyes between fall 1981 and fall 1984 indicate the area of Tomales Point utilized has increased with increasing population size. However, the area utilized through 1981 may be adequate for elk. Home range of a cow-calf herd of Roosevelt elk in Prairie Creek Redwoods State Park was recorded at 300 ha for a herd of 27 (Franklin et al. 1975) and 400 ha for a herd size of 39 (Bowyer 1981). The home range of individual Rocky Mountain elk in Wichita Mountains National Wildlife Refuge, Oklahoma was 313 ha (Waldrip and Shaw 1979).

In contrast, home ranges of cow-calf herds with a mean group size of 27 of Roosevelt elk in the Hoh River Valley of Olympic National Park exceed 1,000 ha (Jenkins and Starkey 1982). Home ranges for cow-calf groups consisting of an individual female Rocky Mountain elk and her calf in

196

the central Rockies range from 930 ha (Martinka 1969) to
3,056 ha (Craighead et al. 1973).  These large home ranges
may be the result of dispersed forage resources (Jenkins
and Starkey 1982).  Also, all represent studies of resident
portions of otherwise migratory elk populations.  The
response of resident elk to seasonal utilization of
portions of the home range by migratory elk may contribute
to larger home range size.


CONCLUSIONS


Tule elk translocated to Point Reyes National Seashore
showed strong cohesiveness matching a generalized model of
elk social organization.  Possible reasons for the
cohesiveness include: 1) prior social bonding at the
capture site; 2) confinement in a holding pen at the
release site; and 3) absence of other elk herds in the
vicinity to act as an attraction.  Home range size in elk
at Point Reyes from 1978 through Fall 1981 was between 360
and 420 ha.

CHAPTER X

DENSITY AND POPULATION COMPOSITION OF BLACK-TAILED DEER
BY DIRECT OBSERVATION

Black-tailed deer and livestock coexisted on Tomales
Point for approximately 100 years and presumably came into
equilibrium with one another and range resources.
Elimination of livestock grazing marks a major disruption
in this equilibrium.  The suitability of line transects for
determining deer density and population composition was
assessed as a possible means for monitoring long-term
changes in the deer population.

METHODS

Numbers By Direct Observation

A series of east-west transect lines totalling 15.9 km
were systematically plotted 600 m apart on a USGS 7.5
minute quadrangle map of Tomales Point (Fig. 31).
Inspection of each line in the field showed passage was
frequently blocked by dense stands of scrub.  Traversable
portions of each transect line were walked within three
hours of dawn in May 1980.  Either one or two observers
sampled each line.  Observers scanned the terrain before

198



Figure 31.   Location of transect lines for censuses of black-tailed deer on Tomales Point.

004957

them, to their sides, and behind them for deer, frequently
with binoculars.  Upon sighting a group of deer, observers
recorded the sighting distance to the middle of the group
(measured with an optical range finder), sighting angle
(measured with a compass), and group size.  A total of 21
deer groups were sighted over 8.7 km of transect line.

The length of transect line required for a density
estimate with a coefficient of variation of 20 percent or
less was calculated by the following formula (Burnham et
al. 1980:36):

$$L_2 = \frac{b}{(cv_2(D))^2} \left( \frac{L_1}{n_1} \right) \tag{8}$$

where $L_2$ is the length of transect line required to
obtain a desired coefficient of variation ($cv_2(D)$), $n_1$
is the number of animal groups sighted in a pilot census of
length $L_1$, and b is calculated from the formula:

$$b = n_1(cv_1(D))^2, \tag{9}$$

where $n_1$ is as above and $cv_1(D)$ is the coefficient of
variation of the pilot survey.  A value of b = 3 is
recommended as slightly overestimating the sample required
(Burnham et al. 1980:35).

Setting the desired coefficient of variation at 20 percent and solving equation (1) with the results of the pilot survey yields:

$$L_2 = \frac{3}{(0.2)^2} \left(\frac{8.7}{21}\right) = 31.0 \text{ km} \qquad (10)$$

In practice, this requires sampling along the entire 15.9 km system of transect lines twice (replication) to obtain a density estimate with the desired coefficient of variation. To sample the entire system of mapped transects, passages were cut through all impassable stands of scrub. The precision of replicating samples was increased by permanently marking all transects at 100-m intervals with 2-m sections of rebar.

The entire transect system was walked within 3 hours of dawn in nine separate sample months between November 1980 and September 1981. The 15.9 km of line was sampled in 13 segments. Only a single segment was walked each day to reduce the possibility of the observer disturbing deer on adjacent lines or while moving to the starting point of a transect line. Data were recorded as in the pilot survey. All observations were truncated at a perpendicular distance of 300 m to avoid the possibility of overlap between adjacent lines.

201

Burnham et al. (1980) demonstrated that the probability
of detecting an object is a function of its perpendicular
distance from the transect line.  A general formula for all
estimates of density is given by Ratti et al. (1983:1089)
as:

$$D = \frac{n\ f(0)}{2L} \qquad (11)$$

where n is the number of groups sighted, L is the length of
line sampled, and f(0) is an expression of the probability
of detecting a group of deer.  "The quantity f(0) is
estimated by fitting an appropriate model (curve) to the
perpendicular distances ($x_1$) to represent their
probability density function f(x) and evaluate this
function at its origin f(0)."  (Ratti et al. 1983:1090).

Estimates of the density of deer groups were calculated
from the Fourier series, exponential polynomial and
exponential power series estimators of program TRANSECT
(Burnham et al. 1980).  The Fourier series is recommended
as a general estimator as it is nonparametric as well as
being "model robust, pooling robust, and has the shape
criterion and high estimator efficiency" (Burnham et al.
1980:133).  However, the Fourier series seriously
underestimates density if animals move away from the

observer prior to detection.  The exponential power series
and exponential polynomial estimators are more robust than
the Fourier series to this possibility.  The extent to
which deer move away from observers before being sighted
cannot be measured.  Thus, the only means to test for this
possibility is to examine results of the three estimators
by comparing each probability detection function to the
original data with a chi-squared test (Burnham et al. 1980,
Holt and Powers 1982).  A sample size of at least 40
observations is recommended (Burnham et al. 1980).

The density of individuals was calculated by
multiplying each estimate of group density by mean group
size.  A standard error for this estimate is derived from
the coefficient of variation of both estimates (Burnham et
al. 1981:475).  Total numbers were obtained by multiplying
the density estimate by the area of Tomales Point.  Data
were analyzed separately for each sampling period.  Then,
all samples were combined to produce weighted average and
pooled estimates of density and associated variances
(Burnham et al. 1980, 1981).

The standard error around the estimate of group size is
often greater than the standard error of the estimate of
group density.  A possible means of reducing the estimate

004961

of group size standard error is to pool all records of
group size taken during each census with all records of
group size made incidental to other aspects of field work.
However, comparisons of both data sets (Table 30) show the
mean size of groups seen on transects tends to be smaller
than groups sighted in the course of other field work.
This suggests small groups of deer were less likely to be
detected while conducting other work.  Also, observers
frequently followed rather regular routes when not sampling
transect lines.  Records undoubtedly include repeated
sightings of a single group of deer within each sampling
period.  Consequently, no pooling of observations was done.

Inspection of monthly mean group size (Table 30) shows
up to a 2.5-fold difference between months.  Such
differences reflect the species' social organization and
seasonal peak in fawning.  These differences are likely to
affect the number of groups of deer available for
detection, and consequently, estimates of group density.
An overall and pairwise comparison of monthly group size
was made with the Kruskall-Wallis test, and results
expressed in a manner similar to the Duncan test (Figure
32).  Replicate monthly samples with non-significant
differences in mean group size (P < 0.10) were combined
into four sets and, a fifth set was created by combining

004962

204

Table 30.  Mean group size of black-tailed deer by month
for incidental observations and observations on transect
lines.

| Sample Period | Incidental Observations | | | | Line Transect Observations | | | |
|---|---|---|---|---|---|---|---|---|
| | N | $\bar{x}$ | SE | Range | N | $\bar{x}$ | SE | Range |
| Nov. 1980 | 28 | 2.42 | 0.32 | 1-8 | 61 | 2.47 | 0.21 | 1-8 |
| Dec. 1980 | 26 | 3.26 | 0.40 | 1-9 | 22 | 4.08 | 1.43 | 1-36 |
| Jan. 1981 | 16 | 3.87 | 0.75 | 1-10 | 19 | 3.85 | 0.64 | 1-10 |
| Feb. 1981 | 20 | 3.60 | 0.50 | 1-8 | 24 | 3.00 | 0.54 | 1-14 |
| Apr. 1981 | 25 | 2.40 | 0.26 | 1-6 | 24 | 1.53 | 0.17 | 1-4 |
| May  1981 | 60 | 2.36 | 0.19 | 1-7 | 45 | 1.88 | 0.14 | 1-5 |
| Jul. 1981 | 46 | 2.58 | 0.27 | 1-11 | 21 | 1.80 | 0.22 | 1-5 |
| Aug. 1981 | 140 | 3.01 | 0.22 | 1-14 | 35 | 2.17 | 0.22 | 1-6 |
| Sep. 1981 | 56 | 2.55 | 0.23 | 1-10 | 56 | 2.17 | 0.16 | 1-6 |

004963

205



Figure 32.  Results of Kruskall-Wallis tests for
significant differences (P ≤ 0.10) in group size of
black-tailed deer between sample periods.  Means connected
by common lines are non-significant.

004964

all censuses in which the number of groups observed
exceeded the recommended number of 40 observations.
Weighted average and pooled estimates of density and
variance were calculated for each set of samples.

Population Composition

Composition of groups sighted from transects were
recorded in November 1980 and from April through September
1981.  Animals were not classified from December through
March as this is the period of antler loss for males and it
is difficult to distinguish males from females (Dasmann and
Taber 1956, Taber and Dasmann 1958).  Individuals were
classified as adult male or female, yearling male or
female, and unsexed fawn or unknown, following established
criteria (Dasmann and Taber 1956, Taber and Dasmann 1958).
Groups containing individuals classified as unknown were
dropped from analysis.

RESULTS

Numbers By Direct Observation

The number of deer groups sighted reached the
recommended 40 in three of the nine sampling periods

(Table 31).  In most instances the perpendicular detection function f(0) of the Fourier series estimator provided the best fit to the data as indicated by the chi-squared goodness of fit test (Table 32).  In addition, the number of Fourier coefficients computed to estimate f(0) is not more than two for any sample (Table 31).  Estimates of density requiring more than three Fourier coefficients "reflect anomalies in the data" (Burnham et al. 1981:473). The calculated length of transect line necessary to produce a sample of adequate size to generate an estimate of density with a coefficient of variation of 20 percent or less was not tested directly owing to variation in group size discussed below.  However, any combination of two sequential samples, i.e., 31.8 km of transect line, produce the minimum sample of 40 observations recommended.  The minimum sample was achieved in a single month in three cases.

As the Fourier series estimator fits the preponderance of data sets and is considered a robust estimator (Burnham et al. 1980, 1981), density estimates generated by the Fourier series estimator are presented for all months (Table 31).  There is a four-fold difference in group density estimates between months, with lower density estimates associated with smaller sample sizes.

004966

Table 31.  Results of line transect censuses of
black-tailed deer on Tomales Point, as derived from the
Fourier Series estimator.

| Sample | N | Group Size | | No. of Terms in Fourier | f(0) | | Number of Deer Groups per Hectare | | Number of Deer per hectare | | Total Population Size | | Adult Population Size | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $\bar{x}$ | SE | Series | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE | $\bar{x}$ | SE |
| Nov. '80 | 61 | 2.46 | 0.21 | 1 | 0.006 | 0.06x10⁻² | 0.117 | 0.015 | 0.29 | 0.06 | 298 | 62 | 187 | 41.0 |
| Dec. '80 | 22 | 4.08 | 1.43 | 1 | 0.007 | 0.06x10⁻³ | 0.047 | 0.011 | 0.19 | 0.06 | 196 | 62 | – | – |
| Jan. '81 | 19 | 3.85 | 0.54 | 1 | 0.005 | 0.10x10⁻² | 0.029 | 0.008 | 0.11 | 0.04 | 115 | 41 | – | – |
| Feb. '81 | 24 | 3.00 | 0.54 | 2 | 0.009 | 0.13x10⁻² | 0.715 | 0.016 | 0.21 | 0.07 | 219 | 72 | – | – |
| Apr. '81 | 24 | 1.54 | 0.17 | 1 | 0.008 | 0.07x10⁻² | 0.046 | 0.011 | 0.07 | 0.02 | 72 | 21 | 37 | 1.4 |
| May '81 | 45 | 1.68 | 0.14 | 1 | 0.006 | 0.06x10⁻² | 0.078 | 0.015 | 0.15 | 0.03 | 150 | 31 | 108 | 22.3 |
| Jul. '81 | 21 | 1.81 | 0.22 | 1 | 0.006 | 0.09x10⁻² | 0.037 | 0.010 | 0.07 | 0.20 | 68 | 205 | 51 | 151.7 |
| Aug. '81 | 35 | 2.16 | 0.32 | 2 | 0.007 | 0.13x10⁻² | 0.081 | 0.020 | 0.19 | 0.05 | 198 | 52 | 142 | 40.0 |
| Sep. '81 | 56 | 2.18 | 0.17 | 1 | 0.005 | 0.08x10⁻³ | 0.095 | 0.016 | 0.21 | 0.04 | 212 | 61 | 156 | 32.4 |
| Weighted Averaged | 307 | 2.42 | 0.13 | – | – | – | 0.067 | 0.010 | 0.16 | 0.03 | 166 | 31 | – | – |
| Pooled | 307 | 2.42 | 0.13 | 1 | 0.006 | 0.02x10⁻² | 0.064 | 0.010 | 0.15 | 0.03 | 158 | 31 | – | – |

Table 32.  Chi-squared goodness of fit test of the perpendicular detection function of the Fourier Series (FSER), exponential polynomial (EXPL) and exponential power series (EXPS) to observations of black-tailed deer by sample period.

| Sample Period | N | Estimator | | | | | |
|---|---|---|---|---|---|---|---|
| | | FSER | | EXPL | | EXPS | |
| | | $X^2$ | $Prb > X^2$ | $X^2$ | $Prb > X^2$ | $X^2$ | $Prb > X^2$ |
| Nov. 1980 | 61 | 1.077 | 0.783 | 2.844 | 0.584 | 2.916 | 0.572 |
| Dec. 1980 | 22 | 1.077 | 0.783 | 5.203 | 0.635 | 5.173 | 0.638 |
| Jan. 1981 | 19 | 1.200 | 0.549 | 2.547 | 0.293 | 2.419 | 0.298 |
| Feb. 1981 | 24 | 1.561 | 0.668 | - | - | 3.148 | 0.207 |
| Apr. 1981 | 24 | 1.473 | 0.688 | 6.040 | 0.109 | 0.489 | 0.783 |
| May 1981 | 45 | 0.408 | 0.815 | 0.174 | 0.676 | 0.190 | 0.663 |
| Jul. 1981 | 21 | 0.015 | 0.992 | 1.620 | 0.203 | - | - |
| Aug. 1981 | 35 | 2.376 | 0.795 | 1.619 | 0.899 | 1.707 | 0.888 |
| Sep. 1981 | 56 | 2.943 | 0.890 | 0.424 | 0.515 | 2.870 | 0.825 |

004968

No comparable pattern is apparent for monthly differences
in group size. For example, numbers of groups sighted
varied by a factor of two between April and May, although
mean group size is similar. Estimates of density by month
show no relationship to the number of groups sighted.
Burnham et al. (1981:479) have noted "the number of birds
seen on a line transect is a poor index to density."

Monthly estimates of population size ranged form a high
of 298 in November 1980 to a low of 69 in July 1981 (Table
31). The lower limit of the standard error extended below
the actual number of deer sighted on the study area in July
1981. In this case, the lower limit of the standard error
has been truncated at the number of individuals observed.
Weighted average and pooled estimates of density derived
from all monthly samples produced similar estimates of
density (Table 31). The estimates would be identical if
the number of terms used in the Fourier series estimator
was identical for all samples (Burnham et al. 1981).
However, both point estimates approximate the number of
deer actually sighted in the study area in November 1980
and September 1981.

The pooled and weighted average estimates of density
derived from subsets of censuses with non-significant

211

differences in group size produced density estimates
similar to the pooled and weighted average estimates for
all samples (Table 33).  The subset of censuses with more
than 40 observations in each animal group provided the
highest density estimate.  However, the point estimate is
only slightly higher than the number of animals actually
sighted in November 1980.


Population Composition


Many studies do not distinguish between yearling
females and adult females 2+ years of age (Anderson et al.
1974, Elliott 1982, Gogan et al. 1986).  Consequently, the
proportion of fawns in the population is presented in terms
of both adult (2+ years) females and all females over one
year (Table 5).  Between 11 and 51 percent of the estimated
population size was classified each month (Table 34).
Composition counts for April, July and late November or
early December were considered most representative (Dasmann
and Taber 1956, Taber and Dasmann 1958).  This study's
November 1980 sample is probably the most accurate as it
includes an estimated 51 percent of the total population at
a time when both sexes are equally active and when
virtually all fawns are at heel.  In contrast, the
September 1981 sample taken during the rut produced a high

212

Table 33.  Weighted average and pooled estimates of group
and individual density and total population size of
black-tailed deer on Tomales Point derived from Fourier
Series estimates for subsets of monthly samples with
non-significant differences in mean group size.

| Sample | N | Group Size | | No. of Terms in Fourier Series | $f(0)$ | | Group Density Estimate | | Individual Density Estimate | | Population Size | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $\bar{x}$ | SE | | $\bar{x}$ | SE | $\bar{x}$ | SE | $\hat{x}$ | SE | $\hat{x}$ | CV |
| Subset 1 - Weighted Average | 114 | 2.05 | 0.16 | - | - | - | 0.068 | 0.010 | 0.12 | 0.02 | 123 | 21 |
| Subset 1 - Pooled (Feb., Apr., May, July) | 116 | 2.05 | 0.16 | 1 | 0.006 | $0.03 \times 10^{-2}$ | 0.064 | 0.013 | 0.11 | 0.03 | 113 | 31 |
| Subset 2 - Weighted Average | 242 | 2.25 | 0.09 | - | - | | 0.080 | 0.011 | 0.16 | 0.03 | 105 | 31 |
| Subset 2 - Pooled (Nov., Feb., May, July, Aug., Sept.) | 242 | 2.25 | 0.08 | 4 | 0.007 | $0.08 \times 10^{-2}$ | 0.091 | 0.022 | 0.21 | 0.06 | 216 | 51 |
| Subset 3 - Weighted Average | 152 | 2.61 | 0.24 | - | - | | 0.079 | 0.015 | 0.21 | 0.04 | 216 | 41 |
| Subset 3 - Pooled (Nov., Dec., Feb. May) | 152 | 2.61 | 0.24 | 1 | 0.006 | $0.03 \times 10^{-2}$ | 0.074 | 0.021 | 0.19 | 0.06 | 195 | 62 |
| Subset 4 - Weighted Average | 65 | 3.60 | 0.55 | - | - | | 0.049 | 0.012 | 0.16 | 0.05 | 185 | 51 |
| Subset 4 - Pooled (Dec., Jan., Feb.) | 65 | 3.60 | 0.55 | 2 | 0.007 | $0.03 \times 10^{-2}$ | 0.047 | 0.008 | 0.17 | 0.04 | 175 | 41 |
| Subset 5 - Weighted Average | 162 | 2.21 | 0.11 | - | - | | 0.087 | 0.012 | 0.21 | 0.03 | 216 | 31 |
| Subset 5 - Pooled ($N \geq 40$) | 162 | 2.21 | 0.11 | 1 | 0.006 | $0.03 \times 10^{-2}$ | 0.087 | 0.012 | 0.21 | 0.03 | 216 | 31 |

213

Table 34.   Population composition of black-tailed deer on Tomales Point determined by line transect sampling; percentages are given in parentheses.

| Sample Period | Number Classified | Males | | Females | | Fawns | Males | | Females | | Fawns |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Adult | Yrling | Adult | Yrling | | Adult | Yrling | Adult | Yrling | |
| Nov. 1980 | 141 | 20(14.2) | 6(4.3) | 64(45.4) | 4(2.8) | 46(34.0) | 31 | 9 | 100 | 6 | 75 |
| Apr. 1981 | 31 | 6(19.4) | 4(12.9) | 16(45.4) | 4(12.9) | 2(6.5) | 40 | 25 | 100 | 26 | 13 |
| May 1981 | 83 | 22(26.5) | 9(10.8) | 27(32.5) | 10(12.0) | 15(18.0) | 81 | 33 | 100 | 37 | 55 |
| Jul. 1981 | 35 | 8(22.9) | 0(0) | 18(45.7) | 2(5.7) | 9(25.7) | 50 | 0 | 100 | 13 | 56 |
| Aug. 1981 | 72 | 13(18.1) | 7(9.7) | 32(44.4) | 0(0) | 20(27.8) | 40 | 21 | 100 | 0 | 63 |
| Sep. 1981 | 120 | 45(37.5) | 8(7.5) | 39(32.5) | 2(1.7) | 25(20.8) | 115 | 23 | 100 | 5 | 84 |

004972

214

estimate for the proportion of adult males in the
population.  This is attributable to the incessant activity
of males at that time.  The May 1981 sample probably
under-represents adult females, as they were then typically
concealed in thick scrub with their neonatal fawns (Dasmann
and Taber 1956, Taber and Dasmann 1958).

Fawns were sighted as early as April (1981) and their
proportion to adult females increased through September.
The proportion for November 1980 was the highest (Table 34)
recorded.  It is not known if this is the normal pattern or
whether more fawns survived to six months of age in 1980
than 1981.  The November 1980 and September 1981 ratio of
fawns: 100 adult females agrees closely with ratios
recorded at Hopland Field Station for November (Anderson et
al. 1974) and with the ratios of fawns: 100 adult females
in unburned chaparral in Lake County in December (Taber and
Dasmann 1957, 1958).  Recently burned and seeded chaparral
had ratios of between 89 and 107 fawns: 100 adult females
in December (Taber and Dasmann 1957, 1958).  Ratios of
fawns: 100 adult females for Tomales Point are higher than
the 32 fawns: 100 does recorded in the pastoral zone in
early December 1980 and the 33 fawns: 100 does in the
southern section of the Seashore in September and November
1980 (Gogan et al. 1986).  Thompson (1981) recorded a ratio

215

of 64 fawns: 100 adult females in the pastoral zone in
January 1981.

No data were obtained on the sex ratio of fawns in this
study.  The sex ratio of 21 fetuses from 15 females
collected in the pastoral zone between January and May from
1977 to 1980 was 62 males: 100 females.  A chi-squared test
shows this does not differ significantly from parity ($X^2$
$< 0.595$; $P \geq 0.10$).  Sex ratios of fawns at birth in Lake
County varied between 120 males: 100 females (Taber 1953)
and 113 males: 100 females (Taber and Dasmann 1957, 1958).
A ratio of 103 males: 100 females at birth was recorded for
an unhunted population in Oregon (Hines 1975).

Survival of the cohort classified as fawns in November
1980, and as yearlings (11 months) in April 1981 is
calculated from the method of Tranier et al. (1978):

$$R_{t1} - R_{t2}/R_{t1} = \% \text{ loss} \qquad (12)$$

where R equals the ratio of the cohort: 100 adult does.  In
this case:

$$75 - 42/75 = 44\% \text{ loss} \qquad (13)$$

However, as noted by Connolly (1981), any mortality of

004974

216

adult females between $t_1$ and $t_2$ will increase the ratio
of fawns: 100 adult females.  As some adult female
mortality is inevitable, the calculated loss of fawns
represents a minimal estimate.  The ratio of yearlings of
both sexes to adult females in this study is far lower than
in either the Lake County (Taber and Dasmann 1957, 1958) or
Hopland populations (Anderson et al. 1974).  In both these
cases, where hunting would increase the rate of adult
mortality, greater survival of young to the yearling age
would be expected.

Shifts in the sex ratio between birth and one year
reflect sex differential mortality (Taber and Dasmann
1954).  The sex ratio of the 1980 cohort based upon the
April and May 1981 samples is 93 males: 100 females.  A
chi-squared test shows this does not differ significantly
from parity ($X^2 < 0.37$, $P \geq 0.10$).  In the Lake County
studies the sex ratio of yearlings was 64 males: 100
females (Taber and Dasmann 1954, 1958), with the exception
of those animals occupying an area swept by wildfire, and
therefore on a higher nutritional plane.  There, the sex
ratio approximated 100 males: 100 females (Taber and
Dasmann 1958).  The sex ratio in the Hopland population was
estimated to be 83 males: 100 females (Anderson et al.
1974).  In contrast, the sex ratio was 106 males: 100

217

females in an unhunted Oregon population (Hines 1975),
where there was little or no sex-differential mortality
against males until the cohort approached 20 months.

The sex ratio of adults on Tomales Point approximates
the ratios of 30 to 39 males: 100 females reported for the
Lake County population in the managed chaparral, but the
proportion of males is lower than that reported for burned
or unburned chaparral (Taber and Dasmann 1957, 1958).   A
ratio of 23 males: 100 females was reported for the hunted
population on the Hopland Field Station (Anderson et al.
1974) and the unhunted population in Oregon (Hines 1975).

DISCUSSION

Differences in density estimates within both monthly
and grouped samples probably reflect a combination of
factors including but not limited to: 1) social
organization; 2) seasonal movements of deer on and off the
study area; 3) the effects of weather on detectability and,
4) the annual fawn crop.   Deer tend to aggregate in larger
groups from December through February, and thereby reduce
the total number of groups present for detection.   The
months of March and April are characterized by persistent
westerly winds of over 50 kph (Smith and Obreski 1971).

Deer detected at this period were frequently bedded down in east-facing canyons apparently attempting to escape the wind.  This behavior would tend to counteract the effects of a reduction in group size.  May is a transitional period with good visibility and little wind.  During June, July and August Tomales Point is often bathed in advective fogs which frequently reduce visibility to less than 20 m, greatly hindering the detection of deer.  The months of September, October, and November are characterized by fog-free days with little wind.  These ideal conditions for detection of deer coincide with the rut (Dasmann and Taber 1956, Taber and Dasmann 1958) during which the males are almost continuously active and frequently move around the females.  In addition, autumn marks the emergence of the year's fawn crop from areas of thick scrub.  The percentage of fawns in the population was at a peak in November 1980 (Table 34), coincident with the highest population estimate.  However, estimates of monthly adult population size only reduce the difference between highest and lowest estimates from a factor of 4.5 to 3 (Table 31).  Local ranchers have long believed black-tailed deer on the Point Reyes Peninsula exhibit seasonal shifts in distribution, moving northward along the Peninsula in fall and southward in the spring (McDonald, pers. comm.).  Whether such movements occur or the belief has been proposed to explain

219

seasonal differences in visibility of resident deer remains
unknown.  However, the possibility of ingress and egress
from Tomales Point affecting density estimates cannot be
ruled out.  Black-tailed deer have been seen regularly
swimming on both the Tomales Bay and Pacific Ocean side of
Tomales Point.  There is little doubt deer could swim
around the game-proof fence.

Several of the monthly estimates of density tend to be
low and have large standard errors.  Such variability
reflects use of samples with less than half the recommended
sample size of 40.  Pooling and weighted averaging raised
the estimates of population size only slightly, but greatly
reduced the standard error.  The November 1980 census
probably provides the most accurate estimate of
black-tailed deer density and population composition.

Line transect sampling of black-tailed deer in the
coastal prairie section of the Seashore's southern zone in
the Fall of 1980 through 1982 produced annual density
estimates ranging between 0.13 and 0.14 deer/ha and a
pooled estimate for the 3 years of 0.14 deer/ha (Gogan et
al. 1986).  A single line transect census of black-tailed
deer in the Seashore's pastoral zone immediately south of
Tomales Point in December 1980 yielded a density estimate

220

of 0.21 deer/ha (Gogan et al. 1986), close to the December 1980 and September 1981 estimates for Tomales Point. Sample area counts (Dasmann and Taber 1955) of black-tailed deer on Tomales Point yielded an estimate of 0.31 deer/ha (Elliott 1982), higher than any of the point estimates derived from line transect sampling.

Calculations of black-tailed deer density based upon the known annual legal buck kill on the University of California's Hopland Field Station in Mendocino Co. yielded monthly estimates ranging from a peak in May of 0.37 deer/ha with 35 percent fawns to a midpoint of 0.30 deer/ha and 33 percent fawns in November and a low the following April of 0.24 deer/ha with 27 percent fawns (Anderson et al. 1974:29). The best estimate of population density on Tomales Point in November (0.29 deer/ha with 34 percent fawns) is strikingly similar to the November calculation for Hopland. On the other hand, point estimates of deer density on Tomales Point in other months are consistently lower than the calculations for Hopland (Fig. 33). The rate of harvest in the Hopland population was not considered sufficiently high to reduce deer density (Connolly 1981). The similarity in the November density estimates for the elk range and the Hopland site indicates the estimate of density from line transects is reasonable.

221



Figure 33.   Comparison of black-tailed deer density
estimates for Tomales Point and Hopland, California.
Tomales Point data include bars representing plus or minus
one standard error.   Hopland data are estimates from a
population model of black-tailed deer (Anderson et al.
1974:29).

222

The age and sex structure of a deer population can provide insight into the relationship of that population to its forage resources. Good forage conditions are reflected in high reproductive rates and high rates of survival, especially of fawns (Connolly 1981). In contrast, poor nutrition contributes to: 1) low reproductive rates; 2) poor fawn survival; and 3) a tendency toward a predominance of adult females in the population. Verme (1965, 1983) and McCullough (1979) note that white-tailed deer populations on a higher nutritional plane produce predominantly female offspring. If this pattern holds for black-tailed deer it suggests most populations studied are at a low nutritional plane, including the population on Tomales Point.

CONCLUSIONS

Direct observation from systematically allotted line transects is a suitable method for censusing and determining population composition of black-tailed deer on Tomales Point. However, the success of the sampling procedure is closely tied to the species' natural history and weather conditions. Sampling in November provided the best estimate of density (0.29 deer/ha) and population composition. Composition data reflect a population with a relatively low reproductive rate and low fawn survival.

Moreover, if the proportion of yearlings is an accurate measure of turnover in the adult segment of the population (i.e., the population is stable), the current turnover rate is very low and typical of a population fluctuating about ecological (food limited) carrying capacity.

224

## CHAPTER XI
## DENSITY OF BLACK-TAILED DEER
## FROM PELLET-GROUP COUNTS

Pellet-group counts provide an alternative to direct counts for estimating black-tailed deer density. Although pellet-group counts provide no information on population structure, they may provide equally accurate estimates of density without the constraints of daily and seasonal sampling imposed by direct counts.

METHODS

Black-tailed deer pellet-groups were counted along the 15.9 km of transect line established for line transect censuses of deer (Chapter X). All pellet groups of five or more pellets with a portion of the group lying within 0.75 m of either side of the transect line were tallied in 200 m intervals demarcated with 2 m rebar markers (300 m² plots). Each 200 m corresponds to the boundaries of a 4 ha cell classified to vegetative type (Chapter III). Sampling was standardized by having only one person (PJPG) conduct tallies.

Survivorship of pellet-groups was measured by placing a

225

surveyor's flag adjacent to each of the first five pellet groups encountered within each 200 m interval. The observer assessed whether the marked pellet-group was visible in the subsequent sample period. If not, the flag was removed and set at a previously unflagged pellet-group within the 200 m section, except in the few occasions no additional pellet groups were located. Lost flags were replaced. The rate of deposition (R) of pellet-groups per day for each 200 m section of transect was determined by:

$$R = N_{t+1} - (P\ N_t)/T \qquad (14)$$

where $N_{t+1}$ is the number of pellet-groups counted at time t+1, P is the overall proportion of flagged pellet-groups visible at time t still visible at time t+1, and (1-P) represents an estimate of the "... disappearance of groups from the population ..." (Batcheler 1975:645). $N_t$ is the number of pellet groups counted at time t, and T is the number of days between samples. Transects were first sampled in December 1980. Subsequent sampling was done in February, April, July and September 1981. No estimate of deer density was made from the initial count. It was used solely for pellet survival estimates.

Program PELANAL (Eberhardt and White 1980) was used to

226

test for differences in the mean rate of deposition of
pellet-groups between vegetative types within sample
periods. Groups with non-significant differences were
combined, and the average observed rate of deposition was
divided by the standard rate of pellet-group deposition of
13 pellet-groups per day (Rogers et al. 1958) to obtain an
estimate of deer density. Density was multiplied by area
to generate an estimate of deer population size.

RESULTS

The proportion of pellet groups visible between
sampling periods remained fairly constant between February
and July, but almost doubled in September (Table 35).

There were no significant differences detected in the
mean daily rate of pellet-group deposition between
vegetative types or pooled across vegetative types within
any sample period (Table 36). However, there are several
differences in mean pellet-group density within any
vegetative type over time. Failure to detect significant
differences may reflect inadequate sample sizes relative to
the standard error. Changes in pellet-group frequency
within vegetative types over time may indicate true
differences in utilization patterns or other confounding

Table 35.  Numbers and proportion of flagged pellet-groups judged to be visible in each sample period for all vegetative types combined.

| Sample Period | No. Flagged | No. Visible | Percent Survival |
|---|---|---|---|
| Dec. '80-Feb. '81 | 243 | 109 | 45 |
| Feb. '81-Apr. '81 | 148 | 53 | 36 |
| Apr. '81-Jul. '81 | 97 | 40 | 41 |
| Jul. '81-Sep. '81 | 149 | 115 | 77 |

004986

Table 36.   Pellet-group density per plot in 300 m² plots
in each of four vegetative types and pooled for all
vegetative types for each of four sampling periods.

| Vegetative | February 1981 | | | April 1981 | | | July 1981 | | | September 1981 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | x̄ | SE | N | x̄ | SE | N | x̄ | SE | N | x̄ | SE |
| Open Grassland | 16 | 0.06 | 0.09 | 16 | 0.07 | 0.07 | 12 | 0.08 | 0.17 | 13 | 0.12 | 0.18 |
| Lupine Grassland | 23 | 0.10 | 0.07 | 23 | 0.05 | 0.05 | 18 | 0.11 | 0.09 | 21 | 0.14 | 0.10 |
| Baccharis Grassland | 16 | 0.12 | 0.09 | 12 | 0.06 | 0.13 | 11 | 0.22 | 0.14 | 14 | 0.19 | 0.22 |
| Thick Scrub | 22 | 0.05 | 0.05 | 16 | 0.07 | 0.01 | 19 | 0.12 | 0.06 | 16 | 0.94 | 0.11 |
| Pooled | 77 | 0.08 | 0.03 | 67 | 0.06 | 0.05 | 60 | 0.13 | 0.01 | 64 | 0.13 | 0.04 |

factors.  There is a gradual increase in pellet group density in the thick scrub type from February through July and a several fold increase in September.  Deer may have utilized this type more frequently in the late summer as other vegetative communities dried, or the increase may reflect increased use of the transect lines cleared through thick scrub.

Estimates of mean deer density for each sample period range between 0.16 and 0.33 deer/ha (Fig. 34).  Density estimates are highest for July and September and lowest for April.

DISCUSSION

Pellet-group distributions of cervids have been fitted empirically by the negative binomial distribution (Bowden et al. 1969, McConnell and Smith 1970, Stormer et al. 1977, Eberhardt and White 1980).  The distribution is characterized by the mean frequency of pellet-groups/plot and a positive measure of dispersal (Eberhardt and White 1980, Rowland et al. 1984).  Program PELANAL permits testing mean frequencies between populations by setting the measure of dispersal to a common value for all samples (Eberhardt and White 1980, Rowland et al. 1984).  A minimum

004988

230



Figure 34.   Comparison of black-tailed deer density

estimates for Tomales Point and Hopland, California.   Data

are derived from pellet-group counts and include bars

representing plus or minus one standard error.   Hopland

data are estimates calculated from a population model

(Anderson et al. 1974:29).

004989

sample size in excess of 30 plots is recommended for
determining the confidence interval of an estimate of mean
pellet group frequency/plot with program PELANEL (Eberhardt
and White 1980).  Sample sizes for specific vegetative
types fall below the recommended minimum in all sample
periods (Table 36).

The efficiency of pellet-group counts may be affected
by the shape of the sample plot.  Long, narrow plots such
as used in this study are considered superior to squares of
equal area (Neff 1968).  Previous studies have marked
individual pellet-groups to determine their rate of
disappearance (Batcheler 1975).

The creation of transect lines may have modified the
distribution of deer and hence pellet groups, especially in
the thick scrub vegetative type (Table 36).  Access to such
areas was facilitated by clearing brush to permit passage
of individuals single-file.  Subjective observations
suggest deer did not respond to these pathways.  There was
little "incentive" for deer to avoid the transect lines as
they were traversed only once each month.  Furthermore,
deer are conditioned to the proximity of large numbers of
Park visitors year round.  Similarly, attraction of deer to

the transect lines was believed minimal.  Patches of thick
scrub are criss-crossed with a network of deer trails, most
of which cut diagonally across steep slopes.  Deer
habituated to the use of such trails would not likely make
extensive use of new pathways ascending and descending
slopes without regard to slope.  However, the possibility
deer utilized the trails far more regularly between the
third and fourth sample periods cannot be ruled out.

Inadequate sampling intensity probably contributed to
the failure to detect differences in mean pellet-group
frequency/plot between vegetative types.  However, pooled
samples for each sample period exceed the recommended
minimum of 30 plots in all cases (Table 36), thus providing
an adequate sample for an overall density estimate.

Daily defecation rates have been calculated for
black-tailed deer ranging from 10-17 pellet-groups (Dasmann
and Taber 1955).  Defecation rates certainly vary with
seasonal diet.  However, in the absence of measured values
the commonly accepted defecation rate of 13 pellet
groups/deer/day is used.

Estimates of black-tailed deer density (Fig. 34)
suggest higher population density in July and September

233

than February and April.  Such differences would be even
greater if higher defecation rates for the wet months of
February and April were applied to the measured frequencies
of pellet groups (Table 36).  Higher density in September
is consistent but out of phase with the high density
recorded in November by direct observation (Chapter X).
The observed pattern approximates the annual cycle of
black-tailed deer density reported for Hopland Field
Station, Mendocino Co. (Anderson et al. 1974), although the
February and April estimates for Tomales Point are below
those for Hopland (Fig. 34).  The four estimates of
black-tailed deer density derived from pellet group counts
fall well within the range of density estimates obtained
from replicate line transect censuses on Tomales Point
(Chapter X) and other portions of the Point Reyes Peninsula
(Gogan et al. 1986).  The higher estimates of density from
pellet group counts agree closely with an estimate of 0.31
deer/ha (Elliott 1982) derived from sample area counts
(Dasmann and Taber 1955) on Tomales Point.


CONCLUSIONS


    Pellet group counts provide a suitable means of
determining density of black-tailed deer on Tomales Point.
Sampling intensity was not adequate to detect differences,

234

if any, in density within vegetative types.  Sampling in
July provides a high estimate of density (0.33 deer/ha)
with small standard error which agrees closely with the
best estimate obtained from line transect censuses (Chapter
X).  Pellet groups may prove a more desirable means of
monitoring deer numbers on Tomales Point as plots may be
sampled during all daylight hours rather than just within a
limited number of hours in the morning and evening, as is
necessary with line transects.  Although area counts on
Tomales Point provide comparable estimates of density, they
have a number of disadvantages including: 1) covering
smaller areas (Elliott 1982); 2) assuming all deer
utilizing an area are in open vegetation, and hence
visible, during the sample period; and 3) providing no
estimate of sample variance.  Consequently, the method is
not recommended.

004993

235

## CHAPTER XII

## DENSITIES OF GRASSLAND RODENTS

At high densities, rodent populations have the potential to modify grassland standing crop, species composition and seed production in the California coastal prairie type (Batzli and Pitelka 1970).  Knowledge of rodent densities on Tomales Point may permit inference as to these populations' impact on vegetation from studies of grassland rodents at other locales where vegetation and rodent community composition are equivalent.  Measurements of rodent population densities on Tomales Point were obtained for this purpose.

METHODS

Mark-Recapture

Rodent population densities were measured on two 4-ha grid cells located on the portion of Tomales Point utilized by tule elk.  Cells selected represented the lupine grassland type and open grassland type.  Sampling was done in October 1980, and March and June 1981.

Trapping was tailored to permit analyses of results by

236

program CAPTURE (Otis et al. 1978).  One hundred Sherman
live traps (9 in.) were set out 20 m apart in a 10 x 10 m
grid.  A single trap was set at each location and baited
with rolled oats.  The traps were run for four consecutive
nights for a total of 400 trap nights.  Traps were set out
in the late afternoon of the first day and checked the
following morning.  They were closed during the days and
reset in the afternoon.  Trapped rodents were individually
marked by a pattern of toe clipping (Melchoir and Iwen
1965).  The length of trapping period, time of day, and
number of traps set were held constant at each trapping
site and each trapping interval.


Runway Counts

   Rodent runways were counted in three of the four
vegetative types (lupine grassland, N = 7; open grassland,
N = 7; and baccharis-grassland, N = 4) at locations
simultaneously utilized for vegetation sampling.  Eight 3-m
transects were selected randomly in location and direction
within 100 m of a permanently marked center point and all
active rodent runways intersected by the transect tallied
(Lidicker and Anderson 1962).  Rodent density for each
vegetative type was calculated by multiplying the mean

237

number of runways per vegetative type by 3.9 (Lidicker and Anderson 1962).

RESULTS

Mark-Recapture

Three species of rodents were caught in each grid: 1) California vole (<u>Microtus californicus</u>); 2) deer mouse (<u>Peromyscus maniculatus</u>); and western harvest mouse (<u>Reithrodontomys megalotis</u>). Only voles were caught with sufficient regularity to generate estimates of density (Table 37).

Criteria for data sets analyzed with program CAPTURE include: 1) a minimum of 5 trapping occasions with 7-10 preferred; 2) trapping at least 25 different individuals; and 3) a calculated capture probability (p) of at least 0.10 (Otis et al. 1978:78). In instances where trapping occasions are less than 10, at least 20 different individuals should be caught, and p should not be less than 0.30 (White et al. 1982:165). Thus, the trapping period of 4 days is below the recommended minimum. A minimum sample size of 20 separate animal captures was achieved for seven of the eight vole density estimates, but a minimal p of

238

Table 37.  Number of individuals of three rodent species
caught and released in two vegetative types on Tomales
Point.  Each sample period consisted of 400 trap nights on
a 4-ha plot.

| Vegetative Type | Date | Rodent Species | | |
| --- | --- | --- | --- | --- |
| | | Vole | Deer Mouse | Harvest Mouse |
| Lupine grassland | Oct. '80 | 51 | 19 | 9 |
| | Mar. '81 | 22 | 14 | 3 |
| | Jun. '81 | 24 | 12 | 0 |
| Open grassland | Oct. '80 | 52 | 23 | 8 |
| | Mar. '81 | 15 | 3 | 7 |
| | Jun. '81 | 33 | 6 | 4 |

004997

239

0.30 was not achieved on any occasion (Table 38). Likely, this combination of factors contributes to the selection of the null model (Mo) within CAPTURE (Table 38) for most density estimates. This model assumes capture probabilities are constant throughout a trapping period, i.e., there is "no heterogeneity of capture probability, no behavioral response to capture, and no variation in the experimental situation over time" (Otis et al. 1978:21).

Runway Counts

Estimates of vole densities from runway counts (Fig. 35) are markedly higher than those obtained from mark-recapture sampling. The pattern of density fluctuation also differs between sampling methods: mark-recapture sampling indicates an increase in density between the March and June 1981 sample periods in both vegetative types. The runway counts suggest a decline in density over the same time period. A good correlation has been shown between vole density estimates obtained from runway counts and mark-recapture sampling elsewhere (Krohne 1982). There is no apparent reason for the lack of correlation in this case.

240

Table 38.   Estimates of California vole density in two
vegetative types by mark-recapture samples analyzed with
program CAPTURE.

| Vegetative Type | Date | N | Capture Model | p | Density No./ha | SE |
|---|---|---|---|---|---|---|
| Lupine grassland | Oct.'80 | 51 | Mo | 0.15 | 20.9 | 11.9 |
| | Mar.'81 | 22 | Mo | 0.24 | 4.9 | 2.9 |
| | Jun.'81 | 24 | Mo | 0.13 | 15.3 | 13.5 |
| Open grassland | Oct.'80 | 52 | Mo | 0.22 | 2.7 | 5.4 |
| | Mar.'81 | 15 | Mo | 0.24 | 1.9 | 3.5 |
| | Jun.'81 | 33 | Mh | 0.15 | 12.7 | 5.9 |

PROPERTY OF
POINT REYES LIBRARY

004999

241



Figure 35.   Densities of California voles in three

vegetative types on Tomales Point determined from runway

counts.

242

DISCUSSION

Simulation experiments show bias in estimates of
numbers with program CAPTURE is low if p is at least 0.10
for at least five trapping occasions (Otis et al. 1978).
Positive biases of 15-20 percent occur in instances where p
is below 0.10 (Otis et al. 1978).  In one instance, the
heterogeneity in capture probability model (Mh) was
selected (Table 38).  Simulation experiments show that the
estimate of numbers under model Mh has less bias than
model Mo; however, confidence intervals under model Mh
are generally unreliable (Otis et al. 1978).

Results suggest densities of voles on Tomales Point may
reach high numbers, and vary by vegetative type and time.
Intensive sampling of voles in a perennial grass, coastal
prairie site free from livestock grazing at Sea Ranch,
Sonoma Co. found densities consistently below 25/ha over a
5-year-period (Krohne 1982).  Sampling in an annual grass,
coastal prairie-coastal scrub mosaic at Bodega Head, Sonoma
Co., free from livestock grazing for approximately 20
years, revealed densities varying by vegetative type from
14/ha to 127/ha, but remaining constant within each type
for more than 3 years (Ostfeld and Klosterman, in press).
However, vole populations have exhibited fluctuations

243

within the coastal prairie-coastal scrub type ungrazed by livestock on Brooks Island, Alameda Co. (Lidicker 1973).

CONCLUSIONS

Both mark-recapture and runway counts suggest vole population densities varying over time and among vegetative types.  However, sampling procedures produce differing estimates of the magnitude and timing of population fluctuations.  Findings of fluctuations in vole population density are consistent with studies of vole populations in some grasslands ungrazed by livestock within the coastal prairie-coastal scrub mosaic.

005002

244

CHAPTER XIII

ELK AND DEER DIETS

Removal of livestock from and reintroduction of tule elk to the coastal prairie-coastal scrub mosaic of Tomales Point represents a major perturbation to the range-herbivore system. In time, a new equilibrium will develop with elk and deer as the dominant vertebrate herbivores. Dietary overlap leading to competition between elk and deer for forage resources may have important implications for the long-term carrying capacity of Tomales Point for both ungulate species. As noted previously (Chapter I), documented accounts of resource competition between elk and deer have favored elk. Dietary information gathered while elk are at low numbers and before deer numbers and the plant communities have responded to the removal of livestock should provide insight into optimal diets for both species as well as potential competition for forage resources in the future.

METHODS

Food Habits

Diets of elk and deer were determined by

005003

245

microhistological identification of plant epidermal
fragments in fecal material following the procedures of
Sparks and Malacheck (1968) and Vavra and Holecheck
(1980). A composite fecal sample (n $\geq$ 15) (Anthony and
Smith 1974) for elk was collected in mid-February and late
May 1979 and in the middle of each month from October 1979
through April 1980. Sampling was intensified with
collections at the middle and end of each month from late
May 1980 through mid-September 1981. Composite fecal
samples for deer (n $\geq$ 15) (Anthony and Smith 1974) were
collected in the middle of each month over all of Tomales
Point from mid-December through mid-April 1980. Separate
fecal samples were collected monthly for the southern and
northern sections of Tomales Point, representing areas
utilized and not utilized by elk, respectively (Chapter
II), from mid-May 1980 through mid-September 1981. The
bulk of the samples collected from mid-December through
mid-April were collected in the southern portion of the
study area and they are accordingly reported for this area.

Fecal samples were frozen until delivered to the
Department of Forestry and Resource Management, University
of California, Berkeley. There, they were oven-dried, and
ground through a 1 mm screen. Each sample was bleached and
stained with hematoxlin and safranin prior to mounting on

microscope slides in a gum arabic - karo syrup medium
(Truman et al. 1983). Five slides were prepared for each
sample and 20 fixed fields/slide were examined through a
compound microscope at 100x. The frequency of each species
was converted to an estimate of percent composition by dry
weight (Hansen et al. 1977). A reference collection of
plants on Tomales Point was supplemented with reference
material from previous studies in the Seashore's pastoral
zone (Elliott and Barrett 1985).

Dietary Overlap

Two indices were used to assess dietary overlap between
elk and deer. The first is the simplest overlap index
known (Hurlbert 1978) and may be represented as

$$C_{xy} = 1 - \tfrac{1}{2} \left( \left| \mathcal{E} X_i + \mathcal{E} Y_i \right| \right) = \min (X_i, Y_i) \tag{15}$$

where $X_i$ and $Y_i$ are the percentages of the total diet
of the herbivore species X and Y consisting of plant group
i and s is the total number of plant groups (Schoener
1970). The resulting value is a percentage. This index
has been used in a number of studies of dietary overlap in
sympatric large herbivores (Anthony and Smith 1977, Leslie
et al. 1984, Elliott and Barrett 1985) and has a number of
advantages including: 1) ease of calculation; 2) freedom

005005

from assumptions of the nature of any competitive process;
3) facilitation of intercommunity comparisons; and 4) it is
not altered by subdivisions of dietary resources not
recognized by the herbivores (Abrams 1980).

The second index is a measure of the probability ($\hat{C}_\lambda$)
that a randomly selected forage item occurs in the diets of
sympatric herbivores (Morisita 1959, Horn 1966), expressed
as:

$$\hat{C}_\lambda = \frac{2 \Sigma_{i=1}^{s} X_i Y_i}{\Sigma_{i=1}^{s} X_1^2 + \Sigma_{i=1}^{s} Y_i^2} \tag{16}$$

The probability index ranges from 0 to 1 with the latter
representing complete overlap (Horn 1966).  This index also
has been used in studies of dietary overlap (Schwartz and
Ellis 1981, Leslie et al. 1984).

Dietary overlap was measured for elk and deer using the
mid-monthly diets of elk and the south section diets of
deer for all sample periods.  Overlap was investigated at
the plant species level.

Dietary Preference

Preference for specific dietary items was quantified by
a linear food selection index which is the unweighted

005006

248

difference in proportions:

$$L_i = r_i - p_i \qquad (17)$$

where $r_i$ is the proportion of food item i in the diet and
$p_i$ the proportion of the same food item in the forage
(Strauss 1979). Properties of the index include: 1) it
ranges from -1 to +1 with positive values suggesting
preference and negative values suggesting avoidance or
inaccessibility; 2) the expected value for non-selective
feeding is 0; 3) it only takes on extreme values in
instances where a rare plant is eaten almost exclusively or
an abundant plant is avoided; 4) it is defined for all
values of $r_i$ and $p_i$; 5) it is linear relative to $r_i$
and $p_i$; and 6) it is distributed approximately normally
(Strauss 1979:349).

Plant species' availability was determined by
vegetation sampling (Chapter III). Calculations were made
using diet information for mid-June 1980 and 1981 as these
samples correspond most closely with vegetation sampling in
both years. Forage availability was calculated as the mean
occurrence of a species within a vegetative type multiplied
by the proportion of the north or south section of Tomales
Point covered by that type (Chapter III). The diets of
deer in the south and the north section were compared to

005007

the respective estimates of forage availability.  Elk diet
was compared to the calculated availability of forage
species in the south section.  Preference was assessed for
all plant types and for all plant species contributing five
percent or more to the mean diet of either herbivore
species or the weighted botanical composition of the range.

RESULTS

Elk Diet

A minimum of 24 plant species made up at least five
percent of the elk diet in two or more sample periods
(Table 39).  Grass species were more than half this total.
Elk were provided dietary supplements of alfalfa and
pelleted livestock feed between mid-October and mid-April
of year 1 (1979-1980).  The impact of supplements on
dietary preferences is not known.  Likely, most material in
the supplements is listed as unknowns for each of the
forage classes.  Shrubs were eaten far more extensively in
the fall and winter of 1979-1980 than any other time (Fig.
36).  Elk fed more extensively on grasses in the
fall-winter months and forbs in the spring-summer months,
respectively, of year 1980-1981 than 1979-1980.  The
increased intake in grasses or forbs was offset by a

Table 39.  Percent composition of taxa making up more than five percent of the elk diet in any two sample periods. The elk diet was sampled monthly from October 1979 through March 1980 and bimonthly from April 1980 through September 1981.

| Taxon | Year | October Mid | October End | November Mid | November End | December Mid | December End | January Mid | January End | February Mid | February End | March Mid | March End | April Mid | April End | May Mid | May End | June Mid | June End | July Mid | July End | August Mid | August End | September Mid | September End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FORBS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Achillea borealis | 1[a] | 0 | – | 1 | – | 0 | – | 1 | – | 13 | – | 2 | – | 1 | – | 2 | 0 | 0 | 8 | 0 | 2 | 1 | 1 | 0 | 0 |
| | 2[b] | 1 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | t | 0 | 0 | – | 0 | 0 | 2 | – | 3 | 1 | 2 | 1 | 2 | 6 | 2 | – |
| Erodium spp. | 1 | 0 | – | 0 | – | 0 | – | 3 | – | 2 | – | tr* | – | 8 | – | – | 11 | 11 | 3 | tr | tr | tr | tr | tr | 0 |
| | 2 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | – | 3 | 8 | 6 | – | 6 | 1 | 1 | 7 | 0 | 0 | 0 | – |
| Iris douglasiana | 1 | 0 | – | 0 | – | 0 | – | tr | – | 0 | – | 0 | – | 0 | – | – | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 0 | tr |
| | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 8 | 1 | 1 | – | tr | 0 | 0 | – | tr | 0 | 0 | 1 | 0 | 0 | 0 | – |
| Lobularia maritima | 1 | 4 | – | tr | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | – | 0 | 0 | tr | 0 | 2 | 5 | 7 | 2 | tr |
| | 2 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | – | 0 | 0 | 0 | – | 0 | 0 | 4 | 1 | 2 | 2 | 4 | – |
| Montia perfoliata | 1 | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | 14 | – | 8 | – | – | 22 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 19 | – | 75 | 58 | 9 | – | 2 | 1 | 6 | 3 | 2 | 16 | 11 | – |
| Plantago lanceolata | 1 | 2 | – | tr | – | tr | 1 | 0 | 0 | 5 | – | 0 | – | tr | – | 2 | – | 6 | 11 | 18 | 0 | 4 | 10 | 4 | 4 |
| | 2 | 3 | 0 | tr | 1 | 0 | 0 | tr | 0 | 1 | 1 | 18 | – | 6 | 20 | 61 | – | 33 | 56 | 31 | 32 | 15 | 13 | 11 | – |
| Rumex spp | 1 | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | tr | – | tr | – | – | 8 | tr | 0 | tr | tr | tr | tr | 26 | 12 |
| | 2 | 3 | 0 | 2 | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | – | 4 | 2 | 3 | – | 3 | 3 | 10 | 8 | 7 | tr | 0 | – |
| Unknown forbs | 1 | 6 | – | 4 | – | 6 | – | 13 | – | 0 | – | 3 | – | 7 | – | – | 8 | 6 | 6 | 16 | 3 | 20 | 6 | 4 | 1 |
| | 2 | 1 | 2 | 1 | 6 | 2 | 12 | 6 | 2 | 0 | 8 | 1 | – | 0 | 1 | tr | – | 3 | 0 | 1 | 2 | 0 | 1 | 4 | – |
| Total forb | 1 | 18 | – | 13 | – | 10 | – | 38 | – | 1 | – | 32 | – | 43 | – | – | 65 | 57 | 30 | 46 | 49 | 47 | 25 | 37 | 22 |
| | 2 | 16 | 3 | 7 | 14 | 6 | 2 | 8 | 9 | 17 | 6 | 49 | – | 94 | 92 | 83 | – | 64 | 87 | 75 | 72 | 48 | 98 | 51 | – |
| **GRASSES/SEDGES** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Agrostis diegoensis | 1 | 0 | – | 0 | – | 3 | – | 0 | – | 1 | – | 0 | – | 8 | – | – | 0 | 11 | 4 | 5 | 7 | 0 | 9 | 13 | 0 |
| | 2 | 2 | 8 | 2 | 5 | 2 | 5 | 2 | 0 | 0 | 0 | 0 | – | 0 | 1 | 0 | – | 0 | 0 | 2 | 7 | 1 | 0 | 0 | – |
| Aira caryophyllea | 1 | 0 | – | 0 | – | 5 | – | 0 | – | 0 | – | 1 | – | 0 | – | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 2 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | – | 0 | 3 | 1 | – | 3 | 0 | 0 | 0 | 5 | 0 | 0 | – |
| Bromus spp. | 1 | 0 | – | 0 | – | 0 | – | 4 | – | 2 | – | 3 | – | 3 | – | – | 3 | tr | 0 | 0 | 2 | 0 | 14 | 0 | 0 |
| | 2 | 5 | 0 | 0 | 2 | 0 | 0 | 1 | 12 | 5 | 14 | 7 | – | 2 | 0 | 1 | – | 2 | 0 | 0 | 0 | 0 | 6 | 19 | – |
| Danthonia californica | 1 | 0 | – | 0 | – | 0 | – | 7 | – | tr | – | 2 | – | 0 | – | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 1 | 0 | – | 0 | – | 0 | – | 0 | 0 | 0 | 0 | 0 | tr | 0 | – |
| Festuca dertonensis | 1 | 0 | – | 0 | – | 23 | – | 16 | – | 2 | – | 5 | – | 1 | – | – | 0 | 1 | 2 | 0 | tr | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 1 | 28 | 4 | 29 | 36 | 15 | 25 | 13 | – | 0 | tr | 0 | – | 3 | 0 | 0 | 3 | tr | 0 | 0 | – |

251

Table 39.  Continued.

| Taxon | Year | October Mid | October End | November Mid | November End | December Mid | December End | January Mid | January End | February Mid | February End | March Mid | March End | April Mid | April End | May Mid | May End | June Mid | June End | July Mid | July End | August Mid | August End | September Mid | September End |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Festuca rubra | 1 | tr | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2 | 0 | 0 | 1 | 0 | 9 | 4 | 6 | 5 | 3 | 7 | 5 | – | 2 | 2 | 0 | – | 2 | 1 | 4 | 4 | 0 | 2 | 2 | – |
| Holcus lanatus | 1 | 0 | – | 0 | – | tr | – | 0 | – | 0 | – | tr | – | 9 | – | – | 1 | tr | tr | 0 | 2 | 4 | 9 | 1 | 26 |
|  | 2 | 23 | 38 | 41 | 3 | 15 | 3 | 5 | 2 | 1 | 0 | tr | – | 0 | 0 | 0 | – | 0 | 0 | 0 | 2 | 15 | 23 | 16 | – |
| Hordeum spp. | 1 | 1 | – | 11 | – | 17 | – | 3 | – | 0 | – | 6 | – | tr | – | – | 5 | 0 | 2 | 0 | 1 | 9 | 0 | 0 | 4 |
|  | 2 | 3 | 0 | 0 | 10 | 19 | 57 | 16 | 0 | 5 | 12 | 4 | – | 0 | 0 | 2 | – | 0 | 0 | 1 | 2 | 3 | 7 | 0 | – |
| Juncus spp. | 1 | 0 | – | 0 | – | 9 | – | 0 | – | 0 | – | 2 | – | 2 | – | 0 | 0 | 0 | 1 | 0 | 4 | 6 | 2 | 0 | 0 |
|  | 2 | 1 | 4 | 8 | 1 | 1 | 1 | 1 | 1 | 32 | 2 | 5 | – | 0 | 0 | tr | – | 1 | 0 | 0 | 0 | 2 | tr | tr | – |
| Lolium perenne | 1 | 0 | – | 0 | – | 6 | – | 6 | – | 2 | – | 6 | – | 3 | – | – | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 14 | 3 |
|  | 2 | 0 | 12 | 6 | 0 | 2 | 6 | 1 | 0 | 0 | 9 | 0 | – | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | 0 | 2 | 7 | – |
| Poa annua | 1 | 0 | – | 0 | – | 0 | – | 5 | – | 1 | – | 2 | – | 5 | – | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2 | 0 | 0 | 0 | – | 0 | – | 0 | 0 | 5 | 1 | 2 | – | tr | 0 | 0 | – | 0 | – | 0 | 0 | 0 | 2 | 0 | – |
| Polypogon monspeliensis | 1 | 0 | – | 9 | – | 0 | – | 0 | – | 5 | – | 6 | – | 0 | – | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2 | 0 | 0 | 1 | 1 | 1 | 0 | 2 | 0 | 0 | 9 | 2 | – | 0 | 0 | 0 | – | 5 | 0 | 0 | 0 | 0 | 0 | 0 | – |
| Unknown grass | 1 | 0 | – | 22 | – | 12 | – | 0 | – | 5 | – | 5 | – | 13 | – | – | 19 | 28 | 31 | 18 | 5 | 12 | 16 | 15 | 14 |
|  | 2 | 9 | 7 | 19 | 23 | 13 | 12 | 1 | 13 | 3 | 5 | 7 | – | 0 | 2 | 9 | 13 | 3 | 4 | 5 | 3 | 3 | 2 | 1 | – |
| Total grass | 1 | 7 | – | 33 | – | 76 | – | 40 | – | 25 | – | 41 | – | 56 | – | – | 34 | 41 | 42 | 23 | 26 | 32 | 35 | 50 | 46 |
|  | 2 | 46 | 76 | 89 | 90 | 91 | 93 | 91 | 86 | 77 | 91 | 50 | – | 6 | 8 | 16 | – | 31 | 5 | 13 | 21 | 30 | 47 | 45 | – |
| **SHRUBS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Artemisia spp. | 1 | 36 | – | 49 | – | 11 | – | 21 | – | 74 | – | 26 | – | 0 | – | – | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 |
|  | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 | – | 0 | 0 | 0 | – | 0 | 0 | 0 | 0 | tr | 1 | 0 | – |
| Lupinus spp. | 1 | 10 | – | 0 | – | 1 | – | 0 | – | tr | – | 0 | – | 0 | – | – | 1 | 0 | 1 | 0 | 1 | 13 | 11 | 2 | 13 |
|  | 2 | 32 | 17 | 2 | 19 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | – | 0 | 0 | 0 | – | 2 | 2 | 0 | 1 | 4 | 1 | tr | – |
| Total shrub | 1 | 76 | – | 36 | – | 12 | – | 22 | – | 74 | – | 26 | – | 0 | – | – | 1 | 0 | 7 | 1 | 18 | 13 | 11 | 2 | 17 |
|  | 2 | 33 | 19 | 2 | 19 | 1 | 1 | 1 | 1 | 0 | 2 | 0 | – | 0 | 0 | 0 | – | 3 | 5 | 5 | 6 | 17 | 3 | 3 | – |
| **TREES** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Salix hindsiani | 1 | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | 0 | – | – | 0 | tr | tr | 36 | 4 | 4 | 7 | 0 | 13 |
|  | 2 | 2 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | – | 0 | – | 0 | tr | tr | – | 0 | 3 | 3 | 2 | 2 | tr | 3 | – |
| Total tree | 1 | 0 | – | 2 | – | 2 | – | 0 | – | 0 | – | 0 | – | 0 | – | – | 1 | 1 | 1 | 36 | 5 | 5 | 8 | 12 | 15 |
|  | 2 | 3 | 1 | 2 | 17 | 0 | 2 | 0 | 2 | 5 | 0 | 0 | – | 0 | tr | tr | – | 0 | 3 | 3 | 2 | 2 | 2 | tr | – |

*Year 1 = October 1979 - September 1980.
ᵇYear 2 = October 1980 - September 1981.
ᶜtr < 2%.

252



Figure 36.   Elk use of forage classes determined by monthly samples from October 1979 through March 1980 and bimonthly samples from April 1980 through September 1981.

decline in the three other plant categories.  The bulk of
the forbs eaten in both years were English plantain
(Plantago lanceolata) and miner's lettuce (Montia
perfoliata), with the former taken predominantly from March
to September and the latter for the relatively short period
of March through May in both years (Table 39).  Coast
sagebrush (Artemisia californica) was consumed extensively
in the winter months of 1979 but not at other times.  Bush
lupine (Lupinus arboreus) was the only other shrub taken by
elk (Table 39).  Trees were  sandbar willow (Salix
Hindsiana) in June and July of 1980 (Table 39) and Monterey
cypress (Cupressus sargentii) in November of 1980 (Appendix
II).

A study of the food habits of elk on Tomales Point from
late September through December 1978 using the bite count
method revealeda rapid transition from a diet of
predominantly forbs to one of predominantly grasses in the
first week of December (Ray 1981:98).  Grass intake
increased markedly between October and December 1979 (Fig.
36).  However, in 1979 this study showed the transition was
from shrubs to grasses, not forbs to grasses as recorded by
Ray (1981).  There was a rapid transition from grasses to
forbs at the end of the winter 1981 (Fig. 36).

005012

254

The diet of tule elk in the Owens Valley, Inyo Co. (McCullough 1969), is similar to that at Point Reyes in extensive use of forbs in the spring and summer. Browse is an important part of the summer diet in the Owens Valley (McCullough 1969) in contrast to Point Reyes. Willows were eaten in the summer at Point Reyes but in the winter at Owens Valley (McCullough 1969). Grasses make up more than 50 percent of the diet of tule elk in the Diablo Range, Contra Costa Co., in all seasons (Phillips 1985), and of Roosevelt elk in Prairie Creek Redwoods State Park, Humboldt Co. (Harper et al. 1967). In contrast, Roosevelt elk of the Olympic Peninsula of Washington consume a maximum of 26 percent grasses in the fall (Leslie et al. 1984).

Deer Diet

A minimum of 25 plant species made up at least five percent of the deer diet in two or more sample periods (Table 40). Browse plants were predominant (Table 40). The general dietary pattern shows a decline in the use of forbs from a peak in the spring to a low in the fall months with a concurrent increase in shrub use, reaching a peak in the fall months (Fig. 37). The decline in forb consumption is more continuous in the south section than north section.

255

Table 40.  Percent composition of taxa making up more than five percent of the deer diet in the north and south sections of Tomales Point in two sample periods.  The deer diet was sampled monthly from December 1979 through September 1981.

| Taxon | Year | October S | October N | November S | November N | December S | December N | January S | January N | February S | February N | March S | March N | April S | April N | May S | May N | June S | June N | July S | July N | August S | August N | September S | September N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Achillea borealis | 1[a] | - | - | - | - | 2 | - | - | - | 13 | - | 1 | - | 4 | - | 0 | 2 | 2 | 2 | tr | 6 | 1 | 2 | 5 | 0 |
| | 2[b] | 6 | 5 | 0 | tr | 2 | 2 | 1 | 0 | 36 | 11 | 2 | 1 | 3 | 1 | 2 | 4 | tr | 2 | 8 | 5 | 29 | 22 | 10 | 12 |
| Cirsium spp. | 1 | - | - | - | - | 0 | - | - | - | 1 | - | 0 | - | 0 | - | 0 | 15 | 0 | 0 | 5 | 5 | 0 | 5 | 4 | 0 |
| | 2 | 0 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Iris douglasiana | 1 | - | - | - | - | tr | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 10 | 0 | 1 | 0 | 6 | 0 | 16 | 0 | 3 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lobularia maritima | 1 | - | - | - | - | 0 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | tr | 0 | 2 | 0 | 3 | 8 |
| | 2 | 2 | 0 | 0 | 11 | 9 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | tr | 0 | tr | tr | 0 | 0 |
| Montia perfoliata | 1 | - | - | - | - | 0 | - | - | - | 0 | - | 8 | - | 8 | - | 13 | 1 | tr | 1 | 1 | 1 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 2 | 20 | 60 | 12 | 41 | 17 | 11 | 0 | tr | 0 | 2 | 0 | 1 | 0 | 28 |
| Plantago lanceolata | 1 | - | - | - | - | 0 | - | - | - | 0 | - | 4 | - | 61 | - | 47 | 21 | 69 | 71 | 30 | 11 | 31 | 12 | 9 | 2 |
| | 2 | 2 | 2 | 0 | 3 | 2 | 0 | 3 | 0 | 9 | 15 | 69 | 1 | 70 | 42 | 60 | 44 | 63 | 73 | 41 | 53 | 20 | 19 | 24 | 31 |
| Potentilla spp. | 1 | - | - | - | - | 0 | - | - | - | 2 | - | 8 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 26 | 11 |
| | 2 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Rumex spp. | 1 | - | - | - | - | 0 | - | - | - | 0 | - | 5 | - | 1 | - | 2 | 0 | 21 | 14 | 6 | 5 | 3 | 2 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | 0 | tr | 0 | 4 | 0 | 0 | tr | 17 | 1 | 2 | 3 | 1 | tr | 12 | 16 | 25 | 4 | 6 | 0 | 9 |
| Unknown forbs | 1 | - | - | - | - | tr | - | - | - | 3 | - | 2 | - | 2 | - | 7 | 10 | 1 | 3 | 13 | 6 | 10 | 0 | 3 | 14 |
| | 2 | 4 | 3 | 2 | 5 | 8 | 4 | 8 | 2 | 0 | 2 | tr | 9 | tr | 0 | tr | 3 | tr | 1 | tr | 1 | 2 | 1 | 1 | 2 |
| Total forb | 1 | - | - | - | - | 10 | - | - | - | 25 | - | 47 | - | 88 | - | 74 | 61 | 94 | 92 | 72 | 59 | 56 | 34 | 56 | 60 |
| | 2 | 17 | 22 | 4 | 41 | 25 | 10 | 16 | 13 | 60 | 53 | 94 | 89 | 92 | 90 | 90 | 71 | 68 | 92 | 68 | 91 | 75 | 76 | 59 | 86 |
| **GRASSES/SEDGES** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bromus spp. | 1 | - | - | - | - | tr | - | - | - | 3 | - | 11 | - | 1 | - | 2 | 2 | 0 | 0 | 0 | tr | 0 | 0 | 0 | 0 |
| | 2 | tr | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 9 | 3 | tr | tr | tr | 0 | 0 | tr | tr | 0 | 0 | 0 | tr | tr | 0 | 0 |
| Festuca dertonensis | 1 | - | - | - | - | 21 | - | - | - | 7 | - | 14 | - | tr | - | 1 | 0 | 0 | 0 | tr | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 6 | 3 | 2 | tr | 10 | tr | 8 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Festuca rubra | 1 | - | - | - | - | 2 | - | - | - | 17 | - | 0 | - | tr | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 0 | 3 | 5 | 0 | 0 | tr | 0 | 0 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 1 | 3 |
| Unknown grass | 1 | - | - | - | - | 3 | - | - | - | 0 | - | 2 | - | 2 | - | 2 | 0 | 5 | 1 | 1 | 1 | tr | 6 | 4 | 4 |
| | 2 | tr | tr | tr | 4 | 3 | 3 | 4 | 3 | 2 | 7 | tr | 0 | tr | tr | 2 | 2 | 2 | tr | 4 | 1 | 3 | tr | 0 | tr |
| Total grass | 1 | - | - | - | - | 34 | - | - | - | 31 | - | 41 | - | 7 | - | 14 | 10 | 2 | 2 | 4 | 8 | 6 | 8 | 5 | 5 |
| | 2 | 1 | 1 | 1 | 18 | 10 | 5 | 9 | 21 | 28 | 29 | 2 | 2 | 2 | 6 | 4 | 6 | 2 | tr | 4 | 2 | 4 | 2 | 2 | 3 |

005014

256

Table 40. Continued.

| Taxon | Year | October S | October M | November S | November M | December S | December M | January S | January M | February S | February M | March S | March M | April S | April M | May S | May M | June S | June M | July S | July M | August S | August M | September S | September M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHRUBS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Artemisia* spp. | 1 | - | - | - | - | 4 | - | - | - | 1 | - | 0 | - | 1 | - | 1 | 0 | 0 | tr | 0 | 10 | 4 | 24 | 4 | 0 |
| | 2 | 0 | 0 | 7 | 0 | 3 | 18 | 11 | 20 | 1 | 9 | 0 | 0 | 2 | 0 | tr | 0 | 0 | 0 | 0 | 0 | 7 | 5 | 32 | 0 |
| *Baccharis pilularis* | 1 | - | - | - | - | 6 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | tr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 7 | 1 | 1 | 3 | 7 | 8 | 14 | tr | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Ceanothus thyrsiflorus* | 1 | - | - | - | - | 0 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | 11 | 11 | 4 | 0 | 1 | 0 | 0 | 0 | tr | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Lupinus* spp. | 1 | - | - | - | - | 9 | - | - | - | 30 | - | 4 | - | 3 | - | 2 | 25 | 2 | 3 | tr | 12 | 21 | 14 | 24 | 29 |
| | 2 | 56 | 35 | 29 | 38 | 20 | 13 | 31 | 19 | 11 | 1 | tr | 5 | 3 | tr | 3 | 18 | 3 | 2 | 0 | 1 | 7 | 6 | 7 | 3 |
| *Lonicera* spp. | 1 | - | - | - | - | 12 | - | - | - | 0 | - | 0 | - | 1 | - | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | tr | 0 | 0 | 0 | 0 | 0 | 0 |
| *Rhamnus californica* | 1 | - | - | - | - | 4 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| | 2 | 0 | 0 | 1 | 0 | 0 | 5 | 7 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Rhus diversiloba* | 1 | - | - | - | - | 6 | - | - | - | 0 | - | 5 | - | 0 | - | 8 | 0 | 0 | 1 | 0 | 0 | 3 | 18 | 0 | 0 |
| | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | tr | 0 | 0 |
| *Rubus* spp. | 1 | - | - | - | - | 1 | - | - | - | 0 | - | 0 | - | 1 | - | 0 | 0 | 0 | tr | 0 | 2 | 0 | 2 | 0 | 10 |
| | 2 | 3 | 4 | 7 | 0 | 7 | 2 | 6 | 0 | 0 | 1 | 2 | 0 | 0 | 1 | 1 | 2 | 0 | 9 | 20 | 1 | 0 | tr | 0 | 4 |
| Unknown shrub | 1 | - | - | - | - | 4 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 0 | 0 |
| | 2 | 6 | 1 | 5 | 0 | 0 | 0 | 0 | TR | 0 | 0 | 0 | TR | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | TR | 0 | 0 | 0 |
| Total shrub | 1 | - | - | - | - | 5 | - | - | - | 33 | - | 9 | - | 5 | - | 11 | 30 | 2 | 5 | 6 | 27 | 30 | 58 | 36 | 33 |
| | 2 | 74 | 59 | 86 | 41 | 48 | 73 | 67 | 62 | 19 | 17 | 3 | 6 | 6 | 3 | 6 | 23 | 27 | 5 | 25 | 5 | 16 | 22 | 43 | 7 |
| **TREES** | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Cupressus sargentii* | 1 | - | - | - | - | 5 | - | - | - | 11 | - | 0 | - | 0 | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | 2 | 0 | 12 | 0 | 0 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| *Myrica californica* | 1 | - | - | - | - | 3 | - | - | - | 0 | - | 4 | - | tr | - | 0 | 0 | 0 | 0 | 0 | 0 | 2 | tr | 0 | 0 |
| | 2 | 1 | 4 | 0 | 0 | 1 | 7 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | tr | 0 | 0 | 1 | 0 | 0 |
| *Salix hindsiana* | 1 | - | - | - | - | 1 | - | - | - | 0 | - | 0 | - | 0 | - | 0 | 0 | tr | 1 | 15 | 4 | 2 | tr | 0 | 1 |
| | 2 | 2 | 1 | tr | 0 | 2 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 2 | 2 | tr | 5 | 2 | 3 |
| Total tree | 1 | - | - | - | - | 9 | - | - | - | 11 | - | 4 | - | tr | - | 0 | 0 | 0 | tr | 15 | 4 | 4 | 1 | tr | 2 |
| | 2 | 4 | 16 | 9 | 0 | 15 | 10 | 6 | 3 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 3 | 3 | 2 | 1 | 6 | 2 | 3 |

aYear 1 = October 1979 - September 1980.
bYear 2 = October 1980 - September 1981.
ctr < 2%.



Figure 37.   Deer use of forage classes determined by mid-monthly samples from December 1979 through September 1981 in the southern section of Tomales Point and from May 1980 through September 1981 in the northern section.

005016

258

In both sections English plantain was taken from March to
September and miner's lettuce from March through May in
both years (Table 40).  Yarrow (<u>Achillea borealis</u>) was
consumed in all months with peaks in February of both years
and a second peak in August and September 1981 while sheep
sorrell and curly-leaved dock (<u>Rumex</u> spp.) were taken in
only June and July of both years.  And thistles (<u>Cirsium</u>
spp.) were eaten only in 1980.  Among the shrub species,
bush lupine was taken predominantly from August 1980
through February 1981 with a second peak in May at the
north section in both years (Table 40).  Other shrubs such
as poison oak (<u>Rhus diversiloba</u>) were consumed sporadically
(Table 40).  Three tree species were eaten in the fall and
winter (Table 40).

Black-tailed deer on Tomales Point consume far more
shrubs (Fig. 37) than do those in the Seashore's pastoral
zone immediately to the south (Elliott and Barrett
1985:437).  Similarities in dietary patterns between deer
in both areas include the maximum consumption of grasses in
the winter months and the maximum consumption of forbs in
the summer (Fig. 37, Elliott and Barrett 1985).  Dietary
patterns of deer in other areas of central California are
characterized by heavy reliance on browse throughout the

year with some intake of forbs in the late winter and spring (Taber and Dasmann 1958, Longhurst et al. 1979). Similarly, black-tailed deer of the Olympic Peninsula, Washington utilize browse extensively but use forbs in the summer months (Leslie et al. 1984).

Dietary Overlap

The degree of common use of plant species varied markedly between elk and deer. Both indices of dietary overlap show that the diets were most similar in July, August, and October 1980 and May through August 1981, with very high overlap in May 1981 (Fig. 38). Horn's (1966) formula tends to produce higher and lower estimates of dietary overlap at extremes than does the simple overlap index. The greatest degree of overlap coincided with extensive use of English plantain by both species (Tables 39 and 40).

Simple dietary overlap indices for elk and deer on Tomales Point (Fig. 38) were far more variable throughout the year than similar indices for six possible combinations of sympatric ruminants in the Seashore's pastoral zone

260



Figure 38.   Two indices of monthly dietary overlap of elk
and deer utilizing the south section of Tomales Point
between December 1979 and September 1981.

005019

(Elliott and Barrett 1985:438), or for sympatric elk and deer on the Olympic Peninsula, Washington (Leslie et al. 1984:768).

Diet Selection

Strauss index values for plant species making up more than five percent of the diet or five percent of the available vegetative cover show relatively few species were selected for by either herbivore. Elk showed a preference for two forb species and one grass species while deer selected for three forb species in at least one year (Table 41). The greatest degree of selectivity was exhibited by deer for English plantain. With the exception of selection for thingrass (Agrostis diegoensis) by elk in 1980, both herbivores avoided grasses, shrubs and trees with the avoidance of grasses by deer being most pronounced (Table 41). Plant species preferred by elk and deer on Tomales Point are largely the same species comprising a substantial part of the diet of four sympatric ruminants on the Seashore's pastoral zone (Elliott and Barrett 1985).

DISCUSSION

The value of fecal sample analysis to determine

005020

Table 41.  Strauss index values for diet selection of elk and deer for plant species making up five percent or more of any vegetative type or of either herbivore diet for June 1980 and 1981.

| Taxon | Elk | | Deer | | | |
| | | | South | | North | |
| | 1980 | 1981 | 1980 | 1981 | 1980 | 1981 |
| --- | --- | --- | --- | --- | --- | --- |
| LOWER PLANTS | | | | | | |
| Pteridium aquilinum | -0.06 | – | -0.06 | – | -0.05 | – |
| FORBS | | | | | | |
| Erodium spp. | 0.11 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| Heracleum lanatum | – | -0.15 | – | -0.15 | – | -0.14 |
| Myrica californica | -0.04 | – | -0.04 | – | -0.04 | – |
| Plantago lanceolata | 0.00 | 0.11 | 0.58 | 0.41 | 0.60 | 0.52 |
| Rumex spp. | -0.09 | -0.18 | 0.12 | -0.18 | 0.03 | -0.10 |
| Sambucus callicarpa | – | – | – | 0.11 | – | 0.03 |
| GRASSES/SEDGES | | | | | | |
| Agrostis diegoensis | 0.11 | – | 0.00 | – | – | – |
| Aira caryophylles | -0.17 | -0.25 | -0.17 | -0.26 | -0.16 | -0.26 |
| Bromus spp. | -0.32 | -0.42 | -0.32 | -0.44 | -0.38 | -0.44 |
| Festuca dertonensis | -0.26 | -0.32 | -0.27 | -0.35 | -0.31 | -0.36 |
| Lolium multiflorum | -0.06 | – | -0.06 | – | -0.06 | – |
| Lolium perenne | -0.30 | -0.22 | -0.30 | -0.22 | -0.31 | -0.23 |
| SHRUBS | | | | | | |
| Baccharis pilularis | -0.13 | -0.25 | -0.13 | -0.25 | -0.11 | -0.21 |
| Rhus diversiloba | -0.09 | -0.14 | -0.09 | -0.14 | -0.06 | -0.12 |
| TREES | | | | | | |
| Salix Hindsiana | -0.04 | -0.02 | -0.05 | -0.02 | -0.03 | -0.02 |

005021

263

herbivore food habits has been scrutinized by a number of
investigators.  A recent review (Holechek et al. 1982)
concluded that fecal analysis tends to underestimate the
proportion of forbs in the diet of a variety of ruminants
although some studies have reported this not to be the case
(Todd and Hansen 1973, Anthony and Smith 1974, Kie et al.
1980).  Elk digest forbs at a higher rate than other plant
types while grass species vary in their digestibility
(Pulliam and Nelson 1979).  Digestibility of plant types is
influenced by phenological phase (Pulliam and Nelson
1979).  Leslie (1983) found seasonal variation in
digestibility, with forbs, grasses and shrubs consistently
underestimated in the diet of Roosevelt elk.  Any
inaccuracy in assessment of dietary intake of elk and deer
on Tomales Point should be consistent between herbivores,
and would tend to underestimate preference for forbs.

Deer on Tomales Point may be classified as forb-shrub
feeders and elk as forb-grass feeders.  Black-tailed deer
are classified as intermediate feeders (Anderson and Wallmo
1984).  Elk are generally considered grazers and the high
use of forbs by elk on Tomales Point is somewhat atypical
(Nelson and Leege 1982), although tule elk in the Owens
Valley make extensive use of forbs in the spring and summer
(McCullough 1969).  The greatest partitioning of forage

264

species between elk and deer occurs in the wet winter and
spring period when the grasses and shrubs taken by each are
likely most palatable but plant biomass is low (Chapter
III).  The greatest dietary overlap occurs in the dry
summer when forage quality is low but standing crop is
high.  Forbs are the most abundant plant type in the three
grassland types in June (Chapter III).  As noted by
McCullough (1969) for tule elk in the Owens Valley,
utilization of forbs in the spring provides nutritious
forage at the onset of calving, molting and antler
regrowth.  This is true for both elk and deer on Tomales
Point.

Both ungulates make extensive use of select plant
species, notably English plantain, miner's lettuce and
lupines.  Plantain characteristically remains green during
the summer and into the fall when most other plants are
dry.  Black-tailed deer also selected this species in the
Seashore's pastoral zone in September (Elliott and Barrett
1985).  Miner's lettuce is preferred by both species when
available.  Bush lupine is an important dietary item for
both herbivores, especially in the fall, but more so for
deer than elk.  Utilization of plantain and miner's lettuce
may directly affect trace element balances in elk and
deer.  Levels of copper in plantain at Point Reyes are low

(Akeson et al. 1982) relative to values from England
(Thomas and Thompson 1948).  Levels of molybdenum were
higher in miner's lettuce than any other plant species
tested on Tomales Point (Akeson et al. 1982).  Deer
utilization of shrubs in the fall and winter may ameliorate
this situation.  Shrub species tested on Tomales Point,
including lupine, were higher in copper than all other
plant types except wetland forbs (Akeson et al. 1982).  The
pontential impact of diet on hypocuprosis in elk is
discussed in Chapter V.  Utilization of lupines may expose
both herbivores to teratogenic alkaloids (Keeler et al.
1977, Keeler 1978).  Such alkaloids were identified as a
possible cause of deformity in a stillborn elk calf
(Chapter VII, Gogan and Jessup 1985).  There are no records
of deformities among deer fawns at Point Reyes.

Two schools of thought exist on ungulate diet
selection.  The first maintains that forage species are
equal in food value and the feeding strategy should be to
select food items in proportion to their availability
(Pulliam 1974).  The second school argues that forage
species are unequal in food value and that the preferred
feeding strategy is to optimize nutrient intake (Westoby
1974, Belovsky 1978).  In the latter case, ungulates will
select preferred forage items when resources are abundant

(Westoby 1974, Belovsky 1978).  Dietary selection may be
modified by the density of other members of the species
population or of other sympatric ungulates species.
McCullough (1980:4) has suggested that intraspecific
competition tends to spread the use of the resource base
while interspecific competition narrows it.  These
interactions are likely to come into equilibria with one
another and the forage resources over time (Caughley
1976:214).

The measure of dietary overlap in this study reflects
forge intake immediately following a large perturbation to
the range-herbivore system, i.e., removal of domestic stock
and reintroduction of tule elk.  Elk numbers were well
below carrying capacity in 1980 and 1981.  Deer numbers
were probably at equilibrium with livestock and forage
resources prior to removal of cattle.  The impact of
removal of livestock on black-tailed deer is unknown.
Studies of sympatric livestock and black-tailed deer in the
pastoral zone suggest little direct overlap in diet
(Elliott and Barrett 1985).  However, the forage base has
been subjected to over 100 years of intensive livestock use
(Chapter II).  Livestock utilization of the range coupled
with introductions of exotic plant species has undoubtedly
affected the forage resources available to ungulates.  The

relationship of elk and deer on Tomales Point relative to
any ecological balance in pristine times is remote.
Firstly, the area's botanical composition has been altered
dramatically.  Secondly, elk may not have been year-round
residents of Tomales Point in pristine times.

Studies of herbivore diets at different population
densities are uncommon.  White-tailed deer ($\underline{O}$. $\underline{virginianus}$)
at high densities in southern Texas utilized more grasses
than did deer in adjacent areas (Kie et al. 1980).
Similarly, the diet of elk and deer on Tomales Point may
change as elk density increases.  One would expect
increased use of less preferred forage items as intra- and
interspecific competition intensifies with the growth of
the elk population.

Strauss index values show both elk and deer on Tomales
Point clearly preferred certain forages and avoided others
(Fig. 38) in June of 1980 and 1981, the time of peak
herbaceous standing crop (Chapter III).  The rapid
transition in classes of forage consumed by both herbivores
also indicates selectivity.  Thus, the nature of forage
selection by both elk and deer supports the theory of
optimal nutrient intake (Westoby 1974, Belovsky 1978).
Both elk and deer showed a high preference for three forage

268

species (Table 41).  The highest degree of selectivity was
exhibited by deer for English plantain.  Greater
selectivity by deer is in accord with the hypothesis that
smaller ungulates are more selective than large (Holechek
et al. 1982).  Plantain is used extensively by both
herbivores and it may be an important source of certain
nutrients in the dry months.  Any competition for forage
resources may center on this species as elk numbers
increase on Tomales Point.  In addition, plantain is most
abundant in disturbed areas on Tomales Point -- formerly
cultivated fields and areas grazed heavily in the past.
Successional changes may lead to a reduction in the
abundance of plantain independent of the effects of grazing
by elk and deer.

Black-tailed deer (O. h. sitkaensis) in southwest
Alaska feed upon beach kelp (Fucus sp.) in severe winters
(Klein and Olson 1960), and red deer (C. e. elaphus) on the
Isle of Rhum, Scotland take seaweed regularly each winter
(Clutton-Brock et al. 1982).  A variety of species of
marine flora, particularly bull kelp (Nereocystis
leutkeana) and eelgrass (Zostera marina), wash ashore on
the beaches of Tomales Point following winter storms.
Small amounts of these species were taken by elk and deer
during this study (Appendix II).  Possibly, they may become

269

more important as elk numbers increase.

CONCLUSIONS

Elk and black-tailed deer on Tomales Point may be classified as forb-grass and forb-shrub feeders, respectively.  Both utilize forbs extensively in the spring and summer months when herbaceous standing crop is at a maximum, and resort to other plant types when they are likely more nutritious in the fall and winter.  Thus, both herbivores exhibit a pattern of optimizing nutrient intake.  Measurement of forage selectivity in June of 1980 and 1981 shows: 1) elk and deer are highly selective in species taken; 2) deer tend to be more selective than elk; and 3) some plant species are selected by both herbivores. Both herbivores make extensive use of English plantain, an exotic perennial forb that remains green for much of the dry season.  At this time, although herbaceous standing crop is high most of it is cured.  Thus, there is a potential for direct inter- and intraspecific competition for high quality forage resources if plantain's abundance in the sward should be reduced through plant succession or overutilization.

270

CHAPTER XIV

HABITAT SUITABILITY INDICES FOR TULE ELK

AND BLACK-TAILED DEER

Habitat Suitability Index (HSI) models synthesize
information on the capability of habitats to support
species within select geographical boundaries.  An HSI
model may be viewed as a hypothesis of species-habitat
relationships expressed as an index ranging between 0.0
(unsuitable habitat) and 1.0 (optimum habitat) (Fish and
Wildlife Service 1981).  HSI models were developed for both
tule elk and black-tailed deer at Tomales Point.

METHODS

The suitability of select physical and biological
attributes of the coastal prairie-coastal scrub mosaic as
habitat for tule elk and black-tailed deer was determined
by a review of the literature on each species.  Information
on Roosevelt elk in northern California and Oregon was used
to supplement the little information on tule elk, there
being no populations of tule elk in the coastal portion of
its historic range until recently.

005029

271

Each 4-ha cell on Tomales Point (Chapter III) was evaluated for all habitat components and given an HSI rating between 0.0 and 1.0 on the basis of models developed separately for each species.  Values for individual cells were smoothed using program GOLDEN (Golden Software, P.O. Box 281, Golden, CO 80402) to produce contour lines depicting predicted relative suitability of Tomales Point for each species.

The HSI model for black-tailed deer was tested against actual habitat use as measured by pellet group distribution.  Cells sampled for pellet groups to census black-tailed deer (Chapter XI) were grouped by the HSI value assigned as above.  The few cells in the highest and lowest HSI rankings were pooled with the next lower and higher HSI classes respectively, leaving three HSI classes (A = 0.4-0.5; B = 0.6; C = 0.7-0.8).  Differences in mean density and distribution of pellet groups by HSI classes were examined with program PELANAL (Eberhardt and White 1980) for each of four sample periods.

005030

RESULTS

Tule Elk

Model Objectives--The objective is to produce an estimate of year-round habitat suitability for resident tule elk on Tomales Point, Point Reyes National Seashore, Marin Co. that ranks habitat variables in a manner similar to the way a species authority would approach the problem (Fish and Wildlife Service 1981). It may be applicable to other tule elk populations in the coastal prairie-coastal scrub mosaic should they be established.

The minimum habitat area required to support a band of tule elk is assumed to be 500 ha, the home range of tule elk in the Diablo Range (Phillips 1985). This estimate is somewhat higher than measures of home range of the elk in this study (Chapter IX). A larger area was selected to reflect the expected pattern for a tule elk herd larger than existed during the period of this study.

Model Variables--The model considers nutrients and cover as tule elk life requisites. The quality of these requisites in the coastal prairie-coastal scrub mosaic is

273

used to calculate an overall HSI.  This cover type provides
both nutrients and cover (Fig. 39).  Cover suitability is
derived from aspect, vegetative distribution, shrub density
and height, and the presence or absence of gullies.
Nutrient suitability is related to the availability of
preferred forage plants, soil quality, and the availability
of free water.

It is assumed that the limited size of Tomales Point
relative to tule elk home range assures satisfactory
interspersion of life requisites.  Some variables such as
free water are ranked higher owing to their proximity, but
none are ranked lower because of distance.

Model Structure--Habitat categories for each variable
are assigned to one of four classes with a suitability
index value assigned to each class (Fig. 40).  The
suitability of the variables measured is expressed with
suitability index values (Fig. 41) derived from general
statements in the literature.  No variable was rated at the
optimum of 1.0 as the general suitability of Tomales Point
for tule elk is considered only fair (Chapter I).  Existing
conditions in each 4-ha cell on Tomales Point were scored

005032

274



Figure 39.   Tree diagram of HSI variables for tule elk and black-tailed deer.

005033

275



Figure 40.   Habitat classes and associated suitability indices used in rating habitat variables in the tule elk and black-tailed deer models.

005034

276

$V_1$ :   ASPECT

    B) west, east

    C) flat, south, valley

    D) knoll, north


$V_2$ :   SOIL/SLOPE

    B) rocky outcrops, granitic cliffs

    C) Sirdrak sand 15-50% slope,

       Kehoe coarse loam 15-50% slope,

       aquatic tidelands

    D) Sirdrak sand 2-15% slope,

       Kehoe coarse loam 2-15% slope,

       Sheridan coarse loam 9-30% slope


$V_3$ :   VEGETATIVE DISTRIBUTION

    A) barren

    B) enclosed scrub, scrub edge,

    C) grass edge

    D) enclosed grass


Figure 41.  Suitability index values for variables in the
tule elk habitat suitability model.

005035

$V_4$: VEGETATIVE TYPE

    A) barren, thick scrub

    C) baccharis grassland

    D) lupine grassland, open grassland

$V_5$: SHRUB DENSITY

    A) thick

    C) medium

    D) open, non

$V_6$: SHRUB HEIGHT

    A) 2 m

    C) 0.5 - 1 m

    D) 0, 0.1 < 0.5 m

$V_7$: GULLIES

    C) present

    D) absent

$V_8$: FREE WATER

    C) absent, spring, stream

    D) pond

Figure 41.  Continued.

278

for each variable (Fig. 42).

The relationship between variables is considered compensatory (Fish and Wildlife Service 1981).  Hence, for each 4-ha cell, they are combined to produce an arithmetic mean HSI value by the formula:

$$HSI = (2(V_1) + 2(V_2) + 3(V_3) + 3(V_4)$$
$$+ 3(V_5) + (V_6) + 2(V_7) + 2(V_8))/18$$

Smoothed cell values show the south central portion of Tomales Point to be the most suitable for tule elk (Fig. 43).  This is the area most used by the current elk herd (Chapter IX).

Black-tailed Deer

Model Objectives--The objective is to produce an estimate of year-round habitat suitability that ranks habitat variables for resident black-tailed deer on Tomales Point, Point Reyes National Seashore, Marin Co. in a manner similar to a species authority (Fish and Wildlife Service 1981).  It may be applicable to other black-tailed deer populations in the coastal scrub-coastal prairie mosaic.

005037

Figure 42.  Suitability index scores for variables in the
tule elk habitat suitability model for Tomales Point.

005038

TOMALES POINT GIS-ELK HABITAT VARIABLE 3: VEGETATIVE  DISTRIBUTION



TOMALES POINT GIS-ELK HABITAT VARIABLE 4: VEGETATIVE TYPE



Figure 42.   Continued.

281

TOMALES POINT GIS-ELK HABITAT VARIABLE 5: BRUSH DENSITY



```
                                    0 = UNSUITABLE
                                    1 = MARGINAL
                                    5 = SUITABLE
                                    9 = OPTIMAL
```

TOMALES POINT GIS-ELK HABITAT VARIABLE 6: BRUSH HEIGHT



```
                                    0 = UNSUITABLE
                                    1 = MARGINAL
                                    5 = SUITABLE
                                    9 = OPTIMAL
```

Figure 42.  Continued.

282



TOMALES POINT GIS-ELK HABITAT VARIABLE 7: GULLEYS

5 = SUITABLE
9 = OPTIMAL



TOMALES POINT GIS-ELK HABITAT VARIABLE 8: FREE WATER

5 = SUITABLE
9 = OPTIMAL

Figure 42.   Continued.



Figure 43.   Smoothed habitat suitability index scores for tule elk on Tomales Point.

005042

284

The minimum habitat area required to support an
individual black-tailed deer is a home range of
approximately 60 ha (Harestad and Bunnell 1979).
Maintenance of a viable population of deer would require an
area considerably larger.

Model Variables--The model considers nutrients and
cover as deer life requisites.  The quality of these
requisites in the coastal prairie-coastal scrub cover
mosaic is used to calculate an overall HSI.  This cover
type provides both nutrients and cover (Fig. 39).  Cover
suitability is derived from aspect, vegetative
distribution, shrub density and height, and the presence or
absence of gullies.  Nutrient suitability is related to the
availability of preferred forage plants, soil quality, and
the availability of free water.

Interspersion of life requisites is assumed not to be a
problem for black-tailed deer.  Some variables such as free
water are ranked higher owing to their proximity, but none
are ranked lower because of distance.

Model Structure--The suitability of the variables
measured is depicted by suitability index graphs (Fig. 44)
derived from general statements in the literature.  No

005043

285

$V_1$ :   ASPECT

    B) knoll, north

    C) flat, west

    D) south, east, valley


$V_2$ :   SOIL/SLOPE

    B) rocky outcrops, granitic cliffs

    C) Sirdrak sand 15-50% slope,

       Kehoe coarse loam 15-50% slope,

       aquatic tidelands

    D) Sirdrak sand 2-15% slope,

       Kehoe coarse loam 2-15% slope,

       Sheridan coarse loam 9-30% slope


$V_3$ :   VEGETATIVE DISTRIBUTION

    A) barren

    B) enclosed scrub

    C) enclosed grass

    D) scrub edge, grass edge


Figure 44.   Suitability index values for variables in the black-tailed deer habitat suitability model for Tomales Point.

286

$V_4$:   VEGETATIVE TYPE

> A) barren
>
> C) baccharis grassland, thick scrub
>
>    lupine grassland, open grassland

$V_5$:   SHRUB DENSITY

> B) none
>
> C) thick
>
> D) medium, open

$V_6$:   SHRUB HEIGHT

> C) 0, 2 m, 0.1 < 0.5 m
>
> D) 0.5 - 1 m

$V_7$:   GULLIES

> C) absent
>
> D) present

$V_8$:   FREE WATER

> C) absent
>
> D) spring, stream, pond

Figure 44.   Continued.

005045

variable was rated at the optimum of 1.0 as the general
suitability of Tomales Point for black-tailed deer is
considered only fair (Chapter I).  Existing conditions in
every 4-ha cell on Tomales Point were scored for each
variable (Fig. 45).

The relationship between variables is considered
compensatory (Fish and Wildlife Service 1981).  Hence, for
each 4-ha cell, the variables are combined to produce an
arithmetic mean HSI value by the formula:

$$HSI = (3(V_1) + 2(V_2) + 3(V_3) + V_4 \qquad (19)$$
$$+ 3(V_5) + 3(V_6) + 3(V_7) + V_8)/19$$

Smoothed cell values show a considerable portion of
Tomales Point to be suitable for black-tailed deer (Fig.
46).  Analysis by program PELANAL revealed no detectable
differences in mean density of pellet groups between HSI
rankings in any of the four sample periods (Table 42).

DISCUSSION

The large area with a high, smoothed habitat
suitability index for tule elk toward the southern end of
Tomales Point (Fig. 43) approximates the elks' home range



Figure 45.   Suitability index scores for variables in the black-tailed deer habitat suitability model for Tomales Point.

TOMALES POINT GIS-DEER HABITAT VARIABLE 3:  VEGETATIVE  DISTRIBUTION



```
0 = UNSUITABLE
1 = MARGINAL
5 = SUITABLE
9 = OPTIMAL
```

TOMALES  POINT GIS-DEER HABITAT VARIABLE 4:  VEGETATIVE  TYPE



```
0 = UNSUITABLE
5 = SUITABLE
```

Figure 45.   Continued.

TOMALES POINT GIS-DEER HABITAT VARIABLE 5:   BRUSH DENSITY



5 = SUITABLE
9 = OPTIMAL

TOMALES POINT GIS-DEER HABITAT VARIABLE 6:   BRUSH HEIGHT



5 = SUITABLE
9 = OPTIMAL

Figure 45.   Continued.

291

TOMALES POINT GIS-DEER HABITAT VARIABLE 7: GULLEYS



5 = SUITABLE
9 = OPTIMAL

TOMALES POINT GIS-DEER HABITAT VARIABLE 8:   FREE   WATER



5 = SUITABLE
9 = OPTIMAL

Figure 45.   Continued.

005050



Figure 46.   Smoothed habitat suitability index scores for black-tailed deer habitat suitability on Tomales Point.

Table 42.  Mean number of pellet-groups deposited per day in 200 x 1.5 m plots in each of three HSI rankings for four sample periods.  All values are x10$^{-2}$.

| Sample Period | HSI Ranking | | | | | |
|---|---|---|---|---|---|---|
| | HSI    5 | | HSI    6 | | HSI    7 | |
| | x | SE | x | SE | x | SE |
| February 1981 | 5.4 | 0.8 | 8.1 | 0.6 | 9.9 | 0.9 |
| April 1981 | 5.7 | 0.5 | 8.5 | 0.6 | 4.4 | 0.4 |
| July 1981 | 16.5 | 1.2 | 7.7 | 0.5 | 14.7 | 0.8 |
| September 1981 | 8.2 | 0.9 | 8.5 | 0.8 | 22.4 | 1.2 |

294

for 1978 (Ray 1981) and 1979 through 1981 (Chapter IX).
Casual observations from 1982-1985 suggest elk have
continued to use the southern area of high HSI while
simultaneously utilizing the area at the north end of the
Point with a high HSI rating.  No sightings have been made
of elk between these two areas.

The smoothed habitat suitability model for black-tailed
deer (Fig. 49) shows overall higher HSI rankings for deer
over a larger area than for elk (Fig. 43).  Lack of
agreement between the predicted HSI values and pellet-group
counts should not lead to rejection of the model.
Pellet-group distribution may not be a good measure of use
when compared to other measures of habitat use such as
telemetry data.  Further refinement and testing of the
initial model may produce more satisfactory results.

Factors that can confound development of accurate
habitat suitability models include lack of accurate habitat
data and accurate weighting of the importance of habitat
requisites (Laymon and Barrett 1986), as well as use of a
grid size comparable to the resolution of habitat
components by the target species (Laymon and Reid 1986).
Tests of HSI models have shown models to be capable of
predicting the presence of target species but not their

005053

295

density (Marcot et al. 1983).  Greater accuracy in
predicting differences in species density may be achieved
by increased sample intensity and sampling over a greater
length of time (Marcot et al. 1983).  Models of
ungulate-range relationships may be improved by continuing
refinement and testing (Allen et al. 1984).  Continued
development of this model is beyond the scope of this
report.  However, such a model may be useful in assessing
the importance of successional shifts in the vegetation of
Tomales Point to elk and deer.


CONCLUSIONS


Habitat suitability models for tule elk and
black-tailed deer on Tomales Point suggest a range of
habitat quality for both species.  The home range of tule
elk approximates an area of Tomales Point ranked as having
a high HSI.  There was no agreement between HSI rankings
for deer and the frequency of pellet group deposition.
However, refinements to the HSI model and greater sample
size in testing the model may provide more satisfactory
results.

005054

296

## CHAPTER XV
## PREDICTED CARRYING CAPACITY

The meaning of the term carrying capacity has
periodically been debated (MacNab 1985).  As used here, the
term refers to 'K' carrying capacity (KCC) of McCullough
(1979) where, "The equilibrium reached between herbivores
and their food supply represents the maximum sustainable
population level." (MacNab 1985:404).  At KCC, the "Rate of
increase of both plants and herbivores ... is by
definition, zero ..." (MacNab 1985:404).  Wild herbivore
populations managed to produce an optimal sustained yield
are held at an artificial equilibrium density, ICC, which
is always below KCC (McCullough 1979, MacNab 1985).
Similarly, KCC differs from the range management concept of
carrying capacity used by range managers, in which stocking
rates of livestock are adjusted to ensure a maximum
sustained yield of meat (Heady 1975).

Data from this study and elsewhere are synthesized
herein to predict the carrying capacity of Tomales Point
for tule elk by a livestock equivalency estimate and a
vegetation biomass estimate.  An estimate of KCC based upon
the population's rate of change has the greatest potential
for predicting future carrying capacity.

005055

METHODS

Livestock Equivalency Estimate

The average beef cattle stocking rate in animal unit months (AUMs) for the Seashore's pastoral zone was adjusted downward to compensate for the supplements provided to beef cattle.  The resulting figure was converted to an equivalent number of elk and applied to the grassland areas of Tomales Point.  Expressed mathematically as,

$$\text{carrying capacity} = (B-(SB)) (C) (A), \qquad (20)$$

where B is the beef cattle stocking rate, S is the percent of the beef cattle diet provided by supplements, C is the conversion ratio between elk and AUMs and A is the area of Tomales Point covered by grasslands.

Vegetative Productivity Estimate

An estimate of annual dry matter biomass of herbaceous vegetation available to mammalian herbivores was calculated as:

$$V = (T - n) (A) \qquad (21)$$

where V is herbaceous vegetation available (Kg), T is total annual production of herbaceous vegetation (kg/ha),  n is the recommended mulch level (kg/ha), and A is the area of

005056

grassland on Tomales Point (ha).  Elk carrying capacity was
calculated as:

$$\text{Carrying capacity} = \frac{V_e}{(P_e)I_e} \qquad (22)$$

where $V_e$ is the herbaceous vegetation available to elk,
$P_e$ is the proportion of the annual elk diet made up of
herbaceous vegetation, and $I_e$ is the amount of dry matter
ingested by an elk in a year.  $V_e$ is calculated as

$$V_e = V - (V_d + V_m) \qquad (23)$$

where $V_d$ and $V_m$ are the amount of herbaceous vegetation
consumed by deer and microtine rodents, respectively.

   $V_d$ was estimated as:

$$V_d = P_d \ N \ (0.11(W_d)^{0.75}), \qquad (24)$$

where $P_d$ is the proportion of the annual deer diet made
up of herbaceous vegetation, N is the size of deer
population on Tomales Point, and $W_d$ is the average live
weight of a deer calculated by Elliott (1982:126) as,

w = (male wgt) (males:100 females) + (female wgt) (100
females) + (young wgt) (young:100 females) / (males:100
females) + (100 females) + (fawns:100 females)      (25)

and $0.11(W_d)^{0.75}$ is the ratio of daily dry matter
forage consumption to deer live weight (Van Dyne et al.
1980).   $V_m$ was obtained from published data (Batzli

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 333 of 608

1969; Batzli and Pitelka 1970).

$I_e$ is calculated as:

$$I_e = R(W_e) \hspace{3cm} (26)$$

where R is the ratio of dry matter consumption per kilogram of live weight and $W_e$ is the average weight of a tule elk calculated as above for deer.

RESULTS

Livestock Equivalency Estimate

Values substituted into formula (20) are as follows: the average beef cattle stocking rate (B) is 0.33 AUM/ha (Elliott 1982); the average annual dietary supplement rate (S) is 5 percent (S. Phalen, pers. comm.); the conversion ratio for AUM's to elk (C) is 1.5 elk/AUM (Heady 1975); and the area of grasslands on Tomales Point is 675 ha (Chapter III).  These values yield an estimated carrying capacity of 315 elk.

Vegetative Productivity Estimate

Values substituted into equation (21) are as follows: 1) an annual herbaceous productivity (T) of 3,000 kg/ha,

300

taken as a reasonable approximation of annual herbaceous
productivity (Chapter III); 2) mulch levels (n) of 1,685
kg/ha as recommended for the soil type and slope levels
most common on Tomales Point (Sugnet and Bartolome 1983);
and 3) the area (A) of grasslands on Tomales Point is 675
ha (Chapter III).   These values yield an available forage
biomass (V) of 887,625 kg.

The amount of herbaceous vegetation consumed by deer
($V_d$) was calculated assuming: 1) the proportion of the
annual deer diet consisting of herbaceous vegetation ($P_d$)
is (0.8 x 0.75) or herbaceous vegetation makes up 80
percent of the diet for 75 percent of the year (Chapter
XIII); 2) the number of deer on Tomales Point (N) was taken
as 300, the highest estimate of population size obtained by
line transect censuses in November 1980 (Chapter X); 3) the
ratios of males:100 females:fawns of the November 1980
census (Chapter X) were used in calculating mean body
weight; 4) values for sex and age-specific body weight were
obtained from black-tailed deer in the Seashore's pastoral
zone (Elliott 1982:130).   Average body weight ($W_d$) was
calculated as 35.1 kg.   Using this value an estimated
103,500 kg herbaceous vegetation are consumed annually by
deer.

301

The amount of herbaceous vegetation consumed by
microtine rodents ($V_m$ was calculated as 675,000 kg
assuming: 1) the long-term average density of voles on
Tomales Point is similar to long-term densities of
approximately 25/ha reported for Sea Ranch, Sonoma Co.
(Krohne 1982); and 2) at this density voles remove
approximately 1,000 kg/ha as reported for a coastal prairie
in Contra Costa Co. (Batzli 1969, Batzli and Pitelka 1970).

Substituting values for $V_d$ and $V_m$ into equation 23
yields an estimate for $V_e$ of 109,125 kg.  The amount of
herbaceous vegetation required per elk was calculated from
equation 26 as 1,280 kg assuming: 1) the average weight for
a tule elk is 250 kg and 185 for an adult male and female,
respectively (McCullough 1969), and the average weight of a
calf is assumed to be slightly less than half the weight of
an adult female or 90 kg; and 2) the ratio of males: 100
females: calves was approximated as 40:100:50.  The
proportion of the elk diet consisting of herbaceous
vegetation ($P_e$) was taken as $1-(0.2)(0.25)$ or 0.95 where
0.2 is the proportion of the elk diet consisting of
non-herbaceous vegetation for 3 months (0.25 year) (Chapter
XIII).  An estimated elk carrying capacity of 90 elk is
obtained by entering the above values into equation 22.

302

DISCUSSION

The livestock equivalency and vegetative productivity
estimates of 315 and 90 elk respectively probably represent
the maximum KCC and minimum ICC for elk on Tomales Point.
At densities of 0.31 elk/ha suggested by the livestock
equivalency estimate, elk would utilize 403,200 kg of dry
matter each year, or approximately 20 percent of the
estimated total herbaceous vegetation production by
grasslands, reducing the dry matter biomass available to
deer and microtine rodents.  Competition for forage between
elk and deer normally favors elk (Cliff 1939, Flook 1964).
Also, heavy range use by elk, deer and microtine rodents
will result in mulch levels below those recommended for
maximum sustained primary production.  There is some
question as to whether conditions on Tomales Point will
support population growth to such high levels; although
localized densities of red deer in Scotland have been
reported as high as 0.4/ha (Ratcliffe 1984).

The estimate of 90 elk as a carrying capacity for
Tomales Point based upon vegetative productivity also
requires careful scrutiny.  The estimate is conservative in
that it assumes: 1) no herbaceous vegetation is available
in the thick scrub type; and 2) there is no advantage to

005061

303

elk over deer and microtine rodent competitors for forage.
Some herbaceous vegetation is available in the thick scrub
type.  Also, as noted above, past studies suggest elk are
capable of out-competing deer for forage resources (Cliff
1939, Flook 1964).  Thus, an elk population numbering 90
individuals may approximate ICC.

Other processes may be expected to reduce carrying
capacity: 1) any increase in herbaceous production may be
reversed if coyote bush continues to invade open grassland
areas of Tomales Point as documented from 1980 through 1985
(Chapter III); and 2) the important forage species English
plantain (Chapter XIII) is a plant of disturbed areas and
the ability of Tomales Point to support both elk and deer
may be reduced if plantain becomes less abundant through
succession.  These considerations could balance each other
out and result in a long-term ICC of 90 elk.

Factors other than the quantity of available forage may
influence the KCC of elk on Tomales Point.  Forage quality,
disease and parasites may play vital roles.  Elk on Tomales
Point exhibited symptoms of copper deficiency (Chapter V)
and paratuberculosis (Chapter VI) while sharing the range
with some 400 beef cattle, a stocking rate of approximately
0.38 AUM's/ha or slightly above the mean beef cattle

304

stocking rate for the pastoral zone.  While there has been
little evidence of either disease since 1981, the potential
exists for both to reoccur as elk numbers increase.  Also,
the filarial worm **Elaeophera schneideri** is endemic to
black-tailed deer on the Point Reyes Peninsula and at least
one tabanid fly vector also occurs on the Peninsula (R.
Lane, pers. comm.).  Elaeophorosis has proved detrimental
to elk introduced to New Mexico (Hibler et al. 1969).  The
possibility of the parasite being transmitted to elk on
Tomales Point may be expected to increase as elk numbers
increase.

The best measure of KCC is obtained from monitoring the
herbivore population's response to range conditions as
illustrated for elk at Grizzly Island (Chapter IV).
Unfortunately, the negative rate of growth for elk at Point
Reyes in 1979 and 1980 precludes use of those years'
observations in any calculations.  Analysis of observations
for 1981 through 1984 suggest a KCC of 140 elk ( $Y =
0.503-0.00652x$; $n = 4$; $r = 0.53$).  Unfortunately, the
confidence band on the regression line is extremely wide.
Nevertheless, this may be the best estimate of KCC
presently available.  A more precise estimate of KCC for
elk on Tomales Point can be calculated when more
observations are available.  The relatively precise

005063

305

estimate for Grizzly Island was obtained from seven years
of observations.  The projected KCC of elk of 0.04/ha on
the 3,000 ha Grizzly Island (Chapter IV) is approximately
one-half the density suggested by the vegetative
productivity estimates and one-tenth the livestock
equivalency estimate for Tomales Point.  However, a
considerable portion of Grizzly Island's total area is
flooded, and the elk use considerably less than the total
3,000 ha.

CONCLUSIONS

The estimated carrying capacity of 90 elk for Tomales
Point derived from partitioning herbaceous vegetative
productivity approximates ICC.  The livestock equivalency
estimate of a KCC of 350 elk is likely too high.  A KCC of
140 elk is recommended as the estimate upon which to base
management decisions.  The precision of this estimate may
be improved each year by monitoring the population's rate
of change and recalculating the regression.

005064

306

## CHAPTER XVI

## MANAGEMENT

MANAGEMENT OBJECTIVES AND POLICIES

State Management Objectives

State legislation enacted in 1971 requires the
relocation of tule elk to suitable habitats and the
maintenance of all herds and habitats in healthy
condition.  It also prohibits the taking of tule elk until
the statewide population exceeds 2,000 or it is determined
by the legislature that suitable areas no longer exist in
California to accommodate 2,000 tule elk in healthy
condition.  The target figure of 2,000 animals is based
upon considerations of population genetics and the threat
of inbreeding.  Long-term maintenance of restricted
populations requires a minimum of 1,500 to 2,000 animals
(Soule 1980).

Federal-State Agency Cooperation

The United States Department of the Interior classifies
the tule elk as a rare species (Tule Elk Interagency Task
Force 1979).  Congress has required the Secretary of the

Interior to develop a plan for the subspecies restoration
and conservation of the subspecies and has directed various
federal agencies to make land available to for preservation
of tule elk (Tule Elk Interagency Task Force 1979).
Ultimate management responsibility is held by the
California Fish and Game Commission and Department of Fish
and Game.  Coordination between state and federal agencies
is achieved through the Tule Elk Interagency Task Force
with the Bureau of Land Management acting as the lead
agency (Tule Elk Interagency Task Force 1979).

National Park Service Management Policy

Management policy for each unit of the National Park
Service is guided by the unit's enabling legislation and a
set of Service-wide management policies (National Park
Service 1978a) that are updated periodically.  Each unit's
management policy is set forth in a general management plan
which designates all lands within that unit into one of
four zones: 1) natural; 2) historic; 3) park development;
and 4) special use.  Wilderness designation has been added
to many natural zones.

Service-wide policy for natural zones has been reviewed
and summarized recently (Bonnickson and Stone

308

1982:112-113):

> "...to preserve important natural features,
> as well as the total natural environment or
> ecosystem.  A natural ecosystem is defined as one
> that portrays, to the extent feasible, either the
> same scene that was observed by the first
> European visitor to the area or the scene that
> would have existed today, or at some time in the
> future, if European settlers had not interfered
> with natural processes.

> The difference between the natural state and
> the managed state of the structural and
> functional attributes of an ecosystem must be
> minimized.

> An ecosystem that has undergone major
> European settler-induced changes must be
> restored, to the extent feasible, to its natural
> condition.

> And all natural processes are to be allowed
> to operate freely within an ecosystem so long as
> no species or biotic community is exposed to the
> possibility of extinction, no unacceptable losses
> to other resources are anticipated, and human
> safety is not threatened."

Functionally, natural zones of coastal prairie-coastal

scrub mosaic serve as a baseline for comparison of change

in "non-natural" areas within the Seashore and throughout

the vegetative type's range.


Re-establishment of viable populations of extirpated

species such as tule elk to Tomales Point is endorsed by

the National Park Service's management policies.

Furthermore, the management policies recommend regulation

005067

309

of such populations to be left to natural processes to the
extent possible or where artificial control is necessary,
it be done outside Park boundaries (National Park Service
1978a).   This policy is being pursued with the Northern
Yellowstone elk population (Houston 1982).

A self-sustaining free-ranging ungulate population
might be expected to require a wide spectrum of " ...
physiographic sites such as bottomlands, upland swales,
different slope exposures and interspersions of different
vegetation types and plant successional stages" to, " ...
provide contingencies for ungulates to obtain food and
maintain relatively stable populations in variable and
periodically harsh environments." (Cole 1971:420).   Direct
management is justifiable when these conditions are not met
(Cole 1971).   "Control of animal populations in the
National Parks would appear to us to be an integral part of
Park management, best handled by the National Park Service
itself." (Leopold et al. 1963).   Recommended options for
control of populations in order of preference are: 1)
natural predation; 2) trapping and transplanting; 3)
shooting excess animals as they move outside parks; and 4)
control by shooting within parks (Leopold et al. 1963).
Public hunting is permitted under the Seashore's enabling
legislation and the Wilderness Area designation of Tomales

310

Point does not preclude hunting.  However, public hunts in
units of the National Park Service have rarely been
successful in controlling ungulate populations (Leopold et
al. 1963), a noted exception being control of exotic goats
(Capra spp.) and pigs (Sus scrofa) in Hawaii Volcanoes
National Park (R. H. Barrett, pers. comm.).

Technical advances now permit reducing the reproductive
potential of individual elk.  The individual reproductive
potential of female elk may be reduced by subdermal
implants of ovulating inhibiting hormone capsules or tubal
litigation.  Both are surgical procedures.  Capsules have
been used experimentally on white-tailed deer (O.
virginianus) in Mammoth Cave National Park (Matschke 1977,
1980), Rocky Mountain goats (Oreamnus americanus) in
Olympic National Park (J. J. Aho, pers. comm.) and
black-tailed deer at Angel Island State Park (G. S. Fowler,
pers. comm.).  Implants available to date are projected to
be effective for a maximum of 8-9 years although their
useful life in free-ranging ungulates may be less (J. J.
Aho, pers. comm.).  The logistics of restraining and
implanting any number of elk on Tomales Point will be time
consuming and expensive with little guarantee of success.
The procedure was judged unsatisfactory in controlling
white-tailed deer in Mammoth Caves National Park because of

311

the limited efficacy of implants, high cost of chemical
registration and expense of capture and recapture (Matschke
1980).  Ovariectomy or tubal ligation may be more efficient
than subdermal implants as the individual animal need to be
restrained only once.  Experimental ovariectomy of elk has
shown: 1) the surgery is feasible; 2) postoperative
survival is high; and 3) the procedure caused abortion in a
high proportion of pregnant cows (Greer et al. 1968).


MANAGEMENT AND BIOLOGY


Vegetation-Herbivore Dynamics


The widely accepted model of vegetation-herbivore
dynamics summarized by Caughley (1976) suggests an
increasing or irrupting herbivore population increasing
above the long-term carrying capacity, and then crashing as
vegetative resources are utilized beyond a level capable of
supporting high herbivore population levels (Fig. 47).
Long-term changes in vegetative species composition and
soil cover may occur at low levels of vegetation biomass
due to heavy utilization.  Both vegetation and herbivore
biomass go through a series of out of phase oscillations of
decreasing magnitude as a new equilibrium is reached.  Such
a pattern is possible for elk and vegetation on Tomales

005070

312



Figure 47.   Predicted trends in vegetation and ungulate
biomass during and subsequent to an ungulate population
eruption (after Caughley 1976:208).

005071

Point given the rapid rate of population growth for elk
since 1981 (Chapter IV).  Introduction of predators into
the vegetation-herbivore model suggests equilibrium may
develop sooner and ungulate density may be maintained at a
level somewhat below the level dictated by vegetative
resources along (Fig. 48) (Caughley 1977).

An alternative possibility is that herbivore intake
declines as the vegetation becomes too dense.
Consequently, the herbivore population's rate of growth
remains low and may decline to zero (Fig. 49) (Caughley
1981).  This outcome is also possible for elk-vegetation
equilibrium on Tomales Point, with succession to dense
shrubs, especially if fire is excluded indefinitely.

Minimal Viable Population

The minimal viable population may be defined as "...
the set of specifications concerning the size and structure
of the populations comprising a species that is necessary
to provide a margin of safety from extinction." (Wilcox
1984:645).  The minimal viable population size of a
polygamous species such as elk may be calculated from the
formula:

$$N_e = 4m (1-m) N \qquad (27)$$

005072

314



Figure 48.   Predicted trends in vegetation and ungulate
biomass in the presence of predators (after Caughley
1977:131).

005073

315



BIOMASS OF PLANTS

Figure 49.   Predicted response of an ungulate population to
vegetation biomass when vegetation utilization declines
with increasing vegetation density (after Caughley
1981:366).

005074

316

(LaCava and Hughes 1984:372) where N is total population
size, Ne is the effective population size or size of a
portion of a population (N) experiencing the same rate of
loss of heterozygosity (Franklin 1980) and m is the
proportion of males in the population (LaCava and Hughes
1984). Two calculations of minimal viable population size
for tule elk at Point Reyes assuming an Ne of 50 for
short term management (Franklin 1980) and adult sex ratio
of 40 males:100 females and 66 males:100 females yield
estimates of minimum population size of 63 and 50,
respectively.  Both estimates are below the lowest carrying
capacity estimate of 90 elk for Tomales Point (Chapter
XV).  The population size required is reduced as the ratio
between sexes approaches unity.  This model is somewhat
simplistic in that the inbreeding coefficient accumulates
linearly over time (Sampson et al. 1985).  However,
immigration of only one animal once, " ... every 5 years
reduces the Ne needed to maintain a population based on
genetic considerations to a negligible level." (Sampson et
al. 1985:428).  In contrast, fluctuations in population
size act as population bottlenecks and tend to reduce Ne
(Franklin 1980) and these effects may be cumulative
(Sampson et al. 1985).

005075

317

Level of Protection

Nine levels of protection have been identified for
species (Schoenwald-Cox 1983).  The tule elk population on
Tomales Point is best described by a combination of levels
two, three, and four.  Level two is appropriate in that the
tule elk are a recently founded population.  Level two
protection concerns are:  "(1) general diversity will
reflect as much of the original diversity of the parent
population as possible, (2) the imposition of artificial
selection on the population is avoided as much as possible;
and (3) the inbreeding coefficient is kept as low as
possible ..." (Schoenwald-Cox 1983:435).  Level three
protection describes an isolated, " ... small population of
a characteristically outbreeding species ... with ... the
potential dangers of severe bottleneck in population size:
inbreeding depression, potentially slow population growth,
and secondary loss of rare alleles through genetic drift."
(Schoenwald-Cox 1983:435).  Populations at level three
require veterinary care and diet supplementation.  Level
four protection describes the situation for tule elk on
Tomales Point in that it is, "a small reserve containing a
small population of a single managed species in fairly
uniform habitat ..."  and "...the potential for population
crashes resulting from both minor and major catastrophes,

318

disease, overexploitation of the limited habitat, and
inflexibility to the changing environment is high in the
span of a few hundred years." (Schoenwald-Cox 1983:436).


MANAGEMENT OPTIONS


There is an inherent conflict in attempting to manage
within a Park Service natural zone an ungulate population
existing under unnatural conditions, i.e., restricted by
fencing to a small area without any opportunity to
disperse.  The management options set forth attempt to
recognize this conflict.  Three scenarios of alternate
management actions and likely outcomes are discussed to
illustrate the wide spectrum of options available.  Other
management considerations such as protection of rare and
endangered species of plants may require some modification
to these alternatives.  However, the threatened status of
the tule elk must also be considered.  Any management
action should be considered experimental (Sinclair 1979,
Houston 1982).  "This means that hypothesis to be tested,
procedures to be used, and criteria to reject or
reformulate hypotheses should be stated clearly in
advance.  The information obtained from management programs
should be reviewed frequently for consistency with the
hypothesis being tested." (Houston 1982:197).

319

The option of relocating tule elk from Point Reyes to
other release sites has been precluded by the diagnosis of
paratuberculosis in the elk herd at Point Reyes (Chapter
VI, Jessup et al. 1981).  The disease is both difficult to
diagnose and highly contagious to domestic stock and wild
ungulates.  Similarly, artificial feeding is of
questionable value in maintaining a wild ungulate
population and is discounted as a management option.

Option I: No Action

The responsible agencies may elect to take no further
management actions.  One possible outcome is that
vegetation may become so dense that it will be of little
use to elk.  A more commonly predicted outcome is that elk
will build up to high numbers and then crash before
building up again to begin to oscillate around an
equilibrium point (Fig. 47).  At equilibrium elk numbers
are limited by the vegetative resources and overutilization
of vegetation and die-offs may be expected during droughts
(Chapter II).  At high densities the probability of
transmission of paratuberculosis and eleaophorosis is
increased, as is the likelihood of nutritional stress
leading to copper deficiency.  Each oscillation acts as a
population bottleneck and in the absence of additional

005078

320

reintroductions of elk from other sites, there will be a
reduction of genetic diversity in the surviving elk.   The
vegetation standing crop will decline in response to
increasing elk numbers (Fig. 47) and long-term changes in
botanical species composition and productivity may occur.
Invasion of grassland sites will continue or may accelerate
with heavy grazing pressure of high elk numbers on
herbaceous vegetation and as a result long-term herbaceous
production may decline.   Also, grazing pressure by elk
alone may not reverse successional processes that will
reduce the amount of plantain available to elk and deer in
the late summer and early fall.   Competition between elk
and deer for limited forage resources, particularly
plantain, may be detrimental to deer and lead to a decline
in their density.

Option II: Manage Only the Elk Population

    The responsible agencies may elect to implement
management by manipulation of the elk population alone.
This action will have no effect if the vegetation becomes
sufficiently dense to inhibit utilization by elk and
thereby an increase in numbers.   Culling or controlled
shooting of elk may limit numbers and prevent future
oscillations in population numbers.   Computer simulations

005079

321

suggest that reducing the growth of the herbivore
population while it is still in its eruptive phase may
bring both the herbivores and vegetation to a new
equilibrium without the initial massive crash in biomass
and subsequent oscillations of both (Caughley 1976).
Controlled shooting at a rate equal to half the intrinsic
rate of population growth while the population is
approximately half-way through its growth phase and
subsequent reductions in the culling rate determined by
vegetative response to reduced herbivore density may
achieve an herbivore-vegetation equilibrium in which
further shooting is unnecessary.  Culling at a lower rate,
or not until the population has reached peak density, may
create a situation in which a long-term control program is
necessary to hold the population in check (Caughley
1976:241).

Any control program that reduces oscillations will
favor genetic diversity.  Potential inbreeding problems may
be further reduced by introducing tule elk from other
locations to Tomales Point at least once every five years.
Elk densities will remain at or close to the
herbivore-vegetation equilibrium and in periods of drought
die-offs or nutritionally related problems may occur.
Range conditions will continue to change with this option

322

as succession leads to a decline of plantain and
encroachment of coyote bush into areas of open grassland.

Option III: Manage at the System Level

The responsible agencies may elect to manage at the
system level by attempting to establish a self-regulating
natural system to the extent possible.  Establishment of a
viable population of coyotes may exert some long-term
control on the growth of populations of elk and deer and
ultimately reduce their density.

Judicious use of prescribed fire can maintain a mosaic
of vegetative communities.  Fire in grasslands will
maintain areas of grassland in early successional stages
with plantain and retard the establishment of coyote bush.
Burning in the thick scrub may open up these areas to elk
as cover during calving as well as enhance the diversity
and productivity of shrub species utilized by deer in this
type.

Repair and maintenance of the stock ponds on Tomales
Point will encourage a more even distribution of elk
utilization of the range, especially in years of less than
average rainfall.

323

System level management is the recommended option. In addition, individuals from other tule elk populations should be introduced to Point Reyes at a minimum of once every four or five years to maintain genetic diversity. The elk population should be culled to maintain the population at slightly below KCC, as determined by monitoring future rate of change in the population. Culling of females to favor a more equal sex ratio among adult elk will reduce the population's reproductive potential while simultaneously increasing the minimum population size.

MANAGEMENT PERSPECTIVE

The actions undertaken to establish tule elk on Tomales Point include: 1) planning; 2) construction of a game-proof fence; 3) lengthy litigation to remove a trespass ranching operation; 4) the actual relocation; 5) acclimatization of elk in a holding pen; 6) research; 7) emergency feeding; and 8) culling of elk with paratuberculosis.  The actions represent a laudable cooperative effort by the National Park Service, California Department of Fish and Game and University of California.  The introduction of tule elk to Tomales Point may be judged a success, marred only by infection of the herd with paratuberculosis.

324

However, given the limited size of Tomales Point and an estimated KCC of 140 elk, the population on Tomales Point has no potential to get beyond Schoenwald-Cox's (1983) level four of protection (see level of protection this chapter). Thus, at maximum, the National Park Service will contribute some seven percent of the state legislated goal of 2,000 tule elk. Opportunities to increase the area of Park Service land available to tule elk should be explored, particularly in Golden Gate National Recreation Area and Point Reyes National Seashore. Locales judged unsuitable as release sites in the 1970's may qualify since the Department of Fish and Game has relaxed its requirement that all release sites be fenced. Alternately, considerable monies are being requested and allocated to fence National Park Service lands in Marin County to exclude wild pigs (Sus scrofa). Such fences may be modified to keep in tule elk and thereby provide other potential release sites.

Furthermore, Point Reyes National Seashore maintains populations of two exotic deer species. Neither species is endangered in its native habitat. The possibility should be explored of replacing these exotic deer populations with at least an equivalent biomass of tule elk, a threatened native subspecies.

The successful conservation of tule elk will require
the continued cooperative management that characterized
establishment of tule elk on Tomales Point.  Perhaps at
some future date the Point Reyes Peninsula will be
characterized by descriptions of, " ... a band of elk which
must have numbered not less than four hundred head of
superb fat animals ... " (Revere 1947:67).

005084

326

LITERATURE CITED

Abrams, P.  1980.  Some comments on measuring niche
    overlap.  Ecology 61:44-49.

Agricultural Research Council.  1980.  The nutrient
    requirements of ruminant livestock.  Commonwealth
    Agricultural Bureaux.  Farnham Royal, England.  347pp.

Akeson, M., et al.  1982.  Levels of selected
    micronutrients in soils and vegetation and dietary
    implications for tule elk at Point Reyes National
    Seashore.  Technical Report No. 13, Cooperative
    National Park Resources Studies Unit, University of
    California, Davis.  47pp.

Allcroft, R., and W. H. Parker.  1949.  Hypocupraemia in
    dairy cows.  Brit. J. Nutr. 3:205-217.

Allen, A. W., J. G. Cook, and M. J. Armbruster.  1984.
    Habitat suitability index models: pronghorn.  U.S. Fish
    and Wildlife Serv. FWS/OBS-82/10.65  22pp.

Anderson, A. E., and O. C. Wallmo.  1984.  *Odocoileus
    hemionus*.  Mammalian Species 219:1-9.

Anderson, F. M., G. E. Connolly, A. N. Halter, and W. M.
    Longhurst.  1974.  A computer simulation study of deer
    in Mendocino County, California.  Agricultural Exp.
    Stn. Tech. Bull. 130.  Oregon State Univ., Corvallis.
    72pp.

Anthony, R. G., and N. S. Smith.  1974.  Comparison of
    rumen and fecal analysis to describe deer diets.  J.
    Wildl. Manage. 38: 535-540.

Anthony, R. G., and N. S. Smith.  1977.  Ecological
    relationships between mule deer and white-tailed deer
    in southeastern Arizona.  Ecol. Monogr. 47:255-277.

Arman, P.  1974.  A note on parturition and maternal
    behaviour in captive red deer (*Cervus elaphus* L.).  J.
    Reprod. Fert. 37:87-90.

Arman, P., W. J. Hamilton, and G. A. M. Sharman. 1978. Observations on the calving of free-ranging tame red deer. J. Reprod. Fert. 54:279-283.

Aschman, H. 1959. The evolution of a wild landscape and its persistence in southern California. Ann. Assoc. Am. Geog. 49: 34-56.

Azevedo, J., and D. L. Morgan. 1974. Fog precipitation in coastal California forests. Ecology 55:1135-1141.

Bailey, E. H., W. P. Irwin, and D. L. Jones. 1964. Franciscan and related rocks and their significance in the geology of western California. Calif. Div. Mines and Geol. Bull. 183. 177pp.

Barbour, M. G. 1970. The flora and plant communities of Bodega Head, California. Madrono 20:289-313.

Barbour, M. G. 1972. Additions and corrections to the flora of Bodega Head, California. Madrono 21:446-448.

Barbour, M. G., R. B. Craig, F. R. Drysdale, and M. T. Ghiselin. 1973. Coastal ecology: Bodega Head. Univ. Calif. Press, Berkeley. 338pp.

Barlow, R. M., E. J. Butler, and D. Purves, 1964. An ataxic condition in red deer (Cervus elaphus). J. Comp. Path. 74:519-529.

Bartolome, J. W., and G. Gemmill. 1981. Ecological status of Stipa pulchra (Poaceae) in California. Madrono 28:172-184.

Bartolome, J. W., M. C. Stroud, and H. F. Heady. 1980. Influence of natural mulch on forage production at differing California annual range sites. J. Range Manage. 33:4-8.

Batcheler, C. 1975. Development of a distance method for deer census from pellet groups. J. Wildl. Manage. 39:641-652.

Batchelor, R. F. 1965. The Roosevelt elk in Alaska - its ecology and management. Alaska Dept. of Fish and Game, Fed. Aid in Wildl. Rest. Final Report. 37pp.

328

Batzli, G. O.  1969.  Availability and utilization of food
    by fluctuating populations of the meadow mouse _Microtus_
    _californicus_.  Ph.D. Dissertation, Univ. California,
    Berkeley.  146pp.

Batzli, G. O., and F. A. Pitelka.  1970.  Influence of
    meadow mouse populations on California grasslands.
    Ecology 51:1027- 1039.

Belovsky, G. E.  1978.  Diet optimization in a generalist
    herbivore: the moose.  Theor. Popul. Biol. 14:105-134.

Bingley, J. N., and N. Anderson.  1972.  Clinically silent
    hypocuprosis and the effects of molybdenum loading on
    beef calves in Gippsland, Victoria.  Aust. J. Agric.
    Res. 23:885-904.

Bischoff, A. I.  1958.  Productivity in some California
    deer herds.  Calif. Fish and Game 44:253-259.

Bonnicksen, T. M., and E. C. Stone.  1982.  Managing
    vegetation within U.S. National Parks: a policy
    analysis.  Environ. Manage. 6:109-122.

Bowden, D. C., A. E. Anderson, and D. E. Medin.  1969.
    Frequency distributions of deer and elk pellet groups.
    J. Wildl. Manage. 34:29-36.

Bowyer, R. T.  1981.  Activity, movement, and distribution
    of Roosevelt elk during rut.  J. Mamm. 62:574-582.

Bruner, D. W., and J. H. Gillespie.  1973.  Hagan's
    infectious diseases of domestic animals with special
    reference to etiology, diagnosis, and biological
    therapy.  Cornell Univ. Press, Ithaca, N.Y.  1385pp.

Bubenik, A. B.  1966.  Das Geweihe.  P. Parey Verlag,
    Hamburg and Berlin. 214pp.

Bubenik, A. B.  1982.  Physiology.  Pages 125-179 _in_ J. W.
    Thomas and D. E. Toweill, eds. Elk of North America,
    ecology and management.  Stackpole Press., Harrisburg,
    Penn.  698 pp.

Bureau of Land Management.  1980.  The tule elk in
    California. 4th Annual Report to Congress.  Bureau of
    Land Management, Sacramento, Calif.  50pp.

005087

329

Bureau of Land Management. 1981. The tule elk in
    California. 5th Annual Report to Congress. Bureau of
    Land Management, Sacramento, Calif. 52pp.

Bureau of Land Management. 1983. The tule elk in
    California. 7th Annual Report to Congress. Bureau of
    Land Management, Sacramento, Calif. 44pp.

Burnham, K. P., D. R. Anderson, and J. L. Laake. 1980.
    Estimation of density from line transect sampling of
    biological populations. Wildl. Monogr. 72. 202pp.

Burnham, K. P., D. R. Anderson, and J. L. Laake. 1981.
    Line transect estimation of bird population density
    using a Fourier Series. Studies in Avian Biology
    6:466-482.

Burris, O. E., and D. E. McKnight 1973. Game transplants
    in Alaska. Alaska Dep. of Fish and Game. Wildl. Tech.
    Bull. 4. 57pp.

Caughley, G. 1970. Eruption of ungulate populations with
    emphasis on Himalayan thar in New Zealand. Ecology
    51:52-72.

Caughley, G. 1971a. Demography, fat reserves and body
    size of a population of red deer Cervus elaphus in New
    Zealand. Mammalia 35:369-383.

Caughley, G. 1971b. An investigation of hybridization
    between free-ranging wapiti and red deer in New
    Zealand. New Zeal. J. Sci. 14:993-1008.

Caughley, G. 1976. Wildlife management and the dynamics
    of ungulate populations. Pages 183-246 in T. H.
    Cooker, ed. Applied Biology. Academic Press, London,
    England. 358 pp.

Caughley, G. 1977. Analysis of vertebrate populations.
    John Wiley and Sons, Inc., New York, NY. 232pp.

Caughley, G. 1981. What we do not know about the dynamics
    of large mammals. Pages 361-372 in C. W. Fowler and T.
    D. Smith, eds. Dynamics of large mammal populations.
    John Wiley and Sons, Inc., New York, N.Y. 477 pp.

Caughley, G., and L. C. Birch. 1971. Rate of increase.
    J. Wildl. Manage. 35:658-663.

005088

330

Clark, K. E.  1982.  The mammals of the Point Reyes
    Peninsula.  B.A. Thesis, Univ. California, Santa Cruz.
    149pp.

Cliff, E. P.  1939.  Relationship between elk and mule deer
    in the Blue Mountains of Oregon.  Trans. N. Am. Wildl.
    Conf. 4: 560-569.

Clutton-Brock, T. H., F. E. Guiness, and S. D. Albon.
    1982.  Red deer. Behavior and ecology of two sexes.
    Univ. Chicago Press, Chicago, Ill.  378pp.

Cole, G. F.  1971.  The ecological rationale for the
    natural or artificial regulation of native ungulates in
    parks.  N. Amer. Wildlife and Natr. Res. Conf.
    36:417-425.

Conolly, G. E.  1981.  Assessing populations.  Pages
    287-345 in O. C. Wallmo, ed. Mule and black-tailed deer
    of North America. Univ. Nebraska Press, Lincoln.
    605pp.

Conoway, C.  1952.  The age at sexual maturity in male elk
    (Cervus canadensis).  J. Wildl. Manage. 16:313-315.

Cowie, R. S.  1976.  Copper levels in red deer.  Vet. Rec.
    98:434.

Craighead, J. J., F. C. Craighead Jr., R. L. Ruff, and B.
    W. O'Gara.  1973.  Home ranges and activity patterns of
    non-migratory elk of the Madison Drainage herd as
    determined by biotelemetry.  Wildl. Monogr. 33.  50pp.

Crawford, T. W., Jr., L. D. Whittig, E. L. Begg, and G. L.
    Huntington.  1983.  Eolian influence on development
    and  weathering of some soils of Point Reyes Peninsula,
    California. Soil Sci. Soc. Am. J. 47:1179-1185.

Crocker National Bank.  1984.  Downtown San Rafael yearly
    rainfall record.  Crocker National Bank, San Rafael,
    Calif.  1p.

Cunningham, I. J.  1950.  Copper and molybdenum in relation
    to diseases of cattle and sheep in New Zealand.  Pages
    246-273 in W. D. McElroy and B. Glass, eds. A symposium
    on animal, plant and soil relationships. Johns Hopkins
    Press, Baltimore, Mary.  443pp.

331

Curtis, G. N., J. F. Evernden, and J. Lipson. 1958. Age determination of some granitic rocks in California by the potassium-argon method. Calif. Div. Mines. Special Rep. 54. 16pp.

Dahlberg, B. L., and R. C. Guettinger 1956. The white-tailed deer in Wisconsin. Wis. Conservation Dept. Tech. Wild. Bull. No. 14. Madison. 282pp.

daSilva, P. G., and J. W. Bartolome. 1984. Interactions between a shrub (Baccharis pilularis subsp. consanguinea (D.C.) (C.B. Wolf) and an annual grass (Bromus mollis L.) in coastal California. Madrono 31:93-101.

Dasmann, R. F., and R. D. Taber. 1955. A comparison of four deer census methods. Calif. Fish and Game 41:225-228.

Dasmann, R. F., and R. D. Taber. 1956. Determining structure in Columbian black-tailed deer populations. J. Wildl. Manage. 20:78-83.

Davidson, E. D., and M. G. Barbour. 1977. Germination, establishment and demography of coastal bush lupine (Lupinus arboreus) at Bodega Head, California. Ecology 58:592-600.

Davis, G. K. 1950. The influence of copper on the metabolism of phosphorus and molybdenum. Pages 216-229 in W. D. McElroy and B. Glass, eds. A symposium on animal, plant and soil relationships. Johns Hopkins Press, Baltimore, Md. 443pp.

Dixon, K. R., and J. A. Chapman. 1980. Harmonic mean measure of animal activity areas. Ecology 61:1040-1044.

Eastwood, A. 1924. Archibald Menzies of the Vancouver Expedition. Calif. Historical Soc. Quarterly 2:265-340.

Eberhardt, L. L. 1977. "Optimal" management policies for marine mammals. Wildl. Soc. Bull. 5:162-169.

Eberhardt, L. L., and G. C. White. 1980. Statistical analysis of der and elk pellet-group data. J. Wildl. Manage. 44:121-131.

332

Elliott, H. W., III. 1982. A study to assess competition and carrying capacity among the ungulates of Point Reyes National Seashore. Ph.D. Dissertation, Univ. California, Davis. 197pp.

Elliott, H.W. III., and J. D. Wehausen. 1974. Vegetational succession on coastal rangeland of Point Reyes Peninsula. Madrono 22:231-238.

Elliott, H. W., III, and R. H. Barrett. 1985. Dietary overlap among axis, fallow and black-tailed deer and cattle. J. Range Manage. 38:435-439.

Evans, R. A., and M. Love. 1957. The step-point method of sampling -- a practical tool in range research. J. Range Manage. 10:208-212.

Eveland, J. F., J. L. George, N. B. Hunter, D. M. Forney, and R. L. Harrison. 1979. A preliminary evaluation of the ecology of the elk in Pennsylvania. Pages 145-151 in M. S. Boyce and L. D. Hayden-Wing, eds. North American elk: ecology, behavior and management. Univ. of Wyoming, Laramie. 294pp.

Evermann, B. W. 1915. An attempt to save California elk. Calif. Fish and Game 1:85-96.

Farquhar, F. P. 1966. Up and down California in 1860-1864. The Journal of William H. Brewer. 3rd ed. Univ. Calif. Press, Berkeley. 583pp.

Ferguson, W. S., A. H. Lewis, and S. J. Watson. 1943. The teart pastures of Somerset. I. The cause and cure of teartness. J. Agric. Sci. Camb. 33:44-51.

Field, A. C., and D. Purves. 1964. Intake of soil by grazing sheep. Proc. Nutr. Soc. 23:24-25.

Fish and Wildlife Service. 1981. Standards for the development of habitat suitability index models, 103 ESM. Division of Biological Sciences, Fish and Wildlife Service, USDI, Ft. Collins, Colo. n.p.

Flook, D. R. 1964. Range relationships of some ungulates native to Banff and Jasper National Parks, Alberta. Pages 119-128 in D. J. Crisp, ed. Grazing in terrestrial and marine environments. Symp. Brit. Ecol. Soc. No. 4. Blackwell Scientific Publication, Oxford. 322 pp.

333

Flynn, A., A. W. Franzmann, and P. D. Arneson. 1975.
    Sequential hair shaft as an indicator of prior
    mineralization in the Alaskan moose. J. Anim. Sci.
    6:906-910.

Flynn, A., A. W. Franzmann, and P. D. Arneson. 1976.
    Molybdenum-sulfur interactions in the utilization of
    marginal dietary Cu in Alaskan moose (Alces alces
    gigas). Pages 115-124 in W. R. Chappell and K. K.
    Petersen, eds. Molybdenum in the environment. Marcel
    Dekker, New York, N.Y. 315pp.

Flynn, A. A., A. W. Franzmann, P. D. Arneson, and J. L.
    Oldemeyer. 1977. Indications of copper deficiency in a
    subpopulation of Alaskan moose. J. Nutr.
    107:1182-1189.

Fowler, C. W., W. T. Bunderson, M. B. Cherry, R. J. Ryel,
    and B. B. Steele. 1980. Comparative dynamics of large
    mammals: a search for management criteria. U.S. Marine
    Mammal Comm., Rep. No. MM7ACO13. Nat. Tech. Info.
    Serv., Springfield, VA. 330pp.

Franklin, I. R. 1980. Evolutionary changes in small
    populations. Pages 135-149 in M. E. Soule and B. A.
    Wilcox, eds. Conservation biology: an
    evolutionary-ecological perspective. Sinauer
    Associates, Inc., Sunderland, Mass. 395pp.

Franklin, W. L., and J. W. Lieb. 1979. The social
    organization of a sedentary population of North
    American elk: a model for understanding other
    populations. Pages 185-195 in M. S. Boyce and L. D.
    Hayden-Wing, eds. North American elk: ecology, behavior
    and management. Univ. Wyoming, Laramie. 294pp.

Franklin, W. L., A. S. Mossman, and M. Dole. 1975. Social
    organization and home range of Roosevelt elk. J. Mamm.
    56:102-118.

Franzmann, A. W., A. Flynn, and P. D. Arneson. 1975.
    Levels of some mineral elements in Alaskan moose hair.
    J. Wildl. Manage. 39:374-378.

Franzmann, A. W., A. Flynn, and P. D. Arneson. 1977.
    Alaskan moose hair element values and variability.
    Comp. Biochem. Physiol. 57A:299-306.

334

Franzmann, A. W., A. Flynn, P. D. Arneson, and J. L. Oldemeyer. 1974. Monitoring moose mineral metabolism via hair element analysis. Proc. N. Am. Moose Conf. Workshop 10:1-21.

Fredrickson, D. A. 1973. Early cultures of the northcoast ranges, California. Ph.D. Dissertation, Univ. Calif., Davis. 277pp.

French, C. F., I. C. McEwan, N. D. Magruder, R. H. Ingram, and R. W. Swift. 1956. Nutrient requirements for growth and antler development in the white-tailed deer. J. Wildl. Manage. 20:221-232.

Frieden, E. 1979. Ceruplasmin: the serum copper transport protein with oxidase activity. Pages 241-284 in J. O. Nriagu, ed. Copper in the environment. John Wiley and Sons, New York, N.Y. 489pp.

Frischknecht, N. C., and P. W. Conrad. 1965. Adaptable, transportable utilization cages. J. Range Manage. 18:33-34.

Galloway, A. J. 1977. Geology of the Point Reyes Peninsula, Marin County, California. Bull 202, Div. of Mines and Geol. Sacramento, Calif. 72pp.

Gogan, P. J. P., and D. A. Jessup. 1985. Cleft palate in a tule elk calf. J. Wildl. Dis. 21:463-466.

Gogan, P. J. P., S. C. Thompson, W. Pierce, and R. H. Barrett. 1986. Line transect censuses of fallow and black-tailed deer on the Point Reyes Peninsula. Calif. Fish and Game 72:47-61.

Gomm, F. B., P. H. Weswig, and R. J. Raleigh. 1982. Copper supplementation of young cattle grazing improved meadow pastures in southeastern Oregon. J. Range Manage. 35:515-518.

Goss, R. J. 1983. Deer antlers - regeneration, function and evolution. Academic Press, New York, N.Y. 316pp.

Graf, W. 1954. The Roosevelt elk. Port Angeles Evening News, Port Angeles, Wash. 105pp.

Grams, H. J., K. R. McPherson, V. V. King, S. A. MacLeod, and M. G. Barbour. 1977. Northern coastal scrub on Point Reyes Peninsula, California. Madrono 24:18-24.

335

Greene, H. J., H. W. Liepold, K. Huston, and M. M. Guffy.
    1973.  Bovine congenital defects: arthrogryposis and
    associated defects in calves.  Am. J. Vet. Res.
    34:887-891.

Greer, K. R., W. Hawkins, and J. Catlin.  1968.
    Experimental studies of controlled reproduction in elk
    (wapiti).  J. Wildl. Manage. 32:368-376.

Grimsdell, J. J. R.  1978.  Ecological Monitoring.
    Handbook No. 4. African Wildlife Leadership
    Foundation., Nairobi, Kenya. 73pp.

Gross, J. E.  1969.  Optimum yield in deer and elk
    populations.  Trans. N. Am. Wildl. Conf. 34:372-386.

Gross, S. E., and E. S. Parkinson.  1974.  Analyses of
    metals in human tissues using base (TMAH) digests and
    graphite furnace atomic absorption spectrophotometry.
    Interface 3:10.

Halloran, A. F.  1962.  History of the Wichita Mountains
    Wildlife Refuge elk herd.  Okla. Acad. Sci. Proc.
    43:229-232.

Hamilton, W. J., and K. L. Blaxter.  1980.  Reproduction in
    farmed red deer. I. Hind and stag fertility.  J. Agr.
    Sci. Camb. 95:  261-273.

Hansen, R. M., T. M. Foppe, M. B. Gilbert, R. C. Clark, and
    H. W. Reynolds.  1977.  The microhistological analysis
    of feces as an estimator of herbivore diet.  Colorado
    State Univ. Composition Analysis Laboratory.  20pp.

Harestad, A. S., and F. L. Bunnell.  1979.  Home range and
    body weight - a reevaluation.  Ecology 60:389-402.

Harn, J. H.  1960.  Natality and mortality of Roosevelt elk
    in California.  Proc. Ann. Conf. W. Assoc. Game and
    Fish Comm. 40:  220-223.

Harper, J. A.  1971.  Ecology of Roosevelt elk.  Ore. Dept.
    Fish and Wildl., Portland, Ore. 44pp.

Harper, J. A., J. H. Harn, W. W. Bentley, and C. F. Yocum.
    1967. The status and ecology of Roosevelt elk in
    California.  Wildl. Monogr. 16.  49pp.

005094

336

Hart, E. B., H. Steenbock, J. Waddell, and C. A. Elveheim. 1928. Iron in nutrition. VII. Copper as a supplement to iron for hemoglobin building in the rat. J. Biol. Chem. 77:797-812.

Hartmans, J. 1973. Tracing and treating mineral disorders in cattle under field conditions. Pages 261-273 in W. G. Hoekstra, J. W. Suttie, H. E. Ganther, and W. Mertz, eds. Trace element metabolism in animals-2. University Park Press, Baltimore, Md. 775pp.

Heady, H. F. 1958. Vegetational changes in the California annual type. Ecology 39:402-415.

Heady, H. F. 1975. Rangeland management. McGraw-Hill Book Co., New York, N.Y. 460pp.

Heady, H. F., T. C. Foin, M. K. Hektner, D. W. Taylor, M. G. Barbour, and W. J. Barry. 1977. Coastal prairie and northern coastal scrub. Pages 733-757 in M. G. Barbour and J. Major, eds. Terrestrial vegetation of California. I. Coastal prairie. John Wiley and Sons, Inc., New York, N.Y. 1002pp.

Healy, W. B., W. J. McCabe, and G. F. Wilson. 1970. Ingested soils as a source of micro-elements for grazing animals. N.Z. J. Agric. Res. 13:503-521.

Hektner, M. M., and T. C. Foin. 1977a. A flora of the coastal terraces of Sea Ranch, Sonoma County, California. Wasmann J. Biol. 35:26-53.

Hektner, M. M., and T. C. Foin. 1977b. Vegetation analysis of a northern California coastal prairie: Sea Ranch, Sonoma County, California. Madrono 24:83-103.

Henning, A., M. Anke, B. Groppel, and H. Ludke. 1973. Secondary copper deficiency in ruminants. Pages 726-729 in W. G. Hoekstra, J. W. Suttie, H. E. Ganther, and W. Mertz, eds. Trace element metabolism in animals-2. University Park Press, Baltimore, Md. 775pp.

Hibler, C. P., J. L. Adcock, R. W. Davis, and Y. Z. Abdelbaki. 1969. Elaeophorsis in deer and elk in the Gila Forest, New Mexico. Bull. Wildl. Dis. Assoc. 5:27-30.

Hidiroglou, M., and D. T. Spurr. 1974. Influence of cold exposure and diet change on the trace element composition of hair from shorthorn cattle. Can. J. Anim. Sci. 55:31-38.

Hines, W. W. 1975. Black-tailed deer behavior and population dynamics in the Tillamook Burn, Oregon. Wildlife Res. Rep. No. 5. Oregon Wildlife Commission. 31pp.

Holecheck, J. L., M. Vavra, and R. D. Pieper. 1982. Botanical composition determination of range herbivore diets: a review. J. Range Manage. 35:309-315.

Holt, R. S., and J. E. Powers. 1982. Abundance estimation of dolphin stocks involved in the eastern tropical Pacific yellowfin tuna fishery determined from aerial and ship surveys. NOAA Technical Memorandum, National Marine Fisheries Service, Southwest Fisheries Center 23. 95pp.

Horn, H. S. 1966. Measurements of overlap in comparative ecological studies. Amer. Natur. 100:419-424.

Houston, D. B. 1982. The northern Yellowstone elk. Macmillan Publishing Co., New York, N.Y. 474pp.

Howell, J. McC., N. Eddington, and R. Ewbank. 1968. Observations on copper caeruloplasmin levels in the blood of pregnant ewes and lambs. Res. Vet. Sci. 9:160-164.

Howell, J. T. 1970. Marin flora. 2nd ed. Univ. Calif. Press, Berkeley. 366pp.

Huber, F. 1938. Die Magenwurmseuche des Rehwildes. Beobachtungen und Untersuchungen uber ihre Bekampfungsmoglichkeiten. P. Parey Verlag, Berlin, Germany. 22pp.

Hurlbert, S. H. 1978. The measurement of niche overlap and some relatives. Ecology 59:67-77.

Hyvarinen, H., I. Helle, M. Nieminen, P. Vayrynen, and R. Vayrynen. 1977. The influence of nutrition and seasonal conditions on mineral status in the reindeer. Can. J. Zool. 55:648-655.

338

Irwin, M. R., P. W. Poulos Jr., B. P. Smith, and G. L.
    Fisher. 1974. Radiology and histopathology of
    lameness in young cattle with secondary copper
    deficiency. J. Comp. Pathol. 84: 611-621.

Jansen, J. 1948. Paratuberculosis. J. Am. Vet. Med.
    Assoc. 112: 52-54.

Jenkins, K. J., and E. E. Starkey. 1982. Social
    organization of Roosevelt elk in an old-growth forest.
    J. Mamm. 63:331-334.

Jessup, D. A., B. Abbas, D. Behymer, and P. Gogan. 1981.
    Paratuberculosis in tule elk in California. J. Am.
    Vet. Med. Assoc. 179:1252-1254.

Johnson, C. M., and H. Nishita. 1952. Microestimation of
    sulfur in plant material, soil, and irrigation waters.
    Anal. Chem. 24:736-742.

Johnson, C. M., and T. H. Arkley. 1954. Determination of
    molybdenum in plant tissue. Anal. Chem. 26:572-573.

Kavanagh, P. J., D. A. Purcell, and R. H. Thompson. 1972.
    Congenital and delayed swayback in lambs in Northern
    Ireland. Vet. Rec. 90:538-540.

Keeler, R. F. 1978. Alkaloid teratogens from Lupinus,
    Conium, veratrum and related genera. Pages 397-408 in
    R. F. Keeler, R. R. Van Kampen, and L. F. James, eds.
    Effects of poisonous plants on livestock. Academic
    Press, New York, N.Y. 600pp.

Keeler, R. F., L. F. James, J. L. Shupe, and K. R. Van
    Kampen. 1977. Lupine-induced crooked calf disease and
    a management method to reduce incidence. J. Range
    Manage. 30:97-102.

Kie, J. G., L. Drawe, and G. Scott. 1980. Changes in diet
    and nutrition with increased herd size in Texas
    white-tailed deer. J. Range Manage. 33:28-34.

Klein, D. R. 1970. Food selection by North American deer
    and their response to over-utilization of preferred
    plant species. Pages 25-44 in A. Watson, ed. Animal
    populations in relation to their food resources.
    Blackwell Scientific Publication, Oxford, England.
    477pp.

Klein, D. R., and S. T. Olson.  1960.  Natural mortality
    patterns of deer in southeast Alaska.  J. Wildl.
    Manage. 24:80-88.

Knight, R. R.  1970.  The Sun River elk herd.  Wildl.
    Monogr. 23.  66pp.

Krohne, D. T.  1982.  The demography of low-litter-size
    populations of Microtus californicus.  Can. J. Zool.
    60:368-374.

Kuchler, A. W.  1977.  The map of the natural vegetation of
    California.  Pages 909-938 in M. G. Barbour and J.
    Major, eds. Terrestrial vegetation of California. John
    Wiley and Sons, Inc., New York, N.Y.  1002pp.

LaCava, J., and J. Hughes.  1984.  Determining minimum
    viable population levels.  Wildl. Soc. Bull.
    12:370-376.

Larsen, A. B.  1972.  Paratuberculosis: the status of our
    knowledge.  J. Am. Vet. Med. Assoc. 161:1539-1541.

Larsen, A. B.  1973.  Johne's disease - immunization and
    diagnosis.  J. Am. Vet. Med. Assoc. 163:902-904.

Lathrop, K. T., and P. J. P. Gogan.  1985.  Plant
    communities of the tule elk range, Point Reyes National
    Seashore.  Technical Report No. 18, Coop. National Park
    Resources Studies Unit, Univ. California, Davis.  34pp.

Lauer, D. T.  1972.  Vegetation mapping at Point Reyes
    National Seashore.  Pages 86-95 in R. N. Colwell and G.
    A. Thorley, eds. ERTS-1 Data as an aid to resource
    management in northern California. Center for Remote
    Sensing Research. Univ. California, Berkeley.  120pp.

Laymon, S. A., and R. H. Barrett.  1986.  Developing and
    testing habitat-capability models: pitfalls and
    recommendations.  Pages 87-92 in J. Verner, M. L.
    Morrison, and C. J. Ralph, eds.  Wildlife 2000:
    modeling habitat relationships of terrestrial
    vertebrates.  Univ. Wisconsin Press, Madison.

Laymon, S. A., and J. A. Reid.  1986.  Effects of grid
    cell size on tests of a spotted owl HSI model.  Pages
    93-96 in J. Verner, M. L. Morrison, and C. J. Ralph,
    eds.  Wildlife 2000: Modeling habitat relationships of
    terrestrial vertebrates.  Univ. Wisconsin Press,
    Madison.

005098

340

Leader-Williams, N., and C. Ricketts. 1982. Seasonal and
    sexual patterns of growth and condition of reindeer
    introduced into South Georgia. Oikos 38:27-39.

Leopold, A. S., C. Cottam, I. N. Gabrielson, and T.
    Kimball. 1963. Wildlife management in the national
    parks. Trans. N. Am. Wildl. Conf. 24:28-45.

Leslie, D. M., Jr. 1983. Nutritional ecology of cervids
    in old-growth forests in Olympic National Park,
    Washington. Ph.D. Dissertation, Oregon State Univ.,
    Corvallis. 141pp.

Leslie, D. M., Jr., E. E. Starkey, and M. Vavra. 1984.
    Elk and deer diets in old-growth forests in western
    Washington. J. Wildl. Manage. 48:762-775.

Lidicker, W. Z., Jr. 1973. Regulation of numbers in an
    island population of the California vole, a problem in
    community dynamics. Ecol. Monogr. 43:271-302.

Lidicker, W. Z., Jr., and P. K. Anderson. 1962.
    Colonization of an island by _Microtus californicus_,
    analyzed on the basis of runway transects. J. Anim.
    Ecol. 31:503-517.

Liepold, H. W. 1978. Genetic defects and their
    similarities to  birth defects caused by plants. Pages
    429-440 _in_ R. F. Keeler, K. R. Van Kampen, and L. F.
    James, eds. Effects of poisonous plants on livestock.
    Academic Press, New York, N.Y. 600pp.

Lindsay, W. L., and W. A. Norvell. 1978. Development of a
    DTPA soil test for zinc, iron, manganese, and copper.
    Soil Sci. Soc. Am. J. 42:421-428.

Longhurst, W. M., A. S. Leopold, and R. F. Dasmann. 1952.
    A survey of California deer herds, their range and
    management problems. Game Bull. No. 6, Dept. Fish and
    Game, Sacramento, Calif. 136pp.

Longhurst, W. M., G. E. Connolly, B. M. Browning, and E. O.
    Garton. 1979. Food interrelationships of deer and
    sheep in parts of Mendocino and Lake Counties,
    California. Hilgardia 47:191-247.

Lowe, V. P. W. 1969. Population dynamics of red deer
    (_Cervus elaphus_ L.) on Rhum. J. Anim. Ecol.
    38:425-457.

341

Mackie, R. J.   1970.   Range ecology and relations of mule
    deer, elk, and cattle in the Missouri River Breaks,
    Montana.   Wildl. Monogr. 20.   79pp.

MacNab, J.   1985.   Carrying capacity and related slippery
    shibboleths.   Wildl. Soc. Bull. 13:403-410.

Marcot, B. G., M. G. Raphael, and K. H. Berry.   1983.
    Monitoring wildlife habitat and validation of
    wildlife-habitat reltionships models.   Trans. N. Am.
    Wildl. and Nat. Res. Conf. 48:315-329.

Martinka, C. J.   1969.   Population ecology of summer
    resident elk in Jackson Hole, Wyoming.   J. Wildl.
    Manage. 33:465-481.

Mason, J.   1970.   Point Reyes, the solemn land.   DeWolf
    Printing, Point Reyes, Calif. 198pp.

Mason, J.   1976.   Earthquake Bay: a history of Tomales Bay,
    California.   North Shore Books, Inverness, Calif.
    144pp.

Matschke, G. H.   1977.   Fertility control in white-tailed
    deer by steroid implants.   J. Wildl. Manage.
    41:731-735.

Matschke, G. H.   1980.   Efficacy of steroid implants in
    preventing pregnancy in white-tailed deer.   J. Wildl.
    Manage. 44:756-758.

Maynard-Smith, J.   1968.   Mathematical ideas in biology.
    Cambridge Univ. Press, New York, N.Y. 152pp.

May, R. M.   1981a.   Models for single populations.   Pages
    5-29 in R. M. May, ed.   Theoretical ecology, principles
    and applications.   2nd ed.   Sinauer and Associates,
    Inc., Sunderland, Mass.   489pp.

May, R. M.   1981b.   Models for two interacting
    populations.   Pages 78-104 in R. M. May, ed.
    Theoretical ecology, principles and associations.   2nd
    ed.   Sinauer and Associates, Inc.   Sunderland, Mass.
    489pp.

McBride, J.   1974.   Plant succession in the Berkeley Hills,
    California.   Madrono 22:317-329.

005100

342

McBride, J., and H. F. Heady  1968.  Invasion of grassland by <u>Baccharis pilularis</u> D.C.  J. Range Manage. 21:106-108.

McConnell, B. R., and J. G. Smith.  1970.  Frequency distributions of deer and elk-pellet groups.  J. Wildl. Manage. 34:29-36.

McCullough, D. R.  1969.  The tule elk: its history, behavior and ecology.  Univ. California Publ. Zool. 88. 209pp.

McCullough, D. R.  1978.  Essential data required on population structure and dynamics in field studies of threatened herbivores.  Pages 302-317 <u>in</u> P. Scott, ed. Threatened Deer. IUCN, Morges, Switzerland.  434pp.

McCullough, D. R.  1979.  The George Reserve deer herd. Population ecology of a K-selected species.  Univ. Michigan Press, Ann Arbor. 271pp.

McCullough, D. R.  1982.  Population growth rate of the George Reserve deer herd.  J. Wildl. Manage. 46:1079-1083.

McCullough, Y. B.  1980.  Niche separation of seven North American ungulates on the National Bison Range, Montana.  Ph.D. Dissertation, Univ. Michigan, Ann Arbor.  228pp.

McPherson, A., R. C. Voss, and J. Dixon.  1975.  Herbage inorganic sulphate, its relationship with total sulphur, and effect on the copper nutrition of animals.  Pages 167-179 <u>in</u> Sulphur in forages.  Proc. Symp. Johnstown Castle Research Center. Wexford, Ireland.  262pp.

Melchior, H. R., and F. A. Iwen.  1965.  Trapping, restraining, and marking Arctic ground squirrels for behavioral observations.  J. Wildl. Manage. 29:671-678.

Mills, C. F.  1980.  Metabolic interactions of copper with other trace elements.  Pages 49-69 <u>in</u> D. Evered and G. Lawrenson, eds. Biological roles of copper, Exerta medica. Ciba Foundation Symposium 79 (New Series), Amsterdam, Holland.  343pp.

005101

343

Mitchell, B.  1973.  The reproductive performance of wild
    Scottish red deer, <u>Cervus elaphus</u>.  J. Reprod. Fert.
    Suppl. 19: 271-285.

Mitchell, B., D. McCowan, and I. A. Nicholson.  1976.
    Annual cycles of body weight and condition in Scottish
    red deer, <u>Cervus elaphus</u>.  J. Zool. London 180:107-127.

Mitchell, B., W. Grant, and J. Cubby.  1981.  Notes on the
    performance of red deer, <u>Cervus elaphus</u>, in a woodland
    habitat. J. Zool. London 194:279-284.

Moffitt, J.  1934.  History of the Yosemite elk herd.  Cal.
    Fish and Game 20:37-51.

Morisita, M.  1959.  Measuring of interspecific association
    and similarity between communities.  Memoirs of the
    Faculty of Sciences, Kyushu Univ., Series E (Biol.)
    3:65-80.

Murphy, D. A.  1963.  A captive elk herd in Missouri.  J.
    Wildl. Manage. 27:411-414.

Mutch, W. E. S., J. D. Lockie, and A. B. Cooper.  1976.
    The red deer in South Ross.  Dept. Forestry & Nat.
    Res., Univ. Edinburgh, Scotland. 196pp.

National Park Service.  1976.  Natural resources management
    plans and environmental assessment, Point Reyes
    National Seashore, California.  National Park Service,
    U.S. Dept. of Interior, Point Reyes, Calif.  159pp.

National Park Service.  1978a.  Management policies.
    National Park Service, U.S. Dept. of Interior,
    Washington, D.C.  156pp.

National Park Service.  1978b.  Statement for management:
    Point Reyes National Seashore, California.  Western
    Region, National Park Service, U.S. Dept. of Interior,
    San Francisco, Calif.  69pp.

National Park Service.  1981.  Pierce Ranch Management
    plan: Point Reyes National Seashore, California.
    Western Region, National Park Service, U.S. Dept. of
    Interior, San Francisco, Calif.  22pp.

National Research Council.  1962.  Basic problems and
    techniques in range research.  Nat. Acad. Sci.,
    National Research Council Publ. No. 89.  341pp.

344

National Research Council. 1977. Medical and biological
    effects of environmental pollutants: copper. Nat.
    Acad. Sci., Washington, D.C. 115pp.

Neff, D. J. 1968. The pellet-group count technique for
    big game trend, census, and distribution: a review. J.
    Wildl. Manage. 32:597-614.

Nelson, J. R., and T. A. Leege. 1982. Nutritional
    requirements and food habits. Pages 698 in J. E.
    Thomas and D. E. Toweill, eds. Elk of North America:
    ecology and management. Stackpole Books, Harrisburg,
    Penn. 698pp.

Ostfeld, R. S., and L. K. Klosterman. In press.
    Demographic substructure in a California vole
    population inhabiting a patchy environment. J. Mamm.

Otis, D. L., K. P. Burnham, G. C. White, and D. R.
    Anderson. 1978. Statistical inference from capture
    data on closed animal populations. Wildl. Monogr. 62.
    135pp.

Owen, C. A., Jr. 1981. Copper deficiency and toxicity:
    acquired and inherited, in plants, animals, and man.
    Noyes Publications, Park Ridge, N.J. 181pp.

Owen, C. A., Jr. 1982. Biochemical aspects of copper:
    copper proteins, ceruloplasmin, and copper protein
    binding. Noyes Publications, Park Ridge, N.J. 205pp.

Phillips, J. A. 1985. Acclimation of reintroduced tule
    elk in the Diablo Range, California. M.S. Thesis, San
    Jose State Univ., San Jose, Calif. 106pp.

Pitt, M. D. 1975. The effects of site, season, weather
    pattern grazing, and brush conversion of annual
    vegetation, Watershed II, Hopland Field Station. Ph.D.
    Dissertation, Univ. California, Berkeley. 281pp.

Pitt, M. D., and H. F. Heady. 1978. Response of annual
    vegetation to temperature and rainfall patterns in
    northern California. Ecology 59:336-350.

Pryor, W. J. 1964. The distribution of copper in bovine
    and ovine foetuses, with reference to age and maternal
    liver copper concentrations. Res. Vet. Sci. 5:123-137.

345

Pulliam, D. E., and J. R. Nelson  1979.  Determination of
    digestibility coefficients for quantification of fecal
    analysis with elk.  Pages 240-246 in M. S. Boyce and L.
    D. Hayden-Wing, eds. North American elk: ecology,
    behavior and management.  Univ. of Wyoming Press,
    Laramie.  294pp.

Pulliam, H. R.  1974.  On the theory of optimal diets.  Am.
    Nat. 108:59-74.

Ratcliffe, P. R.  1984.  Population density and
    reproduction of red deer in Scottish commercial
    forests.  Acta Zool. Fenn. 172:191-192.

Ratliff, R. D., and H. F. Heady.  1962.  Seasonal changes
    in herbage weight in an annual grass community.  J.
    Range Manage.  15:146-149.

Ratti, J. T., L. M. Smith, J. W. Hupp, and J. L. Laake.
    1983.  Line transect estimates of density and the
    winter mortality of gray partridge.  J. Wildl. Manage.
    47:1088-1096.

Ray, D. T.  1981.  Post-release activity of tule elk at
    Point Reyes National Seashore, California.  M.S.
    Thesis, Univ. Michigan, Ann Arbor.  114pp.

Reid, T. C., H. J. F. McAllum, and P. D. Johnstone.  1980.
    Liver copper concentrations in red deer (Cervus
    elaphus) and wapiti (C. canadensis) in New Zealand.
    Res. in Veter. Sci. 28:261-262.

Revere, J. W.  1947.  Naval duty in California.  Biobooks,
    Oakland, Calif.  245pp.

Riemann, H. P., et al.  1979a.  Paratuberculosis in cattle
    and free-living exotic deer.  J. Am. Vet. Med. Assoc.
    175:841-843.

Riemann, H. P., et al.  1979b.  Serological profile of
    exotic deer at Point Reyes National Seashore.  J. Am.
    Vet. Med. Assoc. 175:911-913.

Rogers, G., O. Julander, and W. L. Robinette.  1958.
    Pellet-group counts for deer census and range-use
    index.  J. Wildl. Manage. 22:193-199.

Rowland, M. M., G. C. White, and E. M. Karlen.  1984.  Use
    of pellet-group plots to measure trends in deer and elk
    populations.  Wildl. Soc. Bull. 12:147-155.

346

Runnells, R. A., W. S. Monlux, and A. W. Monlux.  1965.
    Principles of veterinary pathology. 7th ed.  Iowa State
    Univ. Press, Ames.  958pp.

Russell, E. W. B.  1983.  Pollen analysis of past
    vegetation at Point Reyes National Seashore,
    California.  Madrono 30:1-11.

Sampson, F. B., F. Perez-Trejo, H. Salwasser, L. F.
    Ruggiero, and M. L. Shaffer.  1985.  On determining and
    managing minimum population size.  Wildl. Soc. Bull.
    13:425-433.

Schoener, T. W.  1970.  Non-synchronous spatial overlap of
    lizards in patchy habitats.  Ecology. 51:408-418.

Schoenwald-Cox, C.  1983.  Conclusions: guidelines to
    management: a beginning attempt.  Pages 414-445 in C.
    Schoenwald-Cox, S. M. Chambers, B. MacBryde, and W. L.
    Thomas, eds. Genetics and conservation: a reference for
    managing wild animal and plant populations.
    Benjamin-Cummings Publ. Co., Inc, Menlo Park, Calif.
    722pp.

Schwartz, C. C., and J. E. Ellis.  1981.  Feeding ecology
    and niche separation in some native and domestic
    ungulates on the shortgrass prairie.  J. Appl. Ecol.
    18:343-353.

Severinghaus, C. W., and R. W. Darrow.  1976.  Failure of
    elk to survive in the Adirondacks.  N.Y. Fish and Game
    J. 23:98-99.

Shoesmith, M. W.  1979.  Seasonal movements and social
    behavior of elk on Mirror Plateau, Yellowstone National
    Park.  Pages 166-176 in M. S. Boyce and L. D.
    Hayden-Wing, eds. North  American elk: ecology,
    behavior and management. Univ. Wyoming Press, Laramie,
    294pp.

Shupe, J. L., L. F. James, L. D. Balis, W. Binns, and R. F.
    Keeler.  1967.  A probable hereditary skeletal
    deformity in Hereford cattle.  J. Hered. 58:311-313.

Shupe, J. L., L. F. James, and W. Binns.  1967.
    Observations on crooked calf disease.  J. Am. Vet. Med.
    Assoc. 151:191-197.

005105

347

Simpson, G.  1847.  Narrative of a journey round the world,
    during the years 1841 and 1842. Vol. I.  Henry Colburn,
    London, England. 438pp.

Sinclair, A. R. E.  1979.  Dynamics of the Serengeti
    ecosystem: process and pattern.  Pages 1-30 in A. R. E.
    Sinclair and M. Norton-Griffiths, eds.  Serengeti -
    Dynamics of an ecosystem.  Univ. Chicago Press,
    Chicago, Ill.  389pp.

Skoog, R. O.  1968.  Ecology of the caribou in Alaska.
    Ph.D. Dissertation, Univ. California, Berkeley.  699pp.

Smith, E. H., and S. Obreski.  1971.  Climatological
    observations for Tomales Bay.  Res. Rep. No. 10,
    Pacific Marine Station.  Univ. Pacific, Sacramento,
    Calif.  9pp.

Soil Conservation Service.  1967.  Soil survey of Marin
    County, California.  Soil Conservation Service, U.S.
    Dept. of Agriculture, Washington, D.C.  40pp.

Sokal, R. R., and F. J. Rohlf.  1969.  Biometry.  W.H.
    Freeman and Co., San Francisco, Calif.  776pp.

Soule, M.  1980.  Thresholds for survival: maintaining
    fitness and evolutionary potential.  Pages 151-169 in
    M. E. Soule and B. A. Wilcox, eds. Conservation
    biology: an evolutionary-ecological perspective.
    Sinauer Associates, Inc., Sunderland, Mass.  395pp.

Sparks, D. R., and J. C. Malachek.  1968.  Estimating
    percentage dry weight in diets using a microscopic
    technique.  J. Range Manage. 21:264-265.

Staines, B. W.  1978.  The dynamics and performance of a
    declining population of red deer (Cervus elpahus).  J.
    Zool. London. 184:403-419.

Steele, C. B.  1941.  The Steele brothers.  Calif.
    Historical Soc. Quarterly 20:259-273.

Stewart, J., J. W. McCallum, and A. W. Taylor.  1945.
    Observations on the blood picture of Johne's disease in
    sheep and cattle with special reference to the
    magnesium content of the blood.  J. Comp. Path.
    55:45-48.

005106

Stormer, F. A., T. W. Hoekstra, C. M. White, and C. M. Kirkpatrick. 1977. Frequency distribution of deer pellet groups in southern Indiana. J. Wildl. Manage. 41:779-782.

Stoszek, M. J., J. E. Oldfield, G. E. Carter, and P. H. Weswig. 1979. Effect of tall fescue and quackgrass on copper metabolism and weight gains of beef cattle. J. Anim. Sci. 48: 893-899.

Strauss, R. E. 1979. Reliability estimates for Ivlev's electivity index, the foraging ratio, and a proposed linear index of forage selection. Trans. Am. Fish. Soc. 108:344-352.

Sugnet, P. W., and R. E. Martin. 1985. Fire history and postfire stand dynamics of the Inverness Bishop Pine population. Technical Report No. __, Cooperative National Park Resources Studies Unit, Univ. California, Davis. 70pp.

Sugnet, P. W., and J. W. Bartolome. 1983. A guide to monitoring livestock use within the pastoral zone at Point Reyes National Seashore. Unpubl. report, Univ. California, Berkeley. 29pp.

Suttle, N. F., B. J. Alloway, and I. Thornton. 1975. An effect of soil ingestion on the utilization of dietary copper by sheep. J. Agric. Sci. Camb. 84:249-254.

Suttle, N. F., and M. McLaughlan. 1976. Predicting the effects of dietary molybdenum and sulphur on the availability of copper to ruminants. Proc. Nutr. Soc. 35:22A.

Swift, L. W. 1945. A partial history of elk herds of Colorado. J. Mamm. 26:114-119.

Taber, R. D. 1953. The secondary sex ratio in Odocoileus. J. Wildl. Manage. 17:95-97.

Taber, R. D. 1956. Deer nutrition and population dynamics in the North Coast range of California. Trans. N. Amer. Wildl. Conf. 21:159-172.

Taber, R. D., and R. F. Dasmann. 1954. A sex difference in mortality in young Columbian black-tailed deer. J. Wildl. Manage. 18:309-315.

Taber, R. D., and R. F. Dasmann.  1957.  The dynamics of three natural populations of the deer Odocoileus hemionus columbianus.  Ecology 38:233-246.

Taber, R. D., and R. F. Dasmann.  1958.  The black-tailed deer of the chaparral: its life history and management in the North Coast Range of California.  Game Bulletin No. 8.  Dept. Fish and Game, Sacramento, Calif.  163pp.

Taber, R. D., K. Raedeke, and D. A. McCaughran.  1982.  Population characteristics.  Pages 279-298 in J. W. Thomas and D. E. Toweill, eds. Elk of North America, ecology and management.  Stackpole Books, Harrisburg, Penn.  698pp.

Templeton, A. R., and B. Read.  1983.  The elimination of inbreeding depression in a captive herd of Speke's gazelle.  Pages 241-261 in C. M. Schoenwald-Cox, S. M. Chambers, B. MacBryde, and W. L. Thomas, eds. Genetics and Conservation: a reference for managing wild animal and plant populations. Benjamin/Cummings, Menlo Park, Calif.  722pp.

Terlecki, S., J. T. Done, and F. G. Clegg.  1964.  Enzootic ataxia of red deer.  Brit. Vet. J. 120:311-321.

Thoen, C. O., and C. C. Muscoplat.  1979.  Recent developments in diagnosis of paratuberculosis (Johne's disease).  J. Am. Vet. Med. Assoc. 174:838-840.

Thomas, B., and A. Thompson.  1948.  The ash content of some grasses and herbs on the Palace Leas hay plots at Cockle Park. Emp. J. Exp. Agric. 16:221-230.

Thompson, S.  1981.  A census of deer in the pastoral zone of Point Reyes National Seashore.  Files of Point Reyes National Seashore.  Point Reyes, Calif.  14pp.

Thornthwaite, C. W.  1948.  An approach toward a rational classification of climate.  Geog. Review. 38:55-94.

Thornton, I.  1973.  Biochemical and soil ingestion studies in relation to the trace-element nutrition of livestock.  Pages 451-454 in W. G. Hoekstra, J. W. Suttie, H. E. Ganther, and W. Mertz, eds. Trace element metabolism in animals-2. University Park Press, Baltimore, Md.  775 pp.

005108

350

Thornton, I., G. F. Kershaw, and M. K. Davies. 1972a. An investigation into copper deficiency in cattle in the southern Pennines. I. Identification of suspect areas using geochemical reconnaissance followed by blood copper surveys. J. Agr. Sci. 78:157-163.

Thornton, I., G. F. Kershaw, and M. K. Davies. 1972b. An investigation into copper deficiency in cattle in the southern Pennines. II. Response to copper supplementation. J. Agr. Sci. 78:165-171.

Todd, J. W., and E. M. Hansen. 1973. Plant fragments in the feces of bighorns as indicators of food habits. J. Wildl. Manage. 37:363-366.

Toogood, A. C. 1980. Historic resource study, a civil history of Golden Gate National Recreation Area and Point Reyes National Seashore, California. National Park Service. 2 vol. USDI, Denver, Colo. 376pp.

Trainer, C. E., M. L. McInnis, J. C. Lemos, W. J. Castillo, and R. E. Anglin. 1978. Steens Mountain mule deer population study: fawn survival. Job Progress Report, P-R Project W-70-R-8, Subproject F, Study VI, Job 2. Dept. Fish and Wildlife, Portland, Ore. 11pp.

Troyer, W. A. 1960. The Roosevelt elk on Afognak Island, Alaska. J. Wildl. Manage. 24:15-21.

Truman, C. F., J. Dushek, and R. H. Barrett. 1983. A staining procedure for plant epidermal fragments. Pages 146-150 in H. W. Elliott, III, Ecological relationships of cattle, axis deer, fallow deer, and black-tailed deer on Point Reyes Peninsula. Ph.D. Dissertation, Univ. California, Davis. 197pp.

Tule Elk Interagency Task Force. 1979. A management plan for the conservation of tule elk. Bureau of Land Management, U.S. Dept. Interior, Sacramento, Calif. 25pp.

U.S. Dept. of Commerce, Weather Bureau. 1942. General Summary. Climatological data, Calif. Section. 26:145-156.

Underwood, E. J. 1977. Trace elements in human and animal nutrition. 4th ed. Academic Press, New York, N.Y. 545pp.

351

Van Atta, C. E.  1946.  Notes on the former presence of grizzly and black bears in Marin County, California. Calif. Fish and Game 32:27-29.

Van Horne, B.  1983.  Density as a misleading indicator of habitat quality.  J. Wildl. Manage. 47:893-901.

Van Dyne, G. M., N. R. Brockington, Z. Szocs, J. Duek, and C. A. Ribic.  1980.  Large herbivore subsystems.  Pages 269-537 in A. I. Breymeyer and G. M. Van Dyne, eds. Grasslands, systems analysis and man.  Internat. Biological Programme 19. Cambridge Univ. Press., Cambridge, England.  950pp.

Vavra, M., and J. L. Holechek.  1980.  Factors influencing microhistological analysis of herbivore diets.  J. Range Manage. 33:371-374.

Verme, L. J.  1965.  Reproduction studies on penned white-tailed deer.  J. Wildl. Manage. 29:74-79.

Verme, L. J.  1969.  Reproductive patterns of white-tailed deer related to nutritional plane.  J. Wildl. Manage. 33:881-887.

Verme, L. J.  1983.  Sex ratio vacillation in Odocoileus: a critical review.  J. Wildl. Manage. 47:573-582.

Wagner, H. R.  1924.  The voyage to California of Sebastian Rodriguez Cermeno in 1595.  Calif. Historical Soc. Quarterly 3: 3-24.

Wagner, H. R.  1931.  The last Spanish exploration of the Northwest Coast and the attempt to colonize Bodega Bay.  Calif. Historical Soc. Quarterly 10:313-345.

Waldrip, G. P., and J. H. Shaw.  1979.  Movements and habitat use by cow and calf elk at the Wichita Mountains National Wildlife Refuge.  Pages 174-184 in M. S. Boyce and L. D. Hayden-Wing, eds. North American elk: ecology, behavior and management.  Univ. Wyoming Press, Laramie.  294 pp.

Weather Bureau  1942.  General summary. Climatological data, California section. 26:145-156.

Weaver, C. E.  1949.  Geology of the Coast Ranges immediately north of the San Francisco Bay Region, California.  Geol. Soc. Am. Memoir 35.  242pp.

005110

352

Weber, G. E.  1981.  Physical environment.  Pages 61-121 in B. J. LeBoeuf and S. Kaza, eds.  The natural history of Ano Nuevo. Boxwood Press, Pacific Grove, Calif.  425pp.

Wehausen, J. D., and H. W. Elliott III.  1982.  Range relationships and demography of fallow and axis deer on Point Reyes National Seashore.  Calif. Fish and Game 68:132-145.

Westoby, M.  1974.  An analysis of diet selection by large generalist herbivores.  Am. Nat. 108:290-304.

White, G. C., D. R. Anderson, K. P. Burnham, and D. L. Otis.  1982.  Capture-recapture and removal methods for sampling closed populations.  Los Alamos Report LA-8787-NERP.  235pp.

Wilcox, B. A.  1984.  In situ conservation of genetic resources: determininants of minimum area requirements.  Pages 639-647 in J. A. McNeely and K. R. Miller, eds. National parks, conservation, and development: the role of protected areas in sustaining society.  Proceedings of the World Congress on National Parks, Bali, Indonesia, 11-22 October 1982. Smithsonian Inst. Press, Washington, D.C.  825 pp.

Williams, E. S., T. R. Spraker, and G. S. Schoonveld. 1979.  Paratuberculosis (Johne's disease) in bighorn sheep and Rocky Mountain goat in Colorado.  J. Wildl. Dis. 15:221-227.

Willison, J. M., and M. T. Hanson.  1983.  The 1978 relocation of tule elk at Fort Hunter Liggett -- reasons for its failure.  Proc. West. Sec. The Wildl. Soc. 1983:43-49.

Yasuda, S., S. Toda, Y. Igarashi, and S. Tamura.  1979. Extraction system for solvent extraction -- graphite furnace atomic absorption spectro-photometry.  Anal. Chem. 51:161-163.

Zumwalt, C. W.  1972.  Consideration of vegetation and soils on the Tomales Bay watershed.  Page 203 in R. Corwin, ed. Tomales Bay Study, compendium of reports. Copy Centers of Berkeley, Berkeley, Calif.  203 pp.

# APPENDIX I.  Plant taxa recorded at each vegetation sample location in 1980 and 1981.

CELL=8   YR=80   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 9 |
| LITTER | | | PLANT LITTER | 42 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 2 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 9 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM OCCIDENTALE | 1 |
| FORBS | PERENNIAL | NATIVE | ERIGERON GLAUCUS | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | NATIVE | OENOTHERA CHEIRANTHIFOLIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA CALIFORNICA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA DISTANS | 11 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 6 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 40 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 8 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNOWN GRASS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 21 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS LESUEURII | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 20 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 13 |

CELL=8   YR=81   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 21 |
| LITTER | | | PLANT LITTER | 38 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 6 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 15 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 51 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 73 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM OCCIDENTALE | 1 |
| FORBS | UNKNOWN | UNKNOWN | UNKNOWN PLANT | 21 |
| FORBS | UNKNOWN | NATIVE | ERYSIMUM CONCINNUM | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 27 |
| FORBS | PERENNIAL | NATIVE | OENOTHERA CHEIRANTHIFOLIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA DISTANS | 37 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 38 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SENECIO VULGARIS | 17 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 8 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 41 |

APPENDIX I.  Continued.                                    354

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 8 |

CELL=38   YR=80   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 3 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 5 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 8 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NAVARRETIA SQUARROSA | 3 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 31 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 13 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 33 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 42 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 12 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 97 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 12 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 11 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 75 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 5 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 18 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 2 |

CELL=38   YR=81   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 2 |
| LITTER | | | PLANT LITTER | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 6 |
| FORBS | PERENNIAL | NATIVE | LINUM PERENNE | 1 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 10 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NAVARRETIA SQUARROSA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 43 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SHERARDIA ARVENSIS | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 7 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 47 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 0 |

APPENDIX I.  Continued.                                           355

```
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    BROMUS RIGIDUS                10
GRASSES/SEDGES    PERENNIAL         NATIVE    ELYMUS GLAUCUS                9
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    FESTUCA DERTONENSIS           31
GRASSES/SEDGES    PERENNIAL         NATIVE    HORDEUM BRACHYANTHERUM        22
GRASSES/SEDGES    PERENNIAL         EXOTIC    HOLCUS LANATUS               7
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    HORDEUM LEPORINUM            5
GRASSES/SEDGES    PERENNIAL         NATIVE    JUNCUS EFFUSUS               4
GRASSES/SEDGES    PERENNIAL         EXOTIC    LOLIUM MULTIFLORUM           56
GRASSES/SEDGES    PERENNIAL         EXOTIC    POA BULBOSA                 1
SHRUBS            PERENNIAL         NATIVE    MALACOTHRIX SAXATILIS        3

CELL=50    YR=80    SECTION=NORTH   ASPECT=NORTH

PLANT TYPE        GROWTH            STATUS    SPECIES                  NO. HITS

BARE GROUND                                   BARE GROUND               2
LITTER                                        PLANT LITTER              9
LOWER PLANTS      PERENNIAL         NATIVE    PTERIDIUM AQUILINUM       10
FORBS             PERENNIAL         NATIVE    ACHILLEA BOREALIS         3
FORBS             PERENNIAL         UNKNOWN   CARDIONEMA RAMOSISSIMA    1
FORBS             PERENNIAL         NATIVE    CONVOLVULUS OCCIDENTALIS  1
FORBS             UNKNOWN           NATIVE    ESCHSCHOLZIA CALIFORNICA  3
FORBS             PERENNIAL         NATIVE    FRANSERIA CHAMISSONIS     1
FORBS             PERENNIAL         NATIVE    HERACLEUM LANATUM         1
FORBS             PERENNIAL         NATIVE    IRIS DOUGLASIANA          27
FORBS             PERENNIAL         EXOTIC    PLANTAGO LANCEOLATA       2
FORBS             PERENNIAL         EXOTIC    RUMEX ACETOSELLA          21
FORBS             PERENNIAL         NATIVE    STACHYS RIGIDA            1
FORBS             PERENNIAL         NATIVE    CIRSIUM QUERCETORUM       1
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    AIRA CARYOPHYLLEA         11
GRASSES/SEDGES    PERENNIAL         NATIVE    BROMUS MARGINATUS         13
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    BROMUS MOLLIS             23
GRASSES/SEDGES    PERENNIAL         NATIVE    ELYMUS GLAUCUS            1
GRASSES/SEDGES    ANNUAL/BIENNIAL   EXOTIC    FESTUCA DERTONENSIS       13
GRASSES/SEDGES    PERENNIAL         EXOTIC    HOLCUS LANATUS            26
GRASSES/SEDGES    UNKNOWN           UNKNOWN   HORDEUM SP                25
GRASSES/SEDGES    PERENNIAL         EXOTIC    LOLIUM MULTIFLORUM        62
SHRUBS                              NATIVE    LUPINUS ARBOREUS          7

CELL=50    YR=81    SECTION=NORTH   ASPECT=NORTH

PLANT TYPE        GROWTH            STATUS    SPECIES                  NO. HITS

BARE GROUND                                   BARE GROUND               4
LITTER                                        PLANT LITTER              14
LOWER PLANTS      PERENNIAL         NATIVE    PTERIDIUM AQUILINUM       15
FORBS             PERENNIAL         NATIVE    ACHILLEA BOREALIS         17
FORBS             ANNUAL/BIENNIAL   NATIVE    AMSINCKIA INTERMEDIA      2
FORBS             ANNUAL/BIENNIAL   NATIVE    CALANDRINIA CILIATA       2
FORBS             ANNUAL/BIENNIAL   EXOTIC    CERASTIUM VISCOSUM        1
FORBS             UNKNOWN           NATIVE    CHLOROGALUM POMERIDIANUM  1
FORBS             PERENNIAL         NATIVE    ERODIUM CICUTARIUM        1
FORBS             UNKNOWN           NATIVE    ESCHSCHOLZIA CALIFORNICA  13
FORBS             ANNUAL/BIENNIAL   EXOTIC    GERANIUM MOLLE            7
```

APPENDIX I.  Continued.                                      356

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 19 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 18 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 3 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 43 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 39 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | TRIFOLIUM GRACILENTUM | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 3 |
| FORBS | PERENNIAL | EXOTIC | RUMEX CRISPUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 86 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 23 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 68 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | JUNCUS BUFONIUS | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 14 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 2 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 3 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 1 |

CELL=56   YR=80   SECTION=NORTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| LITTER | | | PLANT LITTER | 4 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 14 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HORKELIA CALIFORNICA | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 53 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 25 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 6 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 28 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 26 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 24 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 16 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 26 |

005115

APPENDIX I.  Continued.                                    357

```
CELL=56    YR=81    SECTION=NORTH   ASPECT=NORTH

PLANT TYPE       GROWTH           STATUS    SPECIES                NO. HITS

BARE GROUND                                 BARE GROUND                   1
LITTER                                      PLANT LITTER                 15
LOWER PLANTS     PERENNIAL        NATIVE    PTERIDIUM AQUILINUM          12
FORBS            PERENNIAL        NATIVE    ACHILLEA BOREALIS            12
FORBS            ANNUAL/BIENNIAL  NATIVE    AMSINCKIA INTERMEDIA          9
FORBS            ANNUAL/BIENNIAL  NATIVE    CALANDRINIA CILIATA           1
FORBS            PERENNIAL        UNKNOWN   CARDIONEMA RAMOSISSIMA        1
FORBS            ANNUAL/BIENNIAL  EXOTIC    CERASTIUM VISCOSCUM           1
FORBS            ANNUAL/BIENNIAL  EXOTIC    CONIUM MACULATUM              3
FORBS            UNKNOWN          NATIVE    ESCHSCHOLZIA CALIFORNICA      7
FORBS            PERENNIAL        NATIVE    FRANSERIA CHAMISSONIS         7
FORBS            ANNUAL/BIENNIAL  EXOTIC    GERANIUM DISSECTUM            2
FORBS            ANNUAL/BIENNIAL  EXOTIC    GERANIUM MOLLE                9
FORBS            PERENNIAL        NATIVE    HERACLEUM LANATUM             4
FORBS            PERENNIAL        NATIVE    HYPOCHOERIS RADICATA          2
FORBS            PERENNIAL        NATIVE    IRIS DOUGLASIANA              4
FORBS            PERENNIAL        NATIVE    MARAH FABACEUS                4
FORBS            ANNUAL/BIENNIAL  EXOTIC    MEDICAGO HISPIDA              6
FORBS            ANNUAL/BIENNIAL  NATIVE    MONTIA PERFOLIATA            10
FORBS            PERENNIAL        NATIVE    OXALIS PILOSA                 2
FORBS            PERENNIAL        EXOTIC    RUMEX ACETOSELLA             37
FORBS            ANNUAL/BIENNIAL  EXOTIC    SENECIO VULGARIS              1
FORBS            ANNUAL/BIENNIAL  EXOTIC    SILENE GALLICA                3
FORBS            ANNUAL/BIENNIAL  EXOTIC    STELLARIA MEDIA              26
FORBS            PERENNIAL        NATIVE    STACHYS RIGIDA               17
FORBS            UNKNOWN          UNKNOWN   VICIA SP                      5
FORBS            PERENNIAL        NATIVE    CIRSIUM QUERCETORUM           1
GRASSES/SEDGES   ANNUAL/BIENNIAL  EXOTIC    AIRA CARYOPHYLLEA            13
GRASSES/SEDGES   PERENNIAL        NATIVE    BROMUS MARGINATUS            46
GRASSES/SEDGES   ANNUAL/BIENNIAL  EXOTIC    BROMUS MOLLIS               23
GRASSES/SEDGES   ANNUAL/BIENNIAL  EXOTIC    BROMUS RIGIDUS               1
GRASSES/SEDGES   PERENNIAL        NATIVE    CALAMAGROSTIS NUTKAENSIS      4
GRASSES/SEDGES   ANNUAL/BIENNIAL  EXOTIC    FESTUCA DERTONENSIS         17
GRASSES/SEDGES   PERENNIAL        NATIVE    HORDEUM BRACHYANTHERUM      33
GRASSES/SEDGES   ANNUAL/BIENNIAL  EXOTIC    HORDEUM LEPORINUM            1
GRASSES/SEDGES   PERENNIAL        EXOTIC    LOLIUM MULTIFLORUM            3
GRASSES/SEDGES   PERENNIAL        EXOTIC    LOLIUM PERENNE                1
GRASSES/SEDGES   PERENNIAL        EXOTIC    POA BULBOSA                   1
SHRUBS           PERENNIAL        NATIVE    RHAMNUS CALIFORNICA           1

CELL=57    YR=80    SECTION=NORTH   ASPECT=NORTH

PLANT TYPE       GROWTH           STATUS    SPECIES                NO. HITS

BARE GROUND                                 BARE GROUND                   3
LITTER                                      PLANT LITTER                 12
LOWER PLANTS     PERENNIAL        NATIVE    PTERIDIUM AQUILINUM          12
FORBS            PERENNIAL        NATIVE    ACHILLEA BOREALIS             4
FORBS            PERENNIAL        NATIVE    CONVOLVULUS OCCIDENTALIS      1
FORBS            UNKNOWN          NATIVE    ESCHSCHOLZIA CALIFORNICA      1
```

005116

APPENDIX I.  Continued.                                   358

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 51 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 19 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 3 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 9 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 23 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 18 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 9 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 12 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 20 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 70 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 4 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2 |

CELL=57   YR=81   SECTION=NORTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 31 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 23 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 40 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 1 |
| FORBS | PERENNIAL | EXOTIC | APIUM GRAVEOLENS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 2 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 17 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 15 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 15 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 24 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 6 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 94 |
| FORBS | PERENNIAL | NATIVE | LATHYRUS JEPSONII | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 7 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 6 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 3 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 0 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | PERENNIAL | NATIVE | STELLARIA JAMESIANA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 17 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 29 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 1 |
| FORBS | PERENNIAL | NATIVE | VICIA AMERICANA | 8 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |

APPENDIX I.  Continued.                                          359

| | | | | |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | UMBELLULARIA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 70 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 42 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 3 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 16 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 62 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNOWN GRASS | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 25 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 9 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 42 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 4 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 2 |

CELL=88   YR=90   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 7 |
| LITTER | | | PLANT LITTER | 8 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 5 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 33 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 23 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 8 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 15 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 18 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 37 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 1 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 3 |

CELL=88   YR=91   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 4 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 23 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 34 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 75 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 2 |

005118

APPENDIX I.  Continued.                                    360

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 15 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 11 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 5 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 97 |
| FORBS | PERENNIAL | NATIVE | LATHYRUS JEPSONII | 3 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLATYSTEMON CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 76 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 4 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 25 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 3 |
| FORBS | PERENNIAL | NATIVE | VICIA AMERICANA | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS HALII | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 23 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 66 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 54 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 50 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 75 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 5 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 58 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 17 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 2 |

CELL=99   YR=80   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 7 |
| LITTER | | | PLANT LITTER | 23 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 5 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 13 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 7 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 6 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 3 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 8 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 9 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1 |

005119

APPENDIX I.  Continued.                                        361

```
SHRUBS           PERENNIAL         NATIVE    MALACOTHRIX SAXATILIS            4
SHRUBS                             NATIVE    ARTIMISIA CALIFORNICA           5
SHRUBS                             NATIVE    BACCHARIS PILULARIS            32
SHRUBS                             NATIVE    MIMULUS AURANTIACUS             4
SHRUBS                             NATIVE    RHUS DIVERSILOBA              19
SHRUBS                             UNKNOWN   RUBUS SPP                     14
SHRUBS                             NATIVE    RUBUS PARVIFLORUS              4

CELL=99   YR=81   SECTION=NORTH   ASPECT=SOUTH

PLANT TYPE       GROWTH            STATUS    SPECIES                 NO. HITS

BARE GROUND                                  BARE GROUND                    5
LITTER                                       PLANT LITTER                  84
LOWER PLANTS                       NATIVE    POLYSTICHUM MUNITUM           11
LOWER PLANTS     PERENNIAL         NATIVE    PTERIDIUM AQUILINUM           19
FORBS            PERENNIAL         NATIVE    ACHILLEA BOREALIS              5
FORBS            PERENNIAL         EXOTIC    ANGELICA ARGUTA                3
FORBS            PERENNIAL         EXOTIC    ANAPHALLIS MARGARITACEA       16
FORBS            UNKNOWN           NATIVE    CHLOROGALUM POMERIDIANUM       4
FORBS            ANNUAL/BIENNIAL   NATIVE    DAUCUS PUSILLUS                1
FORBS            PERENNIAL         NATIVE    FRANSERIA CHAMISSONIS          6
FORBS            ANNUAL/BIENNIAL   EXOTIC    GALIUM APARINE                24
FORBS            PERENNIAL         NATIVE    GALIUM CALIFORNICUM            5
FORBS            ANNUAL/BIENNIAL   EXOTIC    GERANIUM MOLLE                 1
FORBS            PERENNIAL         NATIVE    HERACLEUM LANATUM             28
FORBS            PERENNIAL         NATIVE    MARAH FABACEUS                 3
FORBS            ANNUAL/BIENNIAL   NATIVE    MONTIA PERFOLIATA              1
FORBS            PERENNIAL         NATIVE    OXALIS PILOSA                  2
FORBS            PERENNIAL         EXOTIC    PLANTAGO LANCEOLATA            2
FORBS            ANNUAL/BIENNIAL   NATIVE    PTEROSTEGIA DRYMARIOIDES       1
FORBS            PERENNIAL         EXOTIC    RUMEX ACETOSELLA              14
FORBS            PERENNIAL         NATIVE    SATUREJA DOUGLASII            24
FORBS            ANNUAL/BIENNIAL   EXOTIC    SILENE GALLICA                 2
FORBS            PERENNIAL         NATIVE    SMILACINA STELLATA             1
FORBS            ANNUAL/BIENNIAL   EXOTIC    SONCHUS ASPER                  1
FORBS            ANNUAL/BIENNIAL   EXOTIC    STELLARIA MEDIA                3
FORBS            PERENNIAL         NATIVE    STACHYS RIGIDA                13
FORBS            UNKNOWN           UNKNOWN   VICIA SP                       1
FORBS            PERENNIAL         NATIVE    CIRSIUM QUERCETORUM            3
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    AIRA CARYOPHYLLEA             45
GRASSES/SEDGES   ANNUAL/BIENNIAL   NATIVE    BROMUS CARINATUS               1
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS MOLLIS                 19
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS RIGIDUS                 2
GRASSES/SEDGES   PERENNIAL         NATIVE    ELYMUS GLAUCUS                 1
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    FESTUCA DERTONENSIS           23
GRASSES/SEDGES   PERENNIAL         NATIVE    HORDEUM BRACHYANTHERUM         1
GRASSES/SEDGES   PERENNIAL         EXOTIC    HOLCUS LANATUS                 5
GRASSES/SEDGES   PERENNIAL         EXOTIC    LOLIUM MULTIFLORUM             1
GRASSES/SEDGES   PERENNIAL         EXOTIC    LOLIUM PERENNE                 1
SHRUBS           PERENNIAL         NATIVE    MALACOTHRIX SAXATILIS          9
SHRUBS                             NATIVE    ARTIMISIA CALIFORNICA          2
SHRUBS                             NATIVE    BACCHARIS PILULARIS           60
SHRUBS                             NATIVE    MIMULUS AURANTIACUS            4
```

005120

APPENDIX I.   Continued.                                          362

| | | | | |
|---|---|---|---|---|
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 43 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 11 |

CELL=100    YR=80    SECTION=NORTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 22 |
| LITTER | | | PLANT LITTER | 33 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 10 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENIS | 3 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALLIS MARGARITACEA | 2 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 3 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 5 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 8 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 2 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 3 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 8 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 29 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 4 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 10 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 8 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 24 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 7 |

CELL=100    YR=81    SECTION=NORTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 22 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 1 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 19 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENIS | 24 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ARTEMISIA DOUGLASII | 3 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 29 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | DAUCUS PUSILLUS | 2 |
| FORBS | PERENNIAL | NATIVE | ERIOPHYLLUM STAECHADIFOLIUM | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 2 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 60 |
| FORBS | | UNKNOWN | UNKNOWN GALIUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | GNAPHALIUM CALIFORNICUM | 4 |

005121

APPENDIX I.  Continued.                                          363

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 18 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 6 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 3 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 26 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PTEROSTEGIA DRYMARIOIDES | 3 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 2 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 17 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 29 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 47 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 7 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | CAREX | 8 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | CAREX | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 37 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 3 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNOWN GRASS | 9 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 15 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 7 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 65 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 7 |
| SHRUBS | | NATIVE | HOLODISCUS DISCOLOR | 1 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 9 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 19 |
| SHRUBS | | NATIVE | OSMARONIA CERASIFORMIS | 9 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 22 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 4 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 1 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 2 |

CELL=122   YR=80   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 54 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 3 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 10 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 4 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALLIS MARGARITACEA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 2 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 8 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 21 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 4 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 19 |

APPENDIX I.   Continued.                                    364

| | | | | |
|---|---|---|---|---:|
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 8 |
| FORBS | PERENNIAL | NATIVE | SCROFULARIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 23 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 80 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 36 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 12 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 22 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | JUNCUS SPP | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 39 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 3 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 31 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 21 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 16 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 4 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 2 |

CELL=122    YR=81    SECTION=NORTH    ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---:|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 62 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 1 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 26 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 1 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALLIS MARGARITACEA | 3 |
| FORBS | PERENNIAL | EXOTIC | APIUM GRAVEOLENS | 3 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 4 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | DAUCUS PUSILLUS | 2 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 16 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 25 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 34 |
| FORBS | PERENNIAL | NATIVE | LATHYRUS JEPSONII | 3 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 9 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PTEROSTEGIA DRYMARIOIDES | 6 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 13 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 2 |

005123

APPENDIX I.  Continued.                                                365

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 24 |
| FORBS | PERENNIAL | NATIVE | SCROFULARIA CALIFORNICA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 2 |
| FORBS | PERENNIAL | NATIVE | STELLARIA JAMESIANA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 5 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 13 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS HALII | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 36 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 38 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 8 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 70 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | MELICA GEYERI | 2 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 62 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 1 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 53 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 5 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 10 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 3 |

CELL=134   YR=80   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 2 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 3 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 24 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 15 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS EXARATA | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 34 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 25 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 19 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 50 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 3 |

APPENDIX I.   Continued.                                       366

| | | | | |
|---|---|---|---|---|
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 3 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 8 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 1 |

CELL=134   YR=81   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 5 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7 |
| FORBS | PERENNIAL | UNKNOWN | BRODIAEA CORONARIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 2 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 28 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO ARABICA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 90 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 26 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 5 |
| FORBS | PERENNIAL | NATIVE | SIDALCEA MALVAEFLORA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 79 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 77 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 6 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 5 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 3 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNOWN GRASS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 18 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 13 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 64 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 23 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 15 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2 |

005125

APPENDIX I.  Continued.                                    367

CELL=141   YR=80   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 15 |
| LITTER | | | PLANT LITTER | 16 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7 |
| FORBS | PERENNIAL | NATIVE | ERIGERON GLAUCUS | 2 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 10 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 27 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 8 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 19 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 46 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 18 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 47 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 5 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 3 |

CELL=141   YR=81   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 9 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 9 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 21 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 3 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 2 |
| FORBS | PERENNIAL | NATIVE | ERIGERON GLAUCUS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 8 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 20 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 21 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LOTUS HUMISTRATUS | 2 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO HISPIDA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLATYSTEMON CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 9 |

005126

APPENDIX I.  Continued.                                          368

| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 40 |
|-------|-----------|--------|------------------|-----|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 7 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 35 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 43 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 62 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 61 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 50 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 7 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 26 |
| SHRUBS | PERENNIAL | NATIVE | RHAMNUS CALIFORNICA | 8 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 2 |

CELL=142   YR=80   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|------------|--------|--------|---------|----------|
| BARE GROUND | | | BARE GROUND | 7 |
| LITTER | | | PLANT LITTER | 31 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 17 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 8 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 8 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 5 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 4 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 11 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 11 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 6 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 19 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 23 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 3 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 29 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 12 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 48 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 3 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 31 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 1 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 2 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 13 |

APPENDIX I.  Continued.                                    369

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| SHRUBS | | UNKNOWN | RUBUS SPP | 14 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 17 |

CELL=142   YR=81   SECTION=NORTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 20 |
| LITTER | | | PLANT LITTER | 28 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 20 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 9 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 11 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ALCHEMILLA OCCIDENTALIS | 2 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 1 |
| FORBS | UNKNOWN | NATIVE | CARDAMINE OLIGOSPERMA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | EXOTIC | DELPHINIUM DECORUM | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 9 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 9 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 8 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 35 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | HESPEROCNIDE TENELLA | 6 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 15 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 2 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 26 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NEMOPHILA MENZIESII | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 12 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 6 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 3 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 12 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SCANDIX PECTEN-VENERIS | 2 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 4 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| FORBS | PERENNIAL | NATIVE | TELLIMA GRANDIFLORA | 1 |
| FORBS | PERENNIAL | NATIVE | URTICA CALIFORNICA | 10 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 36 |

005128

APPENDIX I.   Continued.                                        370

| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 33 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 14 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 32 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 14 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 18 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 7 |

CELL=143    YR=80    SECTION=NORTH    ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 9 |
| LITTER | | | PLANT LITTER | 45 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 6 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 21 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALLIS MARGARITACEA | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 6 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 15 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 26 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 4 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 5 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 4 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 3 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 9 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 9 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 8 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 30 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | FESTUCA DERTONENSIS | 6 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | FESTUCA ELATIOR | 26 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 41 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 15 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 36 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 19 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 11 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 11 |

005129

APPENDIX I.  Continued.                                          371

CELL=143   YR=81   SECTION=NORTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 11 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 10 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 28 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 1 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALLIS MARGARITACEA | 9 |
| FORBS | PERENNIAL | EXOTIC | APIUM GRAVEOLENS | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM OCCIDENTALE | 8 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 24 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 17 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 49 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 7 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 7 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 5 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 5 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 4 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 18 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 10 |
| FORBS | PERENNIAL | NATIVE | TELLIMA GRANDIFLORA | 1 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 1 |
| FORBS | PERENNIAL | NATIVE | URTICA CALIFORNICA | 2 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 10 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 2 |
| FORBS | UNKNOWN | UNKNOWN | UMBELLULARIA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 21 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 37 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 12 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 26 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | JUNCUS BUFONIUS | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 6 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | POA BULBOSA | 2 |
| SHRUBS | PERENNIAL | NATIVE | RHAMNUS CALIFORNICA | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 38 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 10 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 6 |

005130

APPENDIX I.  Continued.                                          372

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| SHRUBS | | NATIVE | RUBUS URSINUS | 22 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 1 |

CELL=163   YR=80   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 13 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 1 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 19 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 1 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 23 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 4 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS EXARATA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 19 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 65 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 6 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 7 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 65 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 5 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 17 |

CELL=163   YR=81   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 2 |
| LITTER | | | PLANT LITTER | 2 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 15 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 2 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 6 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 36 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO HISPIDA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 69 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 16 |

005131

APPENDIX I.   Continued.                                            373

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 5 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 47 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS BREVIARISTATUSUS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 15 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 8 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 5 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 55 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | PLANTAGO MAJOR | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 69 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 22 |

CELL=164   YR=80   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 20 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 2 |
| FORBS | PERENNIAL | NATIVE | ERIGERON GLAUCUS | 6 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 2 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 6 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 7 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 21 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 8 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 39 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 8 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | CYNOSURUS ECHINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 57 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 5 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 29 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 46 |

005132

APPENDIX I.  Continued.                                          374

| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 5 |
|--------|-----------|--------|------------------------|---|
| SHRUBS |  | NATIVE | BACCHARIS PILULARIS | 23 |
| SHRUBS |  | NATIVE | RHUS DIVERSILOBA | 14 |
| SHRUBS |  | UNKNOWN | RUBUS SPP | 2 |

CELL=164   YR=81   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|------------|--------|--------|---------|----------|
| BARE GROUND |  |  | BARE GROUND | 9 |
| LITTER |  |  | PLANT LITTER | 12 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10 |
| FORBS | PERENNIAL | NATIVE | ACAENA CALIFORNICA | 1 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 9 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 14 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 6 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 12 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 5 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 18 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LINANTHUS ANDROSACEUS | 4 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 4 |
| FORBS | PERENNIAL | NATIVE | OXALIS PILOSA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 48 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 37 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3 |
| FORBS | PERENNIAL | NATIVE | SIDALCEA MALVAEFLORA | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | TRIFOLIUM PROCUMBENS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 47 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 2 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS BREVIARISTATUSUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 14 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 5 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 59 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 25 |
| SHRUBS |  | NATIVE | BACCHARIS PILULARIS | 38 |

APPENDIX I.  Continued.                                        375

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 1 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 10 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 3 |

CELL=165   YR=80   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 4 |
| LITTER | | | PLANT LITTER | 21 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 7 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 4 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 29 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 27 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 19 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | CYNOSURUS ECHINATUS | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 11 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 40 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 40 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 34 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 10 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 14 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 3 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 2 |

CELL=165   YR=81   SECTION=NORTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 12 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 3 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7 |
| FORBS | PERENNIAL | NATIVE | ACAENA CALIFORNICA | 2 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 2 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 4 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 12 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |

005134

APPENDIX I.  Continued.                                          376

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 9 |
| FORBS | PERENNIAL | NATIVE | GRINDELIA STRICTA | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 4 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 12 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 9 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO HISPIDA | 3 |
| FORBS | PERENNIAL | NATIVE | OXALIS PILOSA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 15 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 26 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 4 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 1 |
| FORBS | PERENNIAL | NATIVE | STELLARIA JAMESIANA | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 2 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 5 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS BREVIARISTATUSUS | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 31 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | CAREX | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | CYNOSURUS ECHINATUS | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 13 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 16 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 34 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 33 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | MELICA GEYERI | 3 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 27 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 8 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 23 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 20 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 6 |

CELL=169   YR=80   SECTION=NORTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 15 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 1 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 4 |
| FORBS | UNKNOWN | UNKNOWN | LOTUS SP | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 7 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 14 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 1 |

APPENDIX I.  Continued.                                377

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 13 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 8 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | DACTYLIS GLOMERATA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 10 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 1 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 3 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 1 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 1 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 3 |

CELL=169   YR=81   SECTION=NORTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 19 |
| FORBS | PERENNIAL | NATIVE | ACAENA CALIFORNICA | 4 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 9 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 1 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 19 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 10 |
| FORBS | PERENNIAL | NATIVE | LOTUS FORMOSISSIMUS | 3 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | PERENNIAL | NATIVE | OENOTHERA OVATA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS FLORIBUNDUS | 7 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 29 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 52 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 4 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 6 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 32 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 18 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 23 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 30 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | POA BULBOSA | 4 |
| SHRUBS | PERENNIAL | NATIVE | RHAMNUS CALIFORNICA | 3 |

005136

APPENDIX I.   Continued.                                    378

CELL=183   YR=80   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 11 |
| LITTER | | | PLANT LITTER | 41 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 5 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 6 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 55 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 7 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 10 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 19 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 6 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 18 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 53 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 10 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 77 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 17 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 6 |

CELL=183   YR=81   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 11 |
| LITTER | | | PLANT LITTER | 10 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 50 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ALCHEMILLA OCCIDENTALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 18 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 13 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 2 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 35 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 3 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 18 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 11 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 88 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LINANTHUS ANDROSACEUS | 4 |

APPENDIX I.   Continued.                           379

005138

APPENDIX I.   Continued.                                              380

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 43 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 27 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLATYSTEMON CALIFORNICUS | 29 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 16 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 27 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 14 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 4 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 50 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 10 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 45 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 26 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 6 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 10 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 15 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 17 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 3 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 2 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 15 |

CELL=191   YR=80   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 4 |
| LITTER | | | PLANT LITTER | 6 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 4 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 12 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 19 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 52 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 32 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 88 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 40 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 3 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 4 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 7 |

APPENDIX I.  Continued.                                          381

CELL=191   YR=81   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 12 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 2 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 25 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 14 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LOTUS HUMISTRATUS | 3 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 8 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 21 |
| FORBS | PERENNIAL | NATIVE | OXALIS PILOSA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 44 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 34 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | TRIFOLIUM GRACILENTUM | 7 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 1 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 12 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 25 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 85 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 32 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 5 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 1 |

CELL=195   YR=80   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 19 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 11 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 9 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 14 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 8 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 57 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 19 |

005140

APPENDIX I.   Continued.                                        382

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 57 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 51 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | JUNCUS BUFONIUS | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 34 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 65 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 26 |

CELL=195    YR=81    SECTION=SOUTH    ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 30 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 5 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 11 |
| FORBS | PERENNIAL | EXOTIC | CERASTIUM ARVENSE | 17 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 23 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 26 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO ARABICA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 41 |
| FORBS | PERENNIAL | EXOTIC | NASTURTIUM OFFICINALE | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 10 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 10 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 24 |
| FORBS | PERENNIAL | EXOTIC | RUMEX CRISPUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 50 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 75 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | GLYCERIA OCCIDENTALIS | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 46 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 26 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 9 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | POA TRIVIALIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 14 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 3 |

005141

APPENDIX I.  Continued.                                              383

```
CELL=204   YR=80   SECTION=SOUTH   ASPECT=LEVEL

PLANT TYPE       GROWTH            STATUS    SPECIES                     NO. HITS

BARE GROUND                                  BARE GROUND                      8
LITTER                                       PLANT LITTER                    11
FORBS            PERENNIAL         NATIVE    CONVOLVULUS OCCIDENTALIS       . 1
FORBS            PERENNIAL         NATIVE    HYPOCHOERIS RADICATA             7
FORBS            PERENNIAL         NATIVE    MARAH FABACEUS                   1
FORBS            ANNUAL/BIENNIAL   EXOTIC    MEDICAGO HISPIDA                 1
FORBS            PERENNIAL         EXOTIC    PLANTAGO LANCEOLATA             46
FORBS            PERENNIAL         EXOTIC    RUMEX ACETOSELLA                16
FORBS            UNKNOWN           UNKNOWN   VICIA SP                         1
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    AIRA CARYOPHYLLEA               19
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BRIZA MINOR                      5
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS MOLLIS                   58
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS RIGIDUS                  22
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    FESTUCA DERTONENSIS             56
GRASSES/SEDGES   PERENNIAL         EXOTIC    HOLCUS LANATUS                   1
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    HORDEUM LEPORINUM                1
GRASSES/SEDGES   ANNUAL/BIENNIAL   NATIVE    JUNCUS BUFONIUS                  1
GRASSES/SEDGES   PERENNIAL         EXOTIC    LOLIUM PERENNE                  72
SHRUBS           PERENNIAL         NATIVE    MALACOTHRIX SAXATILIS            1
SHRUBS                             NATIVE    BACCHARIS PILULARIS             13
SHRUBS                             NATIVE    LUPINUS ARBOREUS                 4

CELL=204   YR=81   SECTION=SOUTH   ASPECT=LEVEL

PLANT TYPE       GROWTH            STATUS    SPECIES                     NO. HITS

BARE GROUND                                  BARE GROUND          .           5
LITTER                                       PLANT LITTER                    34
FORBS            PERENNIAL         NATIVE    ACHILLEA BOREALIS                1
FORBS            PERENNIAL         NATIVE    ERODIUM CICUTARIUM               1
FORBS            ANNUAL/BIENNIAL   EXOTIC    ERODIUM MOSCHATUM                3
FORBS            ANNUAL/BIENNIAL   EXOTIC    GERANIUM DISSECTUM               1
FORBS            ANNUAL/BIENNIAL   EXOTIC    GERANIUM MOLLE                   1
FORBS            PERENNIAL         NATIVE    HYPOCHOERIS RADICATA             4
FORBS            PERENNIAL         NATIVE    LUPINUS VARIICOLOR               1
FORBS            PERENNIAL         NATIVE    MARAH FABACEUS                   5
FORBS            PERENNIAL         NATIVE    OXALIS PILOSA                    1
FORBS            PERENNIAL         EXOTIC    PLANTAGO LANCEOLATA             15
FORBS            PERENNIAL         EXOTIC    RUMEX ACETOSELLA                18
FORBS            ANNUAL/BIENNIAL   EXOTIC    SILENE GALLICA                   3
FORBS            ANNUAL/BIENNIAL   NATIVE    TRIFOLIUM GRACILENTUM            1
FORBS            UNKNOWN           UNKNOWN   VICIA SP                         8
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    AIRA CARYOPHYLLEA               36
GRASSES/SEDGES   PERENNIAL         NATIVE    BROMUS MARGINATUS                2
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BRIZA MINOR                      1
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS MOLLIS                   53
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    BROMUS RIGIDUS                  56
GRASSES/SEDGES   ANNUAL/BIENNIAL   EXOTIC    FESTUCA DERTONENSIS             21
GRASSES/SEDGES   PERENNIAL         EXOTIC    HOLCUS LANATUS                   1
GRASSES/SEDGES   PERENNIAL         EXOTIC    LOLIUM PERENNE                  78
```

APPENDIX I.  Continued.                                        384

| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 21 |

CELL=205   YR=80   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 23 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 3 |
| FORBS | UNKNOWN | EXOTIC | MEDICAGO SP | 4 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 35 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 50 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 2 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 89 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 3 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 10 |

CELL=205   YR=81   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | FREQUECCY |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 2 |
| LITTER | | | PLANT LITTER | 2 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3 |
| FORBS | UNKNOWN | NATIVE | CARDAMINE OLIGOSPERMA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 5 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 6 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 4 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 40 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 19 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 4 |

APPENDIX I.  Continued.                                              385

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 90 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 8 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 52 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 12 |

CELL=216    YR=80    SECTION=SOUTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 11 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 42 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 21 |
| FORBS | PERENNIAL | EXOTIC | SONCHUS ARVENSIS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 40 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 54 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 27 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 72 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 20 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 24 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 92 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 4 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 4 |

CELL=216    YR=81    SECTION=SOUTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 2 |
| LITTER | | | PLANT LITTER | 6 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 9 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 4 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | UNKNOWN | EXOTIC | ERECHTITES PRENANTHOIDES | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 4 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 3 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 23 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 38 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 16 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SHERARDIA ARVENSIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |

005144

APPENDIX I.  Continued.                                                386

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | SOLANUM NODIFLORUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 5 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 16 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 81 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 49 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 28 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | . |

CELL=217   YR=80   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 27 |
| FORBS | UNKNOWN | NATIVE | EPILOBIUM SP | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 5 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 41 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 46 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 41 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 71 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 14 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 85 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 5 |

CELL=217   YR=81   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 1 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 2 |
| FORBS | UNKNOWN | NATIVE | EPILOBIUM SP | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2 |
| FORBS | UNKNOWN | EXOTIC | LYTHRUM HYSSOPIFOLIA | 1 |
| FORBS | PERENNIAL | NATIVE | MIMULUS GUTTATUS | 6 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 9 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 49 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 2 |

APPENDIX I.  Continued.                                    387

| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 13 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 8 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SONCHUS ASPER | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 13 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 39 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 70 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 48 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 20 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 2 |

CELL=238   YR=80   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
| --- | --- | --- | --- | --- |
| BARE GROUND | | | BARE GROUND | 4 |
| LITTER | | | PLANT LITTER | 23 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 6 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 2 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 2 |
| FORBS | PERENNIAL | EXOTIC | CERASTIUM ARVENSE | 1 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 2 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 4 |
| FORBS | PERENNIAL | UNKNOWN | DICENTRA FORMOSA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 1 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | GNAPHALIUM CALIFORNICUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 4 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 13 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| FORBS | UNKNOWN | EXOTIC | MEDICAGO SP | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 30 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 2 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 39 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 23 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 40 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 9 |

005146

APPENDIX I.   Continued.                                              388

```
GRASSES/SEDGES    PERENNIAL       EXOTIC    LOLIUM PERENNE               32
GRASSES/SEDGES    PERENNIAL       NATIVE    STIPA PULCHRA               34
SHRUBS            PERENNIAL       NATIVE    MALACOTHRIX SAXATILIS        8
SHRUBS                            NATIVE    ARTIMISIA CALIFORNICA        1
SHRUBS                            NATIVE    BACCHARIS PILULARIS         16
SHRUBS                            NATIVE    RHUS DIVERSILOBA             7
SHRUBS                            UNKNOWN   RUBUS SPP                    1
SHRUBS                            NATIVE    RUBUS PARVIFLORUS            6
SHRUBS                            NATIVE    SYMPHORICARPUS RIVULARIS     3
```

CELL=238   YR=81   SECTION=SOUTH   ASPECT=SOUTH

```
PLANT TYPE        GROWTH           STATUS    SPECIES             NO. HITS

BARE GROUND                                  BARE GROUND                  2
LITTER                                       PLANT LITTER                 2
LOWER PLANTS                      NATIVE     DRYOPTERIS ARGUTA            2
LOWER PLANTS                      NATIVE     POLYSTICHUM MUNITUM          3
LOWER PLANTS      PERENNIAL       NATIVE     PTERIDIUM AQUILINUM          3
FORBS             PERENNIAL       NATIVE     ACHILLEA BOREALIS            3
FORBS             PERENNIAL       EXOTIC     ANGELICA ARGUTA              3
FORBS             ANNUAL/BIENNIAL NATIVE     CARDUUS PYCNOCEPHALUS        2
FORBS             UNKNOWN         NATIVE     CHLOROGALUM POMERIDIANUM     8
FORBS             ANNUAL/BIENNIAL EXOTIC     CONIUM MACULATUM             2
FORBS             PERENNIAL       NATIVE     CONVOLVULUS OCCIDENTALIS     2
FORBS             PERENNIAL       UNKNOWN    DICENTRA FORMOSA             5
FORBS             UNKNOWN         EXOTIC     ERECHTITES PRENANTHOIDES     3
FORBS             ANNUAL/BIENNIAL EXOTIC     GALIUM APARINE               3
FORBS             PERENNIAL       NATIVE     GALIUM CALIFORNICUM          4
FORBS             ANNUAL/BIENNIAL EXOTIC     GERANIUM DISSECTUM           1
FORBS             ANNUAL/BIENNIAL EXOTIC     GERANIUM MOLLE               3
FORBS             PERENNIAL       NATIVE     GRINDELIA STRICTA            1
FORBS             PERENNIAL       NATIVE     HERACLEUM LANATUM            5
FORBS             ANNUAL/BIENNIAL EXOTIC     HYPOCHOERIS GLABRA           2
FORBS             PERENNIAL       NATIVE     HYPOCHOERIS RADICATA         5
FORBS             PERENNIAL       NATIVE     IRIS DOUGLASIANA            19
FORBS             PERENNIAL       NATIVE     MARAH FABACEUS               1
FORBS             ANNUAL/BIENNIAL EXOTIC     MEDICAGO HISPIDA             5
FORBS             PERENNIAL       NATIVE     NIMULUS GUTTATUS             3
FORBS             PERENNIAL       NATIVE     OENANTHE SARMENTOSA          7
FORBS             ANNUAL/BIENNIAL NATIVE     PLANTAGO HOOKERIANA         12
FORBS             PERENNIAL       EXOTIC     PLANTAGO LANCEOLATA          9
FORBS             PERENNIAL       EXOTIC     RUMEX ACETOSELLA             2
FORBS             PERENNIAL       NATIVE     SATUREJA DOUGLASII           1
FORBS             ANNUAL/BIENNIAL EXOTIC     SHERARDIA ARVENSIS           1
FORBS             PERENNIAL       NATIVE     SISYRINCHIUM BELLUM          8
FORBS             ANNUAL/BIENNIAL EXOTIC     SILENE GALLICA               4
FORBS             PERENNIAL       NATIVE     SIDALCEA MALVAEFLORA         1
FORBS             PERENNIAL       NATIVE     SMILACINA STELLATA           1
FORBS             ANNUAL/BIENNIAL EXOTIC     SONCHUS ASPER                2
FORBS             ANNUAL/BIENNIAL NATIVE     TRIFOLIUM MACRAEI            1
FORBS             UNKNOWN         UNKNOWN    VICIA SP                     1
GRASSES/SEDGES    ANNUAL/BIENNIAL EXOTIC     AIRA CARYOPHYLLEA           79
GRASSES/SEDGES    ANNUAL/BIENNIAL NATIVE     BROMUS CARINATUS             1
```

005147

APPENDIX I.   Continued.                                           389

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 81 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 86 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 6 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 4 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 69 |
| SHRUBS | PERENNIAL | NATIVE | RUBUS SPECTABILIS | 1 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 7 |
| SHRUBS | | NATIVE | .ARTIMISIA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 16 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 4 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 2 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 13 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 4 |
| SHRUBS | | NATIVE | RUBUS SPECTABILIS | 2 |

CELL=246    YR=80    SECTION=SOUTH    ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 32 |
| LITTER | | | PLANT LITTER | 25 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 13 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 6 |
| FORBS | PERENNIAL | UNKNOWN | CARDIONEMA RAMOSISSIMA | 2 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NAVARRETIA SQUARROSA | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 31 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 16 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 16 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 33 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 15 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 2 |

CELL=246    YR=81    SECTION=SOUTH    ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 19 |
| LITTER | | | PLANT LITTER | 18 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 22 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 3 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 1 |
| FORBS | PERENNIAL | UNKNOWN | CARDIONEMA RAMOSISSIMA | 11 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |

005148

APPENDIX I.  Continued.                                390

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 20 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 16 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LINANTHUS ANDROSACEUS | 3 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 17 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA MALVIFOLIA | 4 |
| FORBS | UNKNOWN | UNKNOWN | PLAGIOBOTHRYS SP | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLATYSTEMON CALIFORNICUS | 10 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 72 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SCANDIX PECTEN-VENERIS | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SENECIO VULGARIS | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 13 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 42 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 19 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 71 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 9 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 32 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 1 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 4 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 13 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2 |

CELL=254   YR=80   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 85 |
| LICHENS | | | RAMALINA MENZIESII | 3 |
| LOWER PLANTS | | NATIVE | DRYOPTERIS ARGUTA | 1 |
| LOWER PLANTS | | UNKNOWN | MOSS | 4 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 7 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 3 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 17 |
| FORBS | UNKNOWN | EXOTIC | ERECHTITES PRENANTHOIDES | 3 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 2 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 11 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 1 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 12 |
| FORBS | UNKNOWN | UNKNOWN | SONCHUS SP | 1 |

005149

APPENDIX I.  Continued.                                        391

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SOLANUM SARACHOIDES | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| FORBS | PERENNIAL | NATIVE | URTICA CALIFORNICA | 9 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 12 |
| SHRUBS | | NATIVE | HOLODISCUS DISCOLOR | 1 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 4 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 3 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 29 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 13 |
| SHRUBS | | UNKNOWN | RIBES SPP | 4 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 3 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 3 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 9 |
| SHRUBS | | NATIVE | SALIX HINDSIANA | 44 |

CELL=254    YR=81    SECTION=SOUTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 22 |
| LITTER | | | PLANT LITTER | 16 |
| LOWER PLANTS | | NATIVE | DRYOPTERIS ARGUTA | 1 |
| LOWER PLANTS | | UNKNOWN | MOSS | 4 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 5 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 3 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 8 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 51 |
| FORBS | UNKNOWN | EXOTIC | ERECHTITES PRENANTHOIDES | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GALIUM APARINE | 10 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 19 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 60 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | HESPEROCNIDE TENELLA | 15 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 10 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 15 |
| FORBS | PERENNIAL | NATIVE | SANICULA CRASSICAULIS | 2 |
| FORBS | PERENNIAL | NATIVE | SMILACINA RACEMOSA | 1 |
| FORBS | PERENNIAL | NATIVE | SMILACINA STELLATA | 21 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 7 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 9 |
| FORBS | PERENNIAL | NATIVE | URTICA CALIFORNICA | 25 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| SHRUBS | | NATIVE | ARTIMISIA CALIFORNICA | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 31 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 7 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 5 |
| SHRUBS | | NATIVE | MYRICA CALIFORNICA | 39 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 28 |
| SHRUBS | | NATIVE | RUBUS PARVIFLORUS | 4 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 5 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 12 |

005150

APPENDIX I.  Continued.                                          392

SHRUBS                        NATIVE   SALIX HINDSIANA              73

CELL=263   YR=80   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| UNKNOWN | | | UNKNOWN PLANT | 1 |
| LITTER | | | PLANT LITTER | 7 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 3 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 1 |
| FORBS | UNKNOWN | EXOTIC | ERECHTITES PRENANTHOIDES | 2 |
| FORBS | PERENNIAL | NATIVE | GALIUM CALIFORNICUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 27 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 11 |
| FORBS | PERENNIAL | EXOTIC | NASTURTIUM OFFICINALE | 1 |
| FORBS | PERENNIAL | NATIVE | OENANTHE SARMENTOSA | 3 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 4 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 33 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 1 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 35 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 59 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 16 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 6 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 12 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 3 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 20 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 76 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 5 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 27 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 14 |

CELL=263   YR=81   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 8 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 7 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 32 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM OCCIDENTALE | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |

APPENDIX I.  Continued.                                          393

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | FRANSERIA CHAMISSONIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 18 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 69 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 41 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 75 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 6 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 29 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 14 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | TRIFOLIUM GRACILENTUM | 1 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 1 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 9 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 82 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 35 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 40 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 12 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 23 |

CELL=264    YR=80    SECTION=SOUTH    ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 15 |
| LITTER | | | PLANT LITTER | 24 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 6 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CHORIZANTHE CUSPIDATA | 5 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA CALIFORNICA | 3 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 40 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 20 |

005152

APPENDIX I.  Continued.                                              394

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 91 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 3 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 8 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 2 |

CELL=264    YR=81    SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 28 |
| LITTER | | | PLANT LITTER | 41 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 11 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 92 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 4 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 1 |
| FORBS | PERENNIAL | UNKNOWN | CARDIONEMA RAMOSISSIMA | 7 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CHORIZANTHE CUSPIDATA | 4 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 5 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 4 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 2 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 6 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LEPIDIUM NITIDUM | 2 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 14 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PHACELIA CALIFORNICA | 2 |
| FORBS | UNKNOWN | UNKNOWN | PLAGIOBOTHRYS SP | 36 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 28 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SENECIO VULGARIS | 6 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 97 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 26 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 7 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 97 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 2 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 14 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1 |

CELL=282    YR=80    SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 6 |
| LITTER | | | PLANT LITTER | 19 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 11 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 6 |

APPENDIX I.   Continued.                                          395

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 13 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 18 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 49 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 12 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 49 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 14 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 53 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 25 |
| SHRUBS | | UNKNOWN | RUBUS SPP | 2 |

CELL=282   YR=81   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 1 |
| LITTER | | | PLANT LITTER | 40 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 8 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 21 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 2 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 2 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 3 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 80 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 51 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS HALII | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 12 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 79 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 34 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 10 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 26 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 3 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 18 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 3 |

005154

APPENDIX I.  Continued.                                           396

CELL=285   YR=80   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 38 |
| LOWER PLANTS | PERENNIAL | NATIVE | POLYSTICHUM CALIFORNICUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 2 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 2 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 12 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 36 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 27 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 48 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 6 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 6 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 66 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 19 |

303

CELL=285   YR=81   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 3 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 23 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | BAERIA MINOR | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 5 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 5 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 6 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 34 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO HISPIDA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 6 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | ORTHOCARPUS PUSILLUS | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 20 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 3 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 35 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | TRIFOLIUM MACRAEI | 1 |

005155

APPENDIX I.   Continued.                                    397

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 99 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 59 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 64 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 60 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 69 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 12 |

CELL=287   YR=80   SECTION=SOUTH   ASPECT=LEVEL                555

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 5 |
| LITTER | | | PLANT LITTER | 13 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 8 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 8 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 8 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM OCCIDENTALE | 1 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 5 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 5 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 8 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 6 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 31 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 77 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 30 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 13 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 83 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 11 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 32 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 11 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 2 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 12 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 5 |

CELL=287   YR=81   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| LITTER | | | PLANT LITTER | 7 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 15 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 5 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CALANDRINIA CILIATA | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 23 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 2 |

005156

APPENDIX I.  Continued.                                         398

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CONIUM MACULATUM | 3 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 6 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 1 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 17 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 22 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | HYPOCHOERIS GLABRA | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 26 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 41 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 2 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 53 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SENECIO VULGARIS | 1 |
| FORBS | PERENNIAL | NATIVE | STELLARIA JAMESIANA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 3 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 8 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 1 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 9 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 92 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 19 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 39 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 15 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 74 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 17 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 6 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 5 |
| SHRUBS | | NATIVE | RUBUS URSINUS | 2 |

CELL=299   YR=80   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 3 |
| LITTER | | | PLANT LITTER | 7 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 2 |
| FORBS | UNKNOWN | NATIVE | CHLOROGALUM POMERIDIANUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 11 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 94 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 46 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 46 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 42 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 42 |

005157

APPENDIX I.  Continued.                                        399

| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 2 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 1 |

CELL=299   YR=81   SECTION=SOUTH   ASPECT=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND | | | BARE GROUND | 4 |
| LITTER | | | PLANT LITTER | 1 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 1 |
| FORBS | PERENNIAL | NATIVE | -ACHILLEA BOREALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | CARDUUS PYCNOCEPHALUS | 9 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 7 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM MOSCHATUM | 2 |
| FORBS | UNKNOWN | NATIVE | ESCHSCHOLZIA CALIFORNICA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 12 |
| FORBS | PERENNIAL | NATIVE | HERACLEUM LANATUM | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 4 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 40 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 23 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 1 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 2 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 80 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 36 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 5 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 60 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 33 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 4 |

CELL=302   YR=80   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| UNKNOWN | | | UNKNOWN PLANT | 2 |
| BARE GROUND | | | BARE GROUND | 7 |
| LITTER | | | PLANT LITTER | 3 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 4 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 13 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 1 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 12 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 1 |

005158

APPENDIX I.  Continued.                              .              400

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 34 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 2 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | DACTYLIS GLOMERATA | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 45 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 45 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 10 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 52 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | PLANTAGO MAJOR | 3 |
| SHRUBS | PERENNIAL | NATIVE | MALACOTHRIX SAXATILIS | 1 |
| SHRUBS | | NATIVE | LUPINUS ARBOREUS | 2 |

CELL=302   YR=81   SECTION=SOUTH   ASPECT=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| LITTER | | | PLANT LITTER | 8 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 9 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | AMSINCKIA INTERMEDIA | 15 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 2 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 2 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 9 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 9 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 6 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 2 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 93 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 11 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 51 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM CALIFORNICUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | STELLARIA MEDIA | 6 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 7 |
| FORBS | PERENNIAL | NATIVE | TRIFOLIUM WORMSKIOLDI | 7 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA HIRSUTA | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | VICIA SATIVA | 3 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 1 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 4 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | NATIVE | BROMUS CARINATUS | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 48 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 18 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | CAREX | 3 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | DACTYLIS GLOMERATA | 10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 79 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 38 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 77 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | JUNCUS EFFUSUS | 14 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 78 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | MELICA GEYERI | 4 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | POA BULBOSA | 1 |

005159

APPENDIX I.  Continued.                                              401

| SHRUBS | PERENNIAL | NATIVE | RHAMNUS CALIFORNICA | 2 |
| SHRUBS |  | NATIVE | BACCHARIS PILULARIS | 1 |
| SHRUBS |  | NATIVE | LUPINUS ARBOREUS | 5 |

CELL=317   YR=80   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND |  |  | BARE GROUND | 9 |
| LITTER |  |  | PLANT LITTER . | 8 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 3 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 13 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 2 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NAVARRETIA SQUARROSA | 1 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 14 |

CELL=317   YR=80   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 7 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MINOR | 3 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 1 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | ELYMUS GLAUCUS | 11 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 37 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP      . | 1 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 35 |
| SHRUBS |  | NATIVE | BACCHARIS PILULARIS | 4 |
| SHRUBS |  | NATIVE | BERBERIS PINNATA | 1 |
| SHRUBS |  | NATIVE | RHUS DIVERSILOBA | 2 |

CELL=317   YR=81   SECTION=SOUTH   ASPECT=LEVEL

| PLANT TYPE | GROWTH | STATUS | SPECIES | NO. HITS |
|---|---|---|---|---|
| BARE GROUND |  |  | BARE GROUND | 4 |
| LITTER |  |  | PLANT LITTER | 5 |
| LOWER PLANTS | PERENNIAL | NATIVE | PTERIDIUM AQUILINUM | 5 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 4 |
| FORBS | PERENNIAL | EXOTIC | ANGELICA ARGUTA | 3 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CERASTIUM VISCOSCUM | 1 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 1 |
| FORBS | PERENNIAL | NATIVE | ERODIUM CICUTARIUM | 1 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM MOLLE | 8 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 6 |
| FORBS | PERENNIAL | NATIVE | LUPINUS VARIICOLOR | 10 |
| FORBS | PERENNIAL | NATIVE | MARAH FABACEUS | 1 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | PLANTAGO HOOKERIANA | 1 |

005160

403

# APPENDIX II.  Plant taxa recorded in the diet of elk and deer in each sample period.

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15FEB79   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.95 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0.65 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 4.64 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.65 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 3.28 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 5.95 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 6.74 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 14.26 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 2.61 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 5.98 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 5.33 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 8.17 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 15.89 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.29 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 6.74 |
| SHRUBS | | NATIVE | LUPINUS | 15.89 |

28MAY79   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 1.02 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 3.67 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.02 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 8.82 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.51 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2.59 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 8.82 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 53.07 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.51 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 8.82 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 10.65 |
| SHRUBS | | NATIVE | LUPINUS | 0.51 |

15OCT79   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.32 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 4.55 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALIS MARGARITACEA | 6.01 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 4.07 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.76 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.99 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1.31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.44 |

APPENDIX II.  Continued.                                      404

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SHRUBS | | NATIVE | ARTEMISIA | 56.47 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 3.60 |
| SHRUBS | | NATIVE | LUPINUS | 10.17 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 5.34 |

15NOV79   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKWN FERN | 2.96 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.73 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO SP | 4.49 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.73 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.73 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.46 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.46 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.73 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0.73 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.73 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 0.73 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 4.99 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 22.31 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 5.99 |
| SHRUBS | | NATIVE | ARTEMISIA | 48.79 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 0.73 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.73 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 0.73 |
| TREES | | NATIVE | PINUS MURICATA | 0.73 |

15DEC79   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.55 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NEMOPHILA MENZIESII | 1.65 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 5.76 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2.21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 4.52 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 22.50 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 17.04 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 8.80 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.55 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UHKNWN GRASSES | 11.65 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.55 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 6.31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.76 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.09 |
| SHRUBS | | NATIVE | ARTEMISIA | 10.75 |
| SHRUBS | | NATIVE | LUPINUS | 1.09 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 2.21 |

APPENDIX II.  Continued.                                      405

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15DEC79   BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.50 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.50 |
| FORBS | UNKNOWN | UNKNOWN | HEMIZONIA SP | 3.09 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.09 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.52 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.01 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.50 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 21.48 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 2.02 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 2.56 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.53 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 2.03 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.50 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.52 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.52 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 4.16 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 5.81 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 2.03 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 1.52 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 11.75 |
| SHRUBS | | NATIVE | LUPINUS | 8.69 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 4.16 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1.01 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 3.09 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 4.06 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 5.25 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 3.09 |
| TREES | | NATIVE | SALIX HINDSIANA | 1.01 |

15JAN80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 2.50 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2.10 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO SP | 6.50 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.40 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 3.60 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 8.60 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 4.81 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.10 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 6.50 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.80 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.40 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 0.70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 0.70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 4.40 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 9.60 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 2.90 |

APPENDIX II.  Continued.                                406

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 5.20 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 5.60 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 7.30 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1.80 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 0.7 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 0.7 |
| SHRUBS | | NATIVE | ARTEMISIA | 21.3 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 0.7 |

15FEB80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.97 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2.32 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1.98 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 1.64 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.65 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 4.82 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 2.66 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 5.19 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1.64 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.97 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.32 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.65 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | GLYCERIA OCCIDENTALIS | 2.32 |
| SHRUBS | | NATIVE | ARTEMISIA | 73.55 |
| SHRUBS | | NATIVE | LUPINUS | 0.32 |

15FEB80   BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 2.21 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.87 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 1.32 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.06 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 12.99 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.44 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEII | 2.21 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 2.21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 1.76 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 1.32 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 6.51 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 4.55 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 17.28 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 1.32 |
| SHRUBS | | NATIVE | LUPINUS | 29.91 |
| SHRUBS | | ATIVE | MIMULUS AURANTIACUS | 0.87 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 0.44 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 10.72 |

APPENDIX II.  Continued.                                      407

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15MAR80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 0.48 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 1.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.24 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 6.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.73 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 14.25 |
| FORBS | UNKNOWN | UNKNOWN | HEMIZONIA SP | 0.48 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.97 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 2.25 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.22 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.73 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.73 |
| FORBS | PERENNIAL | NATIVE | MIMULUS GUTTATUS | 0.97 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 0.24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.73 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 0.24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 0.97 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2.25 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 0.73 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 5.31 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 2.25 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 4.15 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.73 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.48 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.92 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 5.92 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.24 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 5.92 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.47 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1.22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 0.73 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 0.24 |
| SHRUBS | | NATIVE | ARTEMISIA | 25.81 |

15MAR80   BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 2.44 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 5.02 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 3.46 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.96 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 8.31 |
| FORBS | UNKNOWN | NATIVE | LOTUS SP | 3.46 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.94 |
| FORBS | UNKNOWN | UNKNOWN | TRIFOLIUM | 2.44 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3.97 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 4.49 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.45 |

APPENDIX II.  Continued.                                      408

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEII | 7.74 |
| FORBS | PERENNIAL | NATIVE | STACHYS BULLATA | 0.96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 10.63 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 14.35 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.48 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 6.09 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.45 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.96 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1.45 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.48 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 4.49 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.48 |
| SHRUBS | | NATIVE | LUPINUS | 3.46 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 5.02 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 3.97 |

15APR80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 3.91 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 3.91 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 9.88 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 8.34 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 2.40 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 2.90 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.90 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.91 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.95 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.43 |
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 2.40 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.90 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.43 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 4.94 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3.35 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.95 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 4.94 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.91 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 1.91 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 13.48 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.47 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 9.30 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 3.40 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 8.17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 2.90 |

005166

APPENDIX II.  Continued.                                          409

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15APR80   BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.98 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 1.49 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 2.54 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.75 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 8.48 |
| FORBS | UNKNOWN | UNKNOWN | BAERIA SP | 0.24 |
| FORBS | UNKNOWN | UNKWN LEGUME | UNKWN LEGUME | 1.24 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.74 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 60.97 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.98 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3.92 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 1.49 |
| FORBS | PERENNIAL | NATIVE | CONVOLVULUS OCCIDENTALIS | 0.24 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.49 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 2.04 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 0.24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.49 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 0.24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 1.49 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.24 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 0.49 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.24 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.74 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.74 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.24 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.24 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.49 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.24 |
| SHRUBS | | NATIVE | ARTEMISIA | 0.74 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 0.74 |
| SHRUBS | | NATIVE | LUPINUS | 2.81 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 0.74 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.24 |

15MAY80   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.78 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.70 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1.78 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.06 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.41 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.35 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.70 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 8.50 |
| FORBS | PERENNIAL | EXOTIC | LOTUS SP | 1.41 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 21.33 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.78 |

APPENDIX II.  Continued.                              410

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | CIRSIUM QUERCETORUM | 14.91 |
| FORBS | PERENNIAL | NATIVE | ERYNGIUM ARMATUM | 4.42 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1.41 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 0.70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2.14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.70 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.78 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.78 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 0.35 |
| SHRUBS | | NATIVE | LUPINUS | 25.41 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 3.65 |

15MAY80    BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 1.40 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 1.40 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2.85 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 12.87 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.86 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 4.85 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 47.00 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 1.68 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 0.93 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.46 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 2.36 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 2.36 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.93 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.46 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 5.22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.36 |
| SHRUBS | | NATIVE | ARTEMISIA | 0.93 |
| SHRUBS | | NATIVE | LUPINUS | 1.88 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 8.02 |

28MAY80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 11.12 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1.21 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3.06 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 22.16 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 7.63 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.60 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 5.63 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 8.32 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 3.70 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.82 |

005168

APPENDIX II.  Continued.                              411

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 3.06 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3.06 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 19.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 4.98 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.60 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.44 |
| SHRUBS | | NATIVE | LUPINUS | 0.60 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 0.60 |

15JUN80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 14.31 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 11.09 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO SP | .78 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.78 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 2.39 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 1.57 |
| FORBS | UNKNOWN | UNKNOWN | HEMIZONIA SP | 0.39 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.98 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.64 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 11.09 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 1.18 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7.65 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 0.39 |
| GRASSES/SEDGES | AHNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.78 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.78 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 1.18 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 27.89 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.39 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 10.58 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.39 |

15JUN80   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.97 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 2.23 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.97 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 70.89 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 13.72 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.97 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.72 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.72 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.24 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.21 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 0.24 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 0.72 |
| SHRUBS | | NATIVE | LUPINUS | 2.76 |

APPENDIX II.   Continued.                                        412

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 0.72 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 0.48 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 0.24 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.24 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.97 |

15JUN80   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO SP | 0.43 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.65 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.43 |
| FORBS | UNKNOWN | UNKNOWN | BAERIA SP | 2.97 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.65 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.22 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 68.72 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 20.66 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.55 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.43 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.22 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 0.22 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 1.10 |
| SHRUBS | | NATIVE | LUPINUS | 1.55 |
| TREES | | NATIVE | SALIX HINDSIANA - | 0.22 |

28JUN80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LICHENS | UNKNOWN | UNKNOWN | UNKWN LICHEN | 0.80 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 8.30 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 3.29 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2.44 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 1.61 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 0.80 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.61 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 4.52 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.40 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 18.21 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7.82 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.40 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.80 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1.61 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 1.61 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 1.61 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.80 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 1.20 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 30.55 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.40 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 3.72 |
| SHRUBS | | NATIVE | ARTEMISIA | 5.94 |

APPENDIX II.  Continued.                                        413

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| SHRUBS | | NATIVE | LUPINUS | 1.20 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.40 |

15JUL80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.56 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 2.08 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 4.28 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.52 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.04 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 14.07 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 2.09 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 13.73 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.52 |
| FORBS | PERENNIAL | NATIVE | SATUREJA DOUGLASII | 0.52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 17.17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 4.83 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 0.52 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 0.52 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.52 |
| TREES | | NATIVE | SALIX HINDSIANA | 35.53 |

15JUL80    BLACK-TAILED DEER    LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 2.00 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.79 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.79 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 4.98 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 6.33 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 11.21 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 4.54 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3.67 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.79 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 12.26 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1.59 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 6.22 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.19 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 10.19 |
| SHRUBS | | NATIVE | LUPINUS | 12.26 |
| SHRUBS | | NATIVE | RUBUS SPP | 2.00 |
| SHRUBS | | NATIVE | SAMBUCUS | 2.00 |
| TREES | | NATIVE | SALIX HINDSIANA | 4.11 |

APPENDIX II.  Continued.                                    414

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15JUL80   BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.70 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.70 |
| FORBS | UNKNOWN | NATIVE | LOTUS SP | 2.15 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 5.24 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 4.44 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 8.26 |
| FORBS | UNKNOWN | UNKNOWN | VICIA SP | 0.35 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.35 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 30.16 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 5.65 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.70 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.90 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.35 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2.15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.35 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.35 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.35 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.15 |
| SHRUBS | | NATIVE | LUPINUS | 6.06 |
| SHRUBS | | NATIVE | SAMBUCUS | 0.35 |
| TREES | | NATIVE | SALIX HINDSIANA | 14.98 |

28JUL80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SEAWEED | | NATIVE | ULVA | 0.58 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 2.97 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.58 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MADIA SATIVA | 6.10 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.58 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 11.48 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.76 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.58 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 1.17 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.76 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3.58 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.58 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.36 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 0.58 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 7.39 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 2.97 |
| FORBS | PERENNIAL | NATIVE | PRUNELLA VULGARIS | 0.58 |
| FORBS | PERENNIAL | NATIVE | SMILACINA SP | 0.58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA MYUROS | 1.17 |
| GRASSES/SEDGES | UHKNOWN | NATIVE | JUNCUS SPP | 3.58 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 1.76 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.82 |

005172

APPENDIX II.  Continued.                                            415

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1.17 |
|---|---|---|---|---|
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 2.36 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1.17 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 7.39 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HIEROCHLOE OCCIDENTALIS | 1.17 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 10.77 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 1.17 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 2.36 |
| SHRUBS | | NATIVE | LUPINUS | 1.17 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 0.58 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 1.76 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 1.76 |
| TREES | | NATIVE | SALIX HINDSIANA | 3.58 |

15AUG80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 5.29 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.64 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 1.28 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.28 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 0.64 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.64 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 19.48 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 4.60 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 10.31 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.64 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.28 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.64 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 5.98 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 12.15 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 3.93 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1.93 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 8.10 |
| SHRUBS | | NATIVE | LUPINUS | 13.36 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.64 |
| TREES | | NATIVE | SALIX HINDSIANA | 3.93 |

15AUG80   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.90 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 1.36 |
| FORBS | UNKNOWN | UNKNOWN | BRASSICA NIGRA | 2.29 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 5.19 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 5.19 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 12.10 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 2.27 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.29 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.36 |

APPENDIX II.  Continued.                                416

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 0.45 |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.45 |
| FORBS | PERENNIAL | NATIVE | STACHYS BULLATA | 1.82 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 3.19 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.45 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.90 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.45 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 23.89 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.45 |
| SHRUBS | | NATIVE | LUPINUS | 14.02 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 0.45 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 17.64 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1.82 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.45 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.45 |

15AUG80   BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | BAERIA SP | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | BRASSICA NIGRA | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.07 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 6.80 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 9.91 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.62 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 30.80 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.29 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.07 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.17 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 6.15 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.62 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 4.44 |
| SHRUBS | | NATIVE | LUPINUS | 21.30 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2.73 |
| SHRUBS | | NATIVE | SAMBUCUS | 1.07 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 2.17 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.17 |

28AUG80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 1.16 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 2.92 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 2.94 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.75 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.54 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 7.32 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3.54 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.58 |

APPENDIX II.  Continued.                                      417

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.96 |
| SHRUBS | | NATIVE | LUPINUS | 28.51 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 9.47 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 0.96 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.96 |

15SEP80   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 3.06 |
| FORBS | UNKNOWN | UNKNOWN | BRASSICA NIGRA | 1.51 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 4.13 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.00 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORBS | 1.00 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.50 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 3.06 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 8.63 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 5.22 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.33 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.50 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 26.11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.04 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.50 |
| SHRUBS | | NATIVE | ARTEMISIA | 3.59 |
| SHRUBS | | NATIVE | LUPINUS | 23.66 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 3.59 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 3.06 |
| TREES | | NATIVE | ALNUS SP | 0.50 |

28SEP80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.13 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.13 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3.47 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 11.80 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.57 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.57 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 2.29 |
| FORBS | PERENNIAL | NATIVE | VERONICA AMERICANA | 0.57 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 4.07 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 2.87 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 11.20 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 25.88 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 2.29 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 4.07 |
| SHRUBS | | NATIVE | LUPINUS | 13.20 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 1.71 |
| TREES | | NATIVE | SALIX HINDSIANA | 13.20 |

APPENDIX II.  Continued.                                          418

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.16 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 13.50 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.16 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.16 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 14.64 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 9.30 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 8.63 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.58 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 0.58 |
| SHRUBS | | NATIVE | LUPINUS | 10.66 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 1.75 |
| TREES | | NATIVE | SALIX HINDSIANA | 6.67 |

15SEP80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.61 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 2.47 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.22 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.85 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 4.40 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 26.12 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 6.87 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 8.15 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1.22 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 13.53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 12.77 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 5.72 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | GLYCERIA OCCIDENTALIS | 1.22 |
| SHRUBS | | NATIVE | LUPINUS | 1.85 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 3.11 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 2.47 |
| TREES | | NATIVE | SALIX HINDSIANA | 6.39 |

15SEP80   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 1.45 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 2.45 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 9.47 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 4.50 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALIS MARGARITACEA | 12.47 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 7.75 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.95 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.48 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.95 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 11.24 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.48 |
| FORBS | PERENNIAL | NATIVE | STACHYS RIGIDA | 0.48 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.46 |

APPENDIX II.   Continued.                                          419

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15OCT80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.55 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 1.66 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.55 |
| FORBS | UNKNOWN | NATIVE | EPILOBIUM SP | 0.55 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 3.95 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.55 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.55 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2.79 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 2.79 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.10 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 1.10 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1.66 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 4.54 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 3.37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 1.10 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.10 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.66 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 7.44 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 22.61 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.66 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.55 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 1.10 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 2.22 |
| SHRUBS | | NATIVE | LUPINUS | 31.55 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 1.10 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.22 |

15OCT80    BLACK-TAILED DEER    LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 0.40 |
| LOWER PLANTS | | NATIVE | PTERIDIUM AQUILINUM | 0.40 |
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 2.85 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 6.39 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | NEMOPHILA MENZIESII | 1.20 |
| FORBS | UNKNOWN | UNKNOWN | BRASSICA NIGRA | 0.79 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 0.40 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.28 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.79 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.60 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 4.58 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.40 |
| FORBS | PERENNIAL | NATIVE | MIMULUS GUTTATUS | 0.40 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 0.79 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.40 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.40 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 6.86 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 6.39 |

APPENDIX II.  Continued.                                        420

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| SHRUBS | | NATIVE | LUPINUS | 35.06 |
| SHRUBS | | NATIVE | RUBUS SPP | 4.14 |
| SHRUBS | | NATIVE | SAMBUCUS | 4.14 |
| SHRUBS | UNKNOWN | UNKNOWN | UNKWN SHRUB | 1.20 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 11.84 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 3.71 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.79 |

15OCT80   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.34 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.34 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 1.03 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.55 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.73 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.73 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 5.47 |
| FORBS | PERENNIAL | NATIVE | ASTER CHILENSIS | 0.68 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.10 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 0.34 |
| FORBS | PERENNIAL | NATIVE | UNKWN GRASSES | 0.34 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | DANTHONIA CALIFORNICA | 0.34 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HETEROMELES ARBUTIFOLIA | 2.08 |
| SHRUBS | | NATIVE | LUPINUS | 55.93 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 2.08 |
| SHRUBS | | NATIVE | RUBUS SPP | 3.18 |
| SHRUBS | | NATIVE | SAMBUCUS | 4.30 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 0.34 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 6.00 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 1.37 |
| TREES | | NATIVE | SALIX HINDSIANA | 1.73 |

28OCT80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | PTERIDIUM AQUILINUM | 4.19 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.51 |
| FORBS | UNKNOWN | UNKNOWN | GNAPHALIUM SP | 1.02 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.02 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.51 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 1.02 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 4.19 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.02 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 3.11 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 6.77 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 37.95 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 11.85 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 7.58 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.51 |

005178

APPENDIX II.   Continued.                                          421

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SHRUBS | | NATIVE | LUPINUS | 17.22 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1.02 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.51 |

15NOV80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKWN FERN | 0.51 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.02 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 2.56 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.02 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0.51 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 1.53 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 7.58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 1.02 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 8.17 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 2.05 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 16.12 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 41.27 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 5.86 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.51 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 3.65 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.02 |
| SHRUBS | | NATIVE | LUPINUS | 2.05 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 2.05 |

15NOV80   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 7.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | MEDICAGO SP | 1.62 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 3.28 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.62 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 11.18 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2.72 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.28 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.54 |
| FORBS | PERENNIAL | NATIVE | ASTER CHILENSIS | 9.25 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 6.18 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA MYUROS | 1.07 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 3.78 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1.62 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1.07 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.72 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.54 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 1.07 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 1.07 |
| SHRUBS | | NATIVE | LUPINUS | 37.84 |

APPENDIX II.  Continued.                                         422

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| SHRUBS | | UNKNOWN | UNKWN SHRUB | 1.61 |
|---|---|---|---|---|

15NOV80   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.40 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.40 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 2.05 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.65 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.40 |
| SHRUBS | | NATIVE | ARTEMISIA | 7.43 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 0.81 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 1.63 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 4.21 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 30.12 |
| SHRUBS | | NATIVE | LUPINUS | 28.86 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 1.22 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 6.96 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 4.65 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 7.81 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.40 |

28NOV80   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.64 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 1.28 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.64 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 4.59 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.93 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.28 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 2.58 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.64 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 0.64 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 1.96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1.28 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 9.53 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 1.28 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.64 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.93 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 20.54 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 3.24 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 5.27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 4.59 |
| SHRUBS | | NATIVE | LUPINUS | 19.04 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 16.53 |

APPENDIX II.   Continued.                                          423

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15DEC80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKWN FERN | 1.60 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 1.60 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.60 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.80 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.80 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.80 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 28.20 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 8.33 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 0.80 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.80 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 13.33 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 11.01 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 14.73 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 2.41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 9.21 |
| SHRUBS | | NATIVE | LUPINUS | 0.80 |

15DEC80    BLACK-TAILED DEER    LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SEAWEED | | NATIVE | ULVA | 1.07 |
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 4.40 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.53 |
| FORBS | UNKNOWN | UNKNOWN | HEMIZONIA SP | 1.07 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.83 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 2.15 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.53 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.15 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 2.15 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASSES | 2.60 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 18.41 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 6.75 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 1.07 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 10.48 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 10.48 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 2.71 |
| SHRUBS | | NATIVE | LUPINUS | 12.97 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 4.98 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 2.15 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.53 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 2.15 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 6.75 |
| TREES | | NATIVE | SALIX HINDSIANA | 1.07 |

005181

APPENDIX II.  Continued.                                    424

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15DEC80    BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKWN FERN | 2.20 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 6.27 |
| FORBS | UNKNOWN | UNKNOWN | HEMIZONIA SP | 1.64 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.54 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.09 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 9.39 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 2.20 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.64 |
| FORBS | PERENNIAL | NATIVE | ERYNGIUM ARMATUM | 1.09 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.54 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 2.76 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.73 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 2.76 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 1.09 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.54 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 3.33 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 3.33 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 10.69 |
| SHRUBS | | NATIVE | LUPINUS | 19.98 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 6.88 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 3.33 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 9.39 |
| TREES | | NATIVE | ALNUS SP | 2.76 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 1.09 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.20 |

28DEC80    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNWN | UNKWN FORB1 | 1.52 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.76 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 3.07 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 3.86 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 8.77 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.76 |
| GRASSES/SEDGES | UNKNOWN | UNKNWN | UNKWN GRASS1 | 3.86 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 8.52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 47.92 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 3.07 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 6.28 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 4.66 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 3.86 |
| SHRUBS | | NATIVE | LUPINUS | 0.76 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 2.30 |

005182

APPENDIX II.   Continued.                                            425

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15JAN81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.31 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 6.01 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0.65 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3.32 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 28.91 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.65 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 1.98 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.31 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.31 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 1.98 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 12.23 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 15.27 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 4.70 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 1.31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.98 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 1.31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 6.11 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | STIPA PULCHRA | 9.02 |
| SHRUBS | | NATIVE | LUPINUS | 0.65 |

15JAN81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 1.17 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 2.36 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.60 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 5.97 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2.37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 9.44 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 1.77 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.17 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.77 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.59 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 2.98 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.59 |
| SHRUBS | | NATIVE | ARTEMISIA | 19.86 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 13.69 |
| SHRUBS | | NATIVE | LUPINUS | 19.08 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 9.44 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 2.98 |

APPENDIX II.  Continued.                                          426

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15JAN81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS |  | NATIVE | POLYSTICHUM MUNITUM | 1.48 |
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 0.49 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 4.05 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.49 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 2.49 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.48 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 3.00 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.98 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 2.49 |
| FORBS | PERENNIAL | NATIVE | OENOTHERA OVATA | 0.98 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 0.98 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.49 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 0.49 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.49 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.49 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.01 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1.48 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.49 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.49 |
| SHRUBS |  | NATIVE | ARTEMISIA | 10.82 |
| SHRUBS |  | NATIVE | BACCHARIS FILULARIS | 7.88 |
| SHRUBS |  | NATIVE | CEANOTHUS THRYSIFLORUS | 3.52 |
| SHRUBS |  | NATIVE | LUPINUS | 30.80 |
| SHRUBS |  | NATIVE | RHAMNUS CALIFORNICA | 6.76 |
| SHRUBS |  | NATIVE | RUBUS VITIFOLIUS | 6.20 |
| SHRUBS |  | UNKNOWN | UNKWN SHRUB | 0.49 |
| TREES |  | NATIVE | MYRICA CALIFORNICA | 6.20 |

28JAN81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 1.56 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 3.96 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.56 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 2.35 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 3.96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 35.64 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.78 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 14.37 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 7.27 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 5.52 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1.56 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 3.15 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 6.43 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 6.43 |
| SHRUBS |  | NATIVE | ARTEMISIA | 0.78 |
| SHRUBS |  | NATIVE | LUPINUS | 0.78 |
| SHRUBS |  | NATIVE | RHAMNUS CALIFORNICA | 2.35 |

APPENDIX II.  Continued.                                   427

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 0.78 |
| TREES | | NATIVE | PINUS MURICATA | 0.78 |

15FEB81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 1.29 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.64 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 0.64 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.64 |
| FORBS | PERENNIAL | NATIVE | DENTARIA CALIFORNICA | 6.71 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 8.14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 3.27 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 0.64 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 3.27 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 1.94 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 15.01 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 5.31 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 1.29 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 5.31 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 31.48 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.60 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.64 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 3.27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 2.60 |
| TREES | | NATIVE | PINUS MURICATA | 5.31 |

15FEB81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 0.47 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.47 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.88 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.47 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.89 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 14.60 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10.93 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.46 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 15.89 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 1.89 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 8.09 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.94 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 2.87 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 2.87 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.34 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.47 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 1.41 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.94 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHAMPSIA CAESPITOSA | 0.47 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 5.40 |

APPENDIX II.   Continued.                                     428

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 9.21 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 2.38 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 1.41 |
| SHRUBS | | NATIVE | LUPINUS | 1.41 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 1.89 |
| SHRUBS | | NATIVE | RUBUS SPP | 0.94 |

15FEB81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 1.18 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 1.58 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 9.04 |
| FORBS | UNKNOWN | NATIVE | CALANDRINA CILATA | 0.78 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.57 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 9.14 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 35.53 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.18 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 2.40 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.39 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 1.99 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.18 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 2.40 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | PHALARIS TUBEROSA | 0.39 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 6.76 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 3.23 |
| SHRUBS | | NATIVE | ARTEMISIA | 0.78 |
| SHRUBS | | NATIVE | BACCHARIS PILULARIS | 0.39 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 1.18 |
| SHRUBS | | NATIVE | LONICERA SP | 4.96 |
| SHRUBS | | NATIVE | LUPINUS | 11.16 |

28FEB81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 0.96 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.48 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.45 |
| FORBS | PERENNIAL | NATIVE | DENTARIA CALIFORNICA | 1.94 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 0.96 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS RIGIDUS | 5.00 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 25.04 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.96 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 8.28 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.45 |

APPENDIX II.  Continued.                                    429

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 1.94 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 1.94 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 3.96 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 11.67 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 8.84 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 7.16 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 0.96 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.96 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DESCHANPSIA CAESPITOSA | 5.53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 0.48 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 7.16 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 1.94 |

15MAR81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 0.57 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 2.30 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.72 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 19.33 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.57 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 1.14 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 17.76 |
| FORBS | PERENNIAL | NATIVE | DENTARIA CALIFORNICA | 4.10 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 1.14 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.14 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.57 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 13.31 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 1.72 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 2.30 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 1.72 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 4.71 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 4.10 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.90 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 3.49 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.57 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 7.21 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | CALAMAGROSTIS NUTKAENSIS | 0.57 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 1.72 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 5.32 |

15MAR81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 2.73 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3.91 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 52.92 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 8.88 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 1.33 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 16.96 |

005187

APPENDIX II.  Continued.                                    430

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.33 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 3.31 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.52 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.52 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.26 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.26 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.26 |
| SHRUBS | | NATIVE | LUPINUS | 5.47 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.79 |

15MAR81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 0.53 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.71 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.35 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.90 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 19.91 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.18 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 68.35 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.18 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.65 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.84 |
| FORBS | PERENNIAL | NATIVE | RANUNCULUS CALIFORNICUS | 0.18 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.90 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.71 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.18 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.35 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 0.71 |
| SHRUBS | | NATIVE | LUPINUS | 0.53 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1.84 |

15APR81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 2.55 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 1.26 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3.88 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 75.47 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 6.21 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 4.54 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.42 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA MYUROS | 0.93 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.42 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.83 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2.11 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.68 |

APPENDIX II.  Continued.                                      431

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15APR81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 1.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.48 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.24 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.97 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 40.87 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.24 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 42.24 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 1.73 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.73 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.48 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 1.99 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 2.25 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | HORDEUM LEPORINUM | 0.73 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.48 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 0.24 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 0.73 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.48 |
| SHRUBS | | NATIVE | LUPINUS | 0.48 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 0.97 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 0.48 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.97 |

15APR81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.78 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 3.41 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | GERANIUM DISSECTUM | 0.47 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.62 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.62 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 11.86 |
| FORBS | UNKNOWN | UNKHOWN | UNKWN FORB1 | 0.15 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 70.34 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.78 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.66 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.15 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.15 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.46 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.62 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.31 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.62 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 1.74 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 0.47 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.31 |
| SHRUBS | | NATIVE | LUPINUS | 2.66 |
| SHRUBS | | NATIVE | RUBUS SPP | 0.78 |

005189

APPENDIX II.  Continued.                                    432

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

28APR81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.35 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 8.26 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.80 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 58.17 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.71 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 20.31 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 2.17 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2.54 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.35 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.14 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.43 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.43 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.35 |

15MAY81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SEAWEED | | NATIVE | ULVA | 0.30 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.60 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 5.56 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 8.59 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.30 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.30 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 60.93 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.48 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.85 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 0.60 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.60 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 3.48 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.30 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 0.91 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 8.49 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 2.17 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.30 |

15MAY81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.55 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.28 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | RAPHANUS SATIVUS | 0.55 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 4.14 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 10.58 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 2.25 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.56 |

005190

APPENDIX II.   Continued.                                                433

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.55 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 44.15 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 1.41 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 3.82 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.28 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.70 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 1.41 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 0.28 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 0.28 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.25 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.84 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM MULTIFLORUM | 0.55 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.28 |
| SHRUBS | | NATIVE | LUPINUS | 17.94 |
| SHRUBS | | NATIVE | RUBUS SPP | 1.99 |
| SHRUBS | | NATIVE | VACCINIUM OVATUM | 1.41 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 1.96 |

15MAY81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 2.69 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 3.92 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.76 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 16.80 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.21 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.21 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 59.21 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.17 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.53 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.43 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 0.21 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 1.53 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.17 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.43 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 0.21 |
| SHRUBS | | NATIVE | LUPINUS | 2.69 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 1.76 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 1.08 |

15JUN81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 9.13 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 5.97 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 1.50 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 2.27 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.12 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.88 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 32.74 |

APPENDIX II.  Continued.                                             434

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.06 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.67 |
| FORBS | PERENNIAL | NATIVE | CASTILLEJA SP | 0.74 |
| FORBS | PERENNIAL | NATIVE | DENTARIA CALIFORNICA | 1.12 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 1.12 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.37 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.37 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | CAREX | 0.37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 2.67 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AVENA BARBATA | 0.74 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BRIZA MAXIMA | 0.74 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 2.67 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POLYPOGON MONSPELIENSIS | 4.69 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.12 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 13.10 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1.12 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 2.27 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.50 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 3.06 |
| SHRUBS | | NATIVE | LUPINUS | 1.88 |

15JUN81   BLACK-TAILED DEER    LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.42 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.21 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.21 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.21 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.84 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.21 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 72.58 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 12.37 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.18 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 2.41 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.21 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.21 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 0.21 |
| SHRUBS | | NATIVE | LUPINUS | 1.73 |
| SHRUBS | | NATIVE | SAMBUCUS | 3.12 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.88 |

15JUN81   BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.25 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.25 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.25 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.76 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.50 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.50 |

005192

APPENDIX II.  Continued.                                    435

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 62.57 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.25 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.50 |
| FORBS | PERENNIAL | NATIVE | BRODIAEA LAXA | 0.50 |
| FORBS | PERENNIAL | NATIVE | PRUNELLA VULGARIS | 0.25 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 1.80 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | BROMUS SPP | 0.50 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.53 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 10.29 |
| SHRUBS | | NATIVE | LUPINUS | 3.17 |
| SHRUBS | | NATIVE | MIMULUS AURANTIACUS | 2.07 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 11.45 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.61 |

28JUN81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 2.72 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 1.34 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 13.81 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 5.61 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.34 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 55.85 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 3.19 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 0.89 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.79 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.44 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.06 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.89 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 1.34 |
| SHRUBS | | NATIVE | LONICERA INVOLUCRATA | 1.79 |
| SHRUBS | | NATIVE | LUPINUS | 2.25 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.72 |

15JUL81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| SEAWEED | | NATIVE | ULVA | 0.62 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.62 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 1.25 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM | 0.62 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 7.89 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 4.48 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 5.82 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.62 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.62 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 3.82 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 30.53 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 10.04 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.88 |

APPENDIX II.  Continued.                                                    436

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.17 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 4.48 |
| FORBS | PERENNIAL | NATIVE | SISYRINCHIUM BELLUM | 0.62 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | MONERMA CYLINDRICA | 0.62 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 1.88 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 4.48 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 1.88 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DISTICHLIS SPICATA | 0.62 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 4.48 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HORDEUM BRACHYANTHERUM | 1.25 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 4.48 |
| TREES | | NATIVE | SALIX HINDSIANA | 3.17 |

15JUL81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.42 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.23 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.66 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.18 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALIS MARGARITACEA | 0.70 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.93 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 52.75 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 24.71 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 4.55 |
| FORBS | PERENNIAL | NATIVE | MIMULUS GUTTATUS | 2.41 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 0.23 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.42 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.46 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.23 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.23 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 2.16 |
| SHRUBS | | NATIVE | LUPINUS | 0.70 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 0.70 |
| SHRUBS | | NATIVE | SAMBUCUS | 0.46 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.70 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.16 |

15JUL81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKWN FERN | 0.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 0.22 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.22 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.22 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.22 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.68 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.45 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 40.62 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 16.27 |

PROPERTY OF
POINT REYES LIBRARY

APPENDIX II.   Continued.                                         437

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 7.59 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 1.37 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 0.22 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 3.77 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 0.45 |
| SHRUBS | | NATIVE | ARTEMISIA | 0.45 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.22 |
| SHRUBS | | NATIVE | LUPINUS | 2.34 |
| SHRUBS | | NATIVE | RUBUS SPP | 20.31 |
| SHRUBS | | NATIVE | SAMBUCUS | 1.61 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.45 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.09 |

28JUL81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 1.26 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ERODIUM CICUTARIUM | 7.28 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 3.21 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 7.28 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 3.21 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.63 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 1.26 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.63 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.26 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 31.92 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 7.99 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.26 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.26 |
| FORBS | PERENNIAL | NATIVE | IRIS DOUGLASIANA | 0.63 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 2.55 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 2.55 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 3.21 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 1.91 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 1.91 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 7.28 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 3.87 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 1.91 |
| SHRUBS | | NATIVE | LUPINUS | 0.63 |
| SHRUBS | | NATIVE | SAMBUCUS CALLICARPA | 3.21 |
| TREES | | NATIVE | SALIX HINDSIANA | 1.91 |

15AUG81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | | NATIVE | POLYSTICHUM MUNITUM | 0.48 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.97 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TEHUIFLORUS | 1.46 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.48 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.97 |

APPENDIX II.   Continued.                                   438

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| | | | | |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 2.45 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 2.45 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.95 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 15.06 |
| FORBS | PERENNIAL | EXOTIC | RUMEX ACETOSELLA | 6.67 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 2.45 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.46 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 4.51 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA SP | 8.34 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | AIRA CARYOPHYLLEA | 4.51 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 0.48 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 2.45 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.97 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 2.96 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 2.96 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 15.06 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | AGROSTIS DIEGOENSIS | 0.97 |
| SHRUBS | | NATIVE | ARTEMISIA | 0.48 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 0.97 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.97 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 0.48 |
| SHRUBS | | NATIVE | LUPINUS | 3.99 |
| SHRUBS | | NATIVE | RHAMNUS CALIFORNICA | 0.48 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 2.96 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 7.05 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.48 |
| TREES | | NATIVE | SALIX HINDSIANA | 1.95 |

15AUG81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| LOWER PLANTS | UNKNOWN | UNKNOWN | UNKNWN FERN | 0.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.39 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 0.78 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 1.57 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.39 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 0.78 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.17 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.39 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.39 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 18.99 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 5.79 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 22.27 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.54 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 6.24 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.39 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 0.39 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.39 |
| SHRUBS | | NATIVE | ARTEMISIA | 5.35 |

APPENDIX II.  Continued.                                    439

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 7.62 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 1.17 |
| SHRUBS | | NATIVE | LUPINUS | 5.79 |
| SHRUBS | | NATIVE | RHUS DIVERSILOBA | 0.78 |
| SHRUBS | | NATIVE | RUBUS SPP | 0.39 |
| SHRUBS | | UNKNOWN | UNKWN SHRUB | 0.39 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.78 |
| TREES | | NATIVE | SALIX HINDSIANA | 5.35 |

15AUG81    BLACK-TAILED DEER    LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
| --- | --- | --- | --- | --- |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.34 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 1.01 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 2.37 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 0.67 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 0.34 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 20.48 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 4.25 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 28.05 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.81 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 7.00 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | FESTUCA DERTONENSIS | 1.01 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKWN GRASS1 | 2.06 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.01 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 0.34 |
| SHRUBS | | NATIVE | ARTEMISIA | 6.60 |
| SHRUBS | | NATIVE | BERBERIS PINNATA | 0.34 |
| SHRUBS | | NATIVE | GAULTHERIA SHALLON | 0.34 |
| SHRUBS | | NATIVE | HETEROMELES ARBUTIFOLIA | 0.34 |
| SHRUBS | | NATIVE | LUPINUS | 6.60 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 2.06 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 0.67 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.34 |

28AUG81    TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
| --- | --- | --- | --- | --- |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | CARDUUS TENUIFLORUS | 0.53 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 0.53 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 15.75 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 2.13 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN LEGUME | 0.53 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.53 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 1.60 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 13.00 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 0.53 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 6.10 |
| FORBS | PERENNIAL | NATIVE | HYPOCHOERIS RADICATA | 1.60 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 4.36 |

APPENDIX II.  Continued.                                    440

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 1.06 |
|---|---|---|---|---|
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | POA ANNUA | 1.60 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.53 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | FESTUCA SP | 1.60 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.60 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | HORDEUM SP | 6.69 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 24.17 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 2.13 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | PHALARIS TUBEROSA | 0.53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 5.51 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | DANTHONIA CALIFORNICA | 0.53 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.60 |
| SHRUBS | | NATIVE | ARTEMISIA | 1.06 |
| SHRUBS | | NATIVE | CEANOTHUS THRYSIFLORUS | 1.06 |
| SHRUBS | | NATIVE | LUPINUS | 1.06 |
| TREES | | EXOTIC | CUPRESSUS SARGENTII | 1.06 |
| TREES | | NATIVE | MYRICA CALIFORNICA | 0.53 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.53 |

15SEP81   TULE ELK

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SILENE GALLICA | 0.52 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 1.58 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 1.05 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 10.92 |
| FORBS | UNKNOWN | UNKNOWN | CIRSIUM SP | 1.05 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 3.59 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 12.88 |
| FORBS | PERENNIAL | EXOTIC | LOBULARIA MARITIMA | 3.76 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 10.92 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 1.58 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.58 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 1.05 |
| FORBS | PERENNIAL | NATIVE | MIMULUS SP | 1.58 |
| GRASSES/SEDGES | ANNUAL/BIENNIAL | EXOTIC | BROMUS MOLLIS | 17.02 |
| GRASSES/SEDGES | UNKNOWN | NATIVE | JUNCUS SPP | 0.52 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 1.05 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | HOLCUS LANATUS | 16.31 |
| GRASSES/SEDGES | PERENNIAL | EXOTIC | LOLIUM PERENNE | 6.62 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | BROMUS MARGINATUS | 1.58 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 1.58 |
| SHRUBS | | NATIVE | LONICERA HISPIDULA | 1.58 |
| SHRUBS | | NATIVE | LUPINUS | 0.52 |
| SHRUBS | | NATIVE | RUBUS SPP | 0.52 |
| TREES | | NATIVE | SALIX HINDSIANA | 0.52 |

005198

APPENDIX II.   Continued.                                    441

DIET BY SAMPLE PERIOD OF TULE ELK AND BLACK-TAILED DEER

15SEP81   BLACK-TAILED DEER   LOCATION=NORTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | ANAGALLIS ARVENSIS | 0.80 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | LAYIA PLATYGLOSSA | 1.63 |
| FORBS | ANNUAL/BIENNIAL | NATIVE | MONTIA PERFOLIATA | 27.61 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 2.04 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 0.40 |
| FORBS | PERENNIAL | EXOTIC | COTULA CORONOPIFOLIA | 1.21 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 30.93 |
| FORBS | PERENNIAL | EXOTIC | RUMEX | 8.89 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 11.99 |
| FORBS | PERENNIAL | NATIVE | HYDROCOTYLE RANUNCULOIDES | 0.80 |
| GRASSES/SEDGES | UNKNOWN | UNKNOWN | UNKNWN GRASSES | 0.40 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 2.89 |
| SHRUBS | | NATIVE | LUPINUS | 3.32 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 3.76 |
| TREES | | NATIVE | SALIX HINDSIANA | 3.32 |

15SEP81   BLACK-TAILED DEER   LOCATION=SOUTH

| PLANT TYPE | GROWTH | STATUS | SPECIES | PERCENT |
|---|---|---|---|---|
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SISYMBRIUM OFFICINALE | 0.37 |
| FORBS | ANNUAL/BIENNIAL | EXOTIC | SPERGULA ARVENSIS | 4.28 |
| FORBS | NATIVE | NATIVE | STACHYS SP | 1.12 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB | 0.37 |
| FORBS | UNKNOWN | UNKNOWN | UNKWN FORB1 | 1.11 |
| FORBS | PERENNIAL | EXOTIC | ANAPHALIS MARGARITACEA | 3.88 |
| FORBS | PERENNIAL | EXOTIC | PLANTAGO LANCEOLATA | 24.04 |
| FORBS | PERENNIAL | NATIVE | ACHILLEA BOREALIS | 10.09 |
| FORBS | PERENNIAL | NATIVE | ERIOGONUM LATIFOLIUM NUDUM | 0.30 |
| FORBS | PERENNIAL | NATIVE | POTENTILLA EGEDEI | 2.28 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | FESTUCA RUBRA | 0.74 |
| GRASSES/SEDGES | PERENNIAL | NATIVE | HIEROCHLOE OCCIDENTALIS | 1.12 |
| SHRUBS | | NATIVE | ARTEMISIA CALIFORNICA | 31.89 |
| SHRUBS | | NATIVE | LUPINUS | 6.85 |
| SHRUBS | | NATIVE | RUBUS VITIFOLIUS | 2.28 |
| TREES | | NATIVE | SALIX HINDSIANA | 2.28 |

**Wiley**
**Wildlife Society**

Population Dynamics of Tule Elk at Point Reyes National Seashore, California
Author(s): Judd A. Howell, George C. Brooks, Marcia Semenoff-Irving and Correigh Greene
Source: *The Journal of Wildlife Management*, Vol. 66, No. 2 (Apr., 2002), pp. 478-490
Published by: Wiley on behalf of the Wildlife Society
Stable URL: http://www.jstor.org/stable/3803181
Accessed: 05-10-2015 20:31 UTC

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*Wiley* and *Wildlife Society* are collaborating with JSTOR to digitize, preserve and extend access to *The Journal of Wildlife Management*.

http://www.jstor.org

005200

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 476 of 608

# POPULATION DYNAMICS OF TULE ELK AT POINT REYES NATIONAL SEASHORE, CALIFORNIA

JUDD A. HOWELL,[1] U.S. Geological Survey, Western Ecological Research Center, 7801 Folsom Boulevard, Suite 101, Sacramento, CA 95826, USA

GEORGE C. BROOKS,[2] U.S. Geological Survey, Western Ecological Research Center, Golden Gate Field Station, Fort Cronkhite, Building 1063, Sausalito, CA 94965, USA

MARCIA SEMENOFF-IRVING,[3] U.S. Geological Survey, Western Ecological Research Center, Golden Gate Field Station, Fort Cronkhite, Building 1063, Sausalito, CA 94965, USA

CORREIGH GREENE, Section in Evolution and Ecology, University of California, 1 Shields Avenue, Davis, CA 95616, USA

*Abstract:* The presence of locally abundant wildlife raises questions about natural regulation and ecological consequences of overpopulation. We sought to establish precise information about population size, structure, and productivity to examine the role of natural regulation in a closed tule elk (*Cervus elaphus nannodes*) population at Point Reyes National Seashore, California, USA. We estimated an instantaneous exponential growth rate of 0.19 with an adjusted $R^2 = 0.98$ during 1998, 20 years after the elk were introduced. We estimated annual survival for adult cows of nearly 0.95. Calf survival from birth through the rut ending during October–November was 0.85. Male calves exhibited higher mortality than female calves. Cow mortality was associated with the calving season. We measured a 42% increase in cow:calf density from 0.733 ha$^{-1}$ to 1.043 ha$^{-1}$ during 1996–1998. We observed a density-correlated reduction in the rate of increase and in the cow:calf ratios prior to high precipitation El Niño Southern Oscillation years, 1993, 1996, and 1997, precipitation >1.23 m year$^{-1}$. Given the high population growth rate and model evaluation of management scenarios, park managers will need to use a suite of approaches, such as contraception and removal, to maintain the elk population at levels at or near the closed-range carrying capacity for years between El Niño events.

*JOURNAL OF WILDLIFE MANAGEMENT 66(2):478–490*

*Key words:* California, *Cervus elaphus nannodes*, demographics, El Niño, National Parks, natural regulation, populations, reproduction, tule elk.

Tule elk are a subspecies of elk isolated from other populations during the Wisconsin glacial period, and are endemic to California (Bryant and Maser 1982). Once abundant in the state, tule elk were driven to near extinction by the last quarter of the 19th century when only 6–10 individuals remained on a private ranch in the San Joaquin Valley (McCullough 1969). Early conservation and reintroduction efforts during the latter half of the 20th century have resulted in a statewide recovery of tule elk populations to an estimated 3,500 animals (J. Fischer, California Department of Fish and Game, personal communication).

During March 1978, 10 adult elk (2 males and 8 females) were reintroduced to Point Reyes National Seashore (NS) from the San Luis National Wildlife Refuge (Gogan 1986). The elk were placed on a 1,052-ha enclosed range on the northern tip of Tomales Point (Fig. 1). Prior to the complete removal of beef cattle during 1980,

the range was characterized by high stocking rates of cattle and low forage quality (Gogan 1986). During the initial period of 1978–1980, the elk herd did not grow and was constrained by trace element deficiency, infection with Johne's disease (*Mycobacterium paratuberculosis*) that lowered sub-adult survival, and low reproductive rates (Gogan 1986). After the removal of cattle during 1980, the population began to increase (Gogan and Barrett 1987). Early research on vegetation estimated that the habitat could support between 140 and 350 elk with cattle still present or recently removed (Gogan 1986). By 1990, the elk herd had reached the lower bounds of that estimate, and by 1993 had reached an estimated 214 individuals (Wahome 1995). Although public hunting of the herd may be permitted at Point Reyes NS through its enabling legislation, public testimony before the Citizens' Advisory Commission (CAC) to Point Reyes NS strongly opposed hunting in the park.

In response to increasing numbers of elk, the National Park Service (NPS) commissioned an advisory panel of 6 scientists to examine available elk data and to recommend actions for NPS management of the tule elk herd (McCullough et al. 1993). McCullough (1992:969) defined K selected species carrying capacity (KCC) as the "maximum

[1] E-mail: judd_howell@usgs.gov
[2] Present address: Department of Invertebrate Zoology and Geology, California Academy of Sciences, Golden Gate Park, San Francisco, CA 94118, USA.
[3] Present address: 587 Arkansas Street, San Francisco, CA 94107, USA.

005201

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 477 of 608



Fig. 1. Tule elk range, Tomales Point, Point Reyes National Seashore, California, USA.

number of animals of a given population supportable by the resources of a specified area." The panel estimated KCC at approximately 350 elk, assuming density-dependent population regulation (McCullough et al. 1993). In addition, the panel recommended (1) permitting the elk population to self-regulate unless a predefined threshold of ecological damage to the range was reached, (2) establishing a pilot study to assess the feasibility of utilizing contraceptives as a means of population control, (3) beginning a program of fecal culture and necropsy to establish the status of Johne's disease and potentially other livestock diseases, (4) expanding the habitat and elk population monitoring program, (5) importing 2–3 female elk every generation, and (6) reestablishing free-ranging elk on other NPS lands. This study was designed to address part 4 of the research recommendations offered by the scientific panel (McCullough et al. 1993) and to assist in maintaining a viable herd of tule elk at Point Reyes NS (National Park Service 1988, 1992). During 1997, park managers decided

to conduct contraception trials on a subset of the Tomales Point herd. Thirty cows were captured and inoculated with porcine zona pellucida (PZP; Stoops et al. 1999; Shideler et al., in press).

Precise measures of population size, structure, and productivity are necessary to develop accurate estimates of population growth. Accurate estimates of population growth and habitat use are critical for defining the bounds of KCC for the Tomales Point elk herd. If density-dependent factors are controlling this population, we would expect the net reproductive rate of the population in a year ($\lambda$) to approach unity ($\lambda = 1$) and the intrinsic rate of increase (r) to approach zero (r = 0) as the population approaches KCC for a given resource state. We define population growth as:

$$N_t = rN_{t-1}, \qquad (1)$$

where $r = d\mathrm{N}/dt$, N is the population size, and t is time in years. If $\lambda$ remains above 1, the population will overshoot KCC with potentially negative

005202

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 478 of 608

impacts to elk habitat. Refined estimates should indicate whether density-related mechanisms are operating as this herd approaches KCC.

Here, we examine the population size, structure, and productivity of the Point Reyes NS tule elk herd relative to its potential natural regulation (Houston 1982). We report the age-specific mortality, cow:calf ratios, natality rate, sex ratios, and population density 20 years after initial introduction of tule elk on Point Reyes NS.

## STUDY AREA

Point Reyes NS is a 28,827-ha national park located 60 km northwest of San Francisco, California (Fig. 1). The elk are confined to the northern tip of Tomales Point, a northwest-trending peninsula bounded by a 3-m-tall fence on the east by Tomales Bay and on the west by the Pacific Ocean. The fence separates the 1,052-ha range from an active dairy ranch to the south.

The elk range can be classified into 4 habitat types: open grassland (supporting both annual and perennial grasses and forbs), lupine (*Lupinus arboreus*) grassland, coyotebush (*Baccharis pilularis*) grassland, and dense scrub (Fig. 1). Three federally listed rare plant species occur locally: Point Reyes blennosperma (*Blennosperma nanum* var. *robustum*), North Coast bird's beak (*Cordylanthus maritimus* ssp. *palustris*), and San Francisco owl's clover (*Triphysaria floribunda*). In addition, the Myrtle's silverspot butterfly (*Speyeria zerene myrtleae*), a federally listed endangered species, occurs within the elk range. Three larger predators have been observed on the elk range: coyote (*Canis latrans*), bobcat (*Felis rufus*), and mountain lion (*Puma concolor*).

The climate of the elk range is Mediterranean, with most rainfall occurring between November and March. Annual precipitation totals fluctuate considerably between wet and dry years. Between 1978 and 1996, average precipitation 16 km due north of Tomales Point at Bodega Marine Laboratory was 853.3 mm (SE = 75.9, $n$ = 19; V. Chow, University of California at Davis, personal communication). However, average precipitation for wetter-than-normal El Niño events, 1982–1984 and 1995–1997, was 1,364.4 mm (SE = 110, $n$ = 4). The average temperature varies between 7 °C during the winter and 13 °C during the summer.

## METHODS

### Capture Techniques

Adult female elk were captured during November 1995 and October 1996 with helicopter-deployed ballistic nets (Helicopter Wildlife Management, Salt Lake City, Utah, USA). Elk were blindfolded and hobbled upon capture. Processing teams measured total length and girth, monitored vital functions, estimated animal age by examining teeth and body size, and collected blood and fecal samples to determine pregnancy rates and screen for Johne's disease. Blood and fecal samples were transported to Madison, Wisconsin, for Johne's disease testing and to the University of California at Davis for pregnancy testing (Stoops et al. 1999; Shideler et al., in press). A color-coded radiocollar (Telonics, Mesa, Arizona, USA), with a mortality sensor and a breakaway device, was attached to each cow. The breakaway device had a field life of 7 to 10 years based on studies of elk in Redwood National Park (R. Golightly, Humboldt State University, personal communication). Radiocollar transmissions were set for alternate days to extend the expected transmitter life to 7 years from the time of attachment to the elk.

Researchers, on foot or horseback, captured calves during spring (Mar–Jun) of 1996, 1997, and 1998. Cows were approached by horseback and were observed looking in the direction of potential calf bedding areas. Potential calf bedding areas were searched in a back-and-forth pattern. Once located, bedded calves were approached on foot and captured by hand by placing a blindfold or hat over their eyes. All calves were weighed, measured, and fitted with color-coded ear tags to identify individuals. During 1996, calves were fitted with solar-powered radio ear tags (Advanced Telemetry Systems, Isanti, Minnesota, USA). This practice was discontinued during 1997 because the transmitters were lost as a result of grooming behavior. During all years, calf mortality was determined by assuming that color-marked and radio-marked calves not seen for 2 weeks had died.

### Herd Size and Structure

We monitored the elk population weekly from 1995 to 1998 by visual observation from horseback of both marked and unmarked individuals. The elk range was searched for groups of elk from highlands until the entire range was explored. In the field, locations for each radio-marked female and tagged calf were marked on USGS 7.5-min topographic quadrangle sheets and/or field notes. For each relocation point, we recorded data about habitat, behavior, and herd composition classes of adult cows, calves, spike bulls, bulls, and prime bulls. Universal Transverse Mercator (UTM) coordinates for relocation

005203

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

J. Wildl. Manage. 66(2):2002     TULE ELK POPULATION DYNAMICS • *Howell et al.*   481

points were determined by analysis of the field maps and notes and digitized using AutoCAD LT 98 (Autodesk, San Rafael, California, USA) and ArcView 3.1 (Environmental Systems Research Institute, Redlands, California, USA).

During October 1996, after the rut, simultaneous aerial and ground counts of the entire herd were conducted to determine the number of cows, calves, spike bulls, and bulls using fixed-wing aircraft censuses, drive counts, and herd structure counts (McCullough 1997). We conducted herd structure counts from horseback over several days. In addition, we counted calves during the summer and fall of each year to measure productivity. Natality of each radiomarked cow and the survival of her marked calf were recorded for each year of the study to determine whether the cow had reared a calf to maturity—i.e., until after the rut during October. Production of female offspring was estimated from the annual calf searches. During 1997, we conducted weekly horseback surveys of bulls on the entire elk range. Surveys were conducted intermittently during 1998.

Estimates of population size from year to year provided a basis for calculating population growth and the foundation for demographic projections such as estimating KCC. To estimate $r$, we used the average of $dN/dt$ for all years. To derive a second estimate of $r$, we used SPSS 8.0, a statistical curve-fitting program (Norusis 1988$a$,$b$). The age and sex structure of the herd was modeled using original data for the introduced herd (Gogan 1986) as a baseline. We calculated number of calves surviving each year (t) by subtracting the previous year total population ($N_{t-1}$) from the current year total population ($N_t$). We divided the number of calves by 2 to determine the number of female calves. If there was a remainder, we added 1 to the number of female calves for that year, assuming a slightly higher mortality among male calves. This provided our sex-ratio estimate. We began the model with data from 1984 and extrapolated through 1998.

## Mortality and Survival

During 1996, we conducted systematic mortality searches in 3 areas of high herd use: grassland and moderate to dense coastal scrub of 38, 35, and 40 ha, respectively. We systematically searched each area with 7 people evenly spaced across the width of the search area and walked a zigzag pattern to maximize coverage. We subsequently discontinued this practice because we recovered few elk remains and the mortality rates within the

herd were low. Since most of the range was covered by horseback on a biweekly basis, we substituted opportunistic discovery of remains for the systematic ground searches. Records were kept of known instances of mortality from both the radiomarked and general population. If an individual disappeared between sequential ground counts, we compared the result with mortality records to infer mortality dates.

We estimated mortality or, conversely, survival rates of females from the radiomarked sample 2 ways: first, by pooling all years; second, by taking the mean of each year's proportional mortality to derive 2 linear survival rates. We also estimated a third survival curve from cows ear tagged during the first introductions or as calves born through 1981 and observed in subsequent field surveys.

## Density

We monitored the location, habitat use, and survival of the remaining 34 radiomarked cow elk and 66 tagged calves through December 1998. We located radiomarked cows at dawn, dusk, and night. We used the relocation points to estimate herd range size using the adaptive kernel method (50% and 90% isopleths; TELEM 1.0, U.S. Forest Service; Worton 1989). We used relocation data from the first year of the study to calculate individual home ranges for all radiomarked cows. We randomly selected a subset of the individual relocations to establish herd range size and found no difference in herd range size between the random subset of relocation points ($n = 20$/elk) and all the relocation points. By visual inspection, 2 patterns became clear: individuals clustered in the northern or southern part of the range. We examined individual movements and found virtually no exchange among individuals between north and south during 1995 and 1996. During subsequent years, 2 individuals switched groups while 3 more cows made 1 excursion and returned. Although the individuals may move randomly within a herd, we assumed that the 2 subherds were geographically stable. We used 4,229,000 UTM North as the cutoff line between the 2 subherds. This UTM coordinate corresponded to the middle of the high plateau between the more varied relief to the north and south. We pooled the relocation records for all individuals in a subherd by season to estimate herd range size and calculate high and low habitat-use areas. We estimated population density for each year by using the number of animals seen in the subherd and calculating mean herd range size at the 90% isopleth across 4 bio-

005204

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 480 of 608

logical seasons—calving (Apr and May), summer (Jun and Jul), the rut (Aug–Oct), and winter (Nov–Mar). During 1997, we conducted weekly surveys of bulls on the entire elk range. Location, numbers, and age composition of the groups were recorded. We did not record individual bulls but used group and solitary animal locations to establish relocation points. Cow relocation data and bull count data were considered independent, and cow and bull range use were mapped separately.

## Herd Growth Stabilization Modeling

Greene et al. (1998) developed a breeding system-based model to model population growth rates under different management scenarios. Assumptions of the model were (1) equivalence of individuals (all individuals of a given age–sex class were equally likely to reproduce or die), (2) population processes were density-independent (there was no carrying capacity or other source of regulation), (3) population processes do not depend on population spatial structure, and (4) reproduction occurs after mortality for ease of computation. We used our empirically derived population parameters to drive Greene's model to examine the relationship and effectiveness of removal and/or contraception (Shideler et al., in press) rates to reduce the net reproductive rate of the Tomales Point herd to zero.

## Statistical Analyses

For comparisons, we performed Pearson's Chi-square ($\chi^2$) test of significance ($P < -0.05$; Lehmann 1975; Norusis 1988$a$,$b$).

## RESULTS

We captured 20 adult female elk during November 1995 and 18 during October 1996. The day after the first capture, 1 cow died from capture myopathy, leaving 19 radiomarked cows during 1995. Blood samples from these 19 cows revealed that 16 were pregnant (Stoops et al. 1999). Three cows captured during 1995 died during the 1996 calving season. During 1996, 1997, and 1998, we captured 12, 26, and 28 calves, respectively. Sixteen of the 66 color and radiomarked calves were born to radiomarked cows over the 3-year period. While most calving consistently occurred during April and May, births were documented as early as February and as late as August.

## Herd Size and Composition

The total population counts for 1996, 1997, and 1998 were 370, 465, and 549, respectively. During

Table 1. Herd composition counts of tule elk using aerial counts, drive counts, and horseback search counts, Point Reyes National Seashore, California, USA, 1996–1998.

| Year | Category | Method | | |
| | | Aerial | Drive | Horseback |
|---|---|---|---|---|
| 1996 | Bull | 91 | 72 | 90 |
| | Spike | 4 | 10 | 19[a] |
| | Cow | 222 | 253 | 179 |
| | Calf | 66 | 46 | 80 |
| | Total | 385 | 381 | 370 |
| 1997 | Bull | | 110 | 122 |
| | Spike | | 71 | 48 |
| | Cow | | 240 | 218 |
| | Calf | | 42 | 77 |
| | Total | | 465 | 465 |
| 1998 | Bull | | | 161[b] |
| | Spike | | | 45[c] |
| | Cow | | | 256 |
| | Calf | | | 87 |
| | Total | | | 549 |

[a] Estimated as a subset of total bull counts.
[b] Estimated from spring bull counts.
[c] Estimated from number of calves born the previous year.

1996, total counts by horseback, ground, and airplane were within a range of 15 animals (Table 1). The annual rates of population increase ($r$) in our study for 1996 through 1998 were 0.32, 0.26, and 0.19. The 1998 calf count of 87 was lower than the expected 120 calves. This may have been caused by the inoculation of 30 cows contracepted with PZP during fall 1997 (Shideler et al., in press). For 1981 through 1997, mean $r$ was 0.22 (SE = 0.022, $n$ = 17, Min. = 0.08, Max. = 0.41). An exponential



Fig. 2. Tule elk population growth, observed vs. exponential model, 1978–1997, Point Reyes National Seashore, California, USA.

005205

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG    Document 43    Filed 10/12/21    Page 481 of 608



Fig. 3. Number of elk calf births to radiomarked cows that survived the 3 years of this study, 1996–1998, Point Reyes National Seashore, California, USA. (Adjusted conservatively based on field observation. Projected from field observations.)

model provided the best fit to the observed data ($r = 0.1943$, $R^2 = 0.984$) for 1981 through 1997 (Fig. 2). Thirteen of the 16 radiomarked cows that survived for 3 years had at least 1 calf with an average of 2.076 calves female$^{-1}$ (Fig. 3).

Using linear regression, we detected no significant reduction in population growth rate with increasing population size through 1997 (Fig. 4A). If we removed the high productivity El Niño years of 1983, 1993, 1996, and 1997, when precipitation was >1.024 m yr$^{-1}$, we found a significant negative linear relationship for rate of population change ($P = 0.025$, $R^2 = 0.447$; Fig. 4B). If the dry-year declining rate of growth was constant, the intercept of the abscissa for $r = 0$ would be approximately 360 animals by the year 2000. A quadratic model best described the decline in cow:calf ratios with population size during dry years be-



Fig. 4. Tule elk population growth rate vs. population size, 1980–1997. (A) Including El Niño years. (B) Excluding El Niño years.

Fig. 5. Tule elk cow:calf ratios vs. annual precipitation, 1980–1997. (A) Current year precipitation. (B) Previous year precipitation. Precipitation data from University of California, Bodega Marine Laboratory, Bodega Bay, USA.

005206

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 482 of 608

Table 2. Coefficients for multiple regression of cow:calf ratio vs. precipitation during current year and 1-year time lag from 1984 to 1997, at Bodega Bay, California, USA.

| Model | Unstandardized coefficients | | Standardized coefficients | | |
|---|---|---|---|---|---|
| | B | SE | Beta | T | Significance |
| Constant | 0.633 | 0.047 | | 13.582 | 0.000 |
| Current year precipitation | 0.125 | 0.047 | 0.527 | 2.684 | 0.021 |
| Precipitation lagged 1 year | 0.146 | 0.061 | 0.472 | 2.407 | 0.035 |

tween El Niño years ($P = 0.000$, $R^2 = 0.768$, N = 112.263 − 0.656x + 0.014x$^2$; Fig 5A). The proportion of calves per 100 cows was positively correlated with precipitation for any given year (t) and the prior year (t − 1; Fig. 5B). A multiple regression model for the proportion of calves per 100 cows and the 2 precipitation parameters was highly significant (Table 2).

The outcome of the herd-composition model predicted 9.6% more adult bulls and 7.7% fewer adult cows than observed during herd counts (Table 3). The observed herd counts for 1997 and 1998 were not significantly different from the estimated herd structures using a Chi-square test.

## Mortality and Survival

During the 1996 systematic mortality searches of 113 ha, we discovered the remains of 2 cows. We divided the total area of the elk range (1,052 ha) by area sampled (113 ha) and multiplied the number of carcasses discovered (2) to estimate that 18 elk had died across the range. During our opportunistic recoveries between 1995 and 1998, we collected 15 specimens, and we constructed a simple a posteriori life histogram for the herd (Fig. 6).

During 1996, 3 radiomarked cows died during the spring calving season. No symptoms of Johne's disease, wasting, or diarrhea were evident.

Table 3. Tule elk herd composition, Point Reyes National Seashore, California, USA, 1980–1998.

| Year | N | Observed[a,b] | | | Expected[c] | | |
|---|---|---|---|---|---|---|---|
| | | Calf | Bull | Cow | Calf | Bull | Cow |
| 1980 | 15 | 1 | 4 | 10 | 1 | 4 | 10 |
| 1981 | 18 | 6 | 4 | 8 | 6 | 4 | 8 |
| 1982 | 24 | 8 | 6 | 10 | 8 | 6 | 10 |
| 1983 | 32 | 8 | 10 | 14 | 8 | 10 | 14 |
| 1984 | 41 | 9 | —[d] | — | 9 | 14 | 18 |
| 1985 | 55 | 15 | — | — | 14 | 18 | 23 |
| 1986 | 70 | 16 | — | — | 15 | 25 | 30 |
| 1987 | 82 | 19 | — | — | 12 | 32 | 38 |
| 1988 | 98 | — | — | — | 16 | 38 | 44 |
| 1989 | 112 | — | — | — | 14 | 46 | 52 |
| 1990 | 138 | 23 | 38 | 75 | 26 | 53 | 59 |
| 1991 | 171 | 34 | 65 | 82 | 33 | 66 | 72 |
| 1992 | 185 | 33 | 79 | 90 | 14 | 82 | 89 |
| 1993 | 214 | | 65 | 98 | 29 | 89 | 96 |
| 1994 | 241 | 32 | 93 | 127 | 27 | 103 | 111 |
| 1995 | 280 | 19 | 73 | 157 | 39 | 116 | 125 |
| 1996 | 370 | 80 | 109 | 179 | 90 | 135 | 145 |
| 1997 | 465 | 77 | 170 | 218 | 95 | 180 | 190 |
| 1998 | 549 | 87 | 206 | 256 | 87 | 227 | 238 |

[a] Numbers observed during fall herd count.
[b] Observed by P. J. P. Gogan, 1980–1987; O. L. Wallis, 1990, 1992, 1993; L. George, 1994; and S. Koening, 1995. High calf numbers reflect spring counts.
[c] Numbers extrapolated from fall herd counts and prior year estimates.
[d] No data available.

005207

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

J. Wildl. Manage. 66(2):2002
TULE ELK POPULATION DYNAMICS • *Howell et al.*  485





Fig. 6. Age distribution of tule elk remains recovered, 1995–1998, Point Reyes National Seashore, California, USA. Age class 4.5 represents ages 4.5 years and older.



Fig. 7. Survival curve for original tule elk cows released between 1978 and 1980, Point Reyes National Seashore, California, USA.

Two animals were removed from the population during 1997 after they exhibited signs of diarrhea. One tested positive for Johne's disease while the other did not. Several additional cow elk showed signs of diarrhea. One radiomarked cow was removed during 1998 for this reason. These animals were repeatedly tested for Johne's disease, but the tests remained negative (Shideler et al., in press). From necropsy reports of 7 animals prepared by the California Department of Fish and Game and the Veterinary Health Sciences Laboratory, University of California at Davis, we determined that 15 factors contributed

Table 4. Diseases reported in 7 elk recovered and necropsied, Point Reyes National Seashore, California, USA, 1996–1998.

| Disease | Number infected |
| --- | --- |
| Abomasitis | 4 |
| Blue tongue | 2 |
| Bronchitis | 2 |
| Encephalomalacia | 2 |
| Enteritis | 2 |
| Enterocolitis | 2 |
| Johne's disease | 2 |
| Pneumonia | 2 |
| Presumptive selenium deficiency | 2 |
| Umbilical infection | 2 |
| Colitis | 1 |
| Intestinal cestodiasis | 1 |
| Myocarditis | 1 |
| Pancreatic necrosis | 1 |
| Steatitis | 1 |

to poor health or death (Table 4). Although mountain lion (*Puma concolor*) and bobcat (*Felis rufus*) were observed on the elk range, the most numerous predators were coyote (*Canis latrans*), which we observed on a regular basis. We found no evidence of direct predation by felids, such as covered carcasses. We found 1 calf that had been gnawed by a canid but were unable to determine whether it was predation or scavenging.

*Cow Survival.*—During the course of the study, we continued to see an old cow that was ear-tagged during the original releases or was a calf born during spring 1981. In reviewing park records, we observed that 4 ear-tagged cows were observed approximately 10 or more years after release or tagging as calves (O. L. Wallis, National Park Service volunteer, 1990 field notes). The "old cow" was removed during 1998 because of diarrhea to be tested for Johne's disease and was shown to be negative for the disease. Based on these data, we estimated survival and longevity for adult females to be as high as 20 years (Fig. 7). Four cows (excluding the case of capture myopathy) of the 38 radiomarked cows died during the 3-year study, resulting in a mortality rate of 0.035 $yr^{-1}$. The annual mortality for 1996, 1997, and 1998 was 0.150, 0.000, and 0.058, respectively (mean = 0.069, $n = 3$, SE = 0.044). We plotted the 2 mortality rates derived above as linear constants resulting in an average longevity of approximately 17 years (Fig. 8).

*Calf Survival.*—During 1996, 1 of 12 radiomarked calves died by fall. Calf survival was 0.92. During November 1996, we counted 380 elk, of

005208

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Fig. 8. Survival curves estimated for tule elk cows, 1995–1998, Point Reyes National Seashore, California, USA.

which 90 were calves. During spring and summer 1997, we captured 26 calves, of which 22 survived through the summer. Calf survival was 0.85. Also during 1997, we estimated that 121 calves were born and counted 103 calves by late summer. Calf survival was 0.84. A single instance of winter calf mortality was noted for 1997. Extrapolating from this observation, the winter calf survival was estimated at 0.96 during 1996. This resulted in an overall survival estimate of 0.81 for 1997. During 1998, we captured 28 calves, of which 24 (85.7%) survived to the fall herd count. Aged remains of tule elk showed a similar pattern of higher mortality among younger age classes (Fig. 6).

## Density

Radiomarked cows observed at dawn, dusk, or night showed that the elk did not use different habitats from those occupied during the day. The observations indicated that elk remained in the same areas at dawn that they occupied overnight. We observed movement within habitat types away from roads and trails as park visitors arrived in late morning. Movement toward roads and trails often was seen late in the day, but usually did not take the animals into different habitats. We noted that the elk segregated into 2 subherds—north and south—over 4 biological seasons (Figs. 9A,B,C,D). The larger group was located in the south. Based on an analysis of relocations, some cows occasionally had 1 relocation in the other group then returned to their original group. Although we observed a continued increase in cow–calf herd size, we observed no change in herd range size of 354, 351, and 328 ha from 1996 to 1998 (90% iso-

pleth; Table 5). Cow–calf densities were 0.733, 0.840, and 1.045 elk ha$^{-1}$ during 1996, 1997, and 1998, respectively. Herd range sizes for the cow–calf subherds were different between the northern and southern groups—95 versus 249 ha. Bull herd range was 609 ha and densities were 0.279 elk ha$^{-1}$ during 1997 (Table 6). The core use areas of bull herd locations were highly displaced from cow–calf subherd core areas (Fig. 10). Cow–calf herds were located in grassland and grassland–shrub habitats while bulls were located in heavy brush habitat. We applied the cow–bull density estimates to the entire range; we estimated maximum numbers of 741 cows–calves and 282 bulls for the 1,052-ha range. This translated to an estimated upper limit of KCC = 1,023 elk during wet years, such as El Niño periods, when precipitation was >1,024 mm year$^{-1}$.

## Herd Growth Stabilization Modeling

We modeled the time necessary to reduce the net reproductive rate to 1 with 3 scenarios: removal, contraception, and removal and contraception combined. Contraception of 50 of the cows reduced λ, but it remained above 1 (1.097) after a model run. Lambda was reduced to 1.059 by removing 25 bulls and 25 cows yr$^{-1}$. By adding contraception to this rate of removal, λ was reduced to 1.052. Lambda was reduced to 1.0 with a combination of contraception and removal. With contraception of 50 cows, we calculated that 37 cows needed to be removed to reduce λ to 1.0.

## DISCUSSION

Demographically, the Point Reyes herd was at the upper limit of estimated values for population parameters and growth at the end of 1998. Adult elk survival was approximately 95%, similar to values reported by Eberhardt et al. (1996) for Rocky Mountain elk (C. e. nelsoni) in eastern Washington. Calf survival was 85%, which was higher than 60% reported for Owens Valley tule elk (McCullough 1969) and similar to that of domestic sheep (Caughley 1976). Cow longevity was also greater—approximately 17 years versus 10 years for the Owens valley elk (McCullough 1966). Allen (1996) reported an annual growth rate of 0.213 for Rocky Mountain elk in Bandelier National Monument, New Mexico, similar to the Point Reyes mean of 0.223. McCullough (1969) estimated the maximum theoretical population growth rate for tule elk to be 0.25. The Point Reyes elk herd had a growth rate of 0.194 based on the exponential model, which is 0.054 higher

005209

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions



Fig. 9. Cow tule elk herd distribution during 4 biological seasons, Point Reyes National Seashore, California, USA, 1995–1998. (A) Winter, 1995–1996, 1996–1997, and 1997–1998. (B) Calving, 1995–1996. (C) Summer, 1995–1996, 1996–1997, and 1997–1998. (D) Rut, 1995–1996, 1996–1997, and 1997–1998.

than the Owens Valley elk herd (McCullough 1969) but similar to 0.20 reported by Eberhardt et al. (1996). By calculating the population doubling time $(2N_0 = N_0e^{rt})$ using the estimated exponential rate of increase (0.194), the Point Reyes herd was doubling every 3.6 years during the study period. Gogan and Barrett (1987) estimated herd growth rates to be $r = 0.17$ and $r = 0.29$ at Point Reyes. Both values were in the range of rates of increase observed in this study. They noted that the higher rate occurred from 1982 to 1984, the period coinciding with the first El Niño event.

Combining Gogan and Barrett's (1987) strong El Niño observations with our data shows a significant increase in growth rate of the population during these events. During the herd growth period between El Niño precipitation events 1982 to 1994, we found evidence of declining $r$ with increasing N supporting the idea that density-related growth rates may be occurring during dry years. However, higher than normal precipitation during the El Niño years of 1995 through 1997 resulted in higher forage and calf production overriding density effects that appeared before 1995. During 1982, cattle were removed from the

005210

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Case 4:21-cv-04734-HSG   Document 43   Filed 10/12/21   Page 486 of 608

Table 5. Seasonal cow tule elk herd range size (90% isopleth), northern and southern portions of the Tomales Point tule elk range, Point Reyes National Seashore, California, USA, 1995–1997.

| Period | Season | Variable | Range size (ha) North | South | Total |
|--------|--------|----------|------|-------|-------|
| Nov 1995–Oct 1996 | Winter | | 169 | 267 | 436 |
| | Calving | | 65 | 198 | 263 |
| | Summer | | 82 | 172 | 254 |
| | Rut | | 53 | 408 | 461 |
| | | Mean | 92 | 261 | 353 |
| | | SE | 26.3 | 52.9 | 55.1 |
| Nov 1996–Oct 1997 | Winter | | 85 | 144 | 229 |
| | Calving | | 74 | 212 | 286 |
| | Summer | | 91 | 318 | 409 |
| | Rut | | 147 | 333 | 480 |
| | | Mean | 99 | 251 | 351 |
| | | SE | 16.3 | 44.9 | 57.8 |
| Nov 1997–Oct 1998 | Winter | | 125 | 220 | 345 |
| | Calving | | 110 | 150 | 260 |
| | Summer | | 43 | 204 | 247 |
| | Rut | | 94 | 366 | 460 |
| | | Mean | 93.3 | 235 | 328 |
| | | SE | 17.8 | 46.2 | 49.1 |

range, releasing the vegetation from grazing pressure while the tule elk herd was still small, thereby confounding the precipitation results. McCullough (1992) described a theoretical density-dependent reproductive response for bighorn sheep as a flat curve until the curve sharply dropped at the high population density. Negative population response occurred quickly at a critical high density. Hassell's (1975) empirical study supported this pattern. The Tomales Point elk herd appeared to be in the flat or no-response phase during the study period. When the central California coast experiences several years of drought, we predict the final growth phase described by McCullough (1992); i.e., decreasing growth, zero growth, and a sharp decline.

Table 6. Bull elk herd range size (90% isopleth), northern and southern portions of the Tomales Point tule elk range, Point Reyes National Seashore, California, USA, 1997.

| | Range size (ha) | | |
|--------|-------|-------------------------|------------------------|
| | Total | Nonbreeding Rutting | (mid-Jul –mid-Oct) |
| All bulls | 609 | 799 | 740 |
| Prime bulls | 660 | 655 | 909 |

During simultaneous counts using aerial, ground-drive, and horseback counts, we speculate that ground-drive counts underestimated the number of calves, and aerial counts underestimated the number of spike bulls. Both methods resulted in higher estimates of cows. Ground-drive count bias most likely was due to difficulty differentiating older calves from cows. Aerial count bias likely was due to the greater distance between observer and elk than that of ground-drive and horseback counts. We hypothesize that horseback counts provide better herd composition estimates because observers approach elk more closely and minimize the potential for double-counting.

Although coyote sightings were more common during 1997 than during previous years, no instance of predation on neonates was documented. We observed a calf carcass with evidence of coyote feeding, but the cause of death was indeterminate. Two calf carcasses that were later necropsied had bacterial infections; infections may be an important source of neonatal mortality.

During 1997, park management began an experimental contraception program to assess its feasibility for regulating the Point Reyes herd. Contraception temporarily blocks pregnancy, thereby eliminating the possibility of natural selection to operate on life history stages of individuals. Kucera (1991) and D. McCullough (University of California at Berkeley, personal communication) report that tule elk exhibited much less genetic variation than conspecifics because of a series of extremely low population numbers experienced since their near extinction. However, deleterious effects of reduced genetic variation on tule elk have yet to be demonstrated. Without the potential to increase genetic variation through mutation and recombination, the Point Reyes herd could eventually suffer from problems associated with inbreeding depression or genetic drift to extinction (Allendorf 1983, Chesser 1983).

The genetic consequences of contraception need to be explored for the Tomales Point herd. Natural selection operates on individuals in a population because of genetic differences among them. Unmanaged contraception could prevent individuals from entering the population, which would limit the palette of genetic diversity (Chesser 1983).

Park management and California Department of Fish and Game set a goal to limit the population to 600 elk on the range. It was estimated that this number, if held, should ameliorate the range impacts of the elk as forage production drops

005211

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions



Fig. 10. Bull tule elk herd distribution, Point Reyes National Seashore, California, USA, 1996–1997.

during dry years (Bayless 1998). If KCC of the range drops below 600 due to poor range production, we would expect some density-dependent effects to appear, such as increased mortality from disease, reduced calving rates, lower cow:calf ratios, and greater bull mortality.

The exponential growth model of the Tomales Point herd indicated that the population growth phase during our study showed little evidence of density dependence or natural regulation. Quality and quantity of forage appeared to remain high, and the elk appeared to be in good condition.

Using a simple model, we examined the effort required to reduce the net reproductive rate ($\lambda$) from >1.0 to 1.0. From the model results, a combination of removal and contraception would have the most rapid reduction of net reproduction rate. We think the model reflects the order of magnitude of effort required to bring the population at Tomales Point to relative equilibrium.

At Tomales Point, changes in elk population growth rate were associated with precipitation and may be increased during strong El Niño years. During these periods of good plant production, we estimate the KCC of the range to be about 1,000 animals on the basis of our density estimates and extrapolation of declining growth rates with population size during inter-El Niño periods. California experiences prolonged periods of drought that will significantly lower KCC of the range. In a closed system like Tomales Point with no emigration, we would expect the herd to overshoot KCC and die back during prolonged drought.

In conclusion, our KCC estimates are based on density determinations for cows and bulls that tended to utilize different parts of the Tomales Point range. The 2 cow subherds had similar density increases, and we assumed their contribution to KCC would be proportional. Our estimate of 1,000 elk does not account for differences in forage quantity or quality. We would expect that during drought years, KCC would be much reduced, as much as 50% or more. Based on population growth rates and population size for dry years, KCC would be about 350 animals. This herd size may well be the target population level for which the park should manage. Although 3 species of predators occur on Tomales Point, predation caused little elk mortality during this study. Disease played a role in the mortalities we observed. Given the population growth characteristics, this population can rebound quickly. Removal rates should be optimized using current demographic information to effectively reduce the population rate of increase and remain cost-effective for management.

## ACKNOWLEDGMENTS

Our project was funded by the U.S. Geological Survey, Natural Resource Preservation Program for research in National Parks, and the Rocky Mountain Elk Foundation grant (CA96354). We thank the California Department of Fish and Game, National Park Service, and Rocky Mountain Elk Foundation for their veterinary oversight and cooperation during the elk capture. We also thank D. Neubacher, superintendent, Point Reyes National Seashore, for his generous support; J. Fischer and F. Botti for their support in aerial counts; and the wildlife classes from University of California at Berkeley and Humboldt State University under the guidance of professors D. McCullough, L. George, and R. Golightly for conducting ground counts. We thank our skilled volunteers, F. Binny and K. Martinez, for their collection of bull location data and N. Gates for our necropsy protocol and recovering and managing the remains collection. Finally, we thank S. Allen, N. Gates, P. Gogan, G. Hall, T. Kucera, M. Fallon-McNight, S. Shideler, and 2 anonymous referees for their thoughtful comments, which immeasurably improved the quality of this manuscript.

## LITERATURE CITED

ALLEN, C. D. 1996. Elk population response to the La Mesa Fire and current status in the Jemez Mountains. Pages 179–195 in C. D. Allen, technical editor. Fire effects in southwestern forests: proceedings of the second La Mesa Fire symposium. U.S. Forest Service

005212

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

General Technical Report RM-286, Fort Collins, Colorado, USA.

ALLENDORF, F. W. 1983. Isolation, gene flow, and genetic differentiation among populations. Pages 51–65 *in* C. M. Schonewald-Cox, S. M. Chambers, B. MacBryde, and W. L. Thomas, editors. Genetics and conservation. Benjamin/Cummings, Menlo Park, California, USA.

BARTOLOME, J. W. 1993. Range analysis of the Tomales Point tule elk range: preliminary report. Point Reyes National Seashore, Point Reyes, California, USA.

BAYLESS, J. W. 1998. Point Reyes National Seashore tule elk management plan and environmental assessment. Point Reyes National Seashore, Point Reyes, California, USA.

BRYANT, L. D., AND C. MASER. 1982. Classification and distribution. Pages 1–59 *in* J. W. Thomas and D. E. Toweill, editors. Elk of North America: ecology and management. Stackpole Books, Harrisburg, Pennsylvania, USA.

CAUGHLEY, G. 1976. Wildlife management and the dynamics of ungulate populations. Pages 183–246 *in* T. H. Cooke, editor. Applied biology. Academic Press, London, United Kingdom.

CHESSER, R. K. 1983. Isolation by distance: relationship to the management of genetic resource. Pages 66–77 *in* C. M. Schonewald-Cox, S. M. Chambers, B. MacBryde, and W. L. Thomas, editors. 1983. Genetics and conservation. Benjamin/Cummings, Menlo Park, California, USA.

EBERHARDT, L. E., L. L. EBERHARDT, B. L. TILLER, AND L. L. CADWELL. 1996. Growth of an isolated elk population. Journal of Wildlife Management 60:369–373.

GOGAN, P. J. P. 1986. Ecology of the tule elk range, Point Reyes National Seashore. Dissertation, University of California, Berkeley, USA.

———, AND R. H. BARRETT. 1987. Comparative dynamics of introduced tule elk populations. Journal of Wildlife Management 51:20–27.

GREENE, C., J. UNBANHOWAR, M. MANGEL, AND T. CARO. 1998. Animal breeding systems, hunter selectivity, and consumptive use in wildlife conservation. Pages 271–305 *in* T. Caro, editor. Behavioral ecology and conservation biology. Oxford University Press, New York, USA.

HASSELL, M. P. 1975. Density-dependence in single species populations. Journal of Animal Ecology 44:283–295.

HOUSTON, D. B. 1982. The Yellowstone elk. Macmillan, New York, USA.

KUCERA, T. E. 1991. Genetic variability in tule elk. California Fish and Game 77:70–78.

LEHMANN, E. 1975. Nonparametrics: statistical methods based on ranks. Holden-Day, San Francisco, California, USA.

McCULLOUGH, D. R. 1966. The tule elk: its history, behavior, and ecology. Dissertation, University of California, Berkeley, USA.

———. 1969. The tule elk: its history, behavior, and ecology. University of California Publications in Zoology 88:1–209.

———. 1992. Concepts of large herbivore population dynamics. Pages 967–984 *in* D. R. McCullough and R. H. Barrett, editors. Wildlife 2001: populations. Elsevier Applied Science, London, United Kingdom.

———. 1997. Drive counts of tule elk at Point Reyes National Seashore, California. Pages 141–148 *in* J. C. DeVos, Jr., editor. Proceedings of the 1997 Western States & Provinces Deer and Elk Workshop, Rio Rico, Arizona, USA.

———, R. A. GARROTT, J. F. KIRKPATRICK, E. D. PLOTKA, K. D. RALLS, AND E. T. THORNE. 1993. Report of the scientific panel on control of tule elk on Point Reyes National Seashore, September 15, 1993. Point Reyes National Seashore, Point Reyes, California, USA.

NATIONAL PARK SERVICE. 1988. Natural resources management guidelines. U.S. Department of the Interior, National Park Service, Washington, D.C., USA.

———. 1992. Environmental assessment, Control of tule elk population at Point Reyes National Seashore. Point Reyes National Seashore, Point Reyes, California, USA.

NORUSIS, M. 1988a. SPSS/PC+ V2.0. Basic manual. SPSS, Chicago, Illinois, USA.

———. 1988b. SPSS/PC+ V2.0. Advanced statistics. SPSS, Chicago, Illinois, USA.

SHIDELER, S. E., M. A. STOOPS, N. A. GEE, J. A. HOWELL, AND B. L. LASLEY. In press. Use of porcine zona pellucida vaccine as a contraceptive agent in free-ranging tule elk (*Cervus elaphus nannodes*) at Tomales Point, Point Reyes National Seashore. Reproduction (Supplement 60).

STOOPS, M. A., G. B. ANDERSON, B. L. LASLEY, AND S. E. SHIDELER. 1999. Use of fecal steroid metabolites to estimate the pregnancy rate of a free-ranging herd of tule elk. Journal of Wildlife Management 63:561–569.

WAHOME, J. M. 1995. Population structure of tule elk at the Point Reyes National Seashore. Dissertation, University of California, Berkeley, USA.

WORTON, B. J. 1989. Kernel methods for estimating the utilization distribution in home-range studies. Ecology 70:164–168.

*Received 3 May 2001.*
*Accepted 2 September 2001.*
*Associate Editor: Hall.*

This content downloaded from 165.83.64.62 on Mon, 05 Oct 2015 20:31:18 UTC
All use subject to JSTOR Terms and Conditions

Biological Conservation 257 (2021) 109086



Contents lists available at ScienceDirect

# Biological Conservation

journal homepage: www.elsevier.com/locate/biocon





# Effects of human-altered landscapes on a reintroduced ungulate: Patterns of habitat selection at the rangeland-wildland interface

Lacey F. Hughey [a,b,c,*], Kevin T. Shoemaker [d], Kelley M. Stewart [d], Douglas J. McCauley [a,e], J. Hall Cushman [d]

[a] Department of Ecology, Evolution and Marine Biology, University of California, Santa Barbara, CA 93106, USA
[b] Conservation Ecology Center, Smithsonian Conservation Biology Institute, National Zoological Park, Front Royal, VA 22630, USA
[c] Movement of Life, Conservation Commons, Smithsonian Institution, Washington, DC, 20013, USA
[d] Department of Natural Resources and Environmental Science, University of Nevada, Reno, NV 89557, USA
[e] Marine Science Institute, University of California, Santa Barbara, CA, 93106, USA

## ARTICLE INFO

*Keywords:*
Habitat selection
Rangeland-wildland interface
Reintroduced ungulates
Resource selection
Satellite remote sensing-based animal detection
Tule elk

## ABSTRACT

Successful species reintroductions require land managers to balance the goal of viable wildlife populations with potential risks to human enterprise. Such risks are particularly acute at the wildland-agriculture interface, where native and domestic species are likely to come into contact. In a national park in northern California, we combined insights from three lines of evidence – long-term visual surveys, short-term GPS telemetry, and satellite remote sensing-based animal detections – to characterize spatial overlap between reintroduced tule elk (*Cervus canadensis nannodes*) and domestic cattle and to estimate the importance of multiple environmental features as predictors of habitat selection by elk. Our results indicate that, at large spatial scales (i.e., home-range level), cattle were the primary driver of habitat selection, with the occurrence of elk being negatively associated with cattle across all seasons. In addition, elk consistently selected for grasslands on gentle, south-facing slopes that occurred at high elevation and close to ponds. NDVI was a seasonally important, positive predictor of habitat selection, with a marked reversal when this resource was concentrated inside fenced cow pastures during the dry summer months. By contrast, a novel analysis of satellite-derived animal locations yielded no evidence of avoidance of cattle by elk (within pasture areas commonly used by elk), indicating that this population has acclimated to the presence of cattle through spatial partitioning of resources. Thus, this once-imperiled native ungulate exhibits patterns of habitat selection that reduce the potential for grazing conflicts with cattle, even in cases where access to forage is limited.

## 1. Introduction

Following centuries of megafaunal declines in North America, numerous restoration projects have aimed to return native populations of wildlife to their known historical ranges (Seddon et al., 2014). These efforts have produced notable conservation achievements, but also revealed a number of significant challenges associated with maintaining free-roaming wildlife populations in proximity to human-modified landscapes (Armstrong and Seddon, 2008). The growing literature on this topic suggests that such challenges are often amplified in agricultural landscapes, where reintroduced megafauna may come into contact with closely related domestic species (Hibert et al., 2010; Merkle et al., 2018; Proffitt et al., 2011). Given the documented potential for conflict

(e.g., forage competition, behavioral exclusion, disease transmission) between livestock and reintroduced ungulates, much of this literature has focused on documenting the effects of interactions between these two groups.

Importantly, this research suggests that interactions between livestock and native ungulates are complex and can range from competition to facilitation, depending on the natural history of the system (Scasta et al., 2016; Schieltz and Rubenstein, 2016). For example, the ability to migrate is one of many factors that may reduce pressure on shared resources (at least seasonally) and contribute to an increased likelihood of sustained coexistence between wildlife and livestock. However, a reintroduced population that does not migrate, and thus remains in contact with livestock year-round, raises a suite of unanswered questions about

---

* Corresponding author at: Smithsonian Conservation Biology Institute, National Zoological Park, 1500 Remount Road, Front Royal, VA 22630, USA.
*E-mail address:* hugheyl@si.edu (L.F. Hughey).

https://doi.org/10.1016/j.biocon.2021.109086
Received 25 August 2020; Received in revised form 15 March 2021; Accepted 21 March 2021
Available online 10 April 2021
0006-3207/© 2021 Elsevier Ltd. All rights reserved.

L.F. Hughey et al.

*Biological Conservation 257 (2021) 109086*

the ecological mechanisms that explain the coexistence of these two potentially competing populations. Likewise, the question of scale looms large when seeking explanations for observed ecological patterns, as processes observed at one scale may not persist when assessed from an alternative scale (Chave, 2013). As a result, clarifying both the mechanism and scale of an ecological pattern is critical to obtaining actionable conservation insights and accurately assessing the potential for conflict between reintroduced megafauna and domestic livestock.

The challenge with this approach, however, is that it requires detailed information on the simultaneous distributions of wildlife and livestock over large expanses of space and time- data which is notoriously difficult to acquire. Our study aims to address such limitations by presenting a novel application of emerging satellite remote sensing (SRS) technology to quantify species interactions and patterns of habitat selection at a rangeland-wildland interface in northern California. This unique study site afforded several strategic advantages for SRS-based research, including a moderately sized ($n = 93$), non-migratory population of reintroduced tule elk (*Cervus canadensis nannodes*), open landscapes with high visibility, and long-term datasets on the distribution of elk and cattle across the entire study area. When combined with SRS-derived animal locations, these datasets (e.g., GPS telemetry and visual surveys) yielded scale-dependent insights into the habitat selection processes that contribute to the persistence of a reintroduced ungulate in a cattle-dominated ecosystem.

Specifically, we used SRS-derived animal locations to produce a spatially explicit time series of livestock densities across the entire study area. We then used GPS telemetry and visual surveys to identify large-scale, seasonal patterns of resource selection by elk in response to this gradient of livestock densities. Finally, we applied the SRS-derived animal locations to a fine-scale investigation of the drivers of coexistence between elk and livestock across the system. By combining insights from

multiple data streams, we revealed that coexistence between elk and cattle is maintained by a unique combination of avoidance (at large scales) and tolerance for proximity (at small scales). As such, this study yields new insights into the nature of interspecific interactions in this ecosystem, while providing a novel and replicable model for quantifying the dynamics of livestock-wildlife interactions in remote landscapes elsewhere.

## 2. Materials and methods

### 2.1. Study area

Our research was conducted in Point Reyes National Seashore, approximately 65 km northwest of San Francisco, California. The region experiences a Mediterranean climate, with moderate, rainy winters (mean temperature 10 °C, mean rainfall 17 cm) and cool, foggy summers with very little precipitation (mean temperature 14 °C, mean rainfall 14 cm; [dataset] "Western Regional Climate Center", 2020). The study site (hereafter, 'Drake's Beach') encompasses a 30 km$^2$ area comprised of fenced dairy cattle ranches (ca. 18 km$^2$, operated under lease agreements with the National Park Service) and adjacent wildlands that are not grazed by cattle (ca. 6.5 km$^2$; Fig. 1). Ranches are dominated by open coastal scrub (*Baccharis* spp. *and Lupinus arboreus*; 47% cover), barren sand dunes (16% cover), and highly disturbed active pastures (14% cover). Native grassland composes <7% of this habitat type. Wildlands are dominated by native grassland (53% cover), dune vegetation (*Lupinus chamissonis, Artemisia pycnocephala, Ammophila arenaria*; 21% cover), and open coastal scrub (*Baccharis* spp. *and Lupinus arboreus*; 7% cover). The relatively flat (elevation ranges from sea level to 112 m), open landscape is bisected by two paved roads that afford unobstructed views across 95% of the study area.



**Fig. 1.** Map of study area within Point Reyes National Seashore, CA. Elk home range represents a 95% autocorrelated kernel density estimate (Fleming and Calabrese, 2016) for all collared elk in the study area ($n = 8$, data collected from 2012 to 2017). Survey sites are shaded to indicate relative mean density of elk, darker shades indicate higher density.

005215

L.F. Hughey et al.

Biological Conservation 257 (2021) 109086

## 2.2. Study species

Originally extirpated from the Point Reyes peninsula due to hunting and habitat loss, tule elk were absent from the study area for at least 100 years before a small group ($n = 28$) was reintroduced to a designated wilderness area in 1999 (Howell et al., 2002). Soon after reintroduction, several elk dispersed to the current study area and established a new population that numbered 93 animals as of 2016 (Bernot and Press, 2018). This group is known as the 'Drake's Beach Herd' and inhabits a home range of ca. 6 km² within the Pastoral Zone of Point Reyes National Seashore (Fig. 1). Hunting is prohibited throughout the study area and previous research suggests that predation is not a significant source of mortality for elk in this ecosystem (Cobb, 2010; Thomas and Toweill, 2002).

## 2.3. Elk activity and habitat characteristics

We used three complementary datasets to assess elk activity and selection of habitats at the following scales: (1) Home range scale (visual surveys and GPS telemetry) and (2) Pasture scale (satellite remote sensing-based animal detections). The use of multiple datasets allowed us to make robust conclusions about patterns observed at the home range scale and derive new insights about the mechanisms that maintain coexistence between elk and cattle in this system. For all analyses, we partitioned elk activity into four biologically relevant seasons: wet season (November–April), parturition (May–June), summer (July–August), and mating season (September–October).

### 2.3.1. Visual surveys

All surveys ($n = 589$) were performed between September 2010 and October 2017 (mean = 73 surveys/year) by the same park biologist, who conducted weekly elk counts from a vehicle during crepuscular hours (generally 06: 00–10:00 and 17:00–19:00, 15% of surveys occurred outside of these times). Surveys were driven in a consistent direction (north to south) and constant speed (10 mph) along the same portion of paved roadway that afforded unobstructed views across 76 established survey points and >95% of the study area (Fig. 1). At each site, the observer recorded all elk within a ca. 50 m radius of the survey point. Given the relatively small size of the study population ($n = 93$) and frequency of surveys (weekly, year-round), the observer was able to determine the exact number of groups to expect on each survey and would end the survey once all groups had been located. Likewise, the small home range (6 km²) with excellent visibility allowed the observer to monitor the locations of all previously counted groups so that none were double counted. Finally, to minimize detection bias introduced by

poor visibility, we removed all surveys on days with heavy fog ($< 4\%$ of the data).

### 2.3.2. GPS telemetry

Between 2012 and 2018, 8 adult elk (3 males and 5 females, 10% of adult population) were chemically immobilized via dart gun and collared with a GPS transmitter (all animals were captured according to protocols approved by the National Park Service Institutional Animal Care and Use Committee and following established guidelines; Appendix A). Collars collected one location every three hours and were deployed for 3 to 31 months (mean = $17 \pm 8$ [SD] months; Appendix A).

### 2.3.3. Satellite remote sensing-based animal detections

We manually georeferenced the locations of individual elk and cattle (using 'BisQue'; Kvilekval et al., 2010) identified within fenced cow pastures (Fig. 1) using archived, high-resolution satellite images (i.e., ≤ 50 cm panchromatic images from WorldView-2/3 and GeoEye-2 satellites; $n = 31$). Each image provided coverage of the entire study area and was collected from 2012 to 2017 at 10:00 or 14:00 local time. A trained observer followed a standardized protocol to classify each species (Fig. 2) and the same expert observer manually validated all entries. Note that pens that temporarily held cattle adjacent to ranch compounds were excluded from analysis. It was not possible to evaluate detectability from this archived dataset, but we minimized detection bias by limiting the analysis to grazed pastures (i.e., wildlands were excluded), which did not have vegetation present at a height or density that might obscure animals from above. In addition, there were no other large mammal species (e.g., black-tailed deer) detectable at this resolution. This resulted in the following distribution of seasonal population surveys across the study area: wet season ($n = 19$), parturition ($n = 3$), summer ($n = 1$), and mating season ($n = 8$).

### 2.3.4. Habitat characteristics

We obtained data on the spatial extent of habitat characteristics known to be important to the selection of habitat by elk (Cobb, 2010; Stewart et al., 2015). These features included: fenced cattle pastures, cattle density within fenced pastures, vegetation cover (e.g., percent cover for scrub, dry grassland, moist grassland, and heavily grazed grassland), distance to ponds, slope, aspect, and elevation ([dataset] Kinyon, 2015; Table 1). We then computed slope 'northness' (i.e., a proxy for solar radiation) as the cosine of aspect and used the mean Normalized Difference Vegetation Index (NDVI) for each season as an index of seasonal forage availability (computed using Landsat Tier 1 data accessed and processed via Google Earth Engine; Gorelick et al., 2017). We then masked land cover types that might confound NDVI



**Fig. 2.** Representative satellite images of elk (left) and cattle (right). Note that elk (smaller, lighter colored, generally lower density) and cows (larger, darker or multi-colored, generally higher density) differ with respect to size and color of individuals, as well as herd size. Examples shown are unprocessed panchromatic images, collected at 50 cm resolution (WorldView-2 satellite imagery © Maxar Technologies).

005216

L.F. Hughey et al.

Biological Conservation 257 (2021) 109086

**Table 1**
Fixed effects included in the global model. The global model used visual survey and GPS collar datasets to quantify habitat selection for tule elk in the Drake's Beach herd at Point Reyes National Seashore 2010–2018. Random effects included: Elk ID, Site ID, and Year.

| Category | Covariate | Definition | Unit | Cell size (m²) | Mean | SD |
|---|---|---|---|---|---|---|
| Environment | Elevation | Height above sea level | Meters | 100 | 51.4 | 23.2 |
| | Northness | Relative measure of direction of slope face (i.e., cosine (aspect)) | −1 to 1 | 100 | 0.0 | 0.6 |
| | Ponds | Distance to nearest pond | Meters | 100 | 407.5 | 271.3 |
| | Slope | Slope of terrain | Degrees | 100 | 18.0 | 12.7 |
| Livestock | Cattle Density | Mean (non-zero)[a] density of cattle within cell during season of interest | Cows/ acre | 100 | – | – |
| Vegetation | Pasture | Land within the boundaries of a ranch lease | % cover | 100 | 80.1 | 37.8 |
| | Grassland: Dry | Vegetation type (e.g., *Baccharis* spp., *Lupinus* spp.) | % cover | 100 | 55.2 | 43.4 |
| | Grassland: Heavily Grazed | Highly disturbed vegetation due to agricultural activities (exclusive of silage or crop production) | % cover | 100 | 17.1 | 35.6 |
| | Grassland: Moist | Vegetation type (e.g., *Deschampsia* spp., *Carex* spp., *Juncus* spp.) | % cover | 100 | 11.7 | 26.6 |
| | NDVI | Median NDVI (Normalized Difference Vegetation Index) for season of interest | -1 to 1 | 900 | – | – |
| | Scrub | Vegetation type (e.g., *Baccharis* spp., *Rhamnus* spp., *Toxicodendron* spp.) | % cover | 100 | 22.0 | 35.7 |
| Interactions | NDVI * Cattle Density | – | – | – | – | – |
| | NDVI * Moist Grassland | – | – | – | – | – |
| | NDVI * Scrub | – | – | – | – | – |
| | Slope * Cos Aspect | – | – | – | – | – |

[a] Median density used for wet season models in all datasets.

calculations (i.e., water, beaches, dunes, and riparian vegetation) and rasterized all vector datasets to 10 m resolution ("raster" package; Hijmans, 2017). Seasonal cattle densities were estimated for fenced pastures (Fig. 1) by summarizing the SRS-based detections (see Section 2.3.3) as follows: (1) mean density per pasture; (2) median density per pasture; (3) mean density of non-zero counts per pasture; (4) median density of non-zero counts per pasture. Model selection was then used to determine the most appropriate 'cattle density' metric for each season (see Section 2.4.1).

### 2.4. Data analysis

#### 2.4.1. Visual surveys

To address concerns about the independence of surveys conducted on the same day, we randomly rarefied the data to no more than one survey per day (thereby eliminating 18% of surveys). We then used the number of elk observed at each survey site per visit as our primary response variable. Mean covariate values (Table 1) within a 50-m radius buffer of each survey point served as covariates. We rescaled all quantitative covariates prior to analysis (by subtracting the mean from each input variable and dividing by two times its standard deviation; Gelman, 2008) and removed any with pairwise $r > 0.5$ or VIF $> 3$ (Zuur et al., 2009). As a result, streams were the only covariate removed from the analysis prior to model selection.

We modeled elk counts using a zero-altered (hurdle) negative binomial (ZANB) process model with a logit-link for the zero-prediction component and a log-link for the count-regression component ("glmmTMB" package; Magnusson et al., 2016; Zuur et al., 2009). The full ZANB model included the full set of environmental covariates and interactions in both the zero-prediction and count components. We modeled 'Year' and 'Site ID' as random-intercepts for both the zero-prediction and the count-regression components to account for potential sources of non-independence such as spatial clustering. We assessed goodness-of-fit for the full model by visually examining scaled (quantile) residuals and performing diagnostic tests (uniformity, overdispersion, zero-inflation, outliers) using the "DHARMa" package (Hartig, 2019).

For each season, we employed a two-step information-theoretic approach to model selection of habitats, in each instance selecting the lowest-AIC model (Burnham and Anderson, 2007): (1) We selected the best-performing estimate of cattle density from among the four candidate estimates (mean, median, mean non-zero, median non-zero; see

Section 2.3.3), and (2) We then used backward stepwise selection ("buildmer" package; Voeten, 2019) based on AIC to remove any variables and interaction terms that were uninformative for both the zero-prediction and count-regression sub models. It should be noted that although these models necessarily treated observations as independent, the Drake's Beach Herd regularly moves as a single group, so confidence intervals on coefficients (and corresponding "significance") should be interpreted with caution.

#### 2.4.2. GPS telemetry

We fitted seasonal Resource Selection Function (RSF) models using a generalized linear mixed modeling framework (GLMM) with a binomial error distribution and a logit-link. Available (background) points were randomly selected from within the 100% minimum convex polygon enclosing all known elk locations ($n = 5\times$ the total 'used' locations from telemetry). Covariate values (Table 1) were computed as the mean value within a 25 m radius of each 'used' or 'available' point (approximate scale of GPS error). We rescaled covariates and tested for collinearity as described for the visual survey analyses. Among-individual variation in habitat selection was modeled with random effects for all model coefficients (Gillies et al., 2006). Models were fitted using the "glmmTMB" package (Magnusson et al., 2016). Following Muff et al. (2019), we fixed the variance for the random intercept term at a high value and "infinitely" weighted used and available points. Finally, we used backward stepwise selection ("buildmer" package; Voeten, 2019) based on AIC to remove any uninformative variables and interaction terms. It should be noted that although these models necessarily treated observations as independent, the Drake's Beach Herd regularly moves as a single group, so confidence intervals on coefficients (and corresponding "significance") should be interpreted with caution.

#### 2.4.3. Satellite remote sensing-based animal detections

We first examined differences in the spatial distributions of georeferenced elk and cattle using a multi-response permutation procedure (MRPP; Talbert and Cade, 2013). This involved testing whether mean within-group Euclidean distances (i.e., cattle to cattle or elk to elk, aggregated across all 28 satellite images where elk were observed in cow pastures) were shorter than mean elk-cattle distances (Stewart et al., 2015). We report the average within-group pairwise distance (or delta value), which is a descriptive metric of spatial dispersion, and a $p$-value from the permutation procedure (fraction of permutation-based delta

005217

L.F. Hughey et al.

*Biological Conservation 257 (2021) 109086*

values that are lower than the observed delta value; Oehlers et al., 2011; Stewart et al., 2015; Talbert and Cade, 2013). Since MRPP is not sensitive to spatial scale, delta values are a descriptive measure of spatial dispersion and we used them to establish a null model of group cohesion (Oehlers et al., 2011), as a preliminary step in the subsequent analysis.

To test whether observed differences in space-use by elk vs. cattle resulted from behavioral avoidance, we developed a bootstrap procedure to generate a distribution of elk locations under a null model (no cattle avoidance). To do this, we first aggregated all elk locations across all images where elk were visible inside of fenced pastures ($n = 28$) and constructed a kernel-density surface across our study site representing the probability of utilization by elk ("kde2d" function in the "MASS" package; Ripley et al., 2017). We then categorized elk into groups within each image (elk within 50 m of each other were considered part of the same group). Next, we used this kernel-density surface to generate hypothetical centroids for elk groups within each image (the number of simulated elk groups was held equal to the number observed in each image). For each image, we generated elk locations under the null model by sampling randomly from the observed distribution of location to group-centroid distances, holding the number of elk per group to observed values (directions from the group-centroid were generated randomly). For each bootstrap simulation replicate, we computed: (1) Mean distance from each simulated elk location to the nearest observed cattle location, averaged across all images ($n = 28$); (2) Minimum per-image distance from each simulated elk location to the nearest cattle

location, averaged across all images; and (3) Proportion of elk groups occurring within 50 m of one or more cattle groups, averaged across all images. We compared the observed test statistics (e.g., mean distance from elk to nearest cattle location) with the distribution of each statistic generated under the null (no avoidance) model, and used this information to compute a *p*-value.

## 3. Results

### 3.1. Visual surveys

Visual surveys resulted in 1,792 observations of elk groups over 589 surveys (mean group size = 34, min = 10, max = 104; excluding zeros). The resource selection analysis conducted on the visual survey data indicated that, at the home range scale, all grazed cattle pastures were consistently avoided by elk (Figs. 3–5, Appendix B). Similarly, high cattle density had a consistently negative effect on selection by elk, regardless of season or NDVI value associated with cattle pastures (Figs. 3, 5, Appendix B).

Of the other environmental variables tested in our resource selection models, 'northness' (i.e., cos aspect) and elevation were consistently important for predicting selection of habitats by elk across all seasons except mating. Specifically, elk were more likely to be present in large numbers at high elevation sites and on south-facing slopes (Fig. 3, Appendix B). In addition, habitat near ponds was one of the most important



**Fig. 3.** Habitat selection coefficient estimates for tule elk at Point Reyes National Seashore. Coefficients were derived from GPS collar data (columns labeled 'Collar') and visual surveys (columns labeled 'Count' and 'P(1+)'), where 'P(1+)' represents probability of presence (one or more elk observed) and 'Count' represents expected elk abundance at occupied sites. Vertical lines indicate no effect, and gray regions represent standardized coefficient values between −2 and 2. Error bars represent 1 standard error (*s.e.*). Asterisks denote that the estimated effect size and standard error was 5× larger in magnitude than what is depicted here (for visual clarity; see Appendix B for coefficient values).

005218

*L.F. Hughey et al.*                                                                                          *Biological Conservation 257 (2021) 109086*



**Fig. 4.** Partial-dependence plots of elk habitat selection. Probability of habitat selection by elk as a function of the percentage of grazed land (Pasture) across multiple seasons and model types. Predictions were derived from GPS collar data ('Collar'; predictions represent point intensity) and visual survey data ('Count' and 'P(1+)'), where 'P(1+)' represents probability of presence (one or more elk observed) and 'Count' represents expected elk abundance at occupied sites. Blank panels denote that Pasture was not included in the top model for a particular season/model combination. Error bars represent 1 standard error (s.e).

*L.F. Hughey et al.*

*Biological Conservation 257 (2021) 109086*



**Fig. 5.** Partial-dependence plots of elk habitat selection. Probability of habitat selection by elk as a function of cattle density across multiple seasons and model types. Predictions were derived from GPS collar data ('Collar'; predictions represent point intensity) and visual survey data ('Count' and 'P(1+)'), where 'P(1+)' represents probability of presence (one or more elk observed) and 'Count' represents expected elk abundance at occupied sites. Blank panels denote that Cattle Density was not included in the top model for a particular season/model combination. Error bars represent 1 standard error (s.e.).

005220

L.F. Hughey et al.

*Biological Conservation 257 (2021) 109086*



**Fig. 6.** Distribution of elk and cattle observed simultaneously in satellite images. Relationship between the number of elk observed in pastures at specific points in time (classified from satellite imagery; $n = 28$) and the corresponding total number of cattle observed within pasture areas commonly visited by elk (cattle occurring within the 95% kernel density contour for elk across all satellite images; $R^2 = 0.17$, adjusted $R^2 = 0.14$).

predictors of elk abundance for summer and mating seasons, while a gentle slope was an important predictor of elk abundance for summer only (Fig. 3, Appendix B). Grassland type (e.g., moist, dry, heavily grazed) was generally not an important predictor of elk abundance or presence for any season, although it was retained in the top models for parturition (heavily grazed only) and mating (moist grassland only). Both NDVI and scrub were retained in the top model for all seasons except parturition (Fig. 3, Appendix B).

For interactive effects, we found that, at high cattle densities, elk tended to avoid areas with high NDVI, whereas at low cattle densities elk tended to exhibit positive to neutral selection for NDVI (summer only; Appendix B). In addition, the relationship between elk presence and abundance with NDVI was always positive, but was generally weaker in areas of high scrub cover than low scrub cover (wet season only; Appendix B), as well as areas of high moist grass cover versus low moist grass cover (mating season only; Appendix B). Finally, at sites with gentle slopes, elk exhibited negative to neutral selection for north facing aspect (summer only; Appendix B).

### 3.2. GPS telemetry

GPS telemetry monitoring resulted in 29,014 fixes for 8 individuals (mean = 3,627, min = 594, max = 6,921 fixes/animal; mean fix success rate = 96%, min = 86%, max = 100%). The resource selection analysis conducted on this dataset indicated that, at the scale of the home range, all grazed cattle pastures were consistently avoided by elk (Figs. 3–5). Similarly, high cattle density had a consistently negative effect on selection by elk, regardless of season or NDVI value associated with cattle pastures (Figs. 3, 5, Appendix B). Of the remaining variables tested, 'northness' (i.e., cos aspect), elevation, and proximity to ponds were consistently important for predicting selection of habitats by elk across all seasons. Specifically, high elevation sites, south-facing slopes, and habitat near ponds were selected by elk (Fig. 3, Appendix B). Elk also generally selected for gentler slopes (Fig. 3, Appendix B). Although heavily grazed and moist grasslands were retained in top models across all seasons for this dataset, results showed strong selection for heavily grazed areas during the wet season only and moist grasslands during summer and mating seasons (Fig. 3, Appendix B). Dry grasslands were not retained in the top model for any season.

Selection along the NDVI gradient was seasonally variable, with selection for high NDVI sites during wet season and parturition, but avoidance of high NDVI sites during the summer (Fig. 3, Appendix B). As noted in Section 3.1, this pattern of avoidance was not corroborated by visual survey data, but a Wilcoxon Rank Sum analysis indicated that

NDVI values were significantly lower outside of grazed pastures than inside and that this difference was most pronounced during the summer ($p < 0.001$, 95% CI [−0.125–0.115]; wet season: $p < 0.001$, 95% CI [−0.064–0.058]; parturition: $p < 0.001$, 95% CI [−0.029–0.022]; mating: $p < 0.001$, 95% CI [−0.021–0.009]). Elk also selected for high NDVI sites, regardless of moist grassland cover (Appendix B), but exhibited negative selection for NDVI at high scrub densities and positive selection for NDVI at lower scrub densities (except for the wet season when selection for NDVI was always positive; Appendix B). Finally, elk generally but weakly avoided scrub habitats across all seasons (Fig. 3, Appendix B) and selected for low slope areas, regardless of aspect or season (Appendix B).

### 3.3. Satellite remote sensing-based animal detections

The satellite image analysis resulted in 1,608 elk locations (mean = 51, min = 0, max = 98 elk, $n = 28$ images) and 26,943 cattle locations (mean = 869, min = 312, max = 1,251 cows, $n = 31$ images). Results from the multi-response permutation procedure indicated that the spatial distributions of elk and cattle within pasture areas were highly distinct and that cattle were more widely dispersed than elk ($\delta_{cattle} = 2,711$, $\delta_{elk} = 1,203$; $P < 0.0001$; Appendix C). Despite strong evidence for spatial segregation between elk and cattle, we did not observe behavioral avoidance of cattle by elk on the basis of satellite images; the observed distances between elk and cattle locations in any given image (total distance from each elk to nearest cow: mean = 516 m, min = 114 m, max = 1,433 m; minimum distance from each elk to nearest cow: mean = 361 m, min = 23 m, max = 1,378 m) did not significantly differ from a null model in which cattle locations had no effect on elk locations ($p = 0.28$ for mean distances and $p = 0.18$ for minimum distances; Appendix C). Individual cattle and elk, however, were never observed to come into direct contact and only 4% of observed elk groups overlapped with one or more cattle groups (overlap was defined as any individual elk occurring within 50 m of an individual cow), which was also consistent with a null model of no avoidance ($p = 0.31$; Appendix C). Furthermore, we detected a weakly positive relationship between elk use of pastures and the number of cattle occupying pasture areas commonly used by elk ($p = 0.03$, adjusted $R^2 = 0.13$, $n = 28$; Fig. 6), whereas a negative relationship might be expected under a cattle-avoidance hypothesis.

## 4. Discussion

Our study sought to explain patterns of habitat selection exhibited by a reintroduced population of elk that resides year-round in a rangeland shared with domestic cattle. By employing multiple, complementary data streams, we have identified patterns of habitat selection that vary across spatial scales but remain consistent over time. This approach revealed a more nuanced understanding of scale-dependent processes than would be possible from any single method and allowed the weaknesses of each dataset to be offset by the strengths of another. For example, location data from GPS collars and visual surveys revealed consistent patterns of habitat selection at the home range scale, while herd locations obtained from satellite images provided novel explanations for the patterns observed at both fine (< 100 m) and large (i.e., home range) spatial scales. Likewise, the low temporal resolution and large sample size of visual survey data was complemented by the high temporal resolution and limited sample size of the GPS collar data. These findings demonstrate the value of leveraging multiple methods for the study of habitat selection and highlight opportunities for the use of emerging satellite technologies to advance both basic and applied understanding of the rangeland-wildland interface.

Our analyses revealed that, at large scales, cattle-associated variables were the primary drivers of habitat selection by elk in this system, with elk occurrence being negatively associated with cattle density and cow pastures across all seasons. While it was not possible to fully disentangle

L.F. Hughey et al. Biological Conservation 257 (2021) 109086

the effects of cattle presence from the effects of plant communities associated with cow pastures and wildlands (i.e., wildlands were dominated by native grassland while cow pastures were dominated by open coastal scrub), all vegetation variables we tested had a consistently smaller effect size than cattle density or proximity to pastures. Findings related to non-cattle variables were generally consistent with expectations for all species of North American elk (Thomas and Toweill, 2002), as well as previous studies of habitat selection by tule elk (Cobb, 2010; Huber et al., 2011). However, the degree to which cattle affected habitat selection by elk in this ecosystem was previously unknown and revealed unexpected relationships between cattle presence, vital resources, and habitat selection patterns of this once-imperiled native ungulate.

In temperate grasslands, NDVI typically serves as a reliable and positive predictor of habitat use by resident herbivores (Heffelfinger et al., 2020). While this relationship was evident for most seasons in our study, it was notably reversed during the summer, when NDVI values were significantly higher inside of cow pastures than in adjacent wildlands. As a result, we suspect that adult females with dependent young may have avoided cow pastures at the cost of grazing opportunities during this sensitive time of year. When combined with the patterns of avoidance documented at the home range scale, these observations strongly suggest that coexistence between cattle and elk is at least partially maintained by the tendency for elk to avoid cattle or cattle-associated habitats at large spatial scales. Although the limited sample size of this study prevented further exploration of sex-specific differences in resource selection, we present this finding to highlight the importance of considering this variable in future studies.

Despite the patterns of avoidance observed at large scales, we found little evidence for avoidance of cattle by elk at the pasture scale, which suggests that these species may exhibit an unusual tolerance for proximity at fine spatial scales (Stewart et al., 2002). While it is possible that this pattern was driven by a few bold individuals (i.e., < 4% of SRS-derived elk observations were within 50 m of cattle) or the uneven temporal sampling of the satellite data (i.e., 87% of images are from wet and mating seasons, which account for 66% of the observation period), similar cases of behavioral habituation between elk and cattle have been reported from other ecosystems where both species occur year-round on shared pastures (Yeo et al., 1993). In addition, we found a weak, but positive correlation between aggregate abundance of each species across the study area (Fig. 6). Taken together, these results imply that avoidance of cattle at the home range scale is not driven by behavioral intolerance, but by the need to partition shared resources at fine scales. Indeed, results from all three methods (e.g., GPS collars, visual surveys, satellite-based location data) supported this conclusion by confirming that elk consistently selected habitat in a manner that reduced the potential for forage competition with cattle, despite the occurrence of cattle across the majority (ca. 75%; Fig. 1 & Appendix C) of available grazing habitat.

While these conclusions have been drawn from an isolated population of elk in a limited geographic area, the behavioral mechanisms that support coexistence in this ecosystem (i.e., tolerance for proximity at small scales, but not at large scales) may have important implications for restoration projects elsewhere. For example, a cattle-dominated landscape with sufficient adjacent native habitat might warrant deeper consideration as a megafaunal reintroduction site than previously thought. However, we note that this tolerance for proximity could quickly become a liability for ecosystem managers if populations of wildlife or livestock increase or resources become limited due to extreme climatological shifts (i.e., drought or frost). As a result, the relationship between population size, climate, and reintroductions of non-migratory species at the rangeland-wildland interface will remain an important area of research moving forward.

In addition to informing the basic ecology of megafaunal reintroductions in non-migratory systems, this study provides a broadly applicable framework for advancing the study of species interactions through satellite remote sensing-based animal count data. Such information affords powerful opportunities to conduct cross-scale investigations of animal distributions and derive mechanistic explanations for observed patterns of habitat selection in a changing environment. For instance, these tools can facilitate studies of animal occurrence in response to an array of previously undetected environmental features, including spatially explicit distributions of conspecifics and heterospecifics, and the understudied role of microhabitats in resource selection by large wildlife (Hughey et al., 2018).

In the case of Point Reyes, satellite technology holds additional promise as a tool for the rapid assessment of disease risk in areas shared by elk and cattle. Specifically, the spread of 'Johne's disease' (*Mycobacterium avium paratuberculosis*) presents a unique opportunity to better understand how remote sensing might inform disease management in landscapes shared between elk and cattle. This incurable bacterial infection can be transmitted through ingestion of contaminated food or water and affects the small intestine of both wild and domestic ruminants, often with fatal consequences (Chiodini et al., 1984). While there is no public information on infection rates in cattle of Point Reyes, Johne's can persist in the environment for more than a year (Elliott et al., 2015) and has been documented in the study herd as recently as 2016 (Bernot and Press, 2018). As a result, it is important to continue to monitor changes in spatial overlap between the two species as part of a larger monitoring program, which includes additional testing and ground-based observations that account for site-specific interactions between contact rates, vaccine performance, host susceptibility, and the presence of other wildlife reservoirs (Gerritsmann et al., 2014; Knust et al., 2011).

While we caution that sufficient satellite coverage may not be feasible for many ecosystems (especially in forested or cloudy environments), a growing body of literature demonstrates the fresh promise of such methods for conducting large-scale biological monitoring in a variety of environmental contexts (e.g., LaRue et al., 2017) Pettorelli et al., 2014; Wang et al., 2019). Moreover, imminent advances in satellite imaging technology (e.g., increased spatiotemporal resolution, low-cost CubeSats, and democratization of AI technology) are rapidly reducing historic barriers to data access. Such developments will enhance our ability to study the ecology of open landscapes with precision and facilitate access to remote ecosystems around the world (Hughey et al., 2018; Weinstein, 2018).

## 5. Conclusions

Developing an in-depth understanding of how imperiled wildlife use the environments into which they have been reintroduced is a critical but often overlooked component of conservation. In this study, we evaluated the drivers of habitat selection by a native ungulate that was reintroduced to active rangelands defined by the year-round presence of cattle. We have used multiple, complementary data streams to reveal that cattle are the dominant drivers of habitat selection by reintroduced elk and that elk avoid cattle when possible (at large scales) and partition resources when necessary (at fine scales) in order to access limited grazing opportunities. Together, our three approaches have indicated the scale-dependent dynamics of habitat selection by a native ungulate and revealed new insights into elk-cattle interactions. In addition, contrary to common assumptions, our results indicate that native elk minimize their interactions with cattle and thus, in this ecosystem, grazing conflicts between wildlife and livestock may be limited.

L.F. Hughey et al.

Biological Conservation 257 (2021) 109086

**Data availability statement**

Code and data for all analyses presented in this paper are available on GitHub: https://github.com/kevintshoemaker/PRNS_Elk.

**CRediT authorship contribution statement**

**Lacey Hughey**: Conceptualization, Methodology, Formal Analysis, Data Curation, Writing- Original Draft, Review, & Editing, Visualization, Project Administration, Funding Acquisition. **Kevin Shoemaker**: Methodology, Software, Validation, Formal Analysis, Data Curation, Writing Original Draft, Review, & Editing, Visualization. **Kelley Stewart**: Methodology, Software, Formal Analysis, Writing Original Draft, Review, & Editing, Visualization. **Douglas McCauley**: Methodology, Writing- Review & Editing, Supervision, Funding Acquisition. **Hall Cushman**: Conceptualization, Writing- Review & Editing, Supervision,

Project Administration, Funding Acquisition.

**Declaration of competing interest**

Lacey Hughey was an employee of Point Reyes National Seashore prior to development of this publication (2009–2014).

**Acknowledgements**

We thank David Press and Tim Bernot of Point Reyes National Seashore (NPS) for collection and management of all datasets. We also thank Dr. Benjamin Becker (NPS), Dr. Peter Gogan (USGS), and one anonymous reviewer for comments on early drafts of the manuscript. This work was supported by grants from the U. S. National Park Service, the National Science Foundation, and the DigitalGlobe Foundation.

**Appendix A. Chemical immobilization and GPS collar deployment details**

**Table A1**

Chemical immobilization details for elk captured during the study period. Seven animals were fitted with GPS collars from Advanced Telemetry Systems (GS110E/E2 Iridium, Minnesota, USA) and one (ID 24034B) was fitted with a Vectronics collar (Vertex Lite Iridium 2D GPS, Berlin, Germany). All animals were captured according to protocols approved by the National Park Service Institutional Animal Care and Use Committee (Protocol: PWR_PORE_PRESS_TULE_2012) and following established guidelines (Sikes and Animal Care and Use Committee of the American Society of Mammalogists, 2016).

| Sex | Weight (kg) | 2012 Immobilization | 2012 Reversal | 2013–2017 Immobilization | 2013–2017 Reversal |
|---|---|---|---|---|---|
| Female | 180 | 3 ml mixture of: 3 mg/kg Telazol 1.3 mg/kg xylazine | 36 mg (3.6 ml 10 mg/ml yohimbine) | 2.0 ml pre-mixed BAM: 54.6 mg butorphanol 18.2 mg azaperone 21.8 mg medetomidine | 200 ml (1.0 ml 200 mg/ml tolazoline) 50 mg (1.0 ml 50 mg/ml naltrexone) 65 mg (2.6 ml 25 mg/ml atipamazole) |
| Male | 250 | 4 ml mixture of: 3 mg/kg Telazol 1.3 mg/kg xylazine | 50 mg (5.0 ml 10 mg/ml yohimbine) | 3.0 ml pre-mixed BAM: 81.9 mg butorphanol 27.3 mg azaperone 32.7 mg medetomidine | 200 ml (1.0 ml 200 mg/ml tolazoline) 50 mg (1.0 ml 50 mg/ml naltrexone) 100 mg (4.0 ml 25 mg/ml atipamazole) |

References

Sikes, R.S., Animal Care and Use Committee of the American Society of Mammalogists, 2016. 2016 Guidelines of the American Society of Mammalogists for the use of wild mammals in research and education. J. Mammal. 97, 663–688. https://doi.org/10.1093/jmammal/gyw078

**Table A2**

Deployment schedule for all GPS collars used during the study period.

DEPLOYMENT 1

| Year | 2012 | | 2013 | | | | | | | | | | | | 2014 | | | | | | | | | | | 2015 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

* Collar loss or failure

DEPLOYMENT 2

| Year | 2016 | | | | 2017 | | | | | | | | | | | | 2018 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

L.F. Hughey et al.

Biological Conservation 257 (2021) 109086

## Appendix B. Coefficient values & interaction plots from Resource Selection Function analysis

**Table B1**

Summary values for all coefficients retained in top models. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details). *Count* and *P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate.

| Variable | Season | Collar Estimate | Collar SE | Count Estimate | Count SE | P(1+) Estimate | P(1+) SE |
|---|---|---|---|---|---|---|---|
| Cattle Density | Mating | −4.08 | 1.48 | NA | NA | NA | NA |
| Cos Aspect | Mating | −0.19 | 0.17 | NA | NA | NA | NA |
| Dist to Pond | Mating | −0.34 | 1.19 | −0.42 | 0.32 | 0.85 | 0.34 |
| Elevation | Mating | 0.91 | 0.72 | NA | NA | NA | NA |
| High Intensity Ag | Mating | −0.29 | 1.04 | NA | NA | NA | NA |
| Moist Grassland (%) | Mating | 0.55 | 0.15 | 0.05 | 0.27 | 0.22 | 0.33 |
| NDVI | Mating | −0.15 | 0.31 | −0.07 | 0.2 | 0.23 | 0.36 |
| NDVI*CattleDensity | Mating | NA | NA | NA | NA | NA | NA |
| NDVI*MoistGrass | Mating | −0.16 | 0.27 | −1.35 | 0.41 | 0.28 | 0.58 |
| NDVI*Scrub | Mating | −1.56 | 0.32 | NA | NA | NA | NA |
| Pasture | Mating | 0.72 | 1.68 | −0.73 | 0.19 | 0.42 | 0.3 |
| Scrub (%) | Mating | −0.19 | 0.38 | −0.64 | 0.35 | 0.2 | 0.36 |
| Slope | Mating | −1.5 | 0.38 | NA | NA | NA | NA |
| Slope*CosAspect | Mating | −0.62 | 1.31 | NA | NA | NA | NA |
| Cattle Density | Parturition | −0.73 | 0.44 | 0.3 | 0.12 | 0.15 | 0.35 |
| Cos Aspect | Parturition | −1.26 | 0.14 | −0.44 | 0.18 | 1.01 | 0.37 |
| Dist to Pond | Parturition | −0.76 | 0.16 | NA | NA | NA | NA |
| Elevation | Parturition | 1.02 | 0.48 | −0.42 | 0.16 | −1.24 | 0.39 |
| High Intensity Ag | Parturition | 0.16 | 0.14 | 0.37 | 0.15 | −0.6 | 0.4 |
| Moist Grassland (%) | Parturition | −0.18 | 0.06 | NA | NA | NA | NA |
| NDVI | Parturition | 0.62 | 0.14 | NA | NA | NA | NA |
| NDVI*CattleDensity | Parturition | NA | NA | NA | NA | NA | NA |
| NDVI*MoistGrass | Parturition | 0.38 | 0.25 | NA | NA | NA | NA |

| Variable | Season | Collar Estimate | Collar SE | Count Estimate | Count SE | P(1+) Estimate | P(1+) SE |
|---|---|---|---|---|---|---|---|
| NDVI*Scrub | Parturition | −0.74 | 0.46 | NA | NA | NA | NA |
| Pasture | Parturition | −1.12 | 0.47 | 0.05 | 0.13 | 1.32 | 0.34 |
| Scrub (%) | Parturition | −0.26 | 0.21 | NA | NA | NA | NA |
| Slope | Parturition | −0.66 | 0.08 | NA | NA | NA | NA |
| Slope*CosAspect | Parturition | 0.59 | 0.24 | NA | NA | NA | NA |
| Cattle Density | Summer | NA | NA | NA | NA | NA | NA |
| Cos Aspect | Summer | −0.52 | 0.05 | −0.19 | 0.35 | 1.04 | 0.33 |
| Dist to Pond | Summer | −1 | 0.37 | −0.39 | 0.37 | 1.33 | 0.35 |
| Elevation | Summer | 0.07 | 0.17 | −1.1 | 0.33 | −0.19 | 0.3 |
| High Intensity Ag | Summer | 0.08 | 0.43 | NA | NA | NA | NA |
| Moist Grassland (%) | Summer | 0.32 | 0.14 | NA | NA | NA | NA |
| NDVI | Summer | −1.04 | 0.21 | −3.51 | 3.13 | 0.17 | 0.4 |
| NDVI*CattleDensity | Summer | −3.71 | 0.49 | −15.1 | 14.16 | 1.27 | 0.91 |
| NDVI*MoistGrass | Summer | 0.13 | 0.16 | NA | NA | NA | NA |
| NDVI*Scrub | Summer | −0.96 | 0.13 | NA | NA | NA | NA |
| Pasture | Summer | −1.01 | 0.18 | NA | NA | NA | NA |
| Scrub (%) | Summer | −0.17 | 0.14 | −0.79 | 0.47 | 0.35 | 0.37 |
| Slope | Summer | −0.94 | 0.15 | 0.25 | 0.32 | 0.83 | 0.34 |
| Slope*CosAspect | Summer | 0.4 | 0.35 | 2.42 | 0.9 | 1.15 | 0.68 |
| Cattle Density | Wet | −0.79 | 0.32 | NA | NA | NA | NA |
| Cos Aspect | Wet | −0.9 | 0.06 | −0.2 | 0.18 | 0.63 | 0.27 |
| Dist to Pond | Wet | −0.34 | 0.15 | NA | NA | NA | NA |
| Elevation | Wet | 1.07 | 0.32 | −0.01 | 0.18 | −1.13 | 0.29 |
| High Intensity Ag | Wet | 0.71 | 0.26 | NA | NA | NA | NA |
| Moist Grassland (%) | Wet | −0.12 | 0.12 | NA | NA | NA | NA |
| NDVI | Wet | 2.28 | 0.18 | −0.48 | 0.25 | 0.03 | 0.41 |
| NDVI*CattleDensity | Wet | NA | NA | NA | NA | NA | NA |
| NDVI*MoistGrass | Wet | −0.21 | 0.18 | NA | NA | NA | NA |
| NDVI*Scrub | Wet | 0.53 | 0.17 | −0.46 | 0.84 | 2.8 | 1.2 |
| Pasture | Wet | −1.71 | 0.59 | −0.08 | 0.16 | 0.96 | 0.29 |
| Scrub (%) | Wet | 0.14 | 0.32 | −0.49 | 0.37 | 0.93 | 0.47 |
| Slope | Wet | −0.42 | 0.13 | NA | NA | NA | NA |
| Slope*CosAspect | Wet | −0.01 | 0.21 | NA | NA | NA | NA |

*L.F. Hughey et al.*                                                                                                    *Biological Conservation 257 (2021) 109086*



**Fig. B1.** Interactions between covariates related to patterns of habitat selection by tule elk. Vertical lines indicate an effect size of zero, and gray regions represent (standardized) effect sizes between −2 and 2. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details). *Count and P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate. Error bars represent 1 standard error (s.e).

**Fig. B2.** Interaction between cattle density (Cattle Dens) and NDVI for predicting elk habitat selection. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details); y axis represents selection intensity. *Count and P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate; y axis represents density at a survey point. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate; y axis represents the probability of observing one or more elk at a survey point. Gray dots represent raw data, which is clustered at high NDVI values and low cattle densities. As a result, the apparent relationship between low cattle densities and low NDVI should be interpreted with caution. Blank panels denote that this interaction was not included in the top model for a particular season/model combination.

005225

*L.F. Hughey et al.*                                                                                   *Biological Conservation 257 (2021) 109086*



**Fig. B3.** Interaction between scrub vegetation and NDVI for predicting elk habitat selection. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details); y axis represents selection intensity. *Count and P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate; y axis represents density at a survey point. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate; y axis represents the probability of observing one or more elk at a survey point. Gray dots represent raw data and blank panels denote that this interaction was not included in the top model for a particular season/model combination.

005226

*L.F. Hughey et al.*

*Biological Conservation 257 (2021) 109086*



**Fig. B4.** Interaction between moist grasslands and NDVI for predicting elk habitat selection. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details); y axis represents selection intensity. *Count and P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate; y axis represents density at a survey point. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate; y axis represents the probability of observing one or more elk at a survey point. Gray dots represent raw data and blank panels denote that this interaction was not included in the top model for a particular season/model combination.

005227

*L.F. Hughey et al.*

*Biological Conservation 257 (2021) 109086*



**Fig. B5.** Interaction between slope and 'northness' (cos aspect) for predicting elk habitat selection. *Collar*: modeled from GPS collar data collected at Point Reyes National Seashore from November 2012 to March 2018 (see Appendix A for details); y axis represents selection intensity. *Count and P(1+)*: Modeled from visual surveys conducted at Point Reyes National Seashore from September 2010 to November 2017. *Count* represents probability that elk abundance will increase as a function of each covariate; y axis represents density at a survey point. *P(1+)* represents probability of elk presence (one or more elk observed) as a function of each covariate; y axis represents the probability of observing one or more elk at a survey point. Gray dots represent raw data and blank panels denote that this interaction was not included in the top model for a particular season/model combination.

005228

*L.F. Hughey et al.*

*Biological Conservation 257 (2021) 109086*

**Appendix C. Satellite remote sensing-based species detections**



**Fig. C1.** Range overlap between elk and cattle within grazed pastures. Contours were created from satellite remote sensing-based animal detections (within grazed pastures only) and represent kernel density isopleths (95% contours bolded) for elk and cattle ($n = 28$, images from 2014 to 2018).

005229

L.F. Hughey et al.

*Biological Conservation 257 (2021) 109086*



**Fig. C2.** Semi-parametric bootstrap tests of elk and cattle distributions obtained from satellite images. Observed metrics of elk-cattle spatial separation (thick vertical black lines) and the null distributions of these metrics (histograms; assuming elk locations were unrelated to cattle locations) are presented. Panels depict (a) mean distances from each randomly sampled elk location to the nearest cattle location, averaged across images; (b) minimum elk-cattle distances averaged across images; (c) the proportion of elk-cattle co-occurrences (defined as the fraction of elk groups for which any members were within 50 m of a cattle location), averaged across all images (*n* = 28).

# References

Armstrong, D.P., Seddon, P.J., 2008. Directions in reintroduction biology. Trends Ecol. Evol. 23, 20–25. https://doi.org/10.1016/j.tree.2007.10.003.

Bernot, T., Press, D., 2018. Tule Elk Monitoring and Management at Point Reyes National Seashore: 2015–2016 Report (No. Natural Resource Report NPS/SFAN/NRR—2018/1656). National Park Service.

Burnham, K.P., Anderson, D.R., 2007. Model Selection and Multimodel Inference: A Practical Information-Theoretic Approach. Springer Science & Business Media.

Chave, J., 2013. The problem of pattern and scale in ecology: what have we learned in 20 years? Ecol. Lett. 16 (Suppl. 1), 4–16. https://doi.org/10.1111/ele.12048.

Chiodini, R.J., Van Kruiningen, H.J., Merkal, R.S., Others, 1984. Ruminant paratuberculosis (Johne's disease): the current status and future prospects. Cornell Vet. 74, 218–262.

Cobb, M.A., 2010. Spatial ecology and population dynamics of tule elk (*Cervus elaphus nannodes*) at Point Reyes National Seashore, California. Unpublished dissertation.

Elliott, G.N., Hough, R.L., Avery, L.M., Maltin, C.A., Campbell, C.D., 2015. Environmental risk factors in the incidence of Johne's disease. Crit. Rev. Microbiol. 41, 488–507. https://doi.org/10.3109/1040841X.2013.867830.

Fleming, C.H., Calabrese, J.M., 2016. A new kernel-density estimator for accurate home-range and species-range area estimation. Methods in Ecology and Evolution 8 (5), 571–579. https://doi.org/10.1002/sim.3107.

Gelman, A., 2008. Scaling regression inputs by dividing by two standard deviations. Stat. Med. 27, 2865–2873. https://doi.org/10.1002/sim.3107.

Gerritsmann, H., Stalder, G.L., Spergser, J., Hoelzl, F., Deutz, A., Kuebber-Heiss, A., Walzer, C., Smith, S., 2014. Multiple strain infections and high genotypic diversity among Mycobacterium avium subsp. paratuberculosis field isolates from diseased wild and domestic ruminant species in the eastern Alpine region of Austria. Infect. Genet. Evol. https://doi.org/10.1016/j.meegid.2013.11.009.

Gillies, C.S., Hebblewhite, M., Nielsen, S.E., Krawchuk, M.A., Aldridge, C.L., Frair, J.L., Saher, D.J., Stevens, C.E., Jerde, C.L., 2006. Application of random effects to the study of resource selection by animals. J. Anim. Ecol. 75, 887–898. doi:https://doi.org/10.1111/j.1365-2656.2006.01106.x.

Gorelick, N., Hancher, M., Dixon, M., Ilyushchenko, S., Thau, D., Moore, R., 2017. Google earth engine: planetary-scale geospatial analysis for everyone. Remote Sens. Environ. 202, 18–27. https://doi.org/10.1016/j.rse.2017.06.031.

Hartig, F., 2019. DHARMa: Residual Diagnostics for Hierarchical (Multi-Level/Mixed) Regression Models. R Package Version 0.2.2.

Heffelfinger, L.J., Stewart, K.M., Shoemaker, K.T., Darby, N.W., Bleich, V.C., 2020. Balancing current and future reproductive investment: variation in resource selection during stages of reproduction in a long-lived herbivore. Front. Ecol. Evol. 8, 163.

Hibert, F., Calenge, C., Fritz, H., Maillard, D., Bouché, P., Ipavec, A., Convers, A., Ombredane, D., de Visscher, M.-N., 2010. Spatial avoidance of invading pastoral cattle by wild ungulates: insights from using point process statistics. Biodivers. Conserv. 19, 2003–2024. https://doi.org/10.1007/s10531-010-9822-0.

Hijmans, R.J., 2017. raster: Geographic Data Analysis and Modeling. R Package Version 2.8-19.

Howell, J.A., Brooks, G.C., Semenoff-Irving, M., Greene, C., 2002. Population dynamics of tule elk at point reyes National Seashore, California. J. Wildl. Manag. 66, 478–490. https://doi.org/10.2307/3803181.

Huber, P.R., Greco, S.E., Hobbs, J., 2011. Assessment of habitat for the potential reintroduction of tule elk to the San Joaquin Valley, California. Calif. Fish Game 97, 117–129.

Hughey, L.F., Hein, A.M., Strandburg-Peshkin, A., Jensen, F.H., 2018. Challenges and solutions for studying collective animal behaviour in the wild. Philos. Trans. R. Soc. Lond. Ser. B Biol. Sci. 373 https://doi.org/10.1098/rstb.2017.0005.

Kinyon, J., 2015. Point Reyes National Seashore GIS Database.

Knust, B.M., Wolf, P.C., Wells, S.J., 2011. Characterization of the risk of deer-cattle interactions in Minnesota by use of an on-farm environmental assessment tool. Am. J. Vet. Res. 72, 924–931. https://doi.org/10.2460/ajvr.72.7.924.

Kvilekval, K., Fedorov, D., Obara, B., Singh, A., Manjunath, B.S., 2010. Bisque: a platform for bioimage analysis and management. Bioinformatics 26 (4), 544–552. https://doi.org/10.1093/bioinformatics/btp699.

LaRue, M.A., Stapleton, S., Anderson, M., 2017. Feasibility of using high-resolution satellite imagery to assess vertebrate wildlife populations. Conservation Biology 31 (1), 213–220. https://doi.org/10.1111/cobi.12809.

Magnusson, A., Skaug, H., Nielsen, A., Berg, C., Kristensen, K., Maechler, M., van Bentham, K., Bolker, B., Brooks, M., 2016. glmmTMB: Generalized Linear Mixed Models using Template Model Builder. R package version 0.02.

Merkle, J.A., Cross, P.C., Scurlock, B.M., Cole, E.K., Courtemanch, A.B., Dewey, S.R., Kauffman, M.J., 2018. Linking spring phenology with mechanistic models of host

*L.F. Hughey et al.*                                                                                                          *Biological Conservation 257 (2021) 109086*

movement to predict disease transmission risk. J. Appl. Ecol. 55, 810–819. https:// doi.org/10.1111/1365-2664.13022.

Muff, S., Signer, J., Fieberg, J., 2019. Accounting for individual-specific variation in habitat-selection studies: efficient estimation of mixed-effects models using Bayesian or frequentist computation. J. Anim. Ecol. https://doi.org/10.1111/1365-2656.13087.

Oehlers, S.A., Bowyer, R.T., Huettmann, F., Person, D.K., Kessler, W.B., 2011. Sex and scale: implications for habitat selection by Alaskan moose *Alces alces gigas*. Wildlife Biol. 17, 67–84. https://doi.org/10.2981/10-039.

Pettorelli, N., Laurance, W.F., O'Brien, T.G., Wegmann, M., Nagendra, H., Turner, W., 2014. Satellite remote sensing for applied ecologists: opportunities and challenges. J. Appl. Ecol. https://doi.org/10.1111/1365-2664.12261.

Proffitt, K.M., Gude, J.A., Hamlin, K.L., Garrott, R.A., Cunningham, J.A., Grigg, J.L., 2011. Elk distribution and spatial overlap with livestock during the brucellosis transmission risk period. J. Appl. Ecol. 48, 471–478.

Ripley, B., Bates, D.M., Hornik, K., Gebhardt, A., Firth, D., 2017. MASS: functions and datasets to support venables and ripley, "Modern Applied Atatistics with S" (2002). R package version 7, 3–47.

Scasta, J.D., Beck, J.L., Angwin, C.J., 2016. Meta-analysis of diet composition and potential conflict of wild horses with livestock and wild ungulates on western rangelands of North America. Rangeland Ecol. Manage. 69, 310–318. https://doi.org/10.1016/j.rama.2016.01.001.

Schieltz, J.M., Rubenstein, D.I., 2016. Evidence based review: positive versus negative effects of livestock grazing on wildlife. What do we really know? Environ. Res. Lett. 11, 113003 https://doi.org/10.1088/1748-9326/11/11/113003.

Seddon, P.J., Griffiths, C.J., Soorae, P.S., Armstrong, D.P., 2014. Reversing defaunation: restoring species in a changing world. Science 345, 406–412. https://doi.org/10.1126/science.1251818.

Stewart, K.M., Bowyer, R.T., Kie, J.G., Cimon, N.J., Johnson, B.K., 2002. Temporospatial distributions of elk, mule deer, and cattle: resource partitioning and competitive displacement. J. Mammal. 83, 229–244. https://doi.org/10.1644/1545-1542(2002) 083<0229:TDOEMD>2.0.CO;2.

Stewart, K.M., Walsh, D.R., Kie, J.G., Dick, B.L., Bowyer, R.T., 2015. Sexual segregation in North American elk: the role of density dependence. Ecol. Evol. 5, 709–721. https://doi.org/10.1002/ece3.1397.

Talbert, M.K., Cade, B.S., 2013. USGS open-file report 2005–1353: User manual for blossom statistical package for R [WWW document]. In: U.S. Geological Survey (USGS). URL. http://pubs.usgs.gov/of/2005/1353. (Accessed 18 June 2019).

Thomas, J.W., Toweill, D.E., 2002. North American Elk: Ecology and Management. Smithsonian Institution Press, Washington.

Voeten, C.C., 2019. Buildmer: Stepwise Elimination and Term Reordering for Mixed-effects Regression. R Package Version 1.1.

Wang, D., Shao, Q., Yue, H., 2019. Surveying wild animals from satellites, manned aircraft and unmanned aerial systems (UASs): a review. Remote Sensing. https://doi.org/10.3390/rs11111308.

Weinstein, B.G., 2018. A computer vision for animal ecology. J. Anim. Ecol. 87, 533–545. https://doi.org/10.1111/1365-2656.12780.

Western Regional Climate Center [WWW Document], 2020. Point Reyes RCA California climatological data summaries. URL. https://wrcc.dri.edu/cgi-bin/rawMAIN.pl? nvprca. (Accessed 10 January 2020).

Yeo, J.J., Peek, J.M., Wittinger, W.T., Kvale, Craig T., 1993. Influence of rest-rotation cattle grazing on mule deer and elk habitat use in east-Central Idaho. J. Range Manag. 46, 245–250. https://doi.org/10.2307/4002615.

Zuur, A., Ieno, E.N., Walker, N., Saveliev, A.A., Smith, G.M., 2009. Mixed Effects Models and Extensions in Ecology with R. Springer Science & Business Media.

005231

Reprinted from the JOURNAL OF THE AMERICAN VETERINARY MEDICAL ASSOCIATION, Vol 179, No. 11, pages 1252-1254.
© American Veterinary Medical Association, 1981. All Rights Reserved.

## Paratuberculosis in Tule Elk in California

PARATUBERCULOSIS WAS diagnosed in 3 tule elk (Cervus elaphus nannodes) in the winter of 1980 and the spring of 1981. The diagnosis was based on gross necropsy and histopathologic findings and on isolation of Mycobacterium paratuberculosis from tissues and feces of the 3 elk. Fecal culture and acid-fast stains of fecal smears proved to be more effective than complement fixation in diagnosis of the disease.

Paratuberculosis has been reported in numerous captive wild species, including white-tailed deer (Odocoileus virginianus),[1] roe deer (Capreolus capreolus),[2] European red deer (Cervus elaphus),[3,4] moose (Alces alces),[5] aodad (Ammotragus lervia),[6] mouflon (Ovis musimon),[4,6] camel (Camelus bactrianus),[4,7] bighorn sheep (Ovis canadensis),[7] reindeer (Rangifer tarandus),[4] Japanese sika deer (Sika nippon),[4] water buffalo (Bubalus bubalus),[4] yak (Bos grunniens),[4] gnu (Connochaetes albojubatus),[4] and llama (Lama glama).[8]

Reports of clinical paratuberculosis in free-ranging wildlife are few and incomplete, except for a recent report of 6 cases involving a herd of Rocky Mountain bighorn sheep and a Rocky Mountain goat (Oreamnos americanus) on Mt. Evans, Colo.[9] In the present report, we document 3 clinical cases of paratuberculosis in a herd of tule elk (Cervus elaphus nannodes) recently established on land previously used by dairy and beef cattle. Subclinical infection was diagnosed in a 4th animal.

At Point Reyes on the coast of central California, the National Park Service maintains a reservation of approximately 100,000 acres on a peninsula jutting into the Pacific Ocean (Fig 1). Several of the original family dairy farms



Fig 1—Map of Point Reyes National Seashore, showing locations of exotic deer, dairy cattle, and tule elk. Black-tailed deer use the entire peninsula.

throughout the area are operated through lease arrangements with the Park Service. Two species of exotic deer, axis deer (Axis axis) and fallow deer (Dama dama), were introduced into the area during the 1940s. Since their introduction, the exotic deer population has increased to the extent that

Supported by Pittman-Robertson Project W-52-R21, A Wildlife Investigations Laboratory.

control measures are necessary to maintain populations at carrying capacity. Although *M paratuberculosis* had been isolated from feces of normal axis and fallow deer at Point Reyes, none was clinically affected with paratuberculosis.[10] Tule elk were introduced onto the peninsula in 1978 in accordance with state laws granting them full protection and mandating relocation of tule elk onto historic ranges. Contact between exotic deer and tule elk has not occurred.

The 3 affected tule elk were born at the Point Reyes National Seashore after relocation of a herd of 14 adult elk to the narrow end of the peninsula, separated by fencing from dairy farms. Two were born in March 1978, one in March 1979. Due to ongoing litigation, beef cattle remained on the elk range for over a year, severely competing for feed. Copper deficiency and starvation resulted in the deaths of several adult elk, and reproductive rates were greatly reduced until cattle were removed. Although transient diarrhea is a common spring phenomenon in wild ruminants, two 2-year-old elk had diarrhea through the summer and into the fall of 1980. Because California law protects tule elk, it was decided to immobilize and test affected animals and as many others in the herd as possible.

A combination of 4 mg of etorphine[11] and 35 mg of xylazine[12] was administered via dart syringe to 12 animals. Venous blood samples and fecal samples were obtained from 12 individuals. Animal 1 was presented for necropsy on Nov 25, 1980, and provided the initial diagnosis. Animals 2 and 3 were euthanatized in extremis in March and May 1981, respectively. Feces from each live animal and mesenteric lymph nodes from each necropsy were stained by the Ziehl-Neelsen method. Representative tissue specimens were fixed in buffered 10% formalin, routinely processed, and stained with hematoxylin and eosin and Ziehl-Neelsen stains. Blood samples were allowed to clot, then refrigerated and separated for serum. Serums were tested for antibodies against *M paratuberculosis*, using the complement-fixation test. Fecal and tissue specimens were washed in 0.3% benzalkonium chloride,[13] as outlined by Merkal.[14] A 1.0-ml aliquot of each fecal suspension or tissue homogenate was inoculated onto slants of Herrold's egg medium with mycobactin and onto 1 slant without mycobactin.[14] Incubation times ranged from 12 to 14 weeks at 37 C. Diagnosis was based on microscopic examination of clumps of acid-fast bacilli from colonies subinoculated to additional slants that had mycobactin dependence.

Initially, clumps of acid-fast organisms were identified in the feces of the clinically affected animals. *Mycobacterium paratuberculosis* was eventually recovered from these animals, as well as from a 4th animal that appeared normal and had a fecal smear negative for acid-fast bacteria. Complement-fixation testing revealed little difference between fecal culture-positive and fecal culture-negative animals. Two of 10 fecal culture-negative animals had no reaction; the rest had suspect reactions of 1:8. Animal 2 retested at necropsy had a titer of 1:32. *Mycobacterium paratuberculosis* was recovered from feces and mesenteric lymph nodes of all 3 affected animals, and from liver and gut sections of animal 2. Affected animals had similar gross and microscopic lesions. All 3 animals were emaciated, had fecal pasting of the hocks and perineum, and had rough, light-colored, brittle coats. All animals had subserosal edema of the jejunum and ileum and attaching mesentery. Afferent lymphatics from this region were enlarged, beaded, and cream-colored. Mesenteric lymph nodes draining this area were firm and, on cross section, white proliferative patches were noticed. The walls of the jejunum and proximal ileum were extremely thickened and rugose, and the mucosal surfaces were reddened. Multiple 1- to 2-cm light-colored areas were present throughout the liver of animal 2.

Microscopic examination of the lamina propria and submucosa of the jejunum and proximal ileum revealed extensive infiltration by large, pale, foamy eosinophilic epithelioid mononuclear inflammatory cells. The distal ileum and cecum were less severely affected. Acid-fast organisms, usually within macrophages, were evident in the lamina propria and submucosa. Multinucleated giant cells were in the submucosa and mesenteric lymph nodes. Although granuloma formation was a prominent feature of the

inflammatory response, caseation, necrosis, and mineralization were not seen. Small granulomata were scattered through the liver of animal 2 in a pattern suggesting vascular metastasis.

Spores of *M paratuberculosis* can survive for over a year,[15] and cattle on the premises during or shortly before elk relocation seem the most likely source of infection. How important a role marginal nutrition during the 1st year of life played in susceptibility to infection should become evident as future generations of tule elk are born at Point Reyes without competition with cattle. It should be noted that tule elk are a highly inbred race or subspecies of elk. Immunologic competence of tule elk has not been tested or compared with that of other races of elk or domestic animals. The clinical and pathologic features of paratuberculosis in tule elk most closely resemble the disease in domestic cattle. Microscopically, mineralization or caseation was not evident in the intestinal wall or lymph nodes, as described in affected domestic sheep.[16,17] Giant cell formation, as reported in cattle, was abundant in the intestinal wall and in lymphatic tissues. Although naturally occurring paratuberculosis has not been reported in free-ranging elk, it has been reported in several closely related species and has been transmitted experimentally to elk.[18]—*David A. Jessup, DVM, Wildlife Investigations Laboratory, California Department of Fish and Game, 1701 Nimbus Rd, Rancho Cordova, CA 95670; Babiker Abbas, DVM, MPVM, and Darrell Behymer, BS, School of Veterinary Medicine, University of California, Davis, CA 95616; and Peter Gogan, MS, University of California, Berkeley, CA 94720.*

1. Libke KG, Walton AM: Presumptive paratuberculosis in a Virginia white-tailed deer. *J Wildl Dis* 11:552–553, 1975.
2. Hellermark K: A disease resembling paratuberculosis (Johne's disease) in a roe deer (*Capreolus capreolus*). *Alta Vet Scand* 7:330–363, 1966.
3. Vance MN: Johne's disease in a European red deer. *Can Vet J* 2:305–307, 1961.
4. Katic I: Paratuberculosis (Johne's disease) with special reference to captive wild animals. *Nord Vet Med* 13:205–214, 1961.
5. Soltys MA, Andress CE, Fletch AL: Johne's disease in a moose *(Alces alces)*. *Bull Wildl Dis Assoc* 3:183–184, 1967.
6. Boever WJ, Peters D: Paratuberculosis in two herds of exotic sheep. *J Am Vet Med Assoc* 165:822–823, 1974.
7. Thoen CO, Richards WD, Jarnagin JL: Mycobacteria isolated from exotic animals. *J Am Vet Med Assoc* 170:987–990, 1977.
8. Appleby EC, Head KD: A case of suspected Johne's disease in a llama (*L glama*). *J Comp Pathol* 4:52–53, 1954.
9. Williams ES, Spraker TR, Schoonveld GS: Paratuberculosis (Johne's disease) in bighorn sheep and a Rocky Mountain goat in Colorado. *J Wildl Dis* 15:221–227, 1979.
10. Riemann H, Zaman MR, Ruppaner R, et al: Paratuberculosis in cattle and free-living exotic deer. *J Am Vet Med Assoc* 174:841–843, 1979.
11. M-99, D and M Pharmaceutical, Rockville, Md.
12. Rompun, Haver-Lockhart, Shawnee, Kan.
13. Zephiran, Winthrop Laboratories, New York, NY.
14. Merkal RS: Diagnostic methods for detection of *Mycobacterium paratuberculosis* (Johne's disease), in *Proceedings*, 74th Annu Meet, US Anim Health Assoc, pp 620–623, 1971.
15. Jubb KVF, Kennedy PC: *Pathology of Domestic Animals*. New York, Academic Press Inc, 1970, vol 2, pp 696–698.
16. Kluge JP, Merkal RS, Monlux WS, et al: Experimental paratuberculosis in sheep after oral, intratracheal, or intravenous inoculation: Lesions and demonstration of etiologic agent. *Am J Vet Res* 29:953–962, 1968.
17. Nisbet DF, Gilmour NJL, Brotherston JG: Quantitative studies of *Mycobacterium jonei* in tissues of sheep. III. Intestinal histopathology. *J Comp Pathol* 72:80–91, 1962.
18. Williams ES, Colorado State University, Fort Collins, Co. 80523: Personal communication, 1981.

# Influence of a Large Herbivore Reintroduction on Plant Invasions and Community Composition in a California Grassland

BRENT E. JOHNSON* AND J. HALL CUSHMAN[†]

Department of Biology, Sonoma State University, Rohnert Park, CA 94928, U.S.A.

**Abstract:** *Despite many successful reintroductions of large mammalian herbivores throughout the world, remarkably little attention has focused on how these actions affect native and exotic vegetation at reintroduction sites. One such herbivore is tule elk (*Cervus elaphus nannodes*), which was on the brink of extinction in the mid 1800s, but now has numerous stable populations due to intensive reintroduction efforts. Here, we summarize results from a 5-year exclosure experiment that explored the effects of tule elk on a coastal grassland in northern California. Elk significantly altered the species composition of this community; the response of annual species (dominated heavily by exotic taxa) was dramatically different from perennial species. Elk herbivory increased the abundance and aboveground biomass of native and exotic annuals, whereas it either had no effect on or caused significant decreases in perennials. Elk also decreased the cover of native shrubs, suggesting that these herbivores play an important role in maintaining open grasslands. In addition, elk significantly reduced the abundance and biomass of a highly invasive exotic grass, Holcus lanatus, which is a major problem in mesic perennial grasslands. Our results demonstrate that the successful reintroduction of a charismatic and long-extirpated mammal had extremely complex effects on the plant community, giving rise to both desirable and undesirable outcomes from a management perspective. We suspect that these kinds of opposing effects are not unique to tule elk and that land managers will frequently encounter them when dealing with reintroduced mammals.*

**Keywords:** coastal grasslands, herbivory, plant functional groups, plant invasions, reintroduced mammals, shrub encroachment, tule elk

Influencia de la Reintroducción de un Herbívoro Mayor sobre Invasiones de Plantas y la Composición de la Comunidad en un Pastizal de California

**Resumen:** *A pesar de muchas reintroducciones exitosas de grandes mamíferos herbívoros en todo el mundo, notablemente se ha puesto poca atención en como estas acciones afectan a la vegetación nativa y exótica en los sitios de reintroducción. Uno de tales herbívoros es el alce (*Cervus elaphus nannodes*), que estaba a punto de extinguirse a mediados del siglo XIX, pero que ahora tiene numerosas poblaciones estables debido a esfuerzos intensivos de reintroducción. Aquí, resumimos los resultados de un experimento de exclusión de 5 años que exploró los efectos de alces sobre un pastizal costero en el norte de California. Los alces alteraron significativamente la composición de especies de esta comunidad; la respuesta de especies anuales (dominadas ampliamente por taxa exóticos) fue dramáticamente diferente a la de especies perennes. La herbivoría de alces incrementó la abundancia y biomasa de anuales nativas y exóticas, mientras que no tuvo efecto o no causó disminuciones significativas en las perennes. Los alces también disminuyeron la cobertura de arbustos nativos, lo que sugiere que estos herbívoros juegan un papel importante en el mantenimiento de los pastizales abiertos. Adicionalmente, los alces significativamente redujeron la abundancia y biomasa de un pasto exótico*

---
*Current address: Resources Management and Science, Yosemite National Park, P.O. Box 700, El Portal, CA 95318, U.S.A.
[†]Address correspondence to J.H. Cushman, email cushman@ sonoma.edu
Paper submitted February 2, 2006; revised manuscript accepted July 18, 2006.

*altamente invasivo,* Holcus lanatus, *que es un problema mayor en los pastizales mésicos perennes. Nuestros resultados demuestran que la reintroducción exitosa de un mamífero carismático tuvo efectos extremadamente complejos sobre la comunidad de plantas, dando lugar a consecuencias tanto deseables como indeseables desde una perspectiva de manejo. Sospechamos que estos tipos de efectos opuestos no son exclusivos de alces y que los gestores los enfrentaran frecuentemente cuando traten con mamíferos reintroducidos.*

**Palabras Clave:** alce, grupos funcionales de plantas, herbivoría, invasión de arbustos, invasiones de plantas, mamíferos reintroducidos, pastizales costeros

## Introduction

For thousand of years the abundance and distribution of large mammalian herbivores have been modified greatly by human activity (Martin & Klein 1984), and these effects increased substantially with European colonization of North America and other regions of the world (Naiman 1988; Knapp et al. 1999). During the past century programs were initiated to reintroduce extirpated mammals into parts of their historical range (Nielsen & Brown 1988), and many of these taxa have increased in numbers due to such conservation efforts (Noss 2001).

Extensive research has been conducted on herbivore populations to better understand how they respond to reintroduction (Nielsen & Brown 1988; Griffith et al. 1989; Noss 2001), but remarkably little is known about the effects of these long-absent taxa on recipient ecosystems (i.e., ecosystems in which species have been reintroduced). This is surprising, given that the results of many studies show that large mammalian herbivores can have substantial impacts on the composition and structure of plant communities (e.g., Crawley 1983; Huntly 1991; Knapp et al. 1999). How communities respond to the reintroduction of previously extirpated herbivores will be determined to some extent by the unfortunate reality that recipient ecosystems have been modified in many ways other than the loss of a dominant herbivore. For example, herbivore populations are commonly reintroduced into ecosystems that have been invaded heavily by exotic plant species (e.g., Vitousek et al. 1996; Mack et al. 2000; Mooney & Hobbs 2000). Native herbivores may negatively influence exotic plants by reducing their biomass, fecundity, and/or abundance in communities or they may avoid exotic plants and feed on only native hosts, thereby promoting the success of exotics by reducing the dominance of native species and freeing up resources that invaders can exploit (e.g., Davis et al. 2000; Maron & Vila 2001; Levine et al. 2004). Thus, it will be critical to understand if and how reintroduced herbivores affect the success of plant invaders and the structure and composition of communities.

The effects of reintroduced herbivores on plant communities will be determined in part by the life history characteristics and geographic origins of resident species present in the community. Plants from different

functional groups may vary greatly in their response to herbivory, as might native and exotic taxa within the same functional group. In addition, these herbivores may keep grasslands open by slowing or even preventing the encroachment of woody species. Furthermore, native shrubs in grasslands may alter the effects of herbivores on herbaceous plants in the system. For these reasons it will be critical to conduct studies that take a community approach and assess how reintroduced herbivores influence native and exotic taxa with different suites of life history characteristics.

Grasslands throughout California have undergone an extraordinary transformation over the past 200 years. Once dominated by native perennial bunchgrasses, they are now composed primarily of annual grasses from Eurasia (Heady 1988; Heady et al. 1988; 1992). Accompanying these changes has been a precipitous decline in mammalian herbivores and an increase in domesticated grazers (Wagner 1989). Like many large herbivores, populations of tule elk (*Cervus elaphus nannodes*) in California suffered rapid decline soon after the arrival of European settlers, going from an estimated 500,000 animals in 1769 to fewer than 10 individuals 70 years later (Phillips 1976; Toweill & Thomas 2002). By 1986 numbers had increased to over 2000 individuals distributed among 22 populations throughout California, largely due to successful reintroduction programs (McCullough et al. 1996). Tule elk thus provide an ideal opportunity to study the influence of herbivore reintroductions on a highly altered recipient grassland.

Here, we used a 5-year exclosure experiment to address four questions concerning the influence of reintroduced tule elk on a coastal grassland in northern California: (1) Does herbivory by reintroduced tule elk influence the abundance, species richness, and aboveground biomass of different plant functional groups in grassland communities that vary in shrub abundance? (2) Do native and exotic plant taxa vary in their responses to elk reintroduction? (3) Do tule elk deter the encroachment of shrubs into this grassland system? and (4) Can a dominant exotic grass escape herbivory by associating with a native shrub? We predicted that the reintroduction of tule elk would reduce the prevalence of shrubs in the grassland, decrease the prevalence of perennial grasses and forbs, and promote the success of annual species, which are

005236

dominated heavily by exotic taxa. Our results should provide insight into the effects of a reintroduced native herbivore on the composition of an invaded grassland community and provide land managers with critical information needed for the effective and sustainable management of California grasslands.

## Study System

The Tomales Point Elk Reserve is a 1030-ha wilderness area located within Point Reyes National Seashore, approximately 32 km north of San Francisco in Marin County, California. The climate is Mediterranean and typical of California's central coast, with moderate, rainy winters and cool, foggy summers with little rain.

Tule elk have been a dominant feature of all habitat types on Tomales Point since their reintroduction in 1980. Approximately 400 cattle were removed from Tomales Point in 1979, after more than 100 years of grazing (Lathrop & Gogan 1985). Within a year of the cattle removal, eight female and two male tule elk were reintroduced to the point from a population in the San Luis Island Wildlife Refuge near Los Banos, in central California (Lathrop & Gogan 1985). The elk population increased to 93 individuals by 1988 and to approximately 500 individuals by 2003 (N. Gates, personal communication). The diet of tule elk at Tomales Point consists primarily of herbaceous forbs and grasses, but they also consume shrub foliage during the winter months when there is less herbaceous material available (Gogan & Barrett 1995).

The vegetation of Tomales Point consists primarily of a mosaic of shrub-dominated coastal scrub and grassland, interrupted by steep canyons and swales containing dense riparian shrubs (Lathrop & Gogan 1985). We focused on the grassland component of Tomales Point, which consists of a diverse assemblage of both native and introduced herbaceous plant species intermixed with native shrubs. Three distinct grassland types occurred within the 300-ha study area: *Baccharis*-dominated grassland, *Lupinus*-dominated grassland, and open grassland. *Baccharis* grasslands were characterized by herbaceous-dominated patches intermixed with dense stands of the native woody shrub, *Baccharis pilularis* DC (coyote bush). *Lupinus* grasslands were located in predominantly open areas interspersed with a native nitrogen-fixing shrub, *Lupinus arboreus* Sims. And the open grasslands were dominated by herbaceous species and nearly devoid of dominant woody shrubs. All three of these vegetation types have a high proportion of herbaceous species overlap.

Herbaceous plant species at Tomales Point can be grouped into one of five functional groups based on life history and phylogenetic characteristics: annual monocots, annual dicots, perennial monocots, perennial dicots, and nonangiosperms (ferns and their allies). Annual and perennial monocots at this site were almost exclusively grasses and included native perennials, such as *Bromus carinatus* Hook. & Arn., *Hordeum brachyantherum* Nevski, and *Danthonia californica* Bolander, and exotic perennials, such as *Lolium perenne* L. and *Holcus lanatus* L. Several species of exotic annual grasses (*Vulpia bromoides* [L.] S.F. Gray, *Aira caryophyllea* L., *Bromus hordeaceus* L., and *Cynosurus echinatus* L.) were also abundant, but we never encountered native annual grasses. Native perennial dicots (e.g., *Achillea millefolium* L. and *Eschscholzia californica* Cham.) and exotic perennial dicots (e.g., *Hypochaeris radicata* L. and *Plantago lanceolata* L.) were all abundant throughout the study area. *Pteridium aquilinum* (L.) Kuhn var. *pubescens* L. Underw. was the only nonangiosperm vascular plant observed in the study area.

*Holcus lanatus* (velvet grass) is an exotic perennial grass that has invaded many coastal grasslands throughout California. In our site, *Holcus* was abundant in the *Baccharis* grasslands, where it grew underneath shrub canopies and in shrub-free areas (B.E.J., personal observation). This exotic grass occurred less commonly in the open and *Lupinus* grassland types.

## Methods

### Experimental Design

In 1998 the U.S. National Park Service established an exclosure experiment within a 300-ha study area on Tomales Point to assess the effects of removing reintroduced tule elk on the plant community. Twenty-four $36 \times 36$ m plots were distributed equally among three grassland habitat types (*Baccharis* grassland, *Lupinus* grassland, and open grassland). Within each of the three vegetation types, there were four pairs of plots, with plots within each pair randomly assigned fencing to exclude elk or left unfenced to serve as controls. The fencing that surrounded each exclosure plot was 2.5-m tall and effectively excluded elk. Smaller herbivores that occur on Tomales Point, such as hares (*Lepus californicus*) and pocket gophers (*Thomomys bottae*), were not affected by the fencing (B.E.J., personal observation). Black-tailed deer (*Odocoileus hemionus columbianus*) were present in small numbers at the site and were able to enter the exclosures, although probably in reduced numbers. We restricted all vegetation sampling to the central $30 \times 30$ m area of each plot. This provided a 3-m-wide buffer around the perimeter of each plot and reduced possible edge effects caused by fencing.

005237

### Plant Community Composition

In May and June 2002 we harvested all aboveground plant biomass from three randomly chosen 25 × 25 cm quadrats in each plot. We restricted harvests to areas in plots that had <5% shrub cover and sorted aboveground living biomass into annual and perennial plant groups. We also collected accumulated dead biomass (thatch) from the quadrats that were in the *Baccharis* and open plots. We dried living and dead biomass at 60° C for a minimum of 48 hours, and weighed the material immediately after removal from the oven. In the spring of 2003 we quantified abundance of all plant species in the 24 plots within six randomly placed 50 × 50 cm quadrats by counting the number of individuals for each species. In addition, we determined the identity of all plant species that occurred in each plot to obtain whole-plot species richness. We grouped plant species according to their geographic origin (i.e., native or exotic) and then placed them into eight functional groups based on life history characteristics: native and exotic annual dicots, exotic annual monocots, native and exotic perennial dicots, native and exotic perennial monocots, and ferns (native annual monocots were absent from the site). We encountered few ferns during sampling, so this group was not analyzed. Plant nomenclature for all sampling and analysis followed Hickman (1993).

### Cover and Density of Shrubs

In July and August 2003 we estimated the aerial cover of shrubs in each of the 24 plots with standard line-intercept methods (Bonham 1989). We established five parallel 30-m transects in all plots at 5-m intervals and measured the extent of shrub cover encountered directly below or above the transect to the nearest centimeter. We determined proportion of shrub cover by dividing total length of shrub coverage along each transect by 30 m.

In June 2003 we determined the abundance of *Lupinus arboreus* juveniles and mature shrubs within the central 30 × 30 m area of each *Lupinus* grassland plot. We classified plants as juveniles if they lacked flowers and fruits and had not yet produced any woody material. Because we rarely encountered *Lupinus* shrubs in the open and *Baccharis* grasslands, we did not sample plots from these areas.

### Interactions among Elk, *Holcus*, and *Baccharis*

To evaluate the impact of tule elk and a native shrub species on a dominant invasive grass, we quantified the aboveground biomass and abundance of *Holcus lanatus* in areas within plots dominated by *Baccharis* shrubs and in shrub-free areas. We restricted sampling to the eight *Baccharis* plots because *Holcus* and *Baccharis* rarely occurred in the *Lupinus* and open grasslands. In June 2002 we randomly placed three 25 × 25 cm quadrats in shrub-free areas of each plot and three quadrats in areas with >75% aerial cover of living *Baccharis* foliage. In each quadrat we harvested all aboveground living biomass and separated out all living *Holcus* plant material from samples. We then dried the *Holcus* at 60° C for a minimum of 48 hours and weighed the samples immediately after removal from the oven. In June 2003 we determined the abundance of *Holcus* in each of these same *Baccharis* plots, sampling six 50 × 50 cm quadrats in shrub-free areas and six quadrats in sites with >75% aerial cover of living *Baccharis* foliage.

### Statistical Analyses

We performed all statistical analyses with SAS 8.2 (SAS Institute, Cary, North Carolina) and PC-ORD 4.2 (MjM Software, Gleneden Beach, Oregon). We used nonmetric multidimensional scaling (NMS or nMDS) analysis to reduce the dimensionality of the data set and visualize community-level treatment effects. We also used multiresponse-blocked permutation procedure (MRBP), a nonparametric randomization version of a blocked multivariate analysis of variance (MANOVA), to statistically assess treatment effects on community structure. We did not include very rare species (taxa occurring in fewer than three plots) in the analyses to reduce the number of null values in the data matrix. We used Sørensen (Bray-Curtis) distance measure in the NMS analysis and Euclidean distance in the MRBP analysis. For the MRBP analysis, we used elk treatment (present or absent) and plot pair (1–12) as our grouping factors.

To determine the influence of elk on different plant functional groups in the three grassland types, we analyzed our data using multifactor MANOVAs, with elk treatment (elk present or absent), grassland type (*Baccharis*, *Lupinus*, open grasslands), and plot pair (1–12) nested within vegetation type as the grouping factors (*n* = 24 plots). We treated plot pair as a random factor and used Wilks' lambda values throughout. Response variables for the two MANOVAs were plant species richness and abundance for the following seven groups: exotic annual monocots, exotic annual dicots, exotic perennial dicots, exotic perennial monocots, native annual dicots, native perennial monocots, and native annual dicots. We performed a third MANOVA with the same model, with annual and perennial biomass as the two response variables. Prior to the analysis, we averaged data from all quadrats within each plot and log-transformed abundance and living biomass data to correct for heterogeneous variances. Data for whole-plot species richness met the assumptions of normality and equal variances and were left untransformed.

For all MANOVAs with significant elk treatment effects or any interaction terms that included elk treatment, we proceeded with "protected" analysis of variances (ANOVAs) on the individual response variables. As

discussed at length by Scheiner (2001), this approach is an effective method for dealing with potential correlations among multiple dependent variables and is used commonly with community data (e.g., Harrison et al. 2001; Alvarez & Cushman 2002; Cushman et al. 2004; Tierney & Cushman 2006). To determine whether elk influence the amount of dead biomass (thatch), we used an ANOVA with the above model and thatch biomass as the response variable. We log transformed thatch data to correct for heterogeneous variances.

To determine the effect of elk on the shrub cover, we analyzed data using a three-way ANOVA, with elk treatment (elk present or absent), grassland type (*Baccharis*, *Lupinus*, open grasslands), and plot pair (1–12) nested within vegetation type as the grouping factors ($n = 24$ plots). The response variable for this analysis was percentage of total shrub cover in each plot. We transformed proportion data to the arc-sine square root prior to analysis. To determine whether elk influenced the abundance of mature *Lupinus* shrubs, we used a two-way ANOVA with elk treatment (present or absent) and plot pair (1–4) as the grouping factors and mature *Lupinus* abundance as the response variable.

To determine whether the effects of elk herbivory on *Holcus* varied between *Baccharis* and shrub-free areas, we analyzed data on the biomass and abundance of this exotic grass using a three-way ANOVA, with elk treatment (present or absent), shrub (present or absent) and plot pair (1–4) as the grouping factors ($n = 16$) and plot (1–8) nested within pair. Prior to analysis, we averaged data from all quadrats within each plot and shrub level and data on *Holcus* biomass were log transformed to correct for heterogeneous variances. We analyzed data on juvenile abundance of *Lupinus* per plot with a one-way analysis of covariance (ANCOVA), with elk treatment (present or absent) as the grouping factor and abundance of mature shrubs per plot as the covariate.

## Results

### Plant Community Composition

The NMS analysis indicated that the composition of plant assemblages where elk were present differed from where they were excluded (Fig. 1). The MRBP analysis indicated significant differences between fenced and control plots ($A = 0.35$, $p = 0.0004$). In addition, a MANOVA indicated that tule elk significantly altered plant species richness of the seven plant groups considered collectively (Fig. 2; $F_{7,3} = 19.26$, $p = 0.017$). Subsequent protected ANOVAs showed that this result was due to significant differences in three of the seven plant groups and a trend in a fourth group. The presence of elk caused an 18% increase in richness of exotic annual monocots, a 47% increase in richness of native annual dicots, a 42% increase in richness



*Figure 1. Results of nonparametric multidimensional scaling analyses of data on plant species abundance from plots where elk were present (open symbols) and where elk were excluded (closed symbols).*

of native perennial monocots, and a 23% decrease in the species richness of native perennial dicots compared with exclosure plots (Fig. 2 & Table 1). In contrast to these four groups, elk had no significant effect on the richness of exotic annual dicots, exotic perennial monocots, or exotic perennial dicots (Fig. 2 & Table 1). Nevertheless, species richness varied significantly among grassland types for exotic annual dicots, native annual dicots, exotic perennial monocots, native perennial monocots, exotic perennial dicots, and native perennial dicots (Fig. 2 & Table 1). For all plant groups the response of species richness to elk manipulations was similar among grassland types, as indicated by the absence of significant treatment × vegetation type interaction terms ($p > 0.10$ in all cases).

A second MANOVA revealed that elk had a significant influence on the abundances of the seven plant groups considered collectively (Fig. 3; $F_{7,3} = 10.78$, $p = 0.038$). Protected ANOVAs on individual groups indicated that this result was due to elk causing a 315% increase in the abundance of exotic annual monocots, a 78% increase in the abundance of exotic annual dicots, and a 245% increase in native annual dicots (Fig. 3 & Table 1). In contrast, elk had no effect on the abundance of exotic perennial monocots, native perennial monocots, exotic perennial dicots, or native perennial dicots (Fig. 3 & Table 1). Plant abundance varied significantly among grassland types for native annual dicots, exotic perennial monocots, and native perennial monocots (Fig. 3 & Table 1). For all plant groups, again the effects of elk were

005239



*Figure 2. Plant species richness (mean ± 1 SE) of seven herbaceous plant groups as a function of grassland type (Baccharis, Lupinus, and open) and the presence or absence of tule elk: (a) annual monocots, (b, c) annual dicots, (d, e) perennial monocots, and (f, g) perennial dicots.*

consistent across grassland types, as indicated by insignificant treatment × grassland type interaction terms ($p > 0.10$).

In a third multiway MANOVA tule elk significantly influenced the aboveground dry biomass of annual and perennial plant species considered collectively (Fig. 4; $F_{2,8} = 5.81$, $p = 0.028$). Subsequent protected ANOVAs revealed that elk increased annual biomass by 34% ($F_{1,9} = 7.13$, $p = 0.026$) but decreased perennial biomass by 50% ($F_{1,9} = 11.67$, $p = 0.008$) (Fig. 4). Annual and perennial biomass did not differ significantly among grassland types (Figs. 4a–b; $F_{2,9} = 1.94$, $p = 0.199$ and $F_{2,9} = 0.77$, $p = 0.491$, respectively). For both annuals and perennials, the effects of elk were consistent across grassland types, as

indicated by the lack of significant treatment × grassland type interaction terms ($p > 0.10$). In addition, there was a nearly 200-fold increase in thatch where elk were excluded (Fig. 4c; $F_{1,7} = 47.65$, $p = 0.002$), and the influence of elk was greater in *Baccharis* plots than in open plots, as indicated by a significant treatment × grassland type interaction ($F_{1,6} = 19.42$, $p = 0.005$).

## Cover and Density of Shrubs

Total shrub cover varied significantly among grassland types (Fig. 5a; $F_{2,6} = 24.36$, $p = 0.0002$). Cover was much greater in *Baccharis* grasslands than in *Lupinus* and open grasslands. In addition, elk caused a decrease in total

**Table 1.  Results from seven multiway analysis of variances for an exclosure experiment evaluating the effects of tule elk on the plant species richness and abundance for seven herbaceous functional groups across three different grassland types in northern California.***

| Variable and source | df | Abundance | | Species richness | |
|---|---|---|---|---|---|
| | | F | p | F | p |
| **Exotic annual monocot** | | | | | |
| grassland type | 2,9 | 1.83 | 0.215 | 3.00 | 0.100 |
| elk treatment | 1,9 | 35.35 | 0.0002 | 16.33 | 0.003 |
| pair (grassland type) | 9,9 | 2.45 | 0.099 | 4.44 | 0.018 |
| G × ET | 2,9 | 0.09 | 0.915 | 0.33 | 0.725 |
| **Exotic annual dicot** | | | | | |
| grassland type | 2,9 | 3.97 | 0.058 | 5.90 | 0.023 |
| elk treatment | 1,9 | 4.18 | 0.071 | 0.79 | 0.396 |
| pair (grassland type) | 9,9 | 0.44 | 0.878 | 1.91 | 0.175 |
| G × ET | 2,9 | 0.19 | 0.833 | 0.26 | 0.777 |
| **Native annual dicot** | | | | | |
| grassland type | 2,9 | 29.05 | 0.0001 | 3.12 | 0.094 |
| elk treatment | 1,9 | 5.20 | 0.049 | 5.47 | 0.044 |
| pair (grassland type) | 9,9 | 3.50 | 0.038 | 2.41 | 0.103 |
| G × ET | 2,9 | 1.47 | 0.281 | 0.13 | 0.878 |
| **Exotic perennial monocot** | | | | | |
| grassland type | 2,9 | 6.49 | 0.018 | 57.00 | <0.0001 |
| elk treatment | 1,9 | 0.05 | 0.833 | 1.00 | 0.343 |
| pair (grassland type) | 9,9 | 2.98 | 0.060 | 1.00 | 0.500 |
| G × ET | 2,9 | 0.44 | 0.659 | 1.00 | 0.405 |
| **Native perennial monocot** | | | | | |
| grassland type | 2,9 | 45.55 | <0.0001 | 40.97 | <0.0001 |
| elk treatment | 1,9 | 0.57 | 0.469 | 7.83 | 0.021 |
| pair (grassland type) | 9,9 | 5.04 | 0.012 | 3.37 | 0.043 |
| G × ET | 2,9 | 1.18 | 0.352 | 0.21 | 0.812 |
| **Exotic perennial dicot** | | | | | |
| grassland type | 2,9 | 15.55 | 0.001 | 15.55 | 0.001 |
| elk treatment | 1,9 | 2.45 | 0.152 | 2.45 | 0.152 |
| pair (grassland type) | 9,9 | 6.82 | 0.004 | 6.82 | 0.004 |
| G × ET | 2,9 | 2.45 | 0.141 | 2.45 | 0.141 |
| **Native perennial dicot** | | | | | |
| grassland type | 2,9 | 4.76 | 0.039 | 4.76 | 0.039 |
| elk treatment | 1,9 | 3.69 | 0.087 | 3.69 | 0.087 |
| pair (grassland type) | 9,9 | 8.05 | 0.002 | 8.05 | 0.002 |
| G × ET | 2,9 | 0.63 | 0.557 | 0.63 | 0.557 |

*Abundance data were log transformed to correct for heterogeneous variances. Key: G, grassland type; ET, elk treatment.

shrub cover ($F_{1,9} = 3.78$, $p = 0.084$). Although this effect was greatest in the open grassland, we did not detect a significant treatment × grassland type interaction term ($F_{2,9} = 0.89$, $p = 0.445$). Elk significantly increased the abundance of juvenile *Lupinus arboreus* (Fig. 5b; $F_{1,4} = 10.55$, $p = 0.031$), which was not explained by differences in the number of mature *Lupinus* plants (mature × juvenile *Lupinus* interaction; $F_{1,4} = 0.27$, $p = 0.629$). Nevertheless, elk did not affect the abundance of mature *Lupinus* shrubs ($F_{1,3} = 0.0711$, $p = 0.807$).

### Interactions among Elk, *Holcus*, and Shrubs

The influence of elk on the abundance of the exotic grass, *Holcus lanatus*, varied significantly with the local neighborhood inhabited by this invader. Specifically, we detected a significant interaction between herbivore treatment and local neighborhood (i.e., whether *Holcus* occurred underneath the canopy of the native shrub, *Bac-*

*charis pilularis*, or whether it occurred in shrub-free areas). Elk had a negative effect on the abundance of *Holcus* in the open grassland, but had no impact when the grass grew in association with *Baccharis* (Fig. 6a, $F_{1,6} = 6.15$, $p = 0.048$). There was a similar significant shrub × elk interaction term for aboveground dry biomass of *Holcus* (Fig. 6b, $F_{1,6} = 22.23$, $p = 0.003$).

## Discussion

In our 5-year exclosure experiment we examined the effects of a reintroduced herbivore on the composition of a grassland community in coastal California. Annual and perennial plant groups responded to elk herbivory in distinct ways, but plant taxa within the same functional group generally responded similarly to herbivory, regardless of whether they were native or exotic. In particular,

005241



*Figure 3. Abundance (mean ± 1 SE) of seven herbaceous plant groups as a function of grassland type (Baccharis, Lupinus, and open) and the presence or absence of tule elk: (a) annual monocots, (b, c) annual dicots, (d, e) perennial monocots, and (f, g) perennial dicots.*

elk increased the abundance and biomass of both native and exotic annuals, decreased the biomass of native and exotic perennials, and had only minimal effects on perennial abundance (Figs. 3 & 4). Although elk herbivory enhanced native annual species, this came at the expense of increased abundance of exotic annuals.

Several hypotheses may explain the opposing effects of elk on annuals and perennials at our coastal grassland site. First, because elk reduce the accumulation of dead plant biomass (Fig. 4c), they may create favorable microsites for the germination and establishment of annuals by freeing up space in an otherwise closed grassland habitat. Support for this hypothesis comes from the many studies that show thatch can adversely influence the germination, survival, and/or growth of colonizing annuals (e.g., Carson

& Peterson 1990; Facelli & Pickett 1991; Foster & Gross 1998).

Second, foraging elk may create favorable microsites for annuals in grasslands by trampling the dominant perennial vegetation with their hooves. Such disturbances favor annual taxa—especially exotics—that are adept at colonizing habitat openings (Hobbs & Huenneke 1992; Cushman et al. 2004). Perennials should be less responsive to both thatch reduction and trampling, given that members of this group (especially perennial grasses) exhibit lower recruitment and reduced colonization ability than annuals (Dyer et al. 1996; Hamilton et al. 1999; Seabloom et al. 2003; Tierney & Cushman 2006).

Third, elk may either feed preferentially on perennials or may simply have a greater effect on them because they

005242



**Figure 4.** *Aboveground dry biomass (mean ± SE) of (a) living annuals, (b) living perennials, and (c) dead biomass (thatch) as a function of grassland type (Baccharis, Lupinus, and open) and the presence or absence of tule elk. The scale of (a) is half that of (b).*



**Figure 5.** *(a) Percent cover of shrubs (mean ± 1 SE) as a function of grassland type (Baccharis, Lupinus, and open) and the presence or absence of tule elk and (b) the relationship between abundance of juvenile and established bush lupines (Lupinus arboreus) as a function of presence or absence of tule elk.*

are the dominant functional group in this system (Fig. 4). The decreased dominance of perennials should lead to increased water and nutrient availability that annuals can capitalize on. Results from several studies support this hypothesis, showing that mammalian herbivores can reduce dominant species and allow less competitive plant groups to flourish (e.g., McNaughton 1983; Collins 1987; Hart-

nett et al. 1996; Proulx & Mazumder 1998; Hayes & Holl 2003). For example, Collins (1987) demonstrated that cattle grazing increases the richness of tallgrass prairie annuals and that this increase is likely due to herbivores consuming a dominant grass species. We suspect that each of these factors—reduced accumulation of thatch, trampling of vegetation, differential impacts of herbivory, and altered competitive dynamics—were likely factors explaining the opposing responses of annuals and perennials to elk in our study.

From a management perspective, one of our most important findings is that elk herbivory greatly reduced the abundance and aboveground biomass of the highly invasive exotic perennial grass, *Holcus lanatus*. This species is a problematic invader in many mesic grasslands along the coast of California, and our work suggests that grazing may be an effective way to control its abundance and subsequent spread in open grasslands. Hayes and Holl (2003) also found that cattle grazing significantly reduced *Holcus* abundance at numerous sites in California.



*Figure 6.  (a) Abundance and (b) aboveground dry biomass (mean ± 1 SE) of velvet grass (Holcus lanatus) as a function of the presence of coyote bush shrubs (Baccharis pilularis) and the presence or absence of tule elk.*

A caveat to our results is that negative effects of elk on *Holcus* disappeared when the invader grew underneath the canopy of the native shrub, *Baccharis pilularis* (Figs. 6a-b). This type of associational resistance to herbivory is most likely due to elk having greater difficulty accessing *Holcus* when it grows beneath the canopies of *Baccharis* shrubs than when it occurs in the open. Others have considered the possibility that plants can avoid herbivory by associating with neighboring plants that make them less susceptible to herbivory (e.g., Atsatt & O'Dowd 1976; Huntly 1991; Hamback et al. 2000; Milchunas & Noy-Meir 2002). For example, Rebollo et al. (2002) demonstrated that the cactus, *Opuntia polyacantha*, provides protection from cattle grazing to many plant species that grow in association with it and that seed production is greater beneath cacti than in adjacent open areas. Our work builds on these results and illustrates the complexities that can arise in human-altered landscapes, where extirpated but now reintroduced native herbivores can control the dominance of problematic exotic plants, and

that these invaders can in turn escape such control by associating with native shrubs.

Mesic grasslands in California are prone to shrub invasion (Hobbs & Mooney 1986; Callaway & Davis 1993), and our data show that elk decreased the cover of such taxa (Fig. 5b). These results are consistent with findings from other studies of elk in North America (Singer et al. 1998; Peinetti et al. 2001; Brookshire et al. 2002) and suggest that elk may play an important role in maintaining grasslands. The negative effect of elk on shrubs was stronger in the open grassland than in the *Baccharis*- and *Lupinus*-dominated grasslands. Over time we suspect that shrub cover will increase in the absence of elk but that such effects might be less pronounced in *Lupinus* and *Baccharis* grasslands because other environmental factors, such as water availability or variations in soil type, may be important regulators of shrub cover that override the effects of herbivores. An increase in shrub cover in any of the grassland types would result in a loss of plant richness in those areas because most herbaceous plant species on Tomales Point occur in open areas and not beneath shrubs (B.E.J., unpublished data).

Although elk had an overall negative effect on shrub cover, they had varying effects on *Lupinus arboreus* at different life stages (Fig. 5a). Elk increased the abundances of juvenile bush lupines, whereas they had no effect on the abundances of mature shrub. Elk may have promoted the initial establishment of lupines by disturbing the soil and/or by reducing the biomass of neighboring plant species (primarily grasses) that would otherwise compete with these juveniles for light, water, or soil nutrients. Once lupines reached maturity, they may have no longer competed with these neighboring taxa or other factors negated the initial increase in *Lupinus* juveniles caused by elk. For example, other herbivore species, such as invertebrates and mammals, reduce the growth and survival of juvenile bush lupines and may thus limit the abundance of mature plants (Maron 1998; Warner & Cushman 2002; McNeil & Cushman 2005).

Tule elk have been reintroduced in many parts of California that differ markedly in temperature, precipitation regimes, and community composition. This expansive distribution across a diversity of conditions makes it challenging to predict how broadly our results will apply to other locations. Although we suspect that elk will have profound effects on plant communities at all reintroduction sites, the magnitude and direction of these impacts may vary greatly. Hayes and Holl (2003) evaluated the effects of cattle grazing on multiple coastal grasslands in northern California and obtained results similar to ours for elk: grazing increased the species richness and cover of native annual forbs and decreased these parameters for native perennial forbs. Hayes and Holl hypothesized that cattle promote annuals by reducing the dominance of perennial grasses and dead biomass and thereby free up resources. Results from this study combined with our

own suggest that domesticated and native grazers may have similar impacts on coastal grasslands and that our results are applicable to other mesic grasslands along the Pacific coast.

In more arid grasslands large mammalian herbivory may exert radically different influences on grasslands (Olff & Ritchie 1998; Kimball & Schiffman 2003). For example, accumulated biomass may have the opposite effect in xeric climates of what we found in our mesic system because it may provide protection to seedlings from intense sunlight and heat (Foster & Gross 1998). Soil conditions may also influence how plants respond to mammalian herbivory, as shown by Harrison et al. (2003), who demonstrated that cattle grazing on grasslands in northern California with serpentine soils increases the richness of native species and grazing on nonserpentine soils has the opposite effect. The difficulty in predicting how vegetation with distinct characteristics will respond to the reintroduction of herbivores underscores the importance of well-designed studies that assess the community-level consequences of these mammals. We strongly urge land managers to establish clear goals about what kind of system they wish to maintain prior to initiating reintroduction programs and to implement rigorous monitoring efforts to determine whether these goals are met.

The management implications of our results are complex because tule elk had an overall positive effect on native species composition, but this came at the cost of increasing the richness and abundance of exotic taxa in the community. Elk also appeared to play a critical role in maintaining open grasslands and preventing certain areas from being converted to less diverse, shrub-dominated systems. These results demonstrate that a reintroduced herbivore species can have profound effects on ecosystems and that land managers need to monitor not only the status of the reintroduced herbivore population, but also the diverse impacts that reintroduced herbivores have on different components of the community.

## Acknowledgments

We thank C. Cumberland, A. Nadell, and T. Tierney for assistance in the field. Many staff at Point Reyes National Seashore provided logistical support, including M. Coppoletta, D. Schirokauer, and especially N. Gates. Special thanks go to V. and A. Johnson for all their support and encouragement throughout this project. This manuscript was improved substantially by comments from S. Benson, C. Christian, J. Coleman, M. Cooper, D. Crocker, E. Main, G. Meffe, D. Stokes, E. Stevens, and two anonymous reviewers. We also received invaluable statistical advice from C. Christian, D. Crocker, N. Rank, and K. Nielsen. Our research has been generously supported by a grant from the National Science Foundation to J.H.C. (DEB-9981663).

## Literature Cited

Alvarez, M. E., and J. H. Cushman. 2002. Community level consequences of a biological invasion: effects of a non-native vine on three plant communities. Ecological Applications **12:**1434–1444.

Atsatt, P. R., and D. J. O'Dowd. 1976. Plant defense guilds. Science **193:**24–29.

Bonham, C. D. 1989. Measurements of terrestrial vegetation. John Wiley and Sons, New York.

Brookshire, E. N. J., J. B. Kauffman, D. Lytjen, and N. Otting. 2002. Cumulative effects of wild ungulate and livestock herbivory on riparian willows. Oecologia **132:**559–566.

Callaway, R. M., and F. W. Davis. 1993. Vegetation dynamics, fire, and the physical environment in coastal central California. Ecology **74:**1567–1578.

Carson, W. P., and C. J. Peterson. 1990. The role of litter in an old-field community: impact of litter quantity in different seasons on plant species richness and abundance. Oecologia **85:**8–13.

Collins, S. L. 1987. Interactions of disturbances in tallgrass prairie: a field experiment. Ecology **68:**1243–1250.

Crawley, M. J. 1983. Herbivory: the dynamics of animal-plant interactions. Blackwell Scientific, Oxford, United Kingdom.

Cushman, J. H., T. A. Tierney, and J. M. Hinds. 2004. Variable effects of feral pig disturbances on native and exotic plants in a California grassland. Ecological Applications **14:**1746–1756.

Davis, M. A., J. P. Grime, and K. Thompson. 2000. Fluctuating resources in plant communities: a general theory of invasibility. Journal of Ecology **88:**528–534.

Dyer, A. R., H. C. Fossum, and J. W. Menke. 1996. Emergence and survival of *Nassella pulchra* in a California grassland. Madroño **43:**316–333.

Facelli, J. M., and S. T. A. Pickett. 1991. Plant litter: its dynamic and effects on plant community and structure. Botanical Review **57:**1–32.

Foster, B. L., and K. L. Gross. 1998. Species richness in a successional grassland: effects of nitrogen enrichment and plant litter. Ecology **79:**2593–2602.

Gogan, P. J. P., and R. H. Barrett. 1995. Elk and deer diets in a coastal prairie-scrub mosaic, California. Journal of Range Management **48:**327–335.

Griffith, B., J. M. Scott, J. W. Carpenter, and C. Reed. 1989. Translocation as a species conservation tool: status and strategy. Science **245:**477–480.

Hamback, P. A., J. Agren, and L. Ericson. 2000. Associational resistance: insect damage to purple loosestrife reduced in thickets of sweet gale. Ecology **81:**1784–1794.

Hamilton, J. G., C. Holzapfel, and B. E. Mahall. 1999. Coexistence and interference between a native perennial grass and non-native grasses in California. Oecologia **121:**518–526.

Harrison, S., K. Rice, and J. Maron. 2001. Habitat patchiness promotes invasion by alien grasses on serpentine soil. Biological Conservation **100:**45–53.

Harrison, S., B. D. Inouye, and H. D. Safford. 2003. Ecological heterogeneity in the effects of grazing and fire on grassland diversity. Conservation Biology **17:**837–845.

Hartnett, D. C., K. Hickman, and L. Fischer-Walter. 1996. Effects of bison grazing, fire and topography on floristic diversity in tallgrass prairie. Journal of Range Management **49:**413–420.

Hayes, G. F., and K. D. Holl. 2003. Cattle grazing impacts on annual forbs and vegetation composition of mesic grasslands in California. Conservation Biology **17:**1694–1702.

Heady, H. F. 1988. Valley grassland. Pages 491–514 in M. G. Barbour and J. Mahor, editors. Terrestrial vegetation of California. John Wiley and Sons, New York.

005245

Case 4:21-cv-04734-HSG    Document 43    Filed 10/12/21    Page 521 of 608

Heady, H. F., J. W. Bartolome, M. D. Pitt, G. D. Savelle, and M. C. Stroud. 1992. California prairie. Pages 313–335 in R. T. Coupland, editor. Ecosystems of the world: natural grasslands. Elsevier, Amsterdam.

Heady, H. F., T. C. Foin, J. J. Kektner, D. W. Taylor, M. G. Barbour, and W. J. Berry. 1988. Coastal prairie and northern coastal scrub. Pages 733–760 in M. G. Barbour and W. J. Berry, editors. Terrestrial vegetation of California. John Wiley and Sons, New York.

Hickman, J. C., editor. 1993. The Jepson manual: higher plants of California. University of California Press, Berkeley.

Hobbs, R. J., and L. F. Huenneke. 1992. Disturbance, diversity, and invasion: implications for conservation. Conservation Biology 6:324–337.

Hobbs, R. J., and H. A. Mooney. 1986. Community changes following shrub invasion of grassland. Oecologia 70:508–513.

Huntly, N. 1991. Herbivores and the dynamics of communities and ecosystems. Annual Review of Ecology and Systematics 22:477–503.

Kimball, S., and P. M. Schiffman. 2003. Differing effects of cattle grazing on native and alien plants. Conservation Biology 17:1681–1693.

Knapp, A. K., J. M. Blair, J. M. Briggs, S. L. Collins, D. C. Hartnett, L. C. Johnson, and E. G. Towne. 1999. The keystone role of bison in North American tallgrass prairie. BioScience 49:39–50.

Lathrop, K. T., and J. P. Gogan. 1985. Plant communities of the tule elk range. Technical report 18. National Park Service, Davis, California.

Levine, J. M., P. B. Adler, and S. G. Yelenik. 2004. A meta-analysis of biotic resistance to exotic plant invasions. Ecology Letters 7:975–989.

Mack, R. N., D. Simberloff, W. M. Londsdale, H. Evans, M. Clout, and F. A. Bazzaz. 2000. Biological invasions: causes, epidemiology, global consequences, and control. Ecological Applications 10:689–710.

Maron, J. 1998. Insect herbivory above- and belowground: individual and joint effects on plant fitness. Ecology 79:1281–1293.

Maron, J. L., and M. Vila. 2001. When do herbivores affect plant invasion? Evidence for the natural enemies and biotic resistance hypothesis. Oikos 95:361–373.

Martin, P. S., and R. Klein, editors. 1984. Quaternary extinctions: a prehistoric revolution. University of Arizona Press, Tuscon.

McCullough, D. R., J. D. Ballou, and J. K. Fischer. 1996. From bottleneck to metapopulation: recovery of the tule elk in California. Pages 375–410 in D. R. McCullough, editor. Metapopulations and wildlife conservation. Island Press, Washington, D.C.

McNaughton, S. J. 1983. Serengeti grassland ecology: the role of composite environmental factors and contingency in community organization. Ecological Monographs 53:291–320.

McNeil, S. G., and J. H. Cushman. 2005. Indirect effects of deer herbivory on local nitrogen availability in a coastal dune ecosystem. Oikos 110:124–132.

Milchunas, D. G., and I. Noy-Meir. 2002. Grazing refuges, external avoidance to herbivory and plant diversity. Oikos 99:113–130.

Mooney, H. A., and R. J. Hobbs. 2000. Invasive species in a changing world. Island Press, Washington, D.C.

Naiman, R. J. 1988. Animal influences on ecosystem dynamics. BioScience 38:750–752.

Nielsen, L., and R. D. Brown, editors. 1988. Translocation of wild animals. Wisconsin Humane Society, Milwaukee.

Noss, R. F. 2001. Introduction: why restore large mammals? Pages 1–22 in D. S. Maehr, R. F. Noss, and J. L. Larkin, editors. Large mammal restoration: ecological and sociological considerations on the 21st century. Island Press, Washington, D.C.

Olff, H., and M. E. Ritchie. 1998. Effects of herbivores on grassland plant diversity. Trends in Ecology & Evolution 13:261–265.

Peinetti, H. R., R. S. C. Menezes, and M. B. Coughenour. 2001. Changes induced by elk browsing in the aboveground biomass production and distribution of willow (*Salix monticola* Bebb): their relationships with plant water, carbon and nitrogen dynamics. Oecologia (Berlin) 127:334–342.

Phillips, W. E. 1976. The conservation of the tule elk: a socioeconomic study of a survival problem. The University of Alberta Press, Alberta, Canada.

Proulx, M., and A. Mazumder. 1998. Reversal of grazing impact on plant species richness in nutrient-poor vs. nutrient-rich ecosystems. Ecology 79:2581–2592.

Rebollo, S., D. G. Milchunas, I. Noy-Meir, and P. L. Chapman. 2002. The role of a spiny biogenic refuge in structuring grazed shortgrass steppe plant communities. Oikos 98:53–64.

Scheiner, S. M. 2001. MANOVA: multiple response variables and multispecies interactions. Pages 99–115 in S. M. Scheiner and J. Gurevitch, editors. Design and analysis of ecological experiments. Oxford University Press, Oxford, United Kingdom.

Seabloom, E. W., W. S. Harpole, O. J. Reichman, and D. Tilman. 2003. Invasion, competitive dominance, and resource use by exotic and native California grassland species. Proceedings of the National Academy of Sciences of the United States of America 100:13384–13389.

Singer, F. J., L. C. Zeigenfuss, R. G. Cates, and D. T. Barnett. 1998. Elk, multiple factors, and persistence of willows in national parks. Wildlife Society Bulletin 26:419–428.

Tierney, T. A., and J. H. Cushman. 2006. Temporal changes in native and exotic vegetation and soil characteristics following disturbances by feral pigs in a California grassland. Biological Invasions 8:1073–1089.

Toweill, D. E., and J. W. Thomas, editors. 2002. North American elk: ecology and Management. Smithsonian Institution Press, Washington, D.C.

Vitousek, P. M., C. M. D'Antonio, L. L. Loope, and R. Westbrooks. 1996. Biological invasions as global environmental change. American Scientist 84:468–478.

Wagner, F. H. 1989. Grazers, past and present. Pages 151–162 in L. F. Huenneke and H. A. Mooney, editors. Grassland structure and function: California annual grassland. Kluwer Academic Publishers, Dordrecht, The Netherlands.

Warner, R., and J. H. Cushman. 2002. Influence of herbivores on a perennial plant: variation with life history stage and herbivore species. Oecologia 132:77–85.



An Approach for Park Managers to Identify Areas of Recreation-Wildlife Conflict

by

Christopher Michael Moi

B.A. (Sonoma State University) 2007

A professional report submitted in partial satisfaction of the requirements for the

degree of Master of Landscape Architecture

in the Graduate Division of the

University of California, Berkeley

Committee in charge:

Professor Joe R. McBride, Chair

Professor John Radke

Ben Becker, Ph.D.

Spring 2009

005247

The professional report of Christopher Michael Moi is approved:

Chair _____ Date _____

      _____ Date _____

      _____ Date _____

**CONTENTS**..........................................................................................................i

LIST OF FIGURES.........................................................................................ii

LIST OF FIGURES CONTINUED...................................................................iii

ACKNOWLEDGEMENTS..............................................................................iv

INTRODUCTION …………….....................................................................v

CHAPTER 1 - SITE ANALYSIS....…...........................................................1

CHAPTER 2- BACKGROUND...………......................................................9

CHAPTER 3 – TOMALES POINT HISTORY…......……...............................14

    Natural History................................................................................14

    Tule Elk History..............................................................................18

    Human History................................................................................24

CHAPTER 4 - METHODS............................................................................28

CHAPTER 5 - RESULTS..............................................................................36

CHAPTER 6 - CONCLUSIONS AND RECOMMENDATIONS....................50

LITERATURE CITED..................................................................................60

APPENDIX A - SURVEY..............................................................................64

APPENDIX B - HUMAN SUBJECTS APPROVAL.......................................70

APPENDIX C - NATIONAL PARK SERVICE RESEARCH PERMIT..........72

005249

## LIST OF FIGURES

Figure 1: Picture of a male tule elk................................................................................................v

Figure 2: Composite map showing areas of highest potential interaction.........................ix

Figure 3: Location of Tomales Point.................................................................................1

Figure 4: Tomales Point visitor statistics.........................................................................2

Figure 5: Tule elk population estimates............................................................................4

Figure 6: Tule elk sign at the exhibits area......................................................................5

Figure 7: Existing sign at Avalis Beach............................................................................5

Figure 8: Existing conditions at Tomales Point................................................................6

Figure 9: Existing conditions at Tomales Point Trailhead..................................................7

Figure 10: Exhibits Area..................................................................................................7

Figure 11: Tomales Point vegetation map........................................................................17

Figure 12: Historical tule elk distribution........................................................................19

Figure 13: GIS method flow chart....................................................................................30

Figure 14: Visitor motivations for visiting Tomales Point.................................................37

Figure 15: Ranked visitor motivations.............................................................................37

Figure 16: Visitor off-trail frequency when hiking...........................................................38

Figure 17: Visitor defined minimum distance between elk and themselves.....................38

Figure 18: Factor analysis group table............................................................................42

Figure 19: Density of elk sightings using Thiessen polygons...........................................44

Figure 20: Density of off-trail hiking locations using Thiessen polygons........................45

Figure 21: Trends in elk sighting locations using IDW....................................................46

Figure 22: Trends in off-trail hiking locations using IDW...............................................47

ii

**LIST OF FIGURES CONTINUED**

Figure 23: On-trail hiker concentration using linear density.............................................48

Figure 24: Composite map showing locations of highest interaction...............................49

Figure 25: Visitor supported management actions...........................................................51

Figure 26: Buoy used at Año Nuevo State Park for illustrative purposes........................52

Figure 27: Suggested Locations for new signage.............................................................54

Figure 28: Existing billboard style sign at Tomales Point.................................................55

Figure 29: Graph of curvilinear recreational impact-user level relationship....................57

**ACKNOWLEDGEMENTS**

I would like to thank the National Park Service, Point Reyes National Seashore, park wldlife biologist Natalie Gates, and Ben Becker, Director of the Pacific Coast Science and Learning Center for giving me the opportunity to work on this project and for providing me with guidance.

I would also like to thank my friends and colleagues in thesis studio for their support and my committee members and professors for their invaluable suggestions and constructive criticism.

Finally, I would like to thank my wife for putting up with me being a non-income generating member of the household for the past few years while I was in school.  I could not have accomplished this without her.

005252

## INTRODUCTION

*"..to conserve the scenery and the natural and historic objects and the wild life therein and to provide for the enjoyment of the same in such manner and by such means as will leave them unimpaired for the enjoyment of future generations." (National Park Service Organic Act)*



When wildlife persistence is jeopardized by human recreation, the balance of recreation can be difficult to achieve.  The National Park Service is mandated by its enabling legislation to conserve the "wild life" and natural resources found within its parks while at the same time providing opportunities for people to use and enjoy those resources.

**Figure 1: A Male Tule Elk at Tomales Point**



Source: B.Katzung, 2004

v

Park managers have an especially difficult wildlife management situation at Tomales Point (the Point) in the Point Reyes National Seashore because:

- The tule elk (*Cervus elaphus nannodes*) are in an enclosed reserve

- The Point has a high visitation rate on a per acre, per year basis

- The tule elk seem to use two areas in particular for breeding and calving

- The Point is part of the Phillip Burton Wilderness which adds additional management requirements

The situation at the Point prompted wildlife managers at Point Reyes to initiate a study in 2002 to investigate elk behavioral response to different recreational groups. The study focused on the two areas identified as core breeding and calving areas - White Gulch and Avalis Beach (Howell et al. 2002) (see figure 2).  The key findings of that study were that the elk were less likely to remain in the study area during an observation session and that elk were more likely to exhibit an active behavior such as running, walking away or standing when hikers were present (Becker and Moi 2008).

These findings have significant management implications considering that elk breeding and calving activity are primarily restricted to two areas on the Point.  Any disturbance during the elk breeding and calving season will have a pronounced impact on the elk, forcing them to move out of their preferred habitat.

From the observational study it is known that there is an interaction between hikers and tule elk occurring at Tomales Point although it is unknown where the interaction is happening.  This interaction is potentially harmful but the known concentrations of hikers and the concentrations of elk sightings are needed so that areas of recreational conflict with wildlife can be elucidated.  It is essential for park managers

vi

to know the areas of highest interaction so that they can mitigate impacts through the placement of signage that encourage low impact visitor behavior.

From previous study (Howell et al. 2002) it is known where the preferred habitat of the tule elk is on Tomales Point although it is not known where people are seeing the elk and going off-trail to disturb them.

It is unknown what will happen to the elk population at Tomales Point if recreation impacts are left unchecked.  At the very least, the tule elk exert unnecessary energy by avoiding people who hike off-trail.  In addition, elk may become habituated to constant contact with humans, which would conflict with the National Park Service mandate to preserve the wildlife in its natural state.

This report attempts to identify a process by which park managers can identify areas of recreational conflict with wildlife by using a survey instrument and a Geographic Information Systems (GIS) analysis to:

• investigate the recreationist-elk interaction potential at White Gulch and Avalis Beach

• identify concentrations of elk sightings by people

• identify where hikers are going on Tomales Point - both on and off the main trail

• recommend where mitigation should occur

This process offers a relatively quick, inexpensive way to use social science data collected through visitor surveys to inform resource management.  Using park visitors as "eyes on the ground" in the absence of funding for wildlife or human tracking may be an effective way for park managers to get quick information about park visitors' perception of impacts and where visitor impacts are spatially located, so that management actions can be tailored accordingly.  Knowing where park visitors are within a park is key to

vii

reducing conflict between recreationists and wildlife.  For example, park managers may know which areas a species inhabits, but without knowing which areas are used by people there is no way to know if that species is at risk from human disturbance.

- Chapter 1 of this report is composed of a site analysis conducted to better understand the existing conditions at Tomales Point.

- Chapter 2 provides a background review of literature supporting the idea that human recreation can and does impact the tule elk at Tomales Point.

- Chapter 3 briefly discusses the brief natural, tule elk and human history at Tomales Point on the Point Reyes peninsula.

- Chapter 4 discusses in detail the method used for this report - the survey instrument used, the GIS analysis conducted and why those particular methods were chosen.

- Chapter 5 will discuss the results of the analysis.

- Chapter 6 will discuss management recommendations based upon the analysis and ways this report could be improved upon or added to in the future.

The method used in this research showed the areas of concentrations of elk and people are on Tomales Point.  Potential conflict areas are identified, as well as areas where signage should be placed to persuade people to remain on the trail and encourage people to engage in low impact behavior.

It was found through the analysis that there are concentrations of elk sightings near both White Gulch and Avalis Beach (see figure 2).  At White Gulch there is a higher density of people which intuitively makes sense because of its short distance to the trailhead.  However, at Avalis Beach there is a high concentration of elk sightings but less people meaning more elk seen per person hiking which indicates high interaction

viii

**Figure 2: Composite Map Showing Areas of Highest Potential Interaction**



*Concentrations of off-trail hiking locations (red) and elk sightings (black).
Concentrations of visitors on-trail shown from highest density (black) to lowest (white).

005257

potential.

Additionally, through this analysis, another area of high interaction potential was discovered between White Gulch and Avalis Beach (see figure 2).  While this area has not been identified as core habitat, frequent elk sightings by hikers suggests that tule elk often use this area.  Tule elk herds may have started using this area as well for breeding and calving; this area should be researched further to determine if this is in fact true.

To mitigate this interaction, signage should be placed at the trailhead, at White Gulch and at Avalis Beach to persuade park visitors to not approach elk or to go off-trail in these areas.  Additionally, a buoy or some other object could be placed at the trailhead illustrating how far people should be from tule elk at all times (see figure 19).  Furthermore, a more accurate measure of how many people use Tomales Point per day would give managers a better idea of how to adapt mitigation to reflect varying use levels.

Point Reyes has a rich tradition of involving science and university researchers in the planning and management of the park.  At Tomales Point there have been many research projects initiated as partnerships between the National Park Service and Master's and Ph.D. students.  The previous studies have focused on assessing tule elk herd size and composition, disease, impact of tule elk management on endangered species and evaluating the vegetation of the tule elk range.  However, none of the studies have investigated the interaction between park visitors and tule elk on Tomales Point and this report attempts to fill that gap.

x

**CHAPTER 1: SITE ANALYSIS**

**Figure 3: Point Reyes peninsula with Tomales Point shown in orange box**



Point Reyes National Seashore is a 71,000-acre park located about 30 miles north of San Francisco, California and within driving distance of the nine-county San Francisco Bay Area and approximately 7,000,000 people (Bay Area Census website 2007).  The park has 32,000 acres of designated wilderness, which includes Tomales Point and the 2,300-acre tule elk (*Cervus elaphus nannodes*) reserve.  The entire park had 2,232,082 visitors in 2007, and nearly 300,000 of them visited Tomales Point and the tule elk reserve (NPS public use website) (see figure 4).  The park has had numerous public comments at public meetings and elsewhere that the tule elk are a great attraction drawing people from all over to Tomales Point (Seashore 1998).

In 1976, about 50 percent of Point Reyes National Seashore was declared wilderness by Congress, thus furthering the preservation mission of park (NPS 1980).

005259

Within wilderness areas, motorized vehicles and commercial activities are prohibited in an effort to preserve areas that have remained "untrammeled" by man.  Wilderness areas are to remain undeveloped and only minimalist signage and other activities are allowed within areas of designated wilderness (Seashore 1998).

**Figure 4:Tomales Point Visitor Statistics***



*Car count data was subtracted at Sir Francis Drake and Pierce Point Road from Tomales Bay State Park car count data (Source: NPS Public Use Website; Tomales Bay State Park Public Use Records)

**EXISTING CONDITIONS**

Tomales Point is located at the northernmost point of the Point Reyes National Seashore.  The tule elk reserve at the Point is approximately 1,052 hectares (2,600 acres) in size (Howell et al. 2002).   The tule elk range extends from the northernmost tip of the Point Reyes peninsula 5 miles southward with the southern boundary marked by a three-mile-long, 8-foot-high fence that separates the herd from surrounding active cattle ranches and is bordered on the west by the Pacific Ocean and the east by Tomales Bay (Gogan 1986; Seashore 1998; Howell et al. 2002).

2

Pierce Point Road is the only access road allowing entrance to the reserve by car. Since the tule elk reserve is part of the Phillip Burton Wilderness Area, there are no bicycles or motorized vehicles allowed on the trail. The Tomales Point trail is a 4.7 mile out-and-back trail. The trailhead parking lot is adjacent to the historic Pierce Point dairy. Dairy buildings remain and are part of an interpretive trail with signage that discusses the productive history of the ranches on Tomales Point.

Tomales Point is visited by hundreds of thousands of people every year (see figure 4). Visitors can access the Point by driving to the trailhead on Pierce Point Road and hiking on the Tomales Point trail, by hiking up onto the Point from McClures Beach or by boat at numerous beaches along the east of the Tomales Point peninsula.

Avalis Beach is one of the beaches that can be used to access Tomales Point. Avalis Beach was also identified as core breeding and calving habitat by Howell et al. (2002). The area is frequented by boaters and hikers. There are currently two signs that are in very poor condition that attempt to encourage people to use other beaches to hike onto Tomales Point because Avalis Beach is tule elk habitat (see figure 7).

White Gulch was also identified by Howell et al. (2002) as breeding and calving habitat for the tule elk. Currently there are no signs informing hikers that White Gulch is important elk habitat. There is an unofficial spur trail that has been created at White Gulch that was probably created by both hikers and elk. When hiking on the main trail, it could be difficult to discern that the spur trail is not an official trail. White Gulch is mostly used by hikers, although boaters can access Tomales Point through the little bay inlet (see figure 8).

The Tomales Point trailhead does not have any signs with information about the

3

tule elk with the exception of an $8^{1/2}$ inch by 11 inch laminated sheet of paper discussing the tule calving season (see figure 28). The remaining existing signs discuss the historic Pierce Point dairy, general information about Tomales Point and Tomales Point trail and mountain lion safety.

In addition, there is an "exhibits" area located off Pierce Point Road before one arrives at the trailhead (see figure 10).  This is the only place where there is a sign that mentions the tule elk (see figure 6).  While this area is a good place for a view of the historic dairy, Tomales Bay and Tomales Point, it seems to be used infrequently by visitors and the tule elk sign would be better utilized down by the trailhead parking lot.

The tule elk population at Tomales Point at present is approximately 459 individuals.  The present population is markedly lower than in years past (see figure 5 below).  All age groups and sex classes have declined to the lowest minimum population estimate since 2005 (unpublished Point Reyes annual elk census).

**Figure 5: Tomales Point Tule Elk Population Estimates**



Source: Unpublished Annual Tule Elk Census (NPS)

4

**Figure 6: Tule Elk Sign at the Exhibits Area\***



*This sign could be moved down to the trailhead parking lot

**Figure 7: Current Sign at Avalis Beach Warning Visitors of Area's Importance**



5

**Figure 8: Existing Conditions at Tomales Point**



005264

**Figure 9: Trailhead Existing Conditions**



**Figure 10: "Exhibits" Area**



7

Currently, the Tomales Point trailhead is underutilized as a place to engage and educate the public about recreational impacts and the interesting history of the tule elk. A few small improvements could be made to illustrate how humans can enjoy a resource such as the tule elk without disturbing or harming them.

8

## CHAPTER 2: BACKGROUND

*"A thing is right when it tends to preserve the integrity, stability, and beauty of the biotic community.  It is wrong when it tends otherwise." Aldo Leopold, A Sand County Almanac.*

Visitors to Tomales Point are having direct, observable impacts on tule elk behavior when they move off the main trail to view or photograph the elk or when they approach elk when off-trail.  While it is not yet clear if these activities are causing the population or reproductive success of Tule elk to decline, there may still be long term effects resulting from this disturbance.

When studies fail to find significant influences of recreational disturbance on wildlife, it may not be because the disturbance is unimportant, but rather the effect may be subtle and not easily detected (Knight and Cole 1995).  As explained by Borkowski and others (2006) in their study, over-snow vehicles elicited little observable response.  However, they commented how recreational activities can have physiological effects on wildlife that are not readily observable such as increased heart rate, blood pressure and respiration as well as release of adrenaline.  The release of adrenaline causes the diversion of energy from physiological processes not needed for immediate survival.

Borkowski and others (2006) went on to say that the Yellowstone elk population remained relatively constant throughout the study and that any effects of disturbance seemed to be alleviated at the population level.  They also discussed how park constituency reactions to the situation at Yellowstone could be grouped into two general extremes:

9

005267

1.  Elk are not being harmed because the population is not going down;

2.  Human activities that induce any stress in wildlife should be curtailed

Studies have shown that scientific findings rarely cause people to alter their beliefs, and interpretation of response and behavioral data will vary by individual personal values (Borkowski et al. 2006).  However, Marion and Reid (2007) in their analysis of low impact visitor education research, reported that people were more likely to be persuaded to alter their behavior for ecological rather than social reasons.

That said, it is hypothesized that if visitors to Tomales Point were aware that their activities could have a negative effect on the tule elk there would be a reduction in recreational impact.  Littlefair and Buckley (2008) showed that educating visitors on how to minimize impacts to wildlife reduced visitor impact.  In addition, Taylor and Knight (2003) postulated that recreationist perceptions regarding their effects on wildlife may influence their behavior on public lands and knowledge of visitor perceptions can help managers encourage positive visitor behavior between wildlife and them.

Therefore, visitors were surveyed at Tomales Point to investigate their perceptions regarding recreational effects on wildlife, specifically the tule elk, and to locate areas of high human-elk interaction.  As with Taylor and Knight (2003), it was predicted that most people would not think recreation has an impact on the wildlife at Tomales Point (however, most people did agree recreation can negatively effect wildlife, see chapter 5). People were also asked what motivated them to hike at Tomales Point to get an idea what might be driving people's behavior when recreating there.

The concept of motivation is important in explaining the basis of the conflict between recreation and conservation (Knight and Cole 1995).  Motivations have

10

expectancies and norms associated with them.  People recreate with the expectation of some reward, fulfillment or other specific outcome.  In addition, prior to arrival at a park, people have preconceived notions or norms of what type of behavior is appropriate and acceptable in different situations (Kuss and Graefe 1990; Knight and Cole 1995).

Recreational activities are known to have undesirable consequences for wildlife. Activities such as hiking, biking or horseback riding were once thought of as benign, because their related impacts were spread over large areas (Knight and Cole 1995; Taylor and Knight 2003).  Recently, recreational activities have gotten more attention for their potential to disturb wildlife (Knight and Cole 1995).  As the human population increases, recreationists will increase.  Recreational activities expected to increase most rapidly are nonconsumptive activities such as day hiking and bicycling (Knight and Cole 1995).

Nonconsumptive recreational activities can have direct or indirect effects on wildlife and can affect wildlife at the individual, species, community, or population level.  Examples of direct effects are intentional harassment of wildlife by people or unintentional disturbance of wildlife by wildlife photographers that cause animals to alter their behavior.  Indirect effects of recreational activities are the degradation of the landscape through erosion or refuse or the simplification of vegetation communities (Knight and Cole 1995).

Wildlife managers are challenged to deal with a wide variety of wildlife responses to human activity.  Three general responses of wildlife to disturbance are avoidance, attraction and habituation (Knight and Cole 1995).  Wildlife will exhibit avoidance responses when human activity is associated with negative consequences, attraction when associated with positive outcomes, and habituation when the encounter is considered

11

neutral (Knight and Cole 1995).  In addition, as mentioned before, wildlife managers are challenged by a broad mandate to protect and conserve park wildlife and resources, allow people to access and enjoy those resources and protect people from potential natural hazards (Knight and Cole 1995).

Numerous studies have shown that pedestrians have the greatest potential to disturb wildlife (Schultz and Bailey 1978; Boyle and Samson 1985; Taylor and Knight 2003).  In Schultz and Bailey (1978) elk took flight at a greater distance when approached on foot.  In his recent review of recreational disturbance on ungulates, Stankowich (2008) found that, in general, humans on foot are the most disturbing to ungulates, more than humans on horseback and bicycling, although humans on bikes have the opportunity to disturb more wildlife per unit time than people on foot (Taylor and Knight 2003).

Additionally, nature viewing and wildlife photography have great potential to disturb wildlife because people partaking in these activities actively seek out animals and are more likely to approach them, and the disturbance is likely to be more frequent and longer in duration (Boyle and Samson 1985; Knight and Cole 1995).  In addition, backpacking, hiking and horseback riding can effect wildlife by displacing individuals (Knight and Cole 1995).  Furthermore, wildlife may avoid areas with high human activity, which may reduce the carrying capacity of public lands (Taylor and Knight 2003).

If the disturbance is heavy but only in a limited area animals may exhibit "adaptive redistribution" which may cause them to move from high quality habitat to more marginal habitat (Knight and Cole 1995).  Dyke and Klein (1996) showed that elk made use of habitat and terrain to reduce visual contact with disturbance.  The population

12

slightly reduced the size of its total range and increased the use of core habitat areas and reduced the distance kept between individuals.

As mentioned in the introduction, the tule elk at Tomales Point are particularly vulnerable to recreational disturbance because they are in an enclosed reserve.  Adding to their vulnerability is the fact that they have restricted most of their breeding and calving activity to two areas within the enclosed reserve.  If elk are disturbed during these critical periods in their life cycle by recreationists there is great potential for the population at Tomales Point to be jeopardized.

13

**CHAPTER 3: HISTORY**

**POINT REYES NATURAL HISTORY**

*Point Reyes Climate*

The temperate Mediterranean climate of California is typified by winter rain and summer drought.  The same climate can be found at Point Reyes.  While some people would argue that there are only two seasons seen in California, the rainy season and the dry season, the coastal Miwok believed there were 13 seasons (Evans 2008).  Despite the clear differences between summer and winter in California and Point Reyes, the average monthly temperature remains relatively constant year-round.  The temperature rarely exceeds 90 degrees Fahrenheit in the summer or drops below 40 degrees Fahrenheit in the winter (Seashore 1998).  The average temperature for midsummer is 55 degrees Fahrenheit and the average temperature for midwinter is 50 degrees Fahrenheit (Evans 2008).  The air on the peninsula is full of moisture, which insulates the land from seasonal temperature extremes and provides water to keep the tule elk range productive. The constant temperature makes the Point Reyes peninsula one of the most hospitable climates to live in the world (Evans 2008).

Total rainfall for the peninsula averages about 25 inches per year with some annual variation.  Drought does occur however, where rainfall may be half of what it normally is (Seashore 1998). Gogan (1986) theorized that precipitation for Tomales Point is likely lower than for Inverness Ridge although Tomales Point is covered with advective fogs from May to August.

While, generally speaking, the climate of Point Reyes is constant, there are wide variations in microclimates throughout the peninsula.  For example, there is twice as

14

much rainfall in Bear Valley as at the Point Reyes lighthouse (Evans 2008).  Both of these sites vary widely in vegetation as well, with Bear Valley having lush forests associated with Inverness Ridge and the lighthouse having coastal scrub and grassland (Evans 2008).

Furthermore, the temperatures in east or south facing canyons can have temperatures that may be as much as 12 to 14 degrees warmer than the coastal ocean bluffs (Evans 2008).  Moreover, there can be extreme variation between vegetation within the same canyon on opposite slopes and is most obvious in east-west facing canyons with full southern exposure on one side (Evans 2008).  These slopes are typified by having drought tolerant shrubs and trees with small leaves to reduce transpiration and water loss.  There are multiple factors that contribute to microclimactic variation such as exposure to prevailing winds, exposure to summer fog, distance to the ocean or bay and human uses (Evans 2008).

The western bluffs of the elk range on Tomales Point have microclimactic variation as well.  The ocean bluffs in the west are often 10 to 15 degrees Fahrenheit cooler than the east-west running canyons exposed to full sun (Seashore 1998).  In addition, winter storms have been known to deposit large amounts of rain along the coast but only light rain inland a few miles away (Seashore 1998).

***Point Reyes Geology***

The geologic origins of the Point Reyes peninsula are not well known (Evans 2008).  Evans (2008) discussed one potential scenario –

"Perhaps it began in some shallow lagoon along the Mexican coast, where fine

15

sediments of sand, clay, and lime were deposited in a pre-Cretaceous period more than 145 million years ago, or even as early as the great Paleozoic (at least 225 million years ago), before the ascendancy of birds and mammals."

What is known is that the geology of the peninsula is constantly changing. Today, Point Reyes sits at the eastern edge of the Pacific Plate and is sliding past the North American continent in a northwesterly direction. The peninsula's bedrock is changing due to the Pacific Plate subducting under the North American Plate (Evans 2008).

Evans (2008) went on to explain the geology of the peninsula as being separated generally into three different geologic regions: the large granitic body of Inverness Ridge, the large granitic outcrop of Point Reyes headlands now covered with conglomerates (small pieces of rock cemented together), and the area in between the two with "some structural elements underlain by granite".

In Gogan (1986), quoting from Galloway (1977) – "The plutonic rock underlying Tomales Point, '… ranges in composition from quartz diorite through granodiorite to adameilite.'" Gogan (1986) went on to say that granitic outcrops occur widely at Tomales Point and granodiorite "occurs as wave-cut bluffs up to 45 m[eters] above sea level."

Tomales Point is mostly covered by a single soil type classified as the Kehoe Variant of the Sheridan Baywood Association (Gogan 1986).

***Point Reyes Vegetation***

The vegetation of Point Reyes peninsula can be separated into seven different

16

**Figure 11: Tomales Point Vegetation Map Using California Wildlife Habitat Relationship (CWHR) Classification System**



communities – Douglas-fir and mixed evergreen forest, mixed evergreen hardwood forest, Bishop pine forest, coastal scrub, grassland, beach and dune and tidal marsh (see figure 11).  Since the arrival of Europeans the grasslands have been converted from a diverse community of annual bunchgrasses, forbs, and small shrubbery to one dominated by nonnative annual grasses.  In addition, severe grazing on the peninsula has artificially selected perennial grasses over annual grasses and limited the range of the coastal scrub (Evans 2008), although Native American burning practices likely modified vegetation communities as well (Gogan 1986).

According to Howell and others (2002), the tule elk range on Tomales Point can be classified into four vegetation communities: open grassland, lupine grassland, coyote bush grassland and dense scrub.  In addition to the tule elk, the tule elk range is home to three federally listed plant species – the Point Reyes blennosperma, the North Coast bird's beak and the San Francisco owl's clover.  Additionally, the range is home to the federally endangered Myrtle's Silverspot butterfly (Howell et. al 2002).

**TULE ELK HISTORY**

*"Point Reyes was drenched with fog, but as the day wore on it lifted; and ahead of them they saw a herd of elk on a rise of land – 'not less than 400 head of superb fat animals.'* (Mason, 1970)

There were once as many as 500,000 tule elk that roamed the grasslands of the San Joaquin Valley from the Shasta Valley south to Bakersfield, east to the Sierra foothills and west to the coast (see figure 12).

18

**Figure 12: Historical Tule Elk Distribution in California**



Source: (McCullough 1969)

The gold rush in the mid 1800s and the associated population and development boom, fur traders, tallow industry and market hunting for restaurants in San Francisco nearly drove the Tule elk population to extinction ((McCullough 1969; McCullough 1996).  By 1873, it is estimated that there were as few as 28 tule elk remaining in California (McCullough 1969; McCullough 1996).

The largest remnant population was found on a private ranch near Bakersfield owned by Henry Miller, a wealthy landowner (McCullough 1969; McCullough 1996). Henry Miller saw the importance of conserving the remaining tule elk and along with other concerned individuals fought to establish the first tule elk reserve in Bakersfield in 1932 (McCullough 1969; McCullough 1996).

19

*Tule Elk History at Point Reyes*

The earliest accounts of tule elk presence at Point Reyes are from the Spanish crew of the San Augustin in 1595 (Gogan 1986).

The Olema Valley on the Point Reyes peninsula used to contain greater than 1,000 tule elk.  The Olema Valley population was eliminated by the mid 1800s as agriculture, logging, hunting and development increased dramatically due to the gold rush (Seashore 1998; McCullough 1969).  There are numerous accounts of elk hunts in the literature.

As discussed in Gogan (1986) and Mason (1970), the most thorough description of the tule elk range prior to their extirpation was done by Lieutenant Joseph Warren Revere.  Revere described an elk hunt in August of 1846.  Revere noted that Mexicans were aware that the best time to hunt elk was in August because they were the fattest then (Gogan 1986) and that a herd of over 400 elk was sighted by an 1846 hunting party.  Gogan (1986) suggests by Revere's observations that the slaughter of elk was extensive at that time.  From Gogan (1986) quoting Revere –

"The elk are very abundant at this season, and more easily killed than cattle. We passed many places, on our way back, where mouldering horns and bones attested to the wholesale slaughter which had been made in previous years by the rancheros of the neighborhood."

One of the earliest settlers of Point Reyes peninsula, Mr. P.J. Shafter came to Marin County in 1862 and by that time believed that tule elk had been extirpated from Point Reyes.

In 1978, 10 tule elk, two males and eight females, were moved to Point Reyes National Seashore from the San Luis National Wildlife Refuge and placed in a 1,052

20

hectare (2,600 acres) enclosed reserve on Tomales Point.  As mentioned in chapter one, the tule elk range extends from the northernmost tip of the Point Reyes peninsula 5 miles southward with the southern boundary marked by a three-mile-long, 8-foot-high fence that separates the herd from surrounding active cattle ranches and is bordered on the west by the Pacific Ocean and the east by Tomales Bay (Gogan 1986; Seashore 1998; Howell et al. 2002).

The population grew slow at first due to mineral deficiencies, adult mortality, Johne's disease and reduced reproductive rates (Seashore 1998).  Additionally, at the time the elk were introduced in 1978, they had to share the range with cattle, which led to increased competition for forage on the already degraded range.  Cattle were removed from Tomales Point in 1980 paving the way for the elk population to grow (Seashore 1998).

There has been much debate over the tule elk population housed at the reserve on Tomales Point.  Researchers have estimated the carrying capacity of the tule elk range to be between 140 and 350 elk based upon the available vegetation found within the habitat (Seashore 1998; Howell et al. 2002).

Since tule elk were reintroduced to Tomales Point, they have dramatically increased in numbers.  The current population is estimated to be around 459 individuals (unpublished elk census 2008).  In 1998, 45 elk were moved from the enclosed reserve on Tomales Point to the Limantour wilderness area within Point Reyes National Seashore and allowed to roam free.  Some members of the Limantour herd eventually moved to D-Ranch on their own after being released from quarantine in 1999 (Gates pers comm. 2009).

21

Even though the current population is well over the hypothesized maximum carrying capacity of 350 individuals at the reserve, park managers have been faced with the dilemma of how to reduce the population in a way that is acceptable to the public. Hunting may be permitted at Point Reyes, although any killing of the elk is extremely unpopular with the local citizens (Seashore 1998; Howell et al. 2002). Park managers started to use contraception in 1997 as a way to manage the elk population at the reserve although that program ended in 1999 because funding was inadequate (Cobb pers comm. 2008; Pt. Reyes Light 2005). Presently park managers hope that the herd will reach equilibrium with the existing vegetation and naturally regulate itself (Seashore 1998; Cobb pers comm. 2008).

### Tule Elk Life History

Tule elk cows give birth in late spring or early summer, (April to June) usually to one calf and rarely twins. Calves born at this time were conceived during the previous rutting (breeding) season which is not definite for Tomales Point tule elk, although mostly occurs from July to October (Seashore 1998; unpublished NPS data 2003). Rutting season behavior includes bugling vocalizations, which are high-pitched calls by males, body postures, sparring and fighting between males where injuries sometimes occur (Seashore 1998).

The sex ratio of calves is usually 50:50 at birth although females tend to live longer than males. Tule elk grow fast and reach sexual maturity by about 18 months. Adult female elk typically weigh 300 to 500 pounds with males weighing 50 to 100 pounds more than females (Seashore 1998). At age one-and-a-half, males develop

22

straight antlers and are referred to as spike bulls.  With age, the antlers grow to have four

or five points or more and they may weigh as much as 40 pounds (Seashore 1998).  In

February the antlers are cast off and males immediately start growing new ones (Seashore

1998; Cobb pers comm. 2008).  This process of antler growing is nutritionally demanding

for the male and is part of the reason why males do not live as long as females (Seashore

1998).

Tule elk breed polygamously with males competing during rut for reproductive

dominance.  The dominant bulls mate with groups of females by forming harems and

actively guard the harem against other males (Seashore 1998).  The most dominant males

are typically between four and eight years old and they may go a month without eating to

mate and keep out competitors (Seashore 1998).

Tule elk are considered mixed-grazers because they feed on grasses, herbs, woody

shrubs and trees (Seashore 1998).  Each elk will consume two to three-and-a-half pounds

of vegetation per 100 pounds of body weight in a day.  Therefore it is estimated that

each individual elk will require three to ten acres of habitat to sustain itself, although this

figure is inexact because it is context dependent (Seashore 1998).  The tule elk at Tomales

Point have few predators at the present time, although historically, black bears, grizzly

bears, mountain lions and coyotes would have eaten sick, old and young elk (Gogan

1986; Seashore 1998).  Currently only coyotes, mountain lions and bobcats are present

on the range.  Bobcats and mountain lions remain effective predators of tule elk calves,

especially during years with low forage (Gates pers comm. 2009; Seashore 1998).

005281

**HUMAN HISTORY**

The first humans to inhabit the Point Reyes peninsula were the Coastal Miwok and Pomo bands although human occupation in the area may go back as far as 11,000 years (Seashore 1998; Evans 2008).  Coastal Miwok lived in the area as hunter-gatherers and relied on the cycle of the moon to tell them what foods were available (Evans 2008).

NPS estimated there were more Native Americans on the peninsula in 1500 than white people in 1960 (Point Reyes Land Use Survey 1961).  At one time, there were 113 village sites located on Point Reyes peninsula, along the western shore of Tomales Bay, Drakes Estero and other coastal areas leading some to believe marine animals were a staple food product of the Miwok.  In addition, acorns, fruits and berries were a staple for the Miwok people.

Most Miwok moved to the Mission San Rafael by 1820 leaving their land vacant. By that time, smallpox had killed an estimated 70,000 Miwok in Marin, Napa, Sonoma, Solano, Mendocino, and Humboldt counties (Mason 1970).

Point Reyes was visited by Spanish and English explorers in the 1500s and is thought to be the site of the first known landing of Sir Francis Drake in 1579, although there is some uncertainty over the precise site where Drake landed (Mason 1970; Seashore 1998).

The Portuguese explorer Sebastian Rodriguez Cermeno arrived on his ship the San Agustin on November 6th 1595 on his way to Acapulco.  Cermeno took the point for the King of Spain – naming it La Bahia de San Francisco, which caused confusion with the real San Francisco Bay.  The San Agustin would later shipwreck (Mason, 1970).

Another explorer named Don Sebastian Vizcaino arrived on January 6th 1603,

24

the day of the Three Holy Kings.  Vizcaino was looking for the ship and cargo of the shipwrecked San Agustin but failed to find anything (Mason, 1970).  Vizcaino named the bay the Puerto de los Reyes and the cape Punto de los Reyes in honor of the three kings of Cologne (Mason, 1970).

*Point Reyes Ranching*

Since Drake, many Europeans visited Point Reyes, although the point was not settled until 1834 by William Smith (Seashore 1998). Mexican land grantees brought cattle in the 1830s.  The first settlers introduced cattle during what is referred to as the "rancho period" when two Mexican ranchos were established.  The rancho period lasted about 25 years and by the gold rush in 1848 most of the land was owned by one American family.

The dairy and beef industry developed in 1857, became regionally important and prospered for over 100 years (Mason, 1970).  Several dairies continue to operate within the park boundaries to this day**.**

The dairies of Point Reyes were among the first large-scale quality dairies in the state and the Shafter's butter district was considered to be the largest in the world.  Prior to 1857, dairy products were shipped from the east coast to San Francisco or produced locally on small dairies of "questionable quality" (Mason, 1970).

Pierce Point Ranch consists of three former ranch sites – the lower Pierce Ranch site, demolished by NPS in the 1970s, the original Solomon Pierce homestead at White Gulch (no longer there) and the upper Pierce Ranch site (which still exists) (Livingston 1994).

25

Upper Pierce Ranch is located on a swale on Tomales Point with Tomales Bay to the east and the Pacific Ocean to the west.  Access to Tomales Point and the ranch is along Pierce Point Ranch Road, which terminates at the parking lot for McClures Beach.

The ranch consists of 18 buildings all dating from 1860 to 1933.  The ranch is no longer in use, but it has been listed on the National Register of Historic Places, has been restored and is open to the public with interpretive signage for self-guided tours.  The main ranch house is presently occupied by park personnel (Livingston 1994).

The Pierce Point Ranch land was originally part of the Antonio Osio land grant tof 1843, Punta de los Reyes Sobrante, which was acquired by Shafter, Shafter, Park and Heydenfeldt in 1858 (Livingston 1994).

The firm then sold the 2,200-acre tract of land at the end of Tomales Point to Solomon Pierce for $7,000.  In December of 1858, Solomon and his family moved to the ranch.  Pierce settled in the valley of White Gulch on the north shore, invested in livestock and cleared 400 acres of his land (mostly coastal scrub).  By the end of his first year he acquired $2,192 worth of ranch animals: three horses, 37 milk cows, two oxen, and 24 pigs that raised the value of the ranch to $8,000.  Pierce Ranch produced 4,000 pounds of butter each year, which was second in volume on the peninsula.

In 1862 the ranch consisted of two buildings, a cultivated field and rows of planted trees all near the water at White Gulch.  Between 1862 and 1868, Pierce constructed the ranch in the present site.

The ranch changed owners numerous times since the Pierces owned it.  By 1966, then owner Dorothy McClure sold the ranch to the Bahia Del Norte Company.  In 1973, Bahia Del Norte sold the property to NPS.  In 1976, the ranch was designated as part

26

of the Phillip Burton Wilderness and two years later ten tule elk were reintroduced onto Tomales Point.  Finally, Merv McDonald, who held a grazing lease before the Bahia del Norte sale, was evicted in 1980 along with his cattle (Gates pers comm. 2009).

27

**CHAPTER 4- METHODS**

*Survey*

Understanding the motivations of recreationists to visit a park can inform park managers about which groups pose the greatest threat to sensitive wildlife.  Visitor motivations can be the underlying reason for different behaviors resulting in wildlife impacts.  For instance, individuals that cite wildlife viewing as a primary motivation for visiting may be more likely to approach animals (Knight and Cole 1995).  In addition, visitor perceptions of the effect they are having on wildlife can be useful for park managers in understanding ways to mitigate recreational impacts by encouraging low impact behaviors (Taylor and Knight 2003).  Moreover, understanding the locations and concentrations of human-wildlife encounters within a park is essential to effectively mitigate potential negative effects that may result from such encounters.

Therefore, in the fall of 2008, the author devised a survey instrument that addressed the questions of visitor motivation, perception of recreation impacts and concentrations of recreational activity and encounters with tule elk (Appendix A).  The author went to Tomales Point for five consecutive weekends (one Friday and the rest were Saturdays and Sundays) and surveyed a total of 185 people, although the survey went through several iterations so the majority of the responses analyzed were from the final draft survey completed by 121 people.

The survey was intended in part to determine what respondents considered appropriate behavior in the park because this would be informative as to whether there was a need for education.  There were questions specifically pointed toward determining the distance respondents felt appropriate to keep between the elk and themselves and

28

whether they thought that human recreation had the potential to harm wildlife.  In order to understand where their activities were located, they were asked to draw on a map - how far they hiked on the trail, where they saw tule elk and where they went off the main trail.

The survey provided both spatial and non-spatial information.  Spatially, it gave two point sets (one of off-trail hiking and one of elk sightings) and one polyline set of the trip lengths on the trail.  The point sets made it possible to get maps of concentrations of elk sightings and off-trail locations and the polyline set made it possible to create a map showing hiker concentrations on the trail.  All of the spatial data was entered into a geographic information system (ArcGIS 9.3, ESRI 2008) to process the information and display it in a visual format.

Non-spatial information gathered from the survey included visitor motivations, demographics, experience with and time spent at Tomales Point.  This information provided a sense as to what the typical Tomales Point visitor was like (see chapter 5).

### GIS Analysis

As mentioned above, part of the survey involved the respondent marking on a map how far they hiked on the trail, where they saw tule elk and where they hiked off-trail.  The spatial information was processed in a geographic information system (GIS).  A GIS is a system of software, hardware and data that is used to integrate different spatial data and associated non-spatial data so that it may be analyzed as a whole (ESRI Spatial Dictionary).  Spatial relationships are more easily understood using a GIS because it creates a visual representation of your data and projects it over the earth's surface.  GIS was particularly useful for understanding where the concentrations of people and elk

29

were and identifying areas of potential conflict.  The method used for the GIS analysis is
outlined below.

**Figure 13: GIS Method Flow Chart\***



\*GIS ANALYSIS: Started with a paper map from the survey and end with a composite map showing the
areas with the highest concentrations of people and elk.

005288

**GIS Analysis Step-by-Step Outline**



**1.**The paper maps were scanned at a resolution of 150 pixels per inch.



**2.** The maps were imported into ArcGIS 9.3 (ESRI 2008) in raster format.



**3.** The maps were georeferenced one at a time onto Tomales Point.  In other words, the ArcGIS software was used to specify the location on the earth's surface where the activities on the survey map occurred.



**4.** A method had to be determined to separate out what the respondent had drawn on the map from the rest of the map so that all of the different activities could be combined as a whole in a GIS.  Therefore, the rasterized survey map was converted into points.

31

 Select For Drawing

**5.** The places where respondents marked their activities on the survey map had a unique grid code.  Therefore it was possible to select for only the respondent's drawings by selecting where the grid code value was less than 255.  The distance travelled on the trail, locations where they went off-trail and locations where they saw elk were now captured.

Buffering drawing



**6.** Once the drawings were selected, it was necessary to convert the points into polygon format in order to extract how far respondents hiked on the trail.  Since buffering required drawing a buffer around thousands of points, this process was processor intensive and required two steps.  Therefore a five-meter buffer was created and then the 5-meter buffer was buffered by 30 meters.  Buffering the original data by 35 meters accounted for some of the respondent error that may have occurred when trying to recall where their activities occurred on the map.  In addition, as mentioned above, the 35-meter buffer was used to extract (clip) how far people hiked on the trail (see step 7 below).

 Visitor Trip Length

**7.** The buffered trail drawing from above and a layer depicting Tomales Point trail, was used to subtract the distance travelled by the respondent from the entire trail length.

32

 Point Set Creation

**8.** The buffered trail and buffered activities drawing from above were used to mark (with points) the places that respondents indicated seeing tule elk and where they went off-trail using the editor toolbar.

 Line Density

**9.** All of the distance travelled polylines (from step 7) were combined into one polyline set (n=138).  Then using the line density tool in the spatial analyst extension in ArcGIS, a map was created showing the concentrations of hikers on the main trail.  A grid is placed over the area of study.  The density of the entire polyline set is calculated by placing circles around each grid cell, summing the length of lines running through each circle and dividing by the area of the circle.

 Completed Point Sets

**10.** Now there are two points sets, one for off-trail hiking locations (n=77) and one for elk sightings distributed over Tomales Point (n=359).

 Thiessen Polygons

**11.** The point sets were then used to get a density metric using Thiessen polygons resulting in a discrete surface created from known points.  All locations within a given

33

area is associated with the nearest member of a point set.  The resulting surface is partitioned into a set of regions, or polygons representing area per point.  The smaller polygons indicate increased point density. Thiessen polygons are useful as an unbiased density metric.  The point per area density metric is inherently full of error because a person must decide what area to focus on.  Thiessen polygons remove this error by assigning area to each point in a discrete point set instead of assigning points to an area chosen by a human (Okabe et al. 1992).

 IDW

**12.** In addition, Inverse Distance Weighting (IDW) was used to interpolate between known points to show probabilities or trends in each point set.  IDW creates a continuous surface by interpolating between sample points.  IDW estimates the values of unknown points in space as weighted averages of known points, giving the greatest weight to the nearest points.  In the resulting surface, the value at any given point in space is most like the values of nearby points than distant points (Longley et al. 2001).  IDW is useful in situations where sample points may be limited and one is interested in seeing what the surface may have looked like if one had been able to collect more data.

Once an elk sighting concentration map, an off-trail hiking concentration map and an on-trail hiker concentration map were created, all three maps were combined to see where the areas of potential conflict were.

34

 Composite Map

**13.** Finally, the symbology tab in the layer properties of the elk sightings IDW and the off-trail locations IDW was used to manually select the areas of highest concentration for comparison. In addition, the on-trail hiker concentration map that was created using the linear density tool was overlaid onto the elk sighting and off-trail location maps. The result was a composite map showing three distinct areas of potentially high interaction between hikers and elk (see figure 24).

35

**CHAPTER 5 RESULTS**

*Survey Results*

The survey questions could be categorized into motivations and recreation experience at Tomales Point, perceptions of human recreation impacts and respondent demographics.

*Motivation/Experience*

The majority of people indicated that hiking was the main motivation for them to visit Tomales Point (92%).  The second most common motivation was to see the tule elk (66%), followed by 52% of people who said spending time with family and friends (see figure 12).

When asked to rank how important particular experiences were to them, hiking and exercise once again ranked the highest.  Respondents were asked to indicate on a Likert-type scale from 1 (not important) to 5 (very important) how important different experiences were to them.  People rated being in a wild, undeveloped place as the second most important, spending time with family and friends as the third most important and seeing the tule elk fourth (see figure 13).

In addition, the majority of people hiked in groups of two, most spent three to four hours on the trail and most were first-timers to Tomales Point.

<u>**What Does it Mean?**</u>

Two-thirds of respondents indicated that seeing the tule elk motivated them to visit Tomales Point.  While viewing the tule elk ranked fourth in order of importance, the experience was still a main driver for people to visit Tomales Point.  Wildlife enthusiasts in general are more likely to be excited when they come across tule elk and may be more

36

**Figure 14: Visitor Motivations for Visiting Tomales Point**



**Figure 15: Ranked Motivations (summed from a 1-to-5 Likert-type scale)**



37

005295

**Figure 16: Visitor Off-trail Frequency (when hiking anywhere)**



**Figure 17: The Distance Visitors Thought Was Adequate to Keep Between Elk and Themselves**





38

likely to walk off-trail to get a closer look at the elk.

### *Perception of Human Recreation*

Most people indicated that they occasionally or rarely go off-trail (see figure 14) and most people agreed that human recreation has the potential to negatively impact wildlife (see figure 15).  The results of the off-trail frequency and human recreation impact questions were surprising because it was expected that people who went off-trail more would have been less likely to agree that human recreation may negatively impact wildlife.  The answers to these questions may have been skewed by respondents in an attempt to choose the "socially desirable" response regardless of how truthful it was (Edwards 1957).

Thirty-one percent of respondents reported hiking off-trail on the day of the survey.  Although as with the off-trail frequency and recreation impact questions, respondents may have been tempted to go with the more socially acceptable response of not going off-trail.

Thirty-four percent felt that 300 feet was an appropriate distance to keep between elk and themselves followed by 24% who felt that 100 feet was adequate.  Over half (57%) of respondents indicated they are actively looking for wildlife when hiking.  And when asked to estimate the closest they were able to get to the elk, the average distance reported was 270 feet.

For those that reported going off-trail to get a closer look at tule elk, over half agreed that human recreation has the potential to negatively effect wildlife, 63% actively look for wildlife and the average distance travelled off-trail for the group was 83 feet.

005297

### *What Does it Mean?*

While most people indicated that they only rarely, or occasionally go off-trail, almost a third of the respondents reported going off-trail to get a closer look at the tule elk.  In addition, while more people indicated 300 feet as the most appropriate distance to keep between elk and themselves, all answers to this question were spread relatively evenly across all categories with the exception of 50 feet (see figure 17).  This may suggest that there is some uncertainty among recreationists at Tomales Point regarding the appropriate distance to keep between elk and themselves.  Park managers should determine what is an acceptable minimum distance that people should keep between elk and themselves at all times and illustrate the distance using a prop (see chapter 6).

### *Demographics*

The vast majority of people travelled from the Bay Area to Tomales Point.  Both sexes were equally represented.  An overwhelming majority had some sort of college degree.  32% had a 4 year degree and 31% had a Master's degree.

### *What Does it Mean?*

Recreationists at Tomales Point are highly educated which is consistent with other wilderness research (Ramthun et al. 2000).  People with higher education were more likely to go off trail which was unexpected (see chapter 6).  Visitors to Tomales Point may be highly educated, however, they are not necessarily educated in how to minimize recreational disturbance of wildlife.  More research needs to be done comparing the findings of my survey with actual visitor behavior.

40

**FACTOR ANALYSIS**

To explore the relationships between different survey variables (motivations, perceptions, demographics), a factor analysis with varimax rotation was conducted (Becker 2009).

Possible relationships between the following variables were explored:

- Attitude towards human impacts on elk

- Closest distance that people got to elk and feel is acceptable to get to elk

- Feelings about reasonable management actions

- Did they go off trail that day?

- In general, how often do they go off trail?

- Motivations (hiking, tule elk) and off-trail hiking frequency and agreeing with the human recreation impacting elk

- Education level and whether they went off trail

- Education level and feelings toward human recreation impacts

The analysis produced groups of correlated survey variables (or factors).  Each column (or factor) in figure 16 below (in shades of orange) is a natural group and those answers were correlated with each other.

In Group 1, people who were interested in one of the activities were generally interested in all of them.  These people were generally different from the other three groups. Group 2 were people who were at Tomales Point to see elk, be with friends, and have a new experience.  Group 3 indicated that more educated people were at Tomales Point more times, were more likely to go off trail, and were older.  In Group 4, group size was negatively correlated with the other factors.  People in Group 4 were in smaller

41

groups, wanted to be in a wild, undeveloped place and agreed that human recreation can negatively affect wildlife.

**Figure 18: Factor Analysis Group Table\***

| | GROUP 1 | GROUP 2 | GROUP 3 | GROUP 4 |
|---|---|---|---|---|
| | STRESS RELIEF | ELK | EDUCATION | BE_IN_WILD |
| | FLOWERS | FRIENDS | TIMES_AT_TP | REC_IMP |
| | SOLITUDE | NEWEXP | OFF_TRAIL_FREQ | GROUP_SIZE |
| | BIRD | | AGE | |
| | WHALE | | | |
| **FACTOR VARIABLES** | | | | |
| ELK | 0.30 | 0.56 | 0.19 | -0.02 |
| STRESS RELIEF | 0.59 | 0.31 | 0.01 | -0.09 |
| FLOWERS | 0.83 | 0.09 | -0.11 | 0.05 |
| SOLITUDE | 0.60 | -0.13 | -0.23 | 0.38 |
| FRIENDS | -0.01 | 0.75 | 0.00 | 0.03 |
| NEWEXP | 0.30 | 0.63 | -0.36 | 0.15 |
| BE_IN_WILD | 0.18 | 0.41 | -0.07 | 0.65 |
| BIRD | 0.67 | 0.14 | 0.36 | -0.02 |
| WHALE | 0.64 | 0.03 | 0.02 | 0.10 |
| REC_IMP | -0.10 | 0.09 | 0.02 | 0.62 |
| EDUCATION | -0.30 | 0.33 | 0.43 | 0.14 |
| GROUP_SIZE | -0.19 | 0.26 | -0.14 | -0.61 |
| TIMES_AT_TP | -0.14 | -0.12 | 0.68 | 0.09 |
| OFF_TRAIL_FREQ | 0.17 | 0.20 | 0.47 | -0.06 |
| AGE | 0.11 | -0.37 | 0.54 | 0.00 |
| | | | | |
| **% variance explained** | **17.7** | **13.1** | **10.2** | **9.4** |

\*Values are correlation coefficients. The squared coefficient is the percentage of variance in the variable, explained by a factor.  The factors move from strongest (factor 1) to weakest (factor 4).  Blue boxes indicated weaker, secondary correlated variables.  Generally a coefficient of at least 0.40 is needed to be considered strong. A total of 50.4% of the variance was explained by the 4 factors (Becker 2009; http://www.unesco.org/webworld/idams/advguide/Chapt6_3.htm).

## GIS ANALYSIS RESULTS

Using Thiessen polygons to show point density, the resulting map is shown below for both the elk sighting point set and off-trail location point set.  The darkest areas show highest density and the lightest areas show lowest density (figures 17 and 18).

Using Inverse Distance Weighted spatial interpolation, trends in the point set are shown below in figures 19 and 20.  The darkest areas show highest density and the

42

lightest areas show lowest density.

Thiessen Polygons and Inverse Distance Weighting interpolation are good methods to use for interpolation between points, however they are not as useful for extrapolation.  Both Thiessen polygons and IDW create surfaces that radiate out from the known point distribution.  Therefore, the farther away from the point distribution (on the fringe or edge) the less accurate Thiessen polygons and IDW become.

The line density tool in the ArcGIS 9.3 spatial analyst extension was used to show on-trail hiker concentrations and the resulting map is shown below.  The darkest part of the line shows the highest concentration of hikers on trail, while the lightest areas show the lowest concentration (see figure 23).

Finally, a composite map was created, which combined the elk sighting concentration, off-trail hiker concentration and on-trail hiker concentration maps (figure 24). The areas where red and black clusters overlap, or are close to each other indicate areas of highest potential conflict with the largest clusters indicating the highest possible occurrence.  The areas of White Gulch, Avalis Beach and an area in-between them are shown as areas of interaction and park managers should focus on management actions that will address the potential negative effects of recreationists disturbing elk in their core habitat.

43

**Figure 19: Density of Elk Sightings Using Thiessen Polygons**



44

005302

**Figure 20: Density of Off-trail Hiking Locations Using Thiessen Polygons**



45

005303

**Figure 21: Trends in Elk Sighting Concentrations Using Inverse Distance Weighted Interpolation**



005304

**Figure 22: Trends in OFF-Trail Hiking Locations Using Inverse Distance Weighted Interpolation**

**Figure 23: On-trail Hiker Concentrations Using Spatial Analyst Line Density Tool**



48

005306

**Figure 24: Composite Map of Elk Sighting Concentration IDW, Off-trail Hiking Location IDW and On-trail Hiking Concentration (Line Density) Showing Areas of Highest Interaction Potential between Tule Elk and Hikers**



49

**CHAPTER 6: CONCLUSIONS AND RECOMMENDATIONS**

The National Park Service is mandated to balance recreation and conservation. At Tomales Point, park managers are particularly concerned because the tule elk are confined to a reserve, they seem to use only certain areas of the reserve to breed and take care of young, and there is a high visitation rate. Park managers are concerned with hikers going off the Tomales Point trail and causing the elk to alter their behavior and leave prime habitat for more marginal areas.

This study used a visitor survey and GIS analysis to investigate hiker motivations and identify areas of potential elk-hiker interaction. Analysis of the survey responses indicated that new management action is supported by the majority of Tomales Point visitors. Furthermore, the three most popular management actions had a strikingly similar level of support.

When asked on the survey what new management actions visitors would support, requiring people to keep a minimum distance between oneself and elk was the most popular (n=157), followed by new signage discussing elk ecology (n=148) (see figure 25). The third most popular was requiring people to stay on trail (n=137), and the fourth most popular was using signage to encourage people to speak softly and closing the trail during times of the year when elk are most sensitive. Also worth mentioning is that nearly 100 visitors supported trail closures where and when impacts were greatest to the tule elk and fewer than 5 people supported no new management actions.

Visitor supported management actions and results from the GIS analysis were used to make recommendations to the Park Service on how to reduce the potential conflict between hikers and tule elk at Tomales Point.

50

The survey and subsequent GIS analysis were used to identify the areas near White Gulch and Avalis Beach and an area in between as areas where high concentrations of visitors and elk sightings occur (see figure 24).

Relative uncertainty among survey respondents regarding how close they should be to the elk, along with the paucity of information on the elk themselves and appropriate wilderness behavior, suggests an immediate need for more signage at Tomales Point.

**Figure 25: Visitor Supported Management Actions**



Park managers should determine what a minimum "appropriate" distance should be to keep between visitors and elk.  Further study may be necessary to determine this, however, it should be a distance that can be reasonably accommodated through use of a prop for illustrative and interpretive purposes.  Park management should focus on indirect methods of visitor impact management before implementing more costly, potentially unpopular direct methods such as trail closures, trail redesign or increased staffing.

Managers must determine what impact thresholds are acceptable at Tomales

51

Point.  Once thresholds are identified, it will be easier to decide what management action to take.  Resource health goals should be set to determine if undesirable effects are resulting from human use.

At Año Nuevo State Park, a successful management program has been implemented to ensure that recreational impacts are minimized on the resident elephant seals.  At Año Nuevo, there are docent guided tours during the seal breeding season. Tickets must be purchased for a guided tour of the seal rookery.  There is a staging area before the trail that leads to the seal rookery with educational and interpretive materials dealing with seal ecology.

**Figure 26: Buoy Used at Año Nuevo State Park to Illustrate People Should Be At Least 25 Feet From Elephant Seals At All Times**




It is mandated that people remain at least 25 feet away from the seals at all times.  To illustrate what this distance looks like, there is a buoy placed 25 feet from the trailhead gate (see figure 24).  This is an effective, low cost, low impact tool to encourage appropriate behavior that could easily be implemented at Tomales Point.

In addition, another low cost measure that could be implemented right away would be to move the current tule elk sign that is located at the exhibits area off Pierce Point Road to the trailhead (see figure 6).  While the sign should be supplemented

52

with additional, more current information, it matches the signs that are presently at the trailhead and could be added at little cost. The sign would be viewed more often at the trailhead and would in turn educate more people about the interesting past of the tule elk.

The sign should be supplemented with information about Tomales Point being part of the Phillip Burton Wilderness, and how visitors should engage in low impact, "leave no trace" types of behavior in such places, especially the places identified as potential conflict areas.

There should also be additional information regarding the tule elk life cycle. The breeding and calving season are times where the elk are particularly vulnerable to recreational impacts and visitors should be aware not to disturb the elk during these sensitive times of the year. A map showing Tomales Point with both Avalis Beach and White Gulch as areas of high-value habitat could be used to encourage people to leave the elk undisturbed in these areas and admire them from a distance rather than moving off-trail to get a closer look.

There should be at least one small wooden sign installed at White Gulch near the spur trail and near Avalis Beach on the main trail. An additional sign could be used to replace the aging signs near the beach at Avalis (see figure 27). These small wooden signs could say something like "Sensitive Wildlife Area: Please Keep Out". A small oak wooden sign would cost about $17 and $1.55 per one inch character (Wolfenbarger 2009).

At the trailhead there should be additional signage installed. As mentioned before, the tule elk sign that is currently in the "exhibits" area could be moved down to the trailhead at little to no cost. At least two additional signs should be installed at the

53

**Figure 27: Suggested Locations for New Signage**



005312

trailhead encouraging low-impact behavior and educating people about White Gulch and Avalis Beach being sensitive tule elk habitat.  The original tule elk sign could be supplemented with additional information about tule elk breeding and calving seasons and how recreationists should be careful not to disturb the elk during these important times of the year.

The main user group at Tomales Point is hikers.  McCool and Cole (2000) found that hikers are more likely to stop and read information on signage than any other user group.  Moreover, results from the survey indicate that the majority of visitors are visiting Tomales Point for their first time.  McCool and Cole (2000) found that the more experienced hikers are with a place, the less likely they are to stop and read signs.  Therefore the combination of having mostly hikers and people inexperienced with Tomales Point may be an ideal situation to use signage to educate people.

In their analysis of research on the efficacy of low impact visitor education programs, Marion and Reid (2007) reported that most studies indicated educational interventions such as trail signage were effective in reducing depreciative visitor behavior.  However, to be most effective, low impact messages must be brief, consistent and targeted to the intended audience (Marion and Reid 2007).

A bulletin board sign could be added to take the place of the existing sign discussing elk calving season (see figure 28).  The bulletin board sign could include a bigger map of Tomales Point discussing White Gulch, Avalis Beach and the other area identified in this report as places where people should not disturb the tule elk by going off-trail, especially during breeding and calving seasons.

Bulletin-board-style signs start at about $500 each for a 48 inch x 48 inch sign.  A

55

**Figure 28: Current Bulletin Board Sign at the Trailhead with information about tule elk calving season.  A larger, more formal bulletin board sign could take the place of this one with additional information about elk breeding season and sensitive habitat areas.**



sign with a map would be an additional  $165 for an 18 inch x 22 inch map.  However, the pricing of these signs also depends on the sign material and what is included on it.  Additional information on wildlife could add to the cost of the bulletin board depending on how much text is used (Wolfenbarger 2009).

An accurate, timely measure of visitor numbers is necessary to implement the most appropriate management strategy.  If it is recorded that July, August, and September visitation is increasing every year, managers may wish to have more volunteers on site educating the public or close the trail to minimize impacts during the elk breeding season.  This is something that could be done relatively inexpensively.  A pneumatic tube car counter could be placed at the tule elk reserve entrance on Pierce Point Road.  The price

of a traffic counter ranges from about $400 for totalizers that merely increase a count for every hose hit, to several thousand dollars for more advanced counters (vehiclecounters. com).

The indirect management actions mentioned above that do not require substantial investment of time and resources should be implemented first.  More direct management action such as trail closure or trail redesign should be implemented only as a last resort.  The author does not advocate for the closure of the Tomales Point trail because in order to promote environmental stewardship, people must be given access to charismatic species such as the tule elk.

In addition, most resource impacts tend to be related to visitor use levels in a curvilinear manner (Marion 1998; Smith and Hellmund 1993) (see figure 29).  In other words, low visitor use causes a disproportionate amount of impact and as use increases there is little change in the amount of impact.

**Figure 29: Graph Showing Curvilinear Recreation Impact-User Level Relationship***



*Generalized asymptotic relationships between amount of use and amount of impact (black) and amount of use and resource quality (red).  As use levels increase incrementally from low levels, they have a pronounced effect on the amount of impact.  However, at medium to high use levels, the amount of impact starts to level off.  Furthermore, as use levels increase incrementally from low levels, it has a pronounced effect on resource quality, eventually levelling off when the resource is degraded or destroyed. Adapted from Smith and Hellmund (1993).

57

***Given What Has Been Found, What Should Be Done In The Future?***

A similar survey to the one used in this report should be conducted in the spring to compare the responses in the fall with spring recreationists to see if there are any similarities or differences. Also, there are potentially many more ways the data could be analyzed to show more relationships or patterns among the different variables.

In addition, if new signs are installed at Tomales Point, a follow-up survey should be conducted to see if visitor behavior and perceptions have changed, and to see if the signs have had any effect.

Also, more information needs to be collected about horseback riders at Tomales Point and boaters that access the Point from Avalis or other beaches. These two user groups were not represented in this report but their needs should be considered before implementing future management actions.

A more accurate map than the one used in this report should be used in future surveys to potentially increase the accuracy of respondent's markings. It may have been possible to achieve more accurate results if a map with hillshading or topography was used.

In addition, survey respondents may not have been entirely truthful in their answers which may have affected the survey results. People may answer survey questions in a way that they think is most socially desirable, but actually behave in a different manner (Edwards 1957). However, the sample size was large enough to hopefully account for this. Moreover, the author introduced himself as a student from UC Berkeley and told people he was not a park employee in an attempt to encourage them to answer honestly.

58

This report may have been able to produce more robust results if the author had access to true elk densities derived from telemetry or GPS collared elk and true densities of people within the park.  It would have then been possible to compare the results from this report with the tracking data to see how closely they compared.  However, it would not have been possible to put tracking devices on people before they started their hike and the author was not able to have access to elk density data in time for this report's deadline.

In the absence of expensive, time consuming, specific locational data for people and wildlife, the method used for this report can provide park managers with a quick, cost effective way to identify areas of interaction between recreationists and sensitive wildlife. Knowing where park visitors are within a park is essential to reducing conflict between recreationists and wildlife.  Park managers may know which areas a species inhabits, but without knowing what areas are used by people there is no way to know if that species is at risk from human disturbance.

59

**LITERATURE CITED**

Becker, Ben, Moi, Christopher. 2008. Unpublished Tomales Point elk disturbance study analysis.

Becker, Ben. 2009. Unpublished Tomales Point survey factor analysis.

Borkowski, J. J., P. J. White, R. A. Garrott, T. Davis, A. R. Hardy, and D. J. Reinhart. (2006). Behavioral responses of bison and elk in yellowstone to snowmobiles and snow coaches. Ecological Applications 16:1911-1925.

Boyle, S. A., and F. B. Samson. (1985). Effects of nonconsumptive recreation on wildlife - a review. Wildlife Society Bulletin 13:110-116.

Cobb, McCrea. (2008). Personal comments regarding tule elk management.  PhD student, UC Berkeley in ESPM.

Dyke, Fred van and Klein, Wendi C. (1996). Journal of Mammalogy, Vol. 77, No. 4, (Nov), pp. 1028-1041.

Edwards, A.L. (1957). The social desirability variable in personality assessment and research. Dryden Press.

Evans, J. G. (2008). Natural History of the Point Reyes Peninsula. California Natural History Guides.

Gates, Natalie. (2009). Personal comments regarding tule elk management. Point Reyes Wildlife Biologist.

Gogan, P. J. P. (1986). Ecology of the Tule elk range, Point Reyes National Seashore. PhD. Dissertation, University of California at Berkeley.

Howell, J. A.; G. C. Brooks; Semenoff-Irving, Marcia; Greene, Correigh. (2002). Population dynamics of tule elk at Point Reyes National Seashore, California. Journal of Wildlife Management 66(2): 478-490.

Interior, Department of. National Park Service. (1980). Golden Gate National Recreation Area Point Reyes National Seashore General Management Plan.

Kuss, Fred R. and Alan R. Graefe, J. J. V. (1990). Visitor Impact Management: A Review of Research.

Knight, R. L., and Cole, David N. (1995). Wildlife Responses to Recreationists. Wildlife and recreationists: coexistence through management and research. Island Press.

005318

Littlefair, Carolyn; Buckley, Ralf. (2008). Interpretation reduces ecological impacts of visitors to world heritage site. Royal Swedish Academy of Sciences. Ambio Vol. 37, No.5.

Livingston, D. (1994). Ranching on the Point Reyes peninsula: a history of the dairy and beef ranches within Point Reyes National Seashore.

Longley, Paul A., Goodchild, Michael F., Maguire, David J., Rhind, David W. (2001). Geographic information systems and science. John Wiley and Sons.

Marion, Jeffrey L. (1998). Recreation ecology research findings: Implications for wilderness and park managers. In: Proceedings of the National Outdoor Ethics Conference, April 18-21, 1996, St. Louis, MO. Gaithersburg, MD: Izaak Walton League of America. pp. 188-196.

Marion, J. L. (2002). The Protected Area Visitor Impact Management (PAVIM) Framework: A Simplified Process for Making Management Decisions. Journal for Sustainable Tourism 10(1).

Marion, Jeffrey L. and Scott E. Reid. (2007). Minimising Visitor Impacts to Protected Areas: The Efficacy of Low Impact Education Programmes. Journal of Sustainable Tourism. Vol. 15: No. 1.

Mason, J. (1970). Point Reyes: the solemn land. DeWolfe Print. Pt. Reyes Station, CA.

McCool, Stephen F and Cole, David N. (2000). Communicating Minimum Impact Behavior With Trailside Bulletin Boards: Visitor Characteristics Associated With Effectiveness. USDA Forest Service Proceedings RMRS-P-15-VOL-4.

McCullough, D. R. (1969). The Tule elk: Its history, behavior and ecology. University of California Press.

McCullough, D. R. (1996). Metapopulations and wildlife conservation. Island Press.

Okabe, Atsuyuki; Boots, Barry and Sugihara, Kokichi. (1992.) Spatial tesselations - concepts and applications of voronoi diagrams. John Wiley and Sons.

Ramthun, Roy, Kersey, Linda, Rogers, Jim. (2000). Information collection styles of wilderness users: a market segmentation approach. USDA Forest Service Proceedings RMRS-P-15-VOL-4.

Schultz, R. D. and J. A. Bailey (1978). Responses of national park elk to human activity. Journal of Wildlife Management 42(1): 91-100.

Seashore, Point Reyes National. (1998). Point Reyes National Seashore Tule Elk Management Plan and Environmental Assessment. Unpublished.

005319

Smith, D.S. and Hellmund, P.C. (1993) Ecology of Greenways: Design and Function of Linear Conservation Areas. Univ. of Minnesota Press, Minneapolis, MN. pp. 105 - 122.

Service, National Park. (1961). Land use survey; proposed Point Reyes National Seashore. Prepared by Region Four Office. Oakland, Elliott Print Co.

Service, National Park. (1980). Golden Gate National Recreation Area Point Reyes National Seashore General Management Plan.

Service, National Park. 2003. Unpublished report. Elk disturbance monitoring preliminary report.

Service, National Park. 2000-2008. Unpublished tule elk horseback census.

Stankowich, Theodore. (2008). Ungulate flight responses to human disturbance: a review and meta-analysis. Biological Conservation 141: 2159-2173.

Taylor, A. R. and R. L. Knight (2003). Wildlife responses to recreation and associated visitor perceptions. Ecological Applications **13**(4): 951-963.

Wolfenbarger, Wendy. 2009. Wood product signs. Cost estimates for signage. Boulder, Colorado.

*Websites accessed:*

- National Park Service Public Use Statistics. http://www.nature.nps.gov/stats/

- ESRI Spatial Dictionary. http://support.esri.com/index.cfm?fa=knowledgebase. gisDictionary.gateway

- Bay Area Census. http://www.bayareacensus.ca.gov/bayarea.htm

- Traffic counter pricing. vehiclecounters.com

- Factor Analysis information. http://www.unesco.org/webworld/idams/advguide/ Chapt6_3.htm

62

APPENDICES

63

APPENDIX A
TOMALES POINT SURVEY

*Tomales Point Trail Visitor Survey*

**Please fill out the survey below regarding your hike at Tomales Point today. There are no wrong or right answers. Please answer the questions to the best of your ability. <span style="color:red">THERE ARE 5 PAGES TOTAL</span>**

**1. Please use the map on the next page to**

1.) Draw a line on the trail showing how far you hiked today

2.) Mark with an "O" where the elk were (if you saw any)

3.) Mark with an "X" where you went off-trail for any reason

4.) Mark with an "S" where you stopped to rest or eat lunch

1

005323



*Tomales Point Trail*

005324

**2a. What motivated you to come to Tomales Point today? (Please circle all that apply)**

| | |
|---|---|
| Hiking | Wildflowers |
| horseback riding | vacation |
| Birdwatching | solitude |
| whalewatching | spend time with family/friend(s) |
| viewing Tule elk | honeymoon |
| stress relief | other? (please describe) |

**2b. Please rate the following types of experiences by level of importance**

| Experience | How important was this experience? | | | | |
|---|---|---|---|---|---|
| | Not Important | | | | Very Important |
| Hiking/exercise | 1 | 2 | 3 | 4 | 5 |
| Biking | 1 | 2 | 3 | 4 | 5 |
| Horseback riding | 1 | 2 | 3 | 4 | 5 |
| Birdwatching | 1 | 2 | 3 | 4 | 5 |
| Whalewatching | 1 | 2 | 3 | 4 | 5 |
| Viewing Tule elk | 1 | 2 | 3 | 4 | 5 |
| Stress Relief | 1 | 2 | 3 | 4 | 5 |
| Wildflowers | 1 | 2 | 3 | 4 | 5 |
| Solitude | 1 | 2 | 3 | 4 | 5 |
| Spend time with family/friends | 1 | 2 | 3 | 4 | 5 |
| Experience something new | 1 | 2 | 3 | 4 | 5 |
| Be in a wild undeveloped place | 1 | 2 | 3 | 4 | 5 |
| Other? _____ | 1 | 2 | 3 | 4 | 5 |

**3. How many people are in your group? (Please circle one)**

1     2     3     4     5     6     7     8     9     10          over 10

**4. How long were you on the trail today? (please circle one)**

Less than an hour          1-2 hours          2-3 hours          3-4 hours          4-5 hours          over 6 hours

**5. How many times have you been to Tomales Point?**

1          2-5          6-10          11-20          over 20

**6.  When hiking, are you actively looking for wildlife or are encounters with wildlife accidental or unintended? (Please circle one)**

actively looking (intentional)                              accidental

**7. How frequently have you gone off-trail to photograph or view wildlife?**

Very frequently          frequently          occasionally          rarely          never

3

005325

**8.  How close do you think people can approach Tule elk before they are disturbed?(Width of parking lot is about 100 feet)**

(50feet or less)          (100 feet)          (200 feet)          (300 feet)          (greater than 300ft)

**9a. Did you see any Tule elk on your hike today?**

            Yes                    No

**9b. If yes, what was the closest you were able to get to the elk? (Width of parking lot is about 100 feet)**

**10.  Did you go off the main trail to get a closer look at the elk? If yes, how far (in feet)?**

                Yes                    No                    _____

**11. How did the elk respond to you? (Please circle the most common response)**

No response     Lifted head and resumed eating/resting          Stood up

                Walked away                    Ran away

**12. Do you agree that human recreation has the potential to negatively impact the Tule elk?**

Strongly agree          agree          undecided          disagree          strongly disagree

**13. If you found out that human recreation was negatively affecting the Tule elk, what management action(s) would you support? (Please check all that apply)**

1.) Close the trail where and when impacts are greatest   _____

2.) Require people to keep a minimum distance between elk and themselves   _____

3.) Require/encourage people to stay on the trail    _____

4.) Limit visitor group size          _____

5.) Require people to view an informational video before getting access to trails  _____

6.) Have guided hikes with trained docents in elk ecology  _____

7.) Install educational signs with information about Tule elk (ecology/life history) and how to reduce recreational impacts   ____

8.) Use signs to encourage people to speak softly when hiking on the trail _____

9.) Other? Please describe _____

10.) I would support no new management actions  _____

4

68

**14. Which of the following best describes your experience at Tomales Point today? (Please circle one)**

Very pleasant        somewhat pleasant          neither pleasant nor unpleasant          unpleasant

Very unpleasant

**15. How would you rate the quality of the Tomales Point trail?**

Very good              good            acceptable            poor            very poor

**16.  Where are you visiting from today?**

The Bay Area            Outside the Bay Area (other parts of California)

Another state                    Outside the United States

**17. What is your gender?**

Male            Female

**18. What is your age? (Please circle one)**

18-29                  30-39                    40-49                  50-59          over 60

**19. What is the highest level of education you completed? (please circle one)**

8th grade        High school/GED        2-year college (AA/AS)        4-year college (BA/BS)

        Masters                    PhD.                    Professional degree (MD/JD)


**Thank you for your time!**

5

69

APPENDIX B:
HUMAN SUBJECTS APPROVAL

005328

UNIVERSITY OF CALIFORNIA AT BERKELEY

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO        SAN FRANCISCO • SANTA BARBARA • SANTA CRUZ



**OFFICE FOR THE PROTECTION OF HUMAN SUBJECTS**
University of California, Berkeley
2150 Shattuck Avenue, Suite 313
Berkeley, CA 94704 -5940

**(510) 642-7461**
Fax: (510) 643-6272
Website: http://cphs.berkeley.edu
FWA#00006252

October 29, 2008

CHRISTOPHER MOI (moi@berkeley.edu)
Landscape Architecture and Environmental Planning
470 Bernice Lane MC#
Sonoma, CA 94576

RE:      **CPHS Protocol #2008-9-47**
           "An Approach to reduce recreation impacts on wildlife" - Graduate Research -   - Landscape Architecture and
           Environmental Planning

Dear Mr. MOI

Thank you for the statement and request for exemption that you submitted to the Committee for the above-referenced
project.  Your submission has been reviewed and granted exemption, as it satisfies the Committee's requirements under
category #2(a) of the federal regulations. Accordingly, the project is exempt from full Committee review provided that
there are no changes in the use of human subjects.

Please note that although your research has been deemed exempt from full committee and subcommittee review, you still
have a responsibility to protect your subjects, and the research should be conducted in accordance with the principles of
the Belmont Report. Download the Belmont Report at this link:
http://www.hhs.gov/ohrp/humansubjects/guidance/belmont.htm.

If you have any questions about this matter, please contact the OPHS staff at 642-7461; FAX 643-6272; E-Mail
ophs@berkeley.edu.

Sincerely,

Rebecca Armstrong, D.V.M, Ph.D
Director, Office for the Protection of Human Subjects

RA: kmb

Cc:      Joe McBride (jrm@nature.berkeley.edu)
           Graduate Division (degrees@berkeley.edu) - SID # 19883984
           SPO#  (spo_acuc_ophs@lists.berkeley.edu)

71

APPENDIX C:
NATIONAL PARK SERVICE RESEARCH PERMIT

005330

| SCIENTIFIC RESEARCH AND COLLECTING PERMIT <br><br> Grants permission in accordance with the attached general and special conditions <br><br> **United States Department of the Interior** <br> **National Park Service** <br><br> Point Reyes NS | **Study#: PORE-00482** <br> **Permit#: PORE-2008-SCI-0040** <br> **Start Date: Oct 16, 2008** <br> **Expiration Date: Dec 31, 2009** <br> **Coop Agreement#: n/a** <br> **Optional Park Code: n/a** |
|---|---|

**Name of principal investigator:**

Name: Christopher Moi  Phone: 7077586798  **Email:** moi@berkeley.edu

**Name of institution represented:**

University of California - Berkeley

**Co-Investigators:**

No co-investigators

**Project title:**

An approach for park managers to reduce recreational impacts on wildlife.

**Purpose of study:**

I hypothesize that if visitors to Tomales Point were aware that they were having a negative effect on the Tule elk there would be a reduction in recreational impact. Studies have shown that educating visitors on how to minimize impacts to wildlife reduced visitor impact. In addition recreationist perceptions regarding their effects on wildlife may influence their behavior on public lands and knowledge of visitor perceptions can help managers encourage positive visitor behavior between wildlife and them.

Therefore, I will survey visitors to the Tomales Point trail to investigate what their perception is regarding recreational effects on wildlife, specifically the tule elk, and to gather information about their behavior.

I predict that most people will not think recreation has an impact on the Tule elk at Tomales Point. I will also ask people what motivated them to hike at Tomales Point to get an idea what might be driving peopleâ s behavior when recreating there.

Ultimately, I hope to use the visitor responses to the survey in addition to existing park data on elk-visitor interaction to develop management recommendations for park managers that will balance recreation and conservation at Point Reyes National Seashore.

**Subject/Discipline:**

Mammals

**Locations authorized:**

Tomales Point trail. In the parking lot of the trailhead and at locations to be determined along the Tomales Point trail.

Camera Purpose and Placement:

I will place one camera along the spur trail at

> White Gulch and one camera at Avalis Beach to count people hiking onto

> Tomales Point after landing on the beach with boats or kayaks.

005331

> >
> > In addition, I will place one more camera at the entrance to the Tule
> > elk reserve on Pierce Point Road to get a more accurate count of
> > visitors to Tomales Point.  I will securely fasten the camera with a
> > lock to a fence post at the entrance to the reserve.
> >

**Transportation method to research site(s):**

I will access the trail by foot and use my car to get to the trailhead parking lot from my house.

**Collection of the following specimens or materials, quantities, and any limitations on collecting:**

No collecting

**Name of repository for specimens or sample materials if applicable:**

n/a

**Specific conditions or restrictions (also see attached conditions):**

CARRY PERMIT WHILE WORKING AND LEAVE RESEARCH PLACARD ON DASHBOARD OF VEHICLE. ALL COLLECTIONS MUST BE MADE WITH MINIMAL IMPACT TO THE PARK'S RESOURCES AND VISITORS. Collect as few specimens as practical; in no case should the continued survival of a population of any species be jeopardized by your activities.

ALL TRAPS, TAGS, ETC., WHICH ARE TEMPORARILY LEFT IN THE FIELD MUST BE MARKED WITH YOUR PERMANENT STUDY NUMBER (for example: PORE-0019). They must be as unobtrusive as possible and must not interfere with visitor enjoyment of the park as a natural area.

PLASTIC FLAGGING SHOULD BE USED SPARINGLY AND MUST BE MARKED WITH YOUR STUDY NUMBER. It must be out of sight of trails and roads during all seasons, and it must be removed upon completion of your research project.

PLEASE CONDUCT YOUR ACTIVITIES OUT OF SIGHT OF HEAVILY USED VISITOR AREAS. Please work on weekdays when possible.

YOU ARE REQUIRED TO SUBMIT AN ONLINE REPORT OF YOUR RESEARCH ACTIVITIES EACH YEAR, and you must mail two copies of your final research report and any publications to our office upon completion of your project.

YOU MUST DELIVER GPS POINTS (NAD83 UTM Zone 10) of any permanent or temporary research plots to ben_becker@nps.gov within 7 days of establishing plots. Please include your permit number and name with the email. AVOID introducing weed seeds and propagules.

005332

Recommended by park staff(name and title):                    Reviewed by Collections Manager:

Becker / Gates / Smith / Fellers                              Yes _____    No __X__

Approved by park official:                                    Date Approved:

_____                    10/27/01

Title:

Superintendent

**I Agree To All Conditions And Restrictions Of this Permit As Specified**
(Not valid unless signed and dated by the principal investigator)

Christopher Moi                                              10/29/08

(Principal investigator's signature)                         (Date)

**THIS PERMIT AND ATTACHED CONDITIONS AND RESTRICTIONS MUST BE CARRIED AT ALL TIMES
WHILE CONDUCTING RESEARCH ACTIVITIES IN THE DESIGNATED PARK(S)**

Permit:PORE-2008-SCI-0040 - Page 3 of 3

75