Kate Barnekow
Ca. Bar No. 336792
Animal Law & Policy Clinic
Harvard Law School
1585 Massachusetts Ave.
Cambridge, MA 02138
kbarnekow@law.harvard.edu
Cell: (512) 868-7800

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK GESCHEIDT, et al., ) | Case No. 21-4734-HSG |
| ) | |
| Plaintiffs, ) | **STIPULATION TO REVISE BRIEFING** |
| ) | **SCHEDULE; ORDER (as modified)** |
| v. ) | |
| ) | |
| DEB HAALAND, ) | |
| Secretary of Interior, et al, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Rule 6-2, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate to and respectfully request that the Court grant an extension of time from October 25, 2021 to November 24, 2021 for Plaintiffs to file their Motion for Summary Judgment in this case, and accordingly further stipulate to the following revised briefing schedule:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | November 24, 2021 |
| Defendants' Opposition and Cross-Motion for Summary Judgment: | December 15, 2021 |
| Plaintiffs' Reply and Opposition to Cross-Motion: | January 5, 2022 |
| Defendants' Reply in support of Cross-Motion: | January 19, 2022 |

The reasons for the extension and revised schedule are set forth in the accompanying Declaration of undersigned counsel for Plaintiffs.

Dated: October 22, 2021                              Respectfully submitted,
                                                     /s/ *Kate Barnekow*
                                                     Kate Barnekow
                                                     Ca. Bar No. 336792
                                                     Animal Law & Policy Clinic
                                                     Harvard Law School
                                                     1585 Massachusetts Ave.

| | |
|---|---|
| | Cambridge, MA 02138 |
| | kbarnekow@law.harvard.edu |
| | Cell: (512) 868-7800 |
| | |
| | Attorney for Plaintiffs |
| Dated: October 22, 2021 | Respectfully submitted, |
| | STEPHANIE M. HINDS |
| | Acting United States Attorney |
| | |
| |  /s/ *David M. DeVito* |
| | DAVID M. DEVITO |
| | Assistant United States Attorney |
| | |
| | TODD KIM |
| | Assistant Attorney General |
| | Environment & Natural Resources Division |
| | |
| |  /s/ *Matthew P. Rand* |
| | Matthew P. Rand |
| | Trial Attorney |

STIPULATION TO REVISE BRIEFING SCHEDULE
4:21-CV-4734-HSG

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the cross-motions for summary judgment will be held on February 10, 2022 at 2:00 p.m.

Dated: 10/22/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge