STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7332
FAX: (415) 436-6748
david.devito@usdoj.gov

TODD KIM
Assistant Attorney General
Environmental and Natural Resources Division
United States Department of Justice

MATTHEW P. RAND (NYBN 4937157)
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
150 M St. NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 305-0874
Facsimile: (202) 305-0506
matthew.rand@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JACK GESCHEIDT, *et al.*,

Plaintiffs,

v.

DEB HAALAND, Secretary of Interior, *et al.*,

Defendants.

Case No. 4:21-cv-4734-HSG

**STIPULATION TO CONTINUE HEARING AND ORDER**

Hon. Haywood S. Gilliam, Jr.

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 22, 2021, the Court issued an Order (ECF No. 50) approving as

modified the Parties' stipulation to revise the briefing schedule in this matter. In that Order, the Court rescheduled the hearing on the Parties' cross-motions for summary judgment for February 10, 2022 at 2:00 p.m.

WHEREAS, as set forth in the accompanying Declaration of Matthew P. Rand, Defendants' counsel, has multiple conflicts with the rescheduled hearing date.

WHEREAS, the Parties have met and conferred regarding the above and agree that the hearing on the Parties' cross-motions for summary judgment should be continued to February 24, 2022 at 2:00 p.m. Alternatively, if that date is inconvenient for the Court, the Parties are also available on March 10, 2022.

NOW THEREFORE, the Parties hereby STIPULATE, by and through their undersigned counsel, pursuant to Civil Local Rules 6-2 and 7-12, that the hearing on the Parties' cross-motions for summary judgment should be continued to February 24, 2022 at 2:00 p.m.; and the Parties respectfully request that the Court order the continuance.

DATED: November 3, 2021 Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*s/ David M. DeVito*
DAVID M. DEVITO
Assistant United States Attorney

*Attorneys for Defendants*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Matthew P. Rand*[1]
Matthew P. Rand
Trial Attorney

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiffs has concurred in the filing of this document.

Dated: November 3, 2021

Respectfully submitted,
/s/ Kate Barnekow

Kate Barnekow
Ca. Bar No. 336792
Animal Law & Policy Clinic
Harvard Law School
1585 Massachusetts Ave.
Cambridge, MA 02138
kbarnekow@law.harvard.edu
Cell: (512) 868-7800

Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The hearing on the parties' cross-motions for summary judgment, presently scheduled for Thursday, February 10, 2022 at 2:00 p.m.., is rescheduled to Thursday, February 24, 2022, at 2:00 p.m.

DATED: 11/4/2021

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge