STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7332
FAX: (415) 436-6748
david.devito@usdoj.gov

TODD KIM
Assistant Attorney General
Environmental and Natural Resources Division
United States Department of Justice

MATTHEW P. RAND (NYBN 4937157)
Trial Attorney
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
150 M St. NE, Room 3.128
Washington, D.C. 20002
Telephone: (202) 305-0874
Facsimile: (202) 305-0506
matthew.rand@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JACK GESCHEIDT, *et al.*, | Case No. 4:21-cv-4734-HSG |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING SUPPLEMENTATION OF ADMINISTRATIVE RECORD** |
| v. | |
| DEB HAALAND, Secretary of Interior, *et al.*, | Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

Plaintiffs and Defendants, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 12, 2021, Defendants filed the Certified Administrative Record ("CAR") for this action. ECF Nos. 39-47.

WHEREAS, Plaintiffs seek to supplement the CAR with the following documents (collectively, "Plaintiffs' Supplemental Documents"):

- Letter dated August 13, 2020 to the NPS from Katherine Meyer on behalf of the Center for Biological Diversity requesting that NPS take actions to ensure the Tule elk have access to sufficient water;

- Necropsies conducted on Tule elk found dead or euthanized in Point Reyes National Seashore since 2012;

- Letter submitted to Secretary Haaland on behalf of five wildlife biologists, dated June 24, 2021, expressing their collective concerns about the lack of forage and water available to the Tule Elk at Tomales Point;

- Letter from Plaintiffs' counsel to Defendants' counsel dated August 16, 2021, outlining worsening conditions at Tomales Point, including photographs and video footage;

- Cobb, McCrea, *Spatial Ecology and Population Dynamics of tule elk at Point Reyes National Seashore, California* (Summer 2010);

WHEREAS, the Parties wish to avoid unnecessary litigation regarding the propriety of supplementing the CAR with Plaintiffs' Supplemental Documents.

NOW THEREFORE, the Parties hereby STIPULATE, by and through their undersigned counsel, that Plaintiffs' Supplemental Documents shall be filed with the Court in a Supplemental Administrative Record ("SAR") to be prepared and filed by Plaintiffs on or before November 22, 2021. Plaintiffs may cite to and rely upon the SAR, provided, however, that the filing of the SAR does not constitute, and shall not be construed as, an admission or evidence that Plaintiffs' Supplemental Documents (a) are relevant to the claim asserted in Plaintiffs' First Amended Complaint or to Defendants' defenses thereto; or (b) were or should have been considered by Defendants with respect to any alleged action or inaction, including but not limited to whether or not to revise the 1980 Point Reyes National Seashore General Management Plan.

DATED: November 17, 2021                    Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              Acting United States Attorney

|   |   |
|---|---|
|   | /s/ *David M. DeVito*[1] |
|   | DAVID M. DEVITO |
|   | Assistant United States Attorney |
|   |   |
|   | *Attorneys for Defendants* |
|   |   |
|   | TODD KIM |
|   | Assistant Attorney General |
|   | Environment & Natural Resources Division |
|   |   |
|   | /s/ *Matthew P. Rand* |
|   | Matthew P. Rand |
|   | Trial Attorney |

Dated: November 17, 2021                              Respectfully submitted,

    /s/ *Kate Barnekow*
Kate Barnekow
Ca. Bar No. 336792
Animal Law & Policy Clinic
Harvard Law School
1585 Massachusetts Ave.
Cambridge, MA 02138
kbarnekow@law.harvard.edu
Cell: (512) 868-7800

Attorney for Plaintiffs

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiffs has concurred in the filing of this document.

**ORDER**

Pursuant to stipulation of the Parties, it is hereby ordered that:

1. On or before November 22, 2021, Plaintiffs shall file the Supplemental Administrative Record consisting of Plaintiffs' Supplemental Documents.

2. Plaintiffs may cite to and rely upon Plaintiffs' Supplemental Documents, provided, however, that the filing of the SAR with the Court does not constitute, and shall not be construed as, an admission or evidence that Plaintiffs' Supplemental Documents (a) are relevant to the claim asserted in Plaintiffs' First Amended Complaint or Defendants' defenses thereto; or (b) were or should have been considered by Defendants with respect to any alleged action or inaction, including but not limited to whether or not to revise the 1980 Point Reyes National Seashore General Management Plan ("GMP").

DATED: 11/17/2021

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge